|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 9 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONALD J. TRUMP, the Forty-Fifth President of the United States; et al.,

        Plaintiffs-Appellants,

 v.

TWITTER, INC.; JACK DORSEY,

        Defendants-Appellees.

 and

UNITED STATES OF AMERICA,

        Intervenor-Appellee,

No.   22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

    The motion (Docket Entry No. 10) to withdraw as counsel for appellant Naomi Wolf is denied without prejudice to filing a renewed motion that provides appellant's address or a "Notice of Withdrawal of Counsel" in CM/ECF.

    The opening brief remains due September 28, 2022. The answering brief is due October 28, 2022. The optional reply brief is due within 21 days after service of the answering brief.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT