| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 13 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>TWITTER, INC.; JACK DORSEY,<br><br>    Defendants-Appellees.<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor-Appellee, | No. 22-15961<br><br>D.C. No. 3:21-cv-08378-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 14) of John P. Coale, John Q. Kelly, Michael J. Jones, Ryan Tougias, Frank C. Dudenhefer, Alex Kozinski, Marie L. Fiala, Andrei Popovici, and Richard Polk Lawson to withdraw as counsel for appellant Naomi Wolf is granted. The docket reflects that appellant Naomi Wolf remains represented by Scott J. Street.

The motions (Docket Entry Nos. 17 & 18) for extensions of time to file the answering briefs are granted.

The answering briefs are due November 14, 2022. The optional reply brief is due within 21 days after service of the last-served answering brief.

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT