FILED

OCT 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF, <br><br>　　　　Plaintiffs-Appellants, <br><br> v. <br><br> TWITTER, INC.; JACK DORSEY, <br><br>　　　　Defendants-Appellees. <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br>　　　　Intervenor-Appellee, | No.　22-15961 <br><br> D.C. No. 3:21-cv-08378-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

　　　　The court's October 13, 2022, order at Docket Entry No. 23 is amended in part as follows:

　　　　The motions (Docket Entry Nos. 17 & 18) for an extension of time to file the opening briefs are granted.

　　　　The opening briefs are due November 14, 2022. The answering briefs are due December 14, 2022. The optional reply briefs are due within 21 days after service of the last-served answering brief.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT