**Case No. 22-15961**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DONALD J. TRUMP, the Forty-Fifth President of the United States;
LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA;
DOMINICK LATELLA; WAYNE ALLYN ROOT; NAOMI WOLF,
*Plaintiffs-Appellants,*

v.

TWITTER, INC.; JACK DORSEY,
*Defendants-Appellees,*

and

UNITED STATES OF AMERICA,
*Intervenor-Appellee.*

_____

*Appeal from the United States District Court for the Northern District of California (San Francisco),
Case No. 3:21-cv-08378-JD · The Honorable James Donato, District Judge*

# INDEX VOLUME (EXCERPTS OF RECORD)

JOHN P. COALE
2901 Fessenden Street NW
Washington, D.C. 20008
Telephone: (202) 255-2096
johnpcoale@aol.com

ALEX KOZINSKI
719 Yarmouth Road, Suite 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
alex@kozinski.com

ANDREI POPOVICI
MARIE L. FIALA
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
andrei@apatent.com
marie@apatent.com

*Attorneys for Plaintiffs-Appellants,
Donald J. Trump, the Forty-fifth President of the United States;
Linda Cuadros; American Conservative Union; Rafael Barbosa;
Dominick Latella; Wayne Allyn Root*

 

# TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| | **VOLUME I OF III – Pages 1 to 58** | |
| 168 | Judgment, Filed June 7, 2022 | 2 |
| 166 | Order in light of the operative complaint (motion for preliminary injunction is terminated as moot); text-only entry, Filed May 6, 2022 | 3 |
| 165 | Order re Motion to Dismiss, Filed May 6, 2022 | 4 |
| 172 | Transcript of Proceedings, Date of Proceeding: February 24, 2022 (Filed: July 11, 2022) | 21 |
| | **VOLUME II OF III – Pages 59 to 153** | |
| 146-1 | Declaration of Richard P. Lawson in Support of Plaintiff's Reply to the Defendant's Opposition to the Motion for Preliminary Injunction, Filed January 10, 2022 | 60 |
| 146-2 | Exhibit A: Article from National Public Radio: "Section 230: A Key Legal Shield for Facebook, Google Is About to Change" | 63 |
| 146-4 | Exhibit C: 2017 report from the Internet Association: "Economic Value of Internet Intermediaries and the Role of Liability Protections" | 87 |
| 145-1 | Request for Judicial Notice in Support of Plaintiffs' Opposition to Motion to Dismiss, Filed January 10, 2022 | 116 |
| 145-3 | Exhibit A: Excerpts from Defendant Dorsey's responses to questions submitted for the Senate Judiciary Committee Hearing conducted on November 17, 2020 | 121 |
| 145-4 | Exhibit B: Opening Statement as Prepared for Delivery of Committee Chairman Frank Pallone, Jr. for the House Committee on Energy and Commerce Hearing conducted on March 22, 2021 | 138 |

| | | | |
|---|---|---|---|
| 145-5 | Exhibit C: | Opening Statement as Prepared for Delivery of Sub-committee Chairman Mike Doyle for the House Committee on Energy and Commerce Hearing conducted on March 22, 2021 | 141 |
| 145-6 | Exhibit D: | Opening Statement as Prepared for Delivery of Sub-committee Chairman Janice D. Schakowsky for the House Committee on Energy and Commerce Hearing conducted on March 22, 2021 | 145 |
| 145-7 | Exhibit E: | Memorandum from Chairman Pallone prepared by Committee on Energy and Commerce Staff for the House Committee on Energy and Commerce Hearing | 148 |

**VOLUME III OF III – Pages 154 to 411**

| | | | |
|---|---|---|---|
| 145-1 | | Request for Judicial Notice in Support of Plaintiffs' Opposition to Motion to Dismiss, Filed January 10, 2022 *(Exhibits Continued from Volume II)* | — |
| 145-8 | Exhibit F: | Twitter, Inc. Form 10-K dated February 17, 2021, filed for the year ended December 31, 2020 | 155 |
| 104 | | Order Reassigning Case, Filed November 3, 2021 | 305 |
| 87 | | Order Granting Motion to Transfer, Filed October 26, 2021 | 306 |
| 62-1 | | Declaration of Alan M. Dershowitz in Support of Motion for Preliminary Injunction, Filed October 1, 2021 | 319 |
| | | Exhibit 1: Curriculum Vitae | 323 |
| 21 | | Class Action Amended Complaint for Injunctive and Declaratory Relief, Filed July 27, 2021 | 325 |
| 169 | | Notice of Appeal [attachments omitted as duplicative or extraneous], Filed June 27, 2022 | 382 |
| N/A | | Civil Docket for Case No. 3:21-cv-08378-JD U.S. District Court, California Northern District (San Francisco) | 385 |