No. 22-15961

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DONALD J. TRUMP, ET AL.,

*Plaintiffs-Appellants*,

v.

TWITTER, INC., ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:21-cv-0837-JD
Hon. James Donato

**APPELLEES' OPPOSITION TO CERTAIN
APPELLANTS' MOTION TO FILE AN OVERLENGTH BRIEF**

FELICIA H. ELLSWORTH
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

EMILY BARNET
RISHITA APSANI
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7294

November 25, 2022

PATRICK J. CAROME
ARI HOLTZBLATT
SUSAN M. PELLETIER
ALLISON M. SCHULTZ
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
patrick.carome@wilmerhale.com

*Counsel for Defendants-Appellees
Twitter, Inc. and Jack Dorsey*

Appellees Twitter, Inc. and Jack Dorsey oppose the motion of Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Lina Cuadros, Dominick Latella, and Wayne Allyn Root to file an Opening Brief that exceeds the 14,000 word type-volume limitation set forth in Circuit Rule 32-1(a).  *See* Dkt. No. 33.  This case is of ordinary complexity, plaintiffs have already filed two separate briefs addressing the same claims, and plaintiffs have not demonstrated the "extraordinary and compelling need" necessary to justify yet further opportunity to assert their arguments.  Circuit Rule 32-2(a).

s/ *Patrick J. Carome*

PATRICK J. CAROME
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
patrick.carome@wilmerhale.com