|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 2 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONALD J. TRUMP, the Forty-Fifth President of the United States; et al.,

    Plaintiffs-Appellants,

v.

TWITTER, INC.; JACK DORSEY,

    Defendants-Appellees.

and

UNITED STATES OF AMERICA,

    Intervenor-Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

The unopposed motion to correct the caption (Docket Entry No. 37) is granted. The Clerk will amend the caption to reflect that appellant Root's name is spelled "Wayne Allyn Root."

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT