FILED

DEC 2 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> TWITTER, INC.; JACK DORSEY, <br><br> Defendants-Appellees. <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Appellee, | No. 22-15961 <br><br> D.C. No. 3:21-cv-08378-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The opposed motion (Docket Entry No. 33) of appellants American Conservative Union, et al., to file an oversized opening brief is denied. *See* 9th Cir. R. 32-2; *see also* Circuit Advisory Committee Note to Rule 32-2 ("In almost all cases, the limits provided suffice even for multiple or complex issues. Most overlength briefs could be shorter and unnecessarily burden the Court.").

The Clerk will strike the opening brief submitted at Docket Entry No. 31. On or before December 9, 2022, appellants shall submit an opening brief that complies with the length limits set forth in 9th Cir. R. 32-1.

Appellant Naomi Wolf's opening brief has been filed. The answering brief is now due January 9, 2022. The optional reply brief is due within 21 days after service of the answering brief.

The motion (Docket Entry No. 43) of appellants American Conservative Union, et al., for an extension of time to file a reply in support of the motion to take judicial notice is granted. Any reply is due on or before December 7, 2022.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Halina Larman
Deputy Clerk
Ninth Circuit Rule 27-7