|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 17 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONALD J. TRUMP, the Forty-Fifth President of the United States; et al.,

        Plaintiffs-Appellants,

 v.

TWITTER, INC.; JACK DORSEY,

        Defendants-Appellees.

and

UNITED STATES OF AMERICA,

        Intervenor-Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

Appellees Twitter, Inc., and Jack Dorsey's unopposed motion (Docket Entry No. 59) for an extension of time to file the answering brief is granted.

The answering briefs are due March 15, 2023. The optional reply briefs are due within 21 days after the last-served answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 01/09/2023/Pro Mo