No. 22-15961

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DONALD J. TRUMP, et al.,

*Plaintiffs-Appellants*,

*v.*

TWITTER, INC. AND JACK DORSEY,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California, No. 3:21-cv-08378-JD (Donato, J.)

## DEFENDANTS-APPELLEES' UNOPPOSED
## MOTION FOR JUDICIAL NOTICE

FELICIA H. ELLSWORTH
ZAKI ANWAR
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02190
(617) 526-6000

RISHITA APSANI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ARI HOLTZBLATT
ALLISON M. SCHULTZ
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue
Washington, DC 20037
(202) 663-6000

THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, California 94306
(650) 858-6000

March 15, 2023

Pursuant to Federal Rule of Evidence 201, Federal Rule of Appellate Procedure 27, and Ninth Circuit Rule 27-1, Defendants Twitter, Inc. and Jack Dorsey respectfully move the Court to take judicial notice of (1) the transcript of the congressional hearing Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing before H. Comm. On Energy and Com., 117th Cong. (Mar. 25, 2021) attached to this Motion for Judicial Notice as Exhibit A (herein, "Hearing Transcript); and (2) certain of Twitter's content moderation Rules and announcements included in the Supplemental Excerpts of Record, SER31-56, SER74-79. Plaintiffs do not oppose this motion.

As Defendants' answering brief explains, Twitter suspended, labeled, or restricted Plaintiffs' Twitter accounts for violating its platform rules ("Rules"). 3-ER-354-362 (¶¶113, 124, 129, 137, 146, 155, 167). Plaintiffs acknowledge that these Rules exist, and that they agreed to abide by them as a condition of using the platform. 3-ER-332-333. Nevertheless, Plaintiffs filed this putative nationwide class-action claiming, among other things, that a private company like Twitter should be liable under the First Amendment for exercising its own editorial judgment to remove certain content from its platform. 3-ER-362-363. Twitter filed a motion to dismiss, which the district court granted. 1-ER-2. Plaintiffs appeal that decision.

As a private actor, Twitter can be held to constitutional scrutiny only if found to be a state actor, a purposefully demanding test intended to "protect a robust sphere

of individual liberty." *Manhattan Cmty. Access Corp. v. Halleck*, 139 S.Ct. 1921, 1928 (2019). To overcome this formidable threshold hurdle, Plaintiffs introduced numerous statements made by individual legislators urging Twitter to address purported misinformation on its platform, claiming that these statements coerced Twitter into suspending their accounts. These materials included excerpted statements from the Disinformation Nation hearing, which Plaintiffs referenced in their Amended Complaint and quoted at length in a motion for judicial notice they filed in support of their opposition to Defendants' motion to dismiss, 2-ER-116, and a second motion for judicial notice they filed in support of their opening brief on appeal, Appellees' Motion for Judicial Notice, Dkt. 34-1.

In front of the district court, Defendants filed a declaration and exhibits to support their motion to dismiss. These exhibits included Twitter's Rules—specifically, its Civic Integrity Policy, Glorification of Violence Policy, and its COVID-19 Policy—and Twitter's public announcements regarding its suspension of Donald J. Trump. SER31-56, SER74-79. Twitter argued that these rules and public announcements were incorporated by reference into the Amended Complaint. SER10.

The Court may consider the Hearing Transcript and Twitter's Rules and public announcements regarding Mr. Trump's suspension for two independently sufficient reasons: first, the Court may take judicial notice of these materials because

they are matters of public record not subject to reasonable dispute, and, second, these materials were incorporated by reference into the Amended Complaint.

## I.   THIS COURT SHOULD TAKE JUDICIAL NOTICE OF THE CONGRESSIONAL HEARING TRANSCRIPT

This Court may properly consider the Hearing Transcript by taking judicial notice of it or because it is incorporated by reference into the Amended Complaint.

*First*, this Court may take judicial notice of the hearing transcript. A court may take judicial notice of "matters of public record" without converting a motion to dismiss into a motion for summary judgment. *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir.1986). As this Court recently held, "publicly available congressional records, including transcripts of congressional hearings" are proper subjects of judicial notice. *Rojas v. Fed. Aviation Admin.*, 927 F.3d 1046, 1051 (9th Cir. 2019), *on reh'g en banc*, 989 F.3d 666 (9th Cir. 2021).

And although "a court may not take judicial notice of a fact that is "subject to reasonable dispute," here, there can be no reasonable dispute that the Disinformation Nation hearing occurred, and that congressmembers uttered the statements recorded in the Hearing Transcript. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689-690 (9th Cir. 2001) (holding that district court had authority to consider a transcript from an extradition hearing to take judicial notice "of the fact of the extradition hearing"); *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (taking judicial notice of publications to indicate what was "in the public

realm at the time"). Defendants seek to introduce the hearing transcript for these purposes only—not to determine whether the contents of those statements are true. This Court may therefore take judicial notice of the Hearing Transcript.

*Second*, this Court may consider the Hearing Transcript because it is incorporated by reference into the Amended Complaint. The incorporation-by-reference doctrine permits courts "to take into account documents whose contents are alleged in a complaint" or documents on which "the plaintiff's claim depends" even when they are "not physically attached to the plaintiff's pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). "The doctrine prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).

The Hearing Transcript is incorporated by reference into the Amended Complaint for two reasons: First, Plaintiffs' First Amendment claim "depends" on the contents of the Hearing Transcript because Plaintiffs must plausibly allege that the statements uttered at the hearing coerced Twitter into suspending their accounts. 3-ER-337-338 (¶58). Second, Plaintiffs allege the contents of the Hearing Transcript in their Amended Complaint by selectively quoting statements made during the hearing in their motions for judicial notice, while leaving out statements that undermine their coercion theory. Fairness requires that this Court have the full

Hearing Transcript before it in determining whether Plaintiffs plausibly alleged coercion—not the selective statements that purportedly favor Plaintiffs' theory. *See Knievel*, 393 F.3d at 1076 (incorporating by reference "the contents of the surrounding pages" to a picture and caption plaintiffs alleged to be defamatory when that context was necessary to determine whether the picture was defamatory).

## II.   THIS COURT SHOULD TAKE JUDICIAL NOTICE OF TWITTER'S RULES AND ANNOUNCEMENTS

This Court may also consider Twitter's Civic Integrity Policy, SER37-41, Glorification of Violence Policy, SER31-36, COVID-19 Misleading Information Policy, SER42-54, Twitter's Tweet thread announcing its removal certain of Plaintiff Donald J. Trump's Tweets, SER75-76, and Twitter's blogpost announcing its suspension of Mr. Trump from the platform, SER77-79.

*First*, the Court may take judicial notice of these materials. A court may take judicial notice of the fact that a moving party's own website "makes certain representations … to the public." *Woodside Invs., Inc. v. Complete Bus. Sols. Grp., Inc.*, 2020 WL 869206, at *2 (E.D. Cal. Feb. 21, 2020). Here, Twitter's Rules and its blogpost regarding the suspension of Trump are publicly available on its website. SER31-54 (excerpts from Twitter's public website). The Court may thus take judicial notice of the fact that Twitter adopted a Civic Integrity Policy, Glorification of Violence Policy, and COVID-19 Misinformation Policy, as well as the fact that Twitter announced its suspension of Trump on its website. Neither of these facts are

subject to reasonable dispute; indeed, Plaintiffs concede that Twitter adopted these policies and issued the blogpost announcement regarding Trump's suspension in their Amended Complaint.  3-ER-332-333 (¶¶37-40); 3-ER-354-355.

*Second*, as explained in Twitter's answering brief, Br. 11, the Amended Complaint referenced and alleged the contents of the Terms of Service and Twitter's Rules, 3-ER-332-333 (¶¶37-40), as well as Twitter's public reasoning for suspending Mr. Trump's account, 3-ER-354-355.  These materials are therefore incorporated by reference into the Amended Complaint and may therefore be considered in deciding whether the district court correctly dismissed Plaintiffs' claims under Rule 12(b)(6).  *See Knievel*, 393 F.3d at 1076-77.

## CONCLUSION

This Court should take judicial notice of aforementioned materials.

Respectfully submitted,

/s/  Ari Holtzblatt

| | |
|---|---|
| FELICIA H. ELLSWORTH | ARI HOLTZBLATT |
| ZAKI ANWAR | ALLISON M. SCHULTZ |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
| HALE AND DORR LLP | HALE AND DORR LLP |
| 60 State Street | 2100 Pennsylvania Avenue |
| Boston, MA 02190 | Washington, DC 20037 |
| (617) 526-6000 | (202) 663-6000 |

RISHITA APSANI
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
   HALE AND DORR LLP 2100
2600 El Camino Real
Suite 400
Palo Alto, California 94306
(650) 858-6000

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1.      Exclusive of the exempted portions of the motion, as provided in Fed. R. App. P. 27(d)(2) and 32(f), the brief contains 1,277 words.

2.      The motion has been prepared in proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman font.  As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/  Ari Holtzblatt
ARI HOLTZBLATT

March 15, 2023

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Ari Holtzblatt

ARI HOLTZBLATT

# EXHIBIT A

1    Diversified Reporting Services, Inc.

2    RPTS CARR

3    HIF084160

4

5

6    DISINFORMATION NATION:  SOCIAL MEDIA'S

7    ROLE IN PROMOTING EXTREMISM AND MISINFORMATION

8    Thursday, March 25, 2021

9    House of Representatives,

10   Subcommittee on Communications and Technology,

11   joint with

12   Subcommittee on Consumer Protection and Commerce,

13   Committee on Energy and Commerce,

14   Washington, D.C.

15

16

17

18        The subcommittees met, pursuant to notice, at 12:02

19   p.m., via Webex, Hon. Michael F. Doyle [chairman of the

20   Subcommittee on Communications and Technology] presiding.

21        Present from the Subcommittee on Communications and

22   Technology:  Representatives Doyle, McNerney, Clarke, Veasey,

23   McEachin, Soto, O'Halleran, Rice, Eshoo, Butterfield, Matsui,

24   Welch, Cardenas, Kelly, Craig, Fletcher, Pallone (ex

25   officio); Latta, Scalise, Guthrie, Kinzinger, Johnson, Long,

26   Walberg, Carter, Duncan, Curtis, and Rodgers (ex officio).

27        Present from the Subcommittee on Consumer Protection and

28   Commerce:  Representatives Schakowsky, Rush, Castor, Trahan,

29   McNerney, Clarke, Cardenas, Dingell, Kelly, Soto, Rice,

30   Craig, Fletcher, Pallone (ex officio); Upton, Latta, Guthrie,

31   Bucshon, Dunn, Lesko, Pence, Armstrong, and Rodgers (ex

32   officio).

33        Also Present:  Representatives Blunt Rochester, Tonko,

34   Schrier; Crenshaw, Burgess, Griffith, Joyce, and McKinley.

35        Staff Present:  A.J. Brown, Counsel; Jeff Carroll, Staff

36   Director; Parul Desai, FCC Detailee; Jennifer Epperson,

37   Counsel; Lisa Goldman, Senior Counsel; Waverly Gordon,

38   General Counsel; Daniel Greene, Professional Staff Member;

39   Tiffany Guarascio, Deputy Staff Director; Perry Hamilton,

40   Deputy Chief Clerk; Alex Hoehn-Saric, Chief Counsel,

41   Communications and Consumer Protection; Ed Kaczmarski, Policy

42   Analyst; Zach Kahan, Deputy Director of Outreach and Member

43   Service; Jerry Leverich, Senior Counsel; Dan Miller,

44   Professional Staff Member; David Miller, Counsel; Phil

45   Murphy, Policy Coordinator; Joe Orlando, Policy Analyst;

46   Kaitlyn Peel, Digital Director; Tim Robinson, Chief Counsel;

47   Chloe Rodriguez, Deputy Chief Clerk; Andrew Souvall, Director

48   of Communications Outreach and Member Services; Sydney Terry,

49   Policy Coordinator; Anna Yu, Professional Staff Member;

50   Michael Cameron, Minority Policy Analyst, CPC, Energy,

51  Environment; Nate Hudson, Minority Staff Director; Peter

52  Kielty, Minority General Counsel; Bijan Koohmaraie, Minority

53  Chief Counsel; Tim Kurth, Minority Chief Counsel, CPC; Kate

54  O'Connor, Minority Chief Counsel, C&T; and Michael Taggard,

55  Minority Policy Director.

56

57     *Mr. Doyle.  The Subcommittee on Communications and
58  Technology and Subcommittee on Consumer Protection and
59  Commerce will now come to order.  Today we will be holding a
60  joint hearing entitled, "Disinformation Nation:  Social
61  Media's Role in Promoting Extremism and Misinformation.''
62     Due to the COVID-19 public health emergency, today's
63  hearing is being held remotely.  All members and witnesses
64  will be participating via videoconferencing.  As part of our
65  hearing, microphones will be set on mute for the purpose of
66  eliminating inadvertent background noise.
67     Members and witnesses, you will need to unmute your
68  microphones each time you wish to speak.  Additionally,
69  members will need to be visible on screen in order to be
70  recognized.
71     Due to the anticipated length of this hearing, the
72  committee will take a 15-minute recess around 3:00 o'clock to
73  provide witnesses and members a restroom break.
74     Finally, documents for the record can be sent to Ed
75  Kasmarski and Joe Orlando at the email addresses we have
76  provided to your staff.  All documents will be entered into
77  the record at the conclusion of the hearing.
78     The chair will now recognize himself for five minutes.
79     Our nation is drowning in disinformation driven by
80  social media.  Platforms that were once used to share photos
81  of kids with grandparents are all too often havens of hate,

82  harassment, and division.  The way I see it, there were two
83  faces to each of your platforms.
84      Facebook has Family and Friends Neighborhood, but it is
85  right next to the one where there is a white nationalist
86  rally every day.  YouTube is a place where people share
87  quirky videos, but down the street anti-vaxxers, COVID
88  deniers, QAnon supporters, and flat Earthers are sharing
89  videos.  Twitter allows you to bring friends and celebrities
90  into your home, but also Holocaust deniers, terrorists, and
91  worse.
92      Now, it would be one thing if every user chose where to
93  go organically, but almost everything is scripted on social
94  media platforms.  Facebook recognizes antisocial tendencies
95  in one user and invites them to visit the white nationalists.
96  YouTube sees another user is interested in COVID-19, and
97  auto-starts an anti-vax video.  On Twitter, a user follows
98  the trending conversation never knowing it is driven by bots
99  and coordinated disinformation networks run by foreign
100 agents.
101     Your platforms have changed how people across the planet
102 communicate, connect, learn, and stay informed.  The power of
103 this technology is awesome and terrifying, and each of you
104 has failed to protect your users and the world from the worst
105 consequence of your creations.
106     This is the first time the three of you have appeared

107   before Congress since the deadly attack on the Capitol on
108   January 6th.  That event was not just an attack on our
109   democracy and our electoral process, but an attack on every
110   member of this committee and in the Congress.
111         Many of us were on the House floor and in the Capitol
112   when that attack occurred, and we were forced to stop our
113   work of certifying the election and retreat to safety, some
114   of us wearing gas masks and fearing for our lives.  We fled
115   as a mob desecrated the Capitol, the House floor, and our
116   democratic process.  People died that day, and hundreds were
117   seriously injured.
118         That attack, and movement that motivated it, started and
119   was nourished on your platforms.  Your platforms suggested
120   groups for people to join, videos they should view, and posts
121   they should like, driving this movement forward with
122   terrifying speed and efficiency.
123         FBI documents show that many of these individuals used
124   your platforms to plan, recruit, and execute this attack.
125   According to independent research, users on Facebook were
126   exposed 1.1 billion times to misinformation related to the
127   election last year alone despite changes to your policies and
128   claims that you have removed election misinformation.
129         Our Nation is in the middle of a terrible pandemic.
130   Nearly 550,000 Americans have lost their lives to this deadly
131   disease, more than any other country on the planet.  And an

132    independent study found that on Facebook alone, that users

133    across five countries, including the United States, were

134    exposed to COVID disinformation an estimated 3.8 billion

135    times, again despite claims of fixes and reforms.

136         And now, as the Biden administration is working to

137    implement the American Rescue Plan and get vaccines in

138    people's arms, we are faced with waves of disinformation on

139    social media about the safety and efficacy of these shots.

140    These vaccines are the best chance we have to fight this

141    virus, and the content that your websites are still

142    promoting, still recommending, and still sharing is one of

143    the biggest reasons people are refusing the vaccine.

144         And things haven't changed.  My staff found content on

145    YouTube telling people not to get vaccines, and was

146    recommended to similar videos.  The same was true on

147    Instagram, where it was not only easy to find vaccine

148    disinformation, but platforms recommended similar post.  The

149    same thing happened on Facebook, except they also had anti-

150    vax groups to suggest as well.  And Twitter was no different.

151    If you go to any of these superspreader accounts that remain

152    up despite the policies meant to curb this anti-vax content,

153    you will see this content.

154         Now, understand this.  You can take this content down.

155    You can reduce division.  You can fix this.  But you choose

156    not to.  We saw your platforms remove ISIS terrorist content.

157   We saw you tamp down on COVID misinformation at the beginning
158   of the pandemic.  And we have seen disinformation drop when
159   you have promoted reliable news sources and removed serial
160   disinformation superspreaders from your platform.  You have
161   the means.
162      But time after time, you are picking engagement and
163   profit over the health and safety of your users, our Nation,
164   and our democracy.  These are serious issues, and to be
165   honest, it seems like you all just shrug off billion-dollar
166   fines.  Your companies need to be held accountable.  We need
167   rules, regulations, technical experts in government, and
168   audit authority of your technologies.  Ours is the committee
169   of jurisdiction, and we will legislate to stop this.  The
170   stakes are simply too high.
171      The chair will now recognize Mr. Latta, ranking member
172   of the Subcommittee on Communications and Technology, for
173   five minutes for his opening statement.
174      *Mr. Latta.  Well, I thank the chairman for recognizing
175   me.  And I want to thank our witnesses for being with us
176   today, for a conversation that is long overdue in the energy
177   and commerce committee.  I am deeply concerned by your
178   decisions to operate your companies in a vague and biased
179   manner, with little to no accountability while using Section
180   230 as a shield for your actions and their real-world
181   consequences.

182     Your companies had the power to silence the President of
183     the United States, shut off legitimate journalism in
184     Australia, shut down legitimate scientific debate on a
185     variety of issues, dictate which articles or websites are
186     seen by Americans when they search the internet.  When these
187     actions are taken, users have little to no recourse to appeal
188     the decision if they are aware of your actions.  In most
189     cases, we simply don't know.

190     What does this mean for everyday Americans?  We are all
191     aware of Big Tech's ever-increasing censorship of deserving
192     voices and their commitment to serve the radical progressive
193     agenda by influencing a generation of children, who are
194     moving, shutting down, or canceling any news, books, and even
195     now toys, that aren't considered woke.  This is fundamentally
196     un-American.

197     At a recent hearing on disinformation and extremism
198     online, Professor Turley, one of the Nation's foremost
199     experts on constitutional law, testified about the little
200     brother problem, a problem which private entities do for the
201     government which it cannot legally do for itself.

202     As of January of this year, Google has a greater than 92
203     market share in search.  Facebook has over 2.7 billion
204     monthly users.  And Twitter has 187 million daily users.
205     Your companies have enormous control over whose ideas are
206     seen, read, or heard around the world.  This gives you great

207   power. And if misused, as we have seen in recent years, your

208   actions have a ripple effect throughout the world that result

209   in American voices being removed from the marketplace of

210   ideas.

211       While the little brother problem of censorship is

212   frightening enough, other serious harms are occurring on

213   these platforms that affect ordinary Americans. Young

214   American children and teenagers are addicted -- actually

215   addicted -- to their devices and social media. This problem

216   has been exacerbated by the pandemic and will only get worse

217   if children continue to be separated from their peers and

218   cannot learn from their teachers in a classroom.

219       Your platforms are purposely designed to keep our

220   children hooked to their screens. The use of social media

221   has been linked to increased rates of depression, mental

222   illness, cyber-bullying, and suicide among America's youth.

223   Illegal drugs continue to be sold online despite your

224   previous commitment to solve these issues.

225       Mr. Chairman, I do ask unanimous consent to submit a

226   letter from the National Association of Boards of Pharmacy

227   for the record.

228       *Mr. Doyle. Without objection, so ordered.

229       *Mr. Latta. Thank you very much.

230

231

232        [The letter referred to by Mr. Latta follows:]

233

234    **********COMMITTEE INSERT**********

235

236     *Mr. Latta.  Serious problems continue to persist, and

237     I wonder how much you are truly dedicating to combating

238     these actions.  What actions are you taking to educate

239     Americans about the dangers of using your site, especially

240     the dangers for kids?

241     As ranking member of the Subcommittee on Communications

242     and Technology, we have oversight of any change made to

243     Section 230 of the Communications Decency Act.  Section 230

244     provides you with liability protection for content

245     moderation decisions made in good faith.  Based on recent

246     actions, however, it is clear that in your definition of

247     good faith, moderation includes censoring viewpoints you

248     disagree with and establishing a faux independent appeals

249     process that doesn't make its content moderation decisions

250     based on American principles of free expression.  I find

251     that highly concerning.

252     I look forward to today's hearing as an important step

253     in reconsidering the extent to which Big Tech deserves to

254     retain the significant liability protection.  And with that,

255     Mr. Chairman, I yield back the balance of my time.

256     *Mr. Doyle.  Thank you.  The gentleman yields back.

257     The chair now recognizes Chair Schakowsky, chair of the

258     Subcommittee on Consumer Protection and Commerce, for five

259     minutes for her opening statement.

260     *Ms. Schakowsky.  Thank you.  It is a pleasure to co-
261  chair this meeting with you.

262     I want to welcome our witnesses and thank them for
263  coming.  It is not an exaggeration to say that your
264  companies have fundamentally and permanently transformed our
265  very culture and our understanding of the world.  Much of
266  this is for good, but it is also true that our country, our
267  democracy, even our understanding of what is truth has been
268  harmed by the proliferation and dissemination of
269  misinformation and extremism, all of which has deeply
270  divided us.

271     What our witnesses today need to take away from this
272  hearing is that self-regulation has come to the end of its
273  road, and that this democracy, this democratic -- the people
274  that you see before you, elected by the people, is preparing
275  to move forth with legislation and regulation.

276     The regulation that we seek should not attempt to limit
277  constitutionally protected freedom of speech, but it must
278  hold platforms accountable when they are used to incite
279  violence and hatred or, as in the case of the COVID pandemic,
280  spread misinformation that costs thousands of lives.

281     All three of the companies that are here today run
282  platforms that are hotbeds of misinformation and
283  disinformation.  And despite all the promises and new
284  policies to match, disinformation was rampant in the 2020

285    election, especially targeting vulnerable communities. For

286    example, Spanish language ads run by the Trump campaign

287    falsely accused President Biden of being endorsed by

288    Venezuelan President Maduro.

289        The spread of disinformation fed upon itself until it

290    arrived at the Capitol of the United States on January 6th,

291    which cost five lives. The lives lost in the insurgency were

292    not the first cases of these platforms' failure, nor even the

293    worst. In 2018, Facebook admitted a genocide of the Rohingya

294    people in Myanmar was planned and executed on Facebook.

295        2020 saw the rise of coronavirus disinformation on

296    Facebook platforms, including the playing of the -- they

297    called it "The Plandemic.'' This film got 1.8 million views

298    and 150,000 shares before it was removed. Disinformation

299    like Plandemic made people skeptical of the need for vaccines

300    and almost certainly cost -- contributed to the horrible loss

301    of life during the pandemic. Disinformation also hops

302    platforms to spread viruses. Disinformation also hops from

303    platform to platform. The Plandemic actually was first on

304    YouTube before it was on Facebook and Instagram and Twitter.

305        Misinformation regarding the election dropped 73 percent

306    across social media platforms after Twitter permanently

307    suspended Trump as well as -- and also the Capitol insurgency

308    and QAnon.

309        But the question really is: What took so long? The

310    witnesses here today have demonstrated time and time again

311    that they do not -- that self-regulation has not worked.

312    They must be held accountable for allowing disinformation and

313    misinformation to spread.  And that is why I will be

314    introducing the Online Consumer Protection Act, which I hope

315    will earn bipartisan support.  And thank you.  I will yield

316    back.

317        *Mr. Doyle.  The gentlelady yields back.

318        The chair now recognizes Mr. Bilirakis, ranking member

319    for the Subcommittee on Consumer Protection and Commerce, for

320    five minutes for his opening remarks.

321        *Mr. Bilirakis.  Thank you, Mr. Chairman.  I appreciate

322    it.  Thank you for participating in today's hearing, all the

323    witnesses and the members.

324        I have been thinking about this hearing since our side

325    first requested this hearing last year.  My time in college

326    has provided me enough knowledge about the history of the

327    committee to know what the Telecommunications Act was and,

328    importantly, what it wasn't.  Components of that law have

329    been struck down by the counts, while other provisions are

330    interpreted and applied differently than first conceived.

331    This is all a departure from congressional intent.

332        Regardless of what one thinks of whether all of the

333    Communications Decency Act was the right approach, the same

334    members that voted for Section 230 voted for that entire

335   bill.  The statute was meant to protect our society,

336   specifically our children.

337      To our witnesses today, here lies the problem for you:

338   You don't want the Federal Government telling you what parts

339   of your company you are allowed to operate.  So imagine

340   things from our perspective when you pick and choose what

341   parts of the law you want to follow.

342      I really do admire your ingenuity.  You have created

343   something truly remarkable, in my opinion.  But with that

344   power, you must also be good Samaritans, and you have an

345   obligation to be stewards of your platform.  If your legal

346   department doesn't believe you are bound to the intent of the

347   law, I would hope your moral compasses will.

348      Many of my colleagues will raise legitimate concerns

349   about the attack on the Capitol from January, and other

350   colleagues can point to what occurred in our cities last

351   summer.  These were all incidents where social media

352   escalated tension, incited chaos, and bred extremism through

353   echo chambers and algorithms.

354      As a new Republican leader, quite an honor, on the

355   commerce protection and commerce committee, so the consumer

356   protection and commerce committee, I have been digging into

357   how your companies operate.  That led me to run a survey of

358   my district following our Big Tech hearing announcement.  The

359   conclusion is my constituents simply don't trust you anymore.

360      With thousands of responses, over 82 percent say they do
361    not trust Big Tech to be good stewards of their platforms or
362    consistently enforce their policies.  That includes my
363    constituent who told me, "We were providing information to
364    local families on teen suicide risks on Facebook Livestream.
365    It was blocked by Facebook.''

366      Another constituent said she has seen countless teens be
367    bullied online or simply not able to process a devastating
368    comparison game that they are forced to deal with on social
369    media.  Others told me they stopped using your services
370    altogether out of fear and distrust.  One even told me they
371    quit social media due to treatment from your companies over
372    their families' Christian views.

373      Each one of these represents a story of how your
374    companies have failed people.  And you will be hearing from
375    my colleagues with more of these stories about how Big Tech
376    has lost its way, highlighting a much larger problem.  People
377    want to use your services, but they suspect your coders are
378    designing what they think we should see and hear by keeping
379    us online longer than ever, and all with the purpose to
380    polarize or monetize us, disregarding any consequences for
381    the assault on our inherent freedoms which we hold so dearly.

382      So I don't want to hear about how changing your current
383    law is going to fresh startups because I have heard directly
384    from them, accusing you of anticompetitive tactics.  None of

385    us want to damage entrepreneurs.  What I do want to hear is

386    what you will do to bring our country back from the fringes

387    and stop the poisonous practices that drive depression,

388    isolation, and suicide, and instead cooperate with law

389    enforcement to protect our citizens.

390         Our kids are being lost while you say you will try to do

391    better, as we have heard countless time already.  We need

392    true transparency and real change.  We need, again, not empty

393    promises from you, and we have heard that over and over

394    again.  The fear you should have coming into this hearing

395    today isn't that you are going to get upbraided by a Member

396    of Congress.  It is that our committee knows how to get

397    things done when we come together.  We can do this with you

398    or without you.  And we will.

399         Thank you, Mr. Chairman.  I yield back.

400         *Mr. Doyle.  The gentleman yields back.

401         The chair now recognizes Mr. Pallone, chairman of the

402    full committee, for five minutes for his opening statement.

403         *The Chairman.  Thank you, Chairman Doyle and

404    Schakowsky, for this very important hearing.  We are here

405    today because the spread of disinformation and extremism has

406    been growing online, particularly on social media, where

407    there are little to no guardrails in place to stop it.

408         And unfortunately, this disinformation and extremism

409    doesn't just stay online.  It has real-world, often dangerous

410   and even violent, consequences.  And the time has come to

411   hold online platforms accountable for their part in the rise

412   of disinformation and extremism.

413        According to a survey conducted by Pew earlier this

414   month, 30 percent of Americans are still hesitant or simply

415   do not want to take the COVID-19 vaccine.  On January 6, our

416   Nation's Capitol was violently attacked.  This month,

417   Homeland Security Secretary Mayorkas identified domestic

418   violent extremism as the "greatest threat'' to the United

419   States.  And crimes against Asian Americans have risen by

420   nearly 150 percent since the beginning of the COVID-19

421   pandemic.

422        Five years ago, during the 2016 Presidential elections,

423   Facebook, Google, and Twitter were warned about -- but simply

424   ignored -- their platforms' role in spreading disinformation.

425   And since then, the warnings have continued but the problem has

426   only gotten worse.

427        Only after public outrage and pressure  did these

428   companies make inadequate attempts to appease critics and

429   lawmakers.  But despite the public rebuke, Wall Street

430   continued to reward the companies' strategy to promote

431   misinformation and disinformation by driving their stock prices

432   even higher.

433        And now, despite repeated promises to seriously tackle

434   this crisis, Facebook, Google, and Twitter instead routinely

435    make minor changes to their policies in response to the public
436    relations crisis of the day.  And they will change some
437    underlying internal policy that may or may not be related to
438    the problem.  But that is it.  The underlying problem remains.
439        So Mr. Chairman, it is now painfully clear that neither
440    the market nor public pressure will force these social media
441    companies to take the aggressive action they need to take to
442    eliminate disinformation and extremism from their platforms.
443    And, therefore, it is time for Congress and this committee to
444    legislate and realign these companies' incentives.
445        Today our laws give these companies and their leaders a
446    blank check to do nothing.  Rather than limit the spread of
447    disinformation, Facebook, Google, and Twitter have created
448    business models that exploit the human brain's preference for
449    divisive content to get Americans hooked on their platform, at
450    the expense of the public interest.
451        It isn't just that social media companies are allowing
452    disinformation to spread -- it is that, in many cases, they are
453    actively amplifying and spreading it themselves.  And fines, to
454    the extent they are levied at all, have simply become the cost
455    of doing business.
456        The dirty truth is that they are relying on algorithms to
457    purposefully promote conspiratorial, divisive, or extremist
458    content so they can take more money in ad dollars.  And this is
459    because the more outrageous and extremist the content, the more

460    engagement and views these companies get from their users.  And

461    more views equal more money, Mr. Chairman.  That is what it is

462    all about, more money.

463        It is crucial to understand that these companies aren't

464    just mere bystanders -- they are playing an active role in the

465    meteoric rise of disinformation and extremism because they make

466    money on it.  So when a company is actually promoting this

467    harmful content, I question whether existing liability

468    protections should apply.

469        Members on this Committee have suggested legislative

470    solutions and introduced bills.  The Committee is going to

471    consider all these options so that we can finally align the

472    interests of these companies with the interests of the public

473    and hold the platforms and their CEOs accountable when they

474    stray.

475        That is why you are here today, Mr. Zuckerberg,

476    Mr. Pichai, and Mr. Dorsey.  You have failed to meaningfully

477    change after your platforms played a role in fomenting

478    insurrection, in abetting the spread the virus, and trampling

479    Americans civil liberties.

480        And while it may be true that some bad actors will shout

481    fire in a crowded theater, by promoting harmful content, your

482    platforms are handing them a megaphone to be heard in every

483    theater across the country and the world.  Your business model

484    itself has become the problem.

485     And the time for self-regulation is over.  It is time we

486     legislate to hold you accountable.  That is what we are going

487     to do.  And I want to thank you, Mr. Chairman, Mr. Doyle and

488     Ms. Schakowsky, because I know that you are very serious about

489     moving forward on legislation, which we will do.  I promise

490     everyone.

491     Thank you, and I yield back.

492     *Mr. Doyle.  The gentleman yields back.  The chair now

493     recognizes Ms. Rodgers, the ranking member of the full

494     committee, for five minutes for her opening statement.

495     *Ms. Rodgers.  Thank you, Mr. Chairman.

496     Ten years ago, when I joined Big Tech platforms, I

497     thought they would be a force for good.  I thought that they

498     would help us build relationships and promote transparency in

499     Congress.  I can testify today I was wrong.  That is not what

500     has transpired.  You have broken my trust.  Yes, because you

501     failed to promote the battle of ideas and free speech.  Yes,

502     because you censor political viewpoints you disagree with.

503     Those polarizing actions matter for democracy.

504     But do you know what convinced me Big Tech is a

505     destructive force?  It is now you have abused your power to

506     manipulate and harm our children.  Your platforms are my

507     biggest fear as a parent.  I am a mom of three school-aged

508     kids, and my husband and I are fighting the Big Tech battles

509     in our household every day.

510    It is a battle for their development, a battle for their
511    mental health, and ultimately, a battle for their safety.  I
512    have monitored your algorithms.  I have monitored where your
513    algorithms lead them.  It is frightening.  And I know that I
514    am not alone.

515    After multiple teenaged suicides in my community, I
516    reached out to our schools and we started asking questions:
517    What is going on with our kids?  What is making them feel so
518    alone, so empty and in despair?  And this is what I heard
519    over and over again from parents, pediatricians, school
520    administrators, and teachers.  They are all raising the alarm
521    about social media.

522    A day doesn't go by that I don't talk to friends and
523    other parents who tell me their 14-year-old is depressed.
524    She used to love soccer.  Now they can't get her to do
525    anything.  She never gets off her device or leaves her room.
526    I think about a mom who told me she can't leave her daughter
527    alone, ever, because she harms herself; for the family who is
528    recovering after almost losing their daughter to a predator
529    she met online.

530    These stories are not unique to me or Eastern
531    Washington.  I recently heard of a young college student who
532    has lost nine friends to suicide.  This is unimaginable.  The
533    science on social media is becoming clear.  Between 2011 and
534    2018, rates of depression, self-harm, suicides, and suicide

535    attempts exploded among American teens.

536         During that time, rates of teen depression increased

537    more than 60 percent, with a larger increase among young

538    girls.  Between 2009 and 2015, emergency room admissions for

539    self-harm among 10- to 14-year-olds tripled.  And suicide

540    substantially increased.

541         One study found during that time, teens who use their

542    devices for five or more hours a day were 66 percent more

543    likely to have at least one suicide-related outcome compared

544    to those who used their for just one.  Other studies found

545    that teens who spend more time online report lower

546    psychological well-being and more feelings of loneliness.

547         Remember, our kids, the users, are the product.  You,

548    Big Tech, are not advocates for children.  You exploit and

549    profit off of them.  Big Tech needs to be exposed and

550    completely transparent for what you are doing to our children

551    so parents like me can make informed decisions.  We also

552    expect Big Tech to do more to protect children because you

553    haven't done enough.  Big Tech has failed to be good stewards

554    of your platforms.

555         I have two daughters and a son with a disability.  Let

556    me be clear:  I do not want you defining what is true for

557    them.  I do not want their future manipulated by your

558    algorithms.  I do not want their self-worth defined by the

559    engagement tools you built to attract their attention.  I do

560    not want them to be in danger from what you have created.  I
561    do not want their emotions and vulnerabilities taken
562    advantage of so you can make more money and have more power.
563        I am sure most of my colleagues on this committee who
564    are parents and grandparents feel the same way.  Over
565    20 years ago, before we knew what Big Tech would become,
566    Congress gave you liability protections.  I want to know:
567    Why do you think you still deserve those protections today?
568    What will it take for your business model to stop harming
569    children?  I know I speak for millions of moms when I say we
570    need answers and we will not rest until we get them.
571        Thank you.
572        *Mr. Doyle.  I thank the gentlelady.  The gentlelady
573    yields back.
574        The chair would now like to remind members that pursuant
575    to committee rules, all members' written opening statements
576    shall be made a part of the record.
577        I would now like to introduce our witnesses for today's
578    hearing and thank them all for appearing today.  First we
579    have Mark Zuckerberg, chairman and chief executive officer of
580    Facebook; Sundar Pichai, chief executive officer of Google;
581    and Jack Dorsey, chief executive officer of Twitter.
582        We want to thank all three of you for joining us today.
583    We look forward to your testimony.  Each of you will have
584    five minutes to give your opening statements.

585      Mr. Zuckerberg, we will start with you.  You are

586   recognized for five minutes.

587

588  STATEMENTS OF MARK ZUCKERBERG, CHAIRMAN AND CHIEF EXECUTIVE

589  OFFICER OF FACEBOOK; SUNDAR PICHAI, CHIEF EXECUTIVE OFFICER

590  OF GOOGLE; AND JACK DORSEY, CHIEF EXECUTIVE OFFICER OF

591  TWITTER

592

593  STATEMENT OF MARK ZUCKERBERG

594

595  *Mr. Zuckerberg.  Chairs Pallone, Schakowsky, and Doyle;

596  Ranking Members Rodgers, Latta, and Bilirakis; and members of

597  the committee, I am glad that this committee is looking at

598  all the ways that misinformation and disinformation show up

599  in our country's discourse.

600  There are important challenges here for our society.  We

601  have to decide how we want to handle speech that is legal but

602  harmful, and who should be responsible for what people say.

603  Misinformation is not a new problem.  It was 200 years ago

604  that a congressman said that a lie would travel from Maine to

605  Georgia while truth was still getting on its boots.  And

606  disinformation has often been spread through traditional

607  media, too.

608  But the internet gives everyone the power to

609  communicate, and that certainly presents unique challenges.

610  Now, people often says things that aren't verifiably true but

611  that speak to their lived experiences.  I think we have to be

612  careful restricting that.  For example, if someone feels

613  intimidated or discriminated against while voting, I believe
614  that they should be able to share their experience, even if
615  the election overall was fair.

616      I don't think anyone wants a world where you can only
617  say things that private companies judge to be true, where
618  every text message, email, video, and post has to be fact-
619  checked before you hit send.  But at the same time, we also
620  don't want misinformation to spread that undermines
621  confidence in vaccines, stops people from voting, or causes
622  other harms.

623      At Facebook, we do a lot to fight misinformation.  We
624  have removed content that could lead to imminent real-world
625  harm.  We have built an unprecedented third party fact-
626  checking program, and if something is rated false, then we
627  have warning labels and significantly reduce its
628  distribution.  We invest a lot in directing billions of
629  people to authoritative information.

630      The system isn't perfect.  But it is the best approach
631  that we have found to address misinformation in line with our
632  country's values.  It is not possible to catch every piece of
633  harmful content without infringing on people's freedoms in a
634  way that I don't think that we would be comfortable with as a
635  society.

636      Our approach was tested in 2020 when we took
637  extraordinary steps during an extraordinary election.  We

638  removed voting misinformation; banned hundreds of malicious
639  and conspiracy networks, including QAnon; labeled posts that
640  prematurely or wrongly declared victory; and directed people
641  to official results.  We labeled over 180 million posts.  We
642  directed 140 million people to our official Voting
643  Information Center.  And we helped 4 and a half million
644  people register to vote.
645      We did our part to secure the integrity of the election.
646  And then, on January 6th, President Trump gave a speech
647  rejecting the results and calling on people to fight.  The
648  attack on the Capitol was an outrage, and I want to express
649  my sympathy to all of the members, and Capitol workers who
650  had to live through this disgraceful moment in our history.
651  And I want to express my gratitude to the Capitol police, who
652  were on the front lines in defense of our democracy.
653      I believe that the former President should be
654  responsible for his words, and that the people who broke the
655  law should be responsible for their actions.  So that leaves
656  the question of the broader information ecosystem.  And I
657  can't speak for everyone else -- the TV channels, radio
658  stations, news outlets, websites, and other apps -- but I can
659  tell you what we did.
660      Before January 6th, we worked with law enforcement to
661  identify and address threats.  During and after the attack,
662  we provided extensive support in identifying the

663    insurrectionists, and removed posts supporting violence.  We

664    didn't catch everything, but we made our services

665    inhospitable to those who might do harm.  And when we feared

666    that he would incite further violence, we suspended the

667    former President's account.

668         Now, many people are concerns that platforms can ban

669    leaders.  I am, too.  I don't think that private companies

670    should make so many decisions like this alone.  We need an

671    accountable process, which is why we created an independent

672    oversight board that can overrule our decisions.  And we need

673    democratically agreed rules for the internet.

674         The reality is, our country is deeply divided right now,

675    and that isn't something that tech companies alone can fix.

676    Now, we all have a part to play in helping to turn things

677    around, and I think that starts with taking a hard look at

678    how we got here.

679         Now, some people say that the problem is that social

680    networks are polarizing us.  But that is not at all clear

681    from the evidence or research.  Polarization was rising in

682    America long before social networks were even invented.  And

683    it is falling or stable in many other countries where social

684    networks are popular.  Others claim that algorithms feed us

685    content that makes us angry because it is good for business,

686    but that is not accurate, either.

687         I believe that the division we see today is primarily

688   the result of a political and media environment that drives
689   Americans apart.  And we need to reckon with that if we are
690   going to make progress.  I know that technology can help
691   bring people together.  We see it every day on our platforms.
692        Facebook is successful because people have a deep desire
693   to connect and share, not to stand apart and fight.  And we
694   believe that connectivity and togetherness are more powerful
695   ideals than division and discord, and that technology can be
696   part of the solution to the challenges our society is facing.
697   And we are ready to work with you to move beyond hearings and
698   get started on real reform.  Thank you.
699        [The prepared statement of Mr. Zuckerberg follows:]
700
701   **********COMMITTEE INSERT**********
702

703      *Mr. Doyle.  Thank you, Mr. Zuckerberg.

704      Now Mr. Pichai.  You are now recognized for five

705   minutes.  Mr. Pichai, are you on mute?

706      *Mr. Pichai.  Sorry.  I had my volume on.

707

708    STATEMENT OF SUNDAR PICHAI

709

710    *Mr. Pichai.  Chairman Doyle, Ranking Member Latta,

711    Chairwoman Schakowsky, Ranking Member Bilirakis, full

712    committee Chair Pallone, and full committee Ranking Member

713    McMorris Rodgers, and members of the committee, thank you for

714    the opportunity to appear before you today.

715        To begin, I want to express my sympathies to those who

716    have lost loved ones to COVID or the recent gun violence in

717    Boulder and Atlanta.  In difficult times, we are re minded of

718    what connects us as Americans -- the hope that we can make

719    things better for our families and our communities.  And we

720    at Google are committed to that work.

721        I joined Google because I believed the internet was the

722    best way to bring the benefits of technology to more people.

723    Over the past three decades, we have seen how it has inspired

724    the best in society by expanding knowledge, powering

725    businesses, and providing opportunities for discovery and

726    connection.

727        I am proud that anyone can turn to Google for help,

728    whether they are looking for vaccine information, learning

729    new skills on YouTube, or using digital tools to grow their

730    businesses.  In 2020 our products helped 2 million U.S.

731    businesses and publishers generate $426 billion in economic

732    activity.  We are energized by the opportunity to help people

733  at scale, and humbled by the responsibility that comes with
734  it.
735      Thousands of people at Google are focused on everything
736  from cyber-attacks to privacy to today's topic,
737  misinformation.  Our mission is to organize the world's
738  information and make it universally accessible and useful.
739  The goal to that is providing trustworthy content and
740  opportunities for free expression while combating
741  misinformation.
742      It is a big challenge without easy answers.  500-plus
743  hours of video are uploaded to YouTube every minute.  And
744  approximately 15 percent of Google searches each day are near
745  to us.  Eighteen months ago, no one had heard of COVID-19.
746  Sadly, coronavirus was the top trending search last year.
747      Staying ahead of new challenges to keep users safe is a
748  top priority.  We saw the importance of that on January 6th,
749  when a mob stormed the U.S. Capitol.  Google strongly
750  condemns these violent acts on our democracy and mourns the
751  lives lost.
752      In response, we raised up authoritative sources across
753  our products.  On YouTube, we removed livestreams and videos
754  that violated our "incitement to violence'' policies, and
755  began issuing strikes to those in violation of our
756  "presidential elections'' policy.  We removed apps from the
757  Play Store for inciting violence, and stopped ads referencing

758   the 2020 election or the Capitol riots as part of our

759   "sensitive events'' policy.

760       We were able to act quickly because we were prepared

761   ahead of the 2020 elections.  Our reminders of how to

762   register and vote were viewed over 2 billion times.

763   YouTube's election results information panels have been

764   viewed more than 8 billion times.

765       We also worked to keep campaign safe from by cyber-

766   attacks and protect platforms from abuse.  After the

767   December 8 safe harbor deadline for States to certify

768   elections, we removed content from YouTube that alleged

769   widespread fraud changed the outcome of the election.

770       This past year, we have also focused on providing

771   quality information during the pandemic.  Globally, we have

772   committed over $540 million in ad grants for COVID-related

773   PSAs to governments, health organizations, and nonprofits.

774   On YouTube, our COVID information panels have been viewed

775   over 400 billion times.  We also removed 850,000 videos and

776   blocked nearly 100 million COVID-related acts throughout

777   2020.

778       Across all of this work, we strive to have transparent

779   policies and enforce them without regard to politics or point

780   of view.  Our ability to provide a range of information and

781   viewpoints, while also being able to remove this information,

782   is possible only because of legal frameworks like Section

783  230.  It is foundational to the open web, which has been a
784  powerful force for good for so many.
785       I look forward to sharing more about our approach today
786  and working together to create a path forward for the next
787  three decades.  Thank you.
788       [The prepared statement of Mr. Pichai follows:]
789
790  **********COMMITTEE INSERT**********
791

792      *Mr. Doyle.   Thank you, Mr. Pichai.

793      The chair now recognizes Mr. Dorsey for five minutes.

794

795   STATEMENT OF JACK DORSEY

796

797       *Mr. Dorsey.  Thank you, members of the Energy and

798   Commerce Committee and its subcommittees, for the opportunity

799   to speak with the American people about how Twitter may be

800   used to spread disinformation, and our solutions.  My remarks

801   will be brief so we can move to your questions and

802   discussion.

803       In our discussion today, some of you might bring up

804   specific tweets or examples, and I will probably have an

805   answer like, "My team will follow up with you.''  I don't

806   think that is useful.  I would rather us focus on principles

807   and approaches to address these problems.  I will start with

808   ours.

809       We believe in free expression.  We believe in free

810   debate and conversation to find the truth.  At the same time,

811   we must balance that with our desire for our service not to

812   be used to sow confusion, division, or destruction.  This

813   makes the freedom to moderate content critical to us.

814       Our process to moderate content is designed to

815   constantly evolve.  We observe what is happening on our

816   service.  We work to understand the ramifications.  And we

817   use that understanding to strengthen our operations.  We push

818   ourselves to improve, based on the best information we have.

819       Much of what we are likely to discuss today are entirely

820  new situations the world has never experienced before, and in
821  some unique cases, involved elected officials.  We believe
822  the best way to face a big, new challenge is through
823  narrowing the problem to have the greatest impact.

824       Disinformation is a broad concept, and we needed to
825  focus our approach on where we saw the greatest risk if we
826  hoped to have any impact at all.  So we chose to focus on
827  disinformation leading to offline harm, and three categories
828  to start:  manipulated media, public health, and civic
829  integrity.

830       Many of you will have strong opinions on how effective
831  we are in this work.  Some of you will say we are doing too
832  much and removing free speech rights.  Some of you will say
833  we are not doing enough and end up causing more harm.  Both
834  points of view are reasonable and worth exploring.

835       If we woke up tomorrow and decided to stop moderating
836  content, we would end up with a service very few people or
837  advertisers would want to use.  Ultimately, we are running a
838  business, and a business wants to grow the number of
839  customers it serves.  Enforcing policy is a business
840  decision.  Different businesses and services will have
841  different policies, some more liberal than others, and we
842  believe it is critical this variety continues to exist.
843  Forcing every business to behave the same reduces innovation
844  and individual choice, and diminishes free marketplace

845    ideals.

846        If instead we woke up tomorrow and decided to ask the

847    government to tell us what content to take down or leave up,

848    we may end up with a service that couldn't be used to

849    question the government.  This is a reality in many countries

850    today, and is against the right of an individual.  This would

851    also have the effect of putting enormous resource

852    requirements on businesses and services, which would further

853    entrench only those who are able to afford it.  Smaller

854    businesses would not be able to compete, and all activity

855    would be centralized into very few businesses.

856        So how do we resolve these two viewpoints?  One way is

857    to create shared protocols.  Social media has proven itself

858    important enough to be worthy of an internet protocol, one

859    that a company like Twitter can contribute to and compete on

860    creating experiences people love to use.  We started work on

861    such a protocol, which we call Blue Sky.  It intends to act

862    as a decentralized, open source social media protocol, not

863    owned by any single company or organization.  Any developer

864    around the world can help develop it, just as any company can

865    access its services.

866        But does an open protocol address the concerns raised

867    here?  Greater transparency is the strongest benefit.  Anyone

868    around the world can see everything that is happening in the

869    newsletter, including exactly how it works.  One doesn't have

870  to trust a company.  Just look at the source code.

871       Second, since the base protocol is shared, it will

872  increase innovation around business models, recommendation

873  algorithms, and moderation controls, which are in the hands

874  of individuals rather than private companies. This will allow

875  people to experiment in a market-based approach.  Finally, it

876  will allow all of us to observe, acknowledge, and address any

877  societal issues that arise much faster.  Having more eyes on

878  the problems will lead to more impactful solutions that can

879  be built directly into this protocol, making the network far

880  more secure and resilient.

881       A decentralized, open source protocol for social media

882  is our vision and work for the long term.  We continue the

883  cycle mentioned earlier of constantly improving our approach

884  to content moderation in the short term.  I hope our

885  discussion today will focus on more enduring solutions.

886       One final note:  We are a bunch of humans with a desire

887  to make the world around us better for everyone living today

888  and those that come after us.  We make mistakes in

889  prioritization and in execution.  We commit to being open

890  about these and doing our best to remedy what we control.

891       We appreciate the enormous privilege we have in building

892  technologies to host some of the world's most important

893  conversations, and we honor the desire to create better

894  outcomes or everyone who interacts with them.

895        Thanks for your time, and I look forward to the

896    discussion.

897        [The prepared statement of Mr. Doyle follows:]

898

899    **********COMMITTEE INSERT**********

900

901    *Mr. Doyle.  Thank you, Mr. Dorsey.

902    Well, we have concluded witness opening statements.  At

903  this time we will move to member questions.  I want to make

904  sure that members are aware that our witnesses are being

905  assisted by counsel, and during questions our witnesses may

906  briefly mute themselves to seek advice of counsel, which is

907  permitted.

908    Each member will have five minutes to start asking

909  questions of our witnesses.  I ask everyone to please adhere

910  to that five-minute rule, as we have many people that want to

911  ask questions.  I will start by recognizing myself for five

912  minutes.

913    *Mr. Duncan.  Mr. Chairman, a point of order?

914    *Mr. Doyle.  The gentleman -- who is speaking?

915    *Mr. Duncan.  This is Jeff Duncan.  Point of order.

916    *Mr. Doyle.  Yes, sir?

917    *Mr. Duncan.  If the witnesses are advised by counsel

918  and we are not swearing them in, why would they need counsel?

919    *Mr. Doyle.  In previous hearings, we have always

920  permitted witnesses to have counsel.  Sometimes you will see

921  them at a hearing just leaning back and talking to their

922  counsel before a question.  But it is allowed under our

923  rules, and I just wanted to make members aware that they may

924  mute themselves while that is going on.

925    *Mr. Duncan.  They should be sworn in, but I yield back.

926   Thank you.

927        *Mr. Doyle.  Okay.  Gentlemen, my time is short, and I

928   ask that you make your responses as brief and to the point as

929   possible.  If I ask you a yes or no question, I am just

930   looking for a yes or no.  So please respond appropriately.

931        I want to start by asking all three of you if your

932   platform bears some responsibility for disseminating

933   disinformation related to the election and the Stop the Steal

934   movement that led to the attack on the Capitol.  Just a yes

935   or no answer.  Mr. Zuckerberg?

936        *Mr. Zuckerberg.  Chairman, I think our responsibility

937   is to build systems that can help fight --

938        *Mr. Doyle.  Mr. Zuckerberg, I just want a yes or no

939   answer.  Okay?  Yes or no:  Do you bear some responsibility

940   for what happened?

941        *Mr. Zuckerberg.  Congressman, our responsibility is to

942   make sure that we build effective systems to help fight the

943   spread of --

944        *Mr. Doyle.  Okay.  The gentleman's preference is not to

945   answer the question.

946        Mr. Pichai, yes or no?

947        *Mr. Pichai.  We always feel a deep sense of

948   responsibility.  But I think we worked hard.  This election

949   effort was one of our most substantive efforts.

950        *Mr. Doyle.  Is that a yes or a no?

951      *Mr. Pichai.  Congressman, it is a complex question.

952  We --

953      *Mr. Doyle.  Okay.  We will move on.

954      Mr. Dorsey?

955      *Mr. Dorsey.  Yes.  But you also have to take into

956  consideration a broad ecosystem.  It is not just about the

957  technology platforms that are used.

958      *Mr. Doyle.  Thank you.  Thank you, and I agree with

959  that.

960      Mr. Zuckerberg, independent analysis has shown that

961  despite all the things that Facebook did during the election,

962  users still interacted with election misinformation roughly

963  1.1 billion times over the last year.  The initial Stop the

964  Steal group started on Facebook and gained over 350,000

965  followers in less than a day, faster than almost any other in

966  your platform's history, and they were immediately calling

967  for violence.

968      In mid-December, you stopped promoting high-quality news

969  outlets for election content, at a time when the

970  disinformation was as its height.  And finally, the FBI has

971  released numerous documents showing that many of the

972  insurrectionists used Facebook to coordinate and plan the

973  attack on January 6th.

974      So my question is:  How is it possible for you not to at

975  least admit that Facebook played a central role or a leading

976 role in facilitating the recruitment, planning, and execution
977 of the attack on the Capitol?

978      *Mr. Zuckerberg.  Chairman, my point is that I think
979 that the responsibility here lies with the people who took
980 the actions to break the law and take -- and do the
981 insurrection.

982      And secondarily, also, the people who spread that
983 content, including the President but others as well, with
984 repeated rhetoric over time saying that the election was
985 rigged and encouraging people to organize.  I think that
986 those people bear the primary responsibility as well.  And
987 that was the point that I was making.

988      *Mr. Doyle.  I understand that.  But your platforms
989 supercharged that.  You took what -- a thing and magnified
990 it; in 12 hours you got 350,000 people in your site.  You gin
991 this up.  Your algorithms make it possible to supercharge
992 these kinds of opinions.  I think we are here because of what
993 these platforms enabled, how your choices put our lives and
994 our democracy at risk.  And many of us just find it just
995 unacceptable.

996      I want to ask each of you another question.  Do you
997 think vaccines that have been approved for COVID-19 work?
998 Just yes or no.  Do you think the vaccines that have been
999 approved work?  Mr. Zuckerberg?

1000      *Mr. Zuckerberg.  Yes.

1001     *Mr. Doyle.  Mr. Pichai?

1002     *Mr. Pichai.  Yes.  Absolutely.

1003     *Mr. Doyle.  Mr. Dorsey?

1004     *Mr. Dorsey.  Yes.  But I don't think we are here to

1005 discuss our own personal opinions.

1006     *Mr. Doyle.  I just want to know if you think the

1007 vaccines work.  Yes?

1008     *Mr. Dorsey.  Yes.  However --

1009     *Mr. Doyle.  Thank you.  Okay.  So if you think the

1010 vaccines work, why have your companies allowed accounts that

1011 repeatedly offend your vaccine disinformation policies to

1012 remain up?  I mean, according to report, just 12 accounts on

1013 Facebook, Twitter, and Instagram account for 65 percent of

1014 all the vaccine disinformation on your platforms.  You are

1015 exposing tens of millions of users to this every day.  I

1016 don't have the states on YouTube, but my understanding is it

1017 is similar.

1018     So my question is:  Why, in the midst of a global

1019 pandemic that has killed over half a million Americans, that

1020 you haven't taken these accounts down that are responsibility

1021 for the preponderance of vaccine disinformation on your

1022 platforms?  Will you all commit to taking these platforms

1023 down today?  Mr. Zuckerberg?

1024     *Mr. Zuckerberg.  Congressman, yes, we do have a policy

1025 against allowing vaccine disinformation --

1026     *Mr. Doyle. Oh, I know you have a policy, but will you

1027 take the sites down today? You still have 12 people up on

1028 your site doing this. Will you take them down?

1029     *Mr. Zuckerberg. Congressman, I would need to look at

1030 the -- and have our team look at the exact examples to make

1031 sure they violate the policy --

1032     *Mr. Doyle. Look at them today and get back to us

1033 tomorrow because those still exist. We found them as early

1034 as last night.

1035     Mr. Pichai, how about you?

1036     *Mr. Pichai. We have removed over 850,000 videos and

1037 we --

1038     *Mr. Doyle. But have you removed them all? Do you

1039 still have people that are spreading disinformation on your

1040 platforms? There are about 12 superspreaders.

1041     *Mr. Pichai. We have clear policies and we take down

1042 content. Some of the content is allowed if it is people's

1043 personal experiences. But we definitely --

1044     *Mr. Doyle. Okay. Thank you. Mr. Dorsey? I see my

1045 time is getting expired. Mr. Dorsey? Will you take these

1046 sites down? You got about 12 superspreaders. Will you take

1047 them down?

1048     *Mr. Dorsey. Yes. We remove everything against our

1049 policy.

1050     *Mr. Doyle. Thank you.

1051     I see my time is expired.  I will now yield to the

1052  ranking member, Mr. Latta, for his five minutes.

1053     *Mr. Latta.  I thank my friend for yielding.

1054     Amanda Todd was just 15 years old when she hung herself.

1055  Amanda met a man online, who took inappropriate screenshots

1056  of Amanda, and proceeded to follow her around the internet

1057  and harass her for years.  He found her classmates on

1058  Facebook and he would send them the picture he took of her.

1059  To cope with the anxiety, Amanda turned to drugs and alcohol.

1060  But it became too much for her.

1061     Mr. Zuckerberg, clearly Ms. Todd was underage, so the

1062  photo that was shared to harass her was illegal.  Do you

1063  believe that Facebook bears any responsibility for the role

1064  it played in her death?  Yes or no?

1065     *Mr. Zuckerberg.  Sorry, I was muted.  Congressman, that

1066  is a -- it is an incredibly sad story.  And I think that we

1067  certainly have a responsibility to make sure that we are

1068  building systems that can fight and remove this kind of

1069  harmful content.  In the case of child exploitation content,

1070  we have been building systems for a long time that use AI,

1071  and we have thousands of people working on being able to

1072  identify this content and remove it, and I think our systems

1073  are generally pretty effective at this.  And I think it is

1074  our responsibility to make sure that we keep improving them.

1075     *Mr. Latta.  My time -- my time is pretty short, but

1076   would you say yes or no then?

1077        *Mr. Zuckerberg.  Sorry.  Can you repeat that?

1078        *Mr. Latta.  Well, in the question, yes or no, then?

1079   Any responsibility?

1080        *Mr. Zuckerberg.  Congressman, I believe that the

1081   responsibility of the platform --

1082        *Mr. Latta.  Okay.  Well, let me move on because I have

1083   got -- I am very short on time.

1084        Do you believe that Facebook should be held accountable

1085   for any role in her death?  Yes or no?

1086        *Mr. Zuckerberg.  Congressman, the responsibility that I

1087   think platforms should have --

1088        *Mr. Latta.  Okay.

1089        *Mr. Zuckerberg.  -- is to build effective systems to

1090   moderate this content.

1091        *Mr. Latta.  I am going to have to move on.  I am going

1092   to have to take it that you are just not responding to the

1093   question.

1094        Unfortunately, stories like Amanda Todd's are only

1095   becoming more common.  While we all can talk about how your

1096   platforms can be used for good or evil, the evil seems to

1097   persevere.

1098        Mr. Zuckerberg, you stated that you support thought

1099   changes to Section 230 to ensure that tech companies are held

1100   accountable for certain actions that happen on their

1101  platforms, such as child exploitation.  What specific changes
1102  do you support in Section 230?
1103      *Mr. Zuckerberg.  Thanks, Congressman.  I would support
1104  two specific changes, especially for large platforms,
1105  although I want to call out that I think for smaller
1106  platforms, I think we need to be careful about any changes
1107  that we made that remove their immunity because that could
1108  hurt competition.  So let me just call on these for larger
1109  platforms.
1110      I think, first, platforms should have to issue
1111  transparency reports that state the prevalence of content
1112  across all different categories of harmful content,
1113  everything from child exploitation to terrorism to incitement
1114  of violence to intellectual property violations to
1115  pornography, whatever the different harms are, and --
1116      *Mr. Latta.  Well, let me ask real quick now, where are
1117  those transparency reports you are being reported to, and how
1118  often do you think that should be going out?
1119      *Mr. Zuckerberg.  Oh, Congressman, as a model, Facebook
1120  has been doing something to this effect for every quarter,
1121  where we report on the prevalence of each category of harmful
1122  content and how effective our system are at identifying that
1123  content and removing it in advance.  And I think the company
1124  should be held accountable for having effective systems to do
1125  that broadly.

1126    The second change that I would propose is creating
1127    accountability for the large platforms to have effective
1128    systems in place to moderate and remove clearly illegal
1129    content, so things like sex trafficking or child exploitation
1130    or terrorist content.  And I think it would be reasonable to
1131    condition immunity for the larger platforms on having a
1132    generally effective system in place to moderate clearly
1133    illegal types of content.
1134        *Mr. Latta.  Let me interrupt real quick because I am
1135    running really short on time.  Because I know in your
1136    testimony you are talking about that you would -- you say
1137    that platforms should not be held liable if a particular
1138    piece of content evades its detection.
1139        So again, that is one of the areas when you are talking
1140    about the transparency and also the accountability I would
1141    like to follow up on.
1142        Let me ask you real quick, Mr. Pichai, yes or no:  Do
1143    you agree with Mr. Zuckerberg's changes to Section 230?
1144        *Mr. Pichai.  There are definitely good proposals around
1145    transparency and accountability, which I have seen in various
1146    legislative proposals as well, which I think are important
1147    principles and we would certainly welcome legislative
1148    approaches in that area.
1149        *Mr. Latta.  Okay.  Mr. Doyle, do you agree with
1150    Mr. Zuckerberg?  Yes or no?  On the changes on 230?

1151     *Mr. Dorsey.  I think the ideas around transparency are
1152  good.  I think it is going to be very hard to determine what
1153  is a large platform and a small platform, and it may
1154  incentivize the wrong things.
1155     *Mr. Doyle.  Okay.  The gentleman's time is expired.
1156     *Mr. Latta.  Thank you very much.  My time is expired,
1157  and I yield back.
1158     *Mr. Doyle.  The chair now recognizes Chair Schakowsky,
1159  chair of the Subcommittee on Consumer Protection and
1160  Commerce, for five minutes.
1161     *Ms. Schakowsky.  Thank you so much.
1162     Mr. Zuckerberg, immediately after the Capitol
1163  insurgency, Sheryl Sandberg did an interview in which she
1164  insisted that the siege was largely planned on smaller
1165  platforms, that -- but the court filings actually show
1166  something quite the opposite, that the Proud Boys and Oath
1167  Keepers used Facebook to coordinate in real time during the
1168  siege.
1169     And so my question for you is:  Will you admit today
1170  that Facebook groups, in particular, played a role in
1171  fomenting the extremism that we saw and that led to the
1172  Capitol siege?
1173     *Mr. Zuckerberg.  Congresswoman, thanks for the question
1174  on this.  In the comment that Sheryl made, what I believe
1175  that we were trying to say was -- and what I stand behind --

1176   is what was widely reported at the time, that after January
1177   6th --
1178        *Ms. Schakowsky.  No.  But I am sorry to interrupt, as
1179   many of my colleagues have had to do because we only have
1180   five minutes.  But would you say that -- and would you admit
1181   that Facebook played a role?
1182        *Mr. Zuckerberg.  Congresswoman, I think certainly there
1183   was content on our services, and from that perspective, I
1184   think that there is further work that we need to do to make
1185   our services and moderation more effective.
1186        *Ms. Schakowsky.  I have heard that.  Okay.  I am going
1187   to ask Mr. Pichai a question.
1188        Many companies have used Section 230 as a shield to
1189   escape consumer protection laws.  And I have a bill that
1190   would actually not protect companies that do that.  And so,
1191   Mr. Pichai, would you agree that  that that would be proper
1192   use, to not allow liability protection for those who violate
1193   consumer protection laws?
1194        *Mr. Pichai.  Congresswoman, consumer protection laws
1195   are very important areas, like we comply with COPPA and
1196   HIPAA.  I think the right approach is to have legislation in
1197   applicable areas, and have us --
1198        *Ms. Schakowsky.  Okay.  I am going to have to interrupt
1199   again.  Is that a yes, that if a law has been broken, a
1200   consumer protection law, that it would not -- there would not

1201 be liability protection under Section 230 for you?

1202 *Mr. Pichai. We rely on the liability protections to

1203 actually take strong action in, particularly, new types of

1204 content. When the Christchurch shooting happens, within a

1205 few minutes our teams have to make decisions about the

1206 content to take down. That certainty is what we rely on.

1207 But I agree with you that we should have strong consumer

1208 protection laws and be subject to it, and have agencies like

1209 the FTC have clear oversight over those laws and how we

1210 comply with them.

1211 *Ms. Schakowsky. Let me just ask a real -- thank you --

1212 a real yes or no, quickly. Do you think that when you take

1213 money to run advertisements that promote disinformation, that

1214 you are exempt from liability? Yes or no? Yes or no?

1215 *Mr. Pichai. Section 230 --

1216 *Ms. Schakowsky. Mr. Zuckerberg? Yes or no?

1217 *Mr. Zuckerberg. Congresswoman, I don't know the legal

1218 answer to that. But we don't allow misinformation in our

1219 ads. And any ad that has been fact-checked as false, we

1220 don't allow it to run as an ad.

1221 *Ms. Schakowsky. Okay. And Mr. Dorsey?

1222 *Mr. Dorsey. Again, I also would need to review the

1223 legal precedent for it. But we would not allow that.

1224 *Ms. Schakowsky. Okay. And Mr. Pichai?

1225 *Mr. Pichai. We are subject to FTC's Deceptive Ad

1226  Practices, so there are statutes which apply to us.  We
1227  removed over 3 billion bad ads last year alone.
1228     *Ms. Schakowsky.  Okay.  Let me ask one more question:
1229  Do you think that Section 230 should be expanded to trade
1230  agreements that are being made, as happened in the U.S. trade
1231  agreement with Mexico and Canada?  Yes or
1232  no?  Mr. Zuckerberg?
1233     *Mr. Zuckerberg.  Congresswoman, my primary goal would
1234  be to help update Section 230 to reflect the kind of modern
1235  reality in what we have learned over 25 years.  But that
1236  said, I do still think that Section 230 plays a foundational
1237  role in the development of the internet, and the company is
1238  getting bilked, so I do think that we should support it.
1239     *Ms. Schakowsky.  I hear you.  But I am talking now
1240  about trade agreements.  Mr. Pichai?
1241     *Mr. Pichai.  Congresswoman, I think there is value in
1242  it.  But if there are evolution of Section 230, that should
1243  apply.  And so in a flexible way, being able to do that would
1244  be good, I think.
1245     *Ms. Schakowsky.  Mr. Dorsey?
1246     *Mr. Dorsey.  I don't fully understand the ramifications
1247  of what you are suggesting.  So I would have to review any --
1248     *Ms. Schakowsky.  I am saying to have a liability shield
1249  that would be international and clarify it in trade
1250  agreements.  And I think it is a bad idea.

1251       *Mr. Doyle.  The gentlelady's time has expired.

1252       *Ms. Schakowsky.  Thank you.  I yield back.

1253       *Mr. Doyle.  The chair now recognizes Mr. Bilirakis,

1254  ranking member of the Subcommittee on Consumer Protection and

1255  Commerce, for five minutes.

1256       *Mr. Bilirakis.  Thank you, Mr. Chairman.  I appreciate

1257  it.

1258       Mr. Dorsey, you have heard briefly about what I am

1259  hearing again my district.  My opening remarks, you have

1260  heard them.  The other key part with these stories that we

1261  are hearing when we conduct these surveys is how we empower

1262  law enforcement.

1263       In a hearing last year, we received testimony that since

1264  2016, Twitter has intentionally curtailed sharing threat data

1265  with law enforcement fusion centers.  Here is the question:

1266  You are well aware that on Twitter and Periscope, that

1267  traffic has increased from bad actors seeking to groom

1268  children for molestation, lure females into sex trafficking,

1269  sell illegal drugs, incite violence, and even threaten to

1270  murder police officers.

1271       Are you willing to reinstate this cooperation, retain

1272  evidence, and provide law enforcement the tools to protect

1273  our most vulnerable?  Yes or no?

1274       *Mr. Dorsey.  Well, first, child sexual exploitation has

1275  no place on our platform, and I don't believe that is true.

1276   We work with local law enforcement regularly.

1277        *Mr. Bilirakis.  So you are saying that this is not

1278   true, what I am telling you?  Are you willing to reinstate --

1279   reinstate; in other words, it is not going on now --

1280   reinstate this cooperation with law enforcement to retain

1281   evidence and provide law enforcement the tools to protect our

1282   most vulnerable?

1283        *Mr. Dorsey.  We would love to work with you in more

1284   detail on what you are seeing.  But we work with law

1285   enforcement regularly.  We have a strong partnership.

1286        *Mr. Bilirakis.  So you are saying that this is not

1287   true, what I am telling you?

1288        *Mr. Bilirakis.  I don't believe so.  But I would love

1289   to understand the specifics.

1290        *Mr. Pichai.  Will you commit to doing what I am telling

1291   you you are not doing in the future, and work with me on

1292   this?

1293        *Mr. Dorsey.  We will commit to continue doing what we

1294   are doing.

1295        *Mr. Bilirakis.  And what is that?  You are saying that

1296   the -- so in other words --

1297        *Mr. Dorsey.  Working with the local law enforcement.

1298        *Mr. Bilirakis.  Okay.  Well, let me go on to the next

1299   question.  But I am going to follow up with this to make sure

1300   you are doing this.  I mean, our children's lives are in

1301    jeopardy here.

1302         Mr. Zuckerberg, we have heard you acknowledge mistakes

1303    about your products before.  There are now media reports of

1304    an Instagram for under-13 being launched.  My goodness.

1305    Between this and YouTube Kids, you and Mr. Pichai have

1306    obviously identified a business case for targeting this age

1307    bracket with content, and I find that very concerning,

1308    targeting this particular age bracket, 13 and under.

1309         Given these free services, how exactly would you be

1310    making money, or are you trying to monetize our children,

1311    too, and get them addicted early?  And will you be allowing

1312    your own children to use this site with the default settings?

1313    We are talking about, again, the site that apparently is

1314    being launched for children 13 and under, or under 13,

1315    actually.  Can you please answer that question for me?

1316         *Mr. Zuckerberg.  Congressman, we are early in thinking

1317    through how this service would work.  There is clearly a

1318    large number of people under the age of 13 who would want to

1319    use a service like Instagram.  We currently do not allow them

1320    to do that.  I think the offer --

1321         *Mr. Bilirakis.  What would be beneficial to our

1322    children to launch this kind of service?

1323         *Mr. Zuckerberg.  Well, Congressman, I think helping

1324    people stay connected with friends and learn about different

1325    content online is broadly positive.  There are clearly issues

1326   that need to be thought through and worked out, including how
1327   parents can control the experience of kids, especially kids
1328   under the age of 13.  And we haven't worked through all of
1329   that yet, so we haven't kind of formally announced the plans.
1330   But I think that something like this could be quite helpful
1331   for a lot of people.
1332       *Mr. Bilirakis.  Excuse me.  Okay, I will reclaim my
1333   time.
1334       Mr. Pichai, your company has had failures to rating
1335   content for kids.  What advice would you offer your challenge
1336   here?
1337       *Mr. Pichai.  Congressman, we have invested a lot in a
1338   one-of-a-kind product, YouTube Kids.  The content there is --
1339   we work with trusted content partners.  Think Sesame Street
1340   as an example of the type of channel you would find there,
1341   science videos and cartoons.  And we take great effort to
1342   make sure --
1343       *Mr. Bilirakis.  I need to reclaim my time.  I have one
1344   more -- one last question for Mr. Zuckerberg.
1345       Do you have concerns with what has appeared on your
1346   platform hosted by YouTube?  And with regard to your
1347   children, about -- in general.  Do you have concerns, yes
1348   or no?
1349       *Mr. Zuckerberg.  Congressman, are you asking me about
1350   YouTube?

1351       *Mr. Bilirakis.  Yes.  I am asking you about YouTube.

1352       *Mr. Zuckerberg.  Congressman, I use YouTube to watch

1353   educational videos with my children, and --

1354       *Mr. Bilirakis.  Do you have concerns?  First, for your

1355   children and your family personally?  Do you have concerns?

1356       *Mr. Zuckerberg.  Well, Congressman, my children are

1357   5 and 3 years old.  So when I watch content on YouTube with

1358   them, I am doing it and supervising them.  So in that

1359   context, no.  I haven't particularly had concerns.  But I

1360   think it is important that if anyone is building a service

1361   for kids under the age of 13 to use by themselves, that there

1362   are appropriate parental controls.

1363       *Mr. Doyle.  The gentleman's time is expired.

1364       *Mr. Bilirakis.  Thank you.

1365       *Mr. Doyle.  I would ask all members to try to stick to

1366   our five-minute rule so that we can get out of here before

1367   midnight.

1368       The chair will not recognize Mr. Pallone, the full

1369   committee chair, for five minutes.

1370       *The Chairman.  Thank you, Chairman Doyle.  My questions

1371   are of Mr. Zuckerberg and Mr. Pichai.  But I just want to

1372   say, after listening to the two of you's testimony, you

1373   definitely give the impression that you don't think that you

1374   are actively in any way promoting this misinformation and

1375   extremism.  And I totally disagree with that.

1376     You are not passive bystanders.  You are not nonprofits

1377  or religious organizations that are trying to do a good job

1378  for humanity.  You are making money.  And the point we are

1379  trying to make today, or at least I am, is that when you

1380  spread disinformation, misinformation, extremism, actively

1381  promoted and amplified, you do it because you make more

1382  money.

1383     And so I kind of deny the basic premise of what you

1384  said.  But let me get to the questions.  Let me ask

1385  Mr. Zuckerberg:  According to a May 2020 Wall Street Journal

1386  report, a Facebook researcher concluded that Facebook's own

1387  recommendation tools were tied to a significant rise in

1388  membership in extremist Facebook groups in Germany.  I wrote

1389  to you last month requesting this research and related

1390  documents.  I trust you will fully cooperate with the

1391  committee's inquiry and provide all requested documents and

1392  information.

1393     But my question is, and please yes or no:  Were you

1394  aware of this research showing that 64 percent of the members

1395  in the extremist Facebook groups studied join because of

1396  Facebook's own recommendations to join these extremist groups

1397  in Germany?  Were you aware of that, yes or no?

1398     *Mr. Zuckerberg.  Congressman, this is something that we

1399  study because we want to make sure our products --

1400     *The Chairman.  But I am asking whether you were aware

1401    of it.  It is a simple question.  Yes or no:  Were you aware
1402    of it?  That is all I am asking.  Were you aware of it?
1403        *Mr. Zuckerberg.  Aware at what time?  After we studied
1404    that --
1405        *The Chairman.  I just asked if you were aware of it,
1406    Mr. Zuckerberg.  Yes or no?  If not, I am going to assume
1407    that the answer is yes.  Okay?
1408        *Mr. Zuckerberg.  Congressman, I have seen the study.
1409    It was about a --
1410        *The Chairman.  All right.  So your answer is yes.
1411        *Mr. Zuckerberg.  -- contest leading up to the German
1412    election.  And we have since --
1413        *The Chairman.  I appreciate that.  Let me go to the
1414    final question, which relates to that.  You said yes.  Okay.
1415        The troubling research I mentioned demonstrates that
1416    Facebook was not simply allowing disinformation and extremism
1417    to spread, it actively amplified it and spread it.  This is
1418    my point.  Nonetheless, Facebook didn't permanently stop
1419    permanently stop recommending political and civil groups to
1420    the United States until after the January 6th insurrection,
1421    years after it was made aware of this research.
1422        The fact that Facebook's own recommendation system
1423    helped populate extremist groups compels us to reevaluate
1424    platforms' liabilities.  Now, back to that Wall Street
1425    Journal article.

1426    Facebook's chief product officer, Chris Cox, championed

1427    an internal effort to address division on Facebook and

1428    proposed a plan that would have reduced the spread of content

1429    by hyperactive users on the far left and far right.  The

1430    article alleges, Mr. Zuckerberg, that you personally reviewed

1431    this proposal and approved it, but only after its

1432    effectiveness was decreased to 80 percent.

1433        Is that true?  Yes or no, please?

1434        *Mr. Zuckerberg.  Congressman, we have made a lot of

1435    measures that -- to fight this content, including --

1436        *The Chairman.  Did you approve it after its

1437    effectiveness was decreased to 80 percent?  Yes or no?

1438        *Mr. Zuckerberg.  Congressman, I can't speak to that

1439    specific example.  But we have put in place a lot of

1440    different measures, and I think that they are effective,

1441    including --

1442        *The Chairman.  Did you review the proposal and approve

1443    it?

1444        *Mr. Zuckerberg.  Congressman, we do a lot of work in

1445    this area and I review a lot of proposals and we move forward

1446    on a lot of steps.

1447        *The Chairman.  It is not a difficult question.  I am

1448    just asking if you reviewed this internal proposal and you

1449    approved it.  And you won't even answer that.  It is so easy

1450    to answer that question.  It is very specific.

1451     All right.  You won't answer.  Right?  Yes or no?

1452     *Mr. Zuckerberg.  Congressman, that is not what I said.

1453 I said I did review that in addition to many other proposals

1454 and things that we have taken action on.

1455     *The Chairman.  You whether or not --

1456     *Mr. Zuckerberg.  Including shutting off recommendations

1457 for civic and political groups.

1458     *The Chairman.  Did you approve it with the 80 percent

1459 decrease in effectiveness?

1460     *Mr. Zuckerberg.  Congressman, I don't remember that

1461 specifically.  But we have taken a number of different --

1462     *The Chairman.  Okay.  Let me --

1463     *Mr. Zuckerberg.  -- steps on this.

1464     *The Chairman.  Let me go to Mr. Pichai.  Mr. Pichai,

1465 according to the New York Times, YouTube's recommendation

1466 algorithm is responsible for more than 70 percent of the time

1467 users spend on YouTube.  In fact, a former designed emphasis

1468 at Google was quoted as saying, "If I am YouTube and I want

1469 you to watch more, I am always going to steer you towards

1470 Crazy Town.''

1471     Mr. Pichai, is YouTube's recommendation algorithm

1472 designed to encourage users to stay on the site?  Yes or no?

1473 Is it designed to encourage users to stay on the site?  Yes

1474 or no?

1475     *Mr. Pichai.  Content responsibilities are our number

1476   one goal, so that trumps everything.

1477        *The Chairman.  I am only asking, very simple, whether

1478   YouTube's recommendation algorithm is designed to encourage

1479   users to stay on the site.  Simple question.  Yes or no.

1480        *Mr. Pichai.  That is not the sole goal, Congressman.

1481   That would definitely --

1482        *The Chairman.  So the answer is yes.  Okay.  So the

1483   bottom line is, simply put, your company's bottom line

1484   compels you to amplify extremist and dangerous content.  You

1485   are not bystanders.  And what happens online doesn't stay

1486   online.  It has real-world consequences.  That is why

1487   Congress has to act, because you are not bystanders.  You are

1488   encouraging this stuff.

1489        Thank you, Mr. Chairman.

1490        *Mr. Doyle.  The gentleman's time is expired.

1491        The chair now recognizes Ms. Rodgers, the full committee

1492   ranking member, for five minutes.

1493        *Ms. Rodgers.  We tragically lost a number of young

1494   people to suicide in my community.  In a 3-year period from

1495   2013  to 2016, the suicide rate more than doubled in Spokane

1496   County.  In the last six months, one high school lost three

1497   teens.  Right now suicide is the second leading cause of

1498   death in the entire State of Washington for teens 15 to

1499   19 years old.

1500        As I mentioned, it has led to many painful conversations

1501  trying to find some healing for broken families and
1502  communities.  And together we have been asking, what has left
1503  our kids with a deep sense of brokenness?  Why do children,
1504  including kids we have lost in middle school, feel so empty
1505  at such a young, vulnerable age?
1506      Well, some studies are confirming what parents in my
1507  community already know:  Too much time on screens and social
1508  media is leading to loneliness and despair.  And it seems to
1509  be an accepted truth in the tech industry because what we are
1510  hearing today:  Making money is more important.
1511      Bill Gates put a cap on screen time for his daughter.
1512  Steve Jobs once said in a quote, "We limit how much
1513  technology our kids use at home.''  Mr. Zuckerberg, you have
1514  also said that your kids -- or you don't want your kids
1515  sitting in front of screens passively consuming content.
1516      So Mr. Zuckerberg, yes or no:  Do you agree too much
1517  time in front of screens, passively consuming content, is
1518  harmful to children's mental health?
1519      *Mr. Zuckerberg.  Congresswoman, the research that I
1520  have seen on this suggests that if people are using computers
1521  and social --
1522      *Ms. Rodgers.  Could you answer yes or no?  I am sorry.
1523  Could you use yes or no?
1524      *Mr. Zuckerberg.  I don't think that the research is
1525  conclusive on that.  But I can summarize what I have learned,

1526    if that is helpful.

1527        *Ms. Rodgers.  I will follow up at a later time because
1528    I do know that Facebook has acknowledged that passive
1529    consumption on your platform is leading to people feeling
1530    worse.  And you said that going from video to video is not
1531    positive.  Yet Facebook is designed to keep people scrolling.
1532    Instagram is designed to get users to go from video to video.

1533        So I would like to ask you if you said earlier that you
1534    don't want kids sitting in front of the screens passively
1535    consuming content, and your products are designed to increase
1536    screen time, do you currently have any limitations on your
1537    own kids' use of your products, or how do you think that will
1538    change as they get older?

1539        *Mr. Zuckerberg.  Sure, Congresswoman.  My daughters are
1540    5 and 3 and they don't use our products.  Actually, that is
1541    not exactly true; my eldest daughter, Max, I let her use
1542    Messenger Kids sometimes to message her cousins.  But
1543    overall, the research that we have seen is that using social
1544    apps to connect with other people can have positive mental
1545    health benefits and well-being benefits by helping people
1546    feel more connected and less lonely.

1547        Passively consuming content doesn't have those positive
1548    benefits to well-being but isn't necessarily negative.  It
1549    just isn't as positive as connecting.  And the way we design
1550    our algorithms is to encourage meaningful social

1551    interactions.  So it is a common misconception that our

1552    teams -- our goals, or even have goals, of trying to increase

1553    the amount of time that people spend.

1554        The News Feed team at Facebook and the Instagram team

1555        *Ms. Rodgers.  Thank you, Mr. Zuckerberg.  I do have a

1556    couple more questions.

1557        So do you agree that your business model and the design

1558    of your products is to get as many people on the platform as

1559    possible and to keep them there for as long as possible?  If

1560    you could answer yes or no, that would be great.

1561        *Mr. Zuckerberg.  Congressman, from a mission

1562    perspective, we want to serve everyone.  But our goal is

1563    not -- we don't -- I don't give our News Feed team or our

1564    Instagram team goals around increasing the amount of time

1565    that people spend.  I believe that if we build a useful

1566    product which --

1567        *Ms. Rodgers.  Okay.  Thank you.  Thank you.  We all

1568    have limited time.  I think the business model suggests that

1569    it is true.

1570        It was mentioned earlier that you are studying

1571    extremism.  I would like to ask, yes or no, of all of you,

1572    beginning with Mr. Zuckerberg:  Has Facebook conducted any

1573    internal research as to the effect your products are having

1574    on the mental health of our children?

1575        *Mr. Zuckerberg.  Congressman, I know that this is

1576   something that we try to study, and I am --

1577        *Ms. Rodgers.  Can you say yes or no?  I am sorry.

1578        *Mr. Zuckerberg.  I believe the answer is yes.

1579        *Ms. Rodgers.  Okay.  Mr. Doyle, has Twitter?

1580        *Mr. Dorsey.  I don't believe so, but we will follow up

1581   with you.

1582        *Ms. Rodgers.  Okay.  Mr. Pichai, has Google conducted

1583   any research on the effect your products are having on the

1584   mental health of children?

1585        *Mr. Pichai.  We consult widely with expert third

1586   parties on this area, including SAMHSA and other mental

1587   health organizations, and invest a lot of time and effort in

1588   this area.

1589        *Ms. Rodgers.  Okay.  I would like to see that.  It

1590   sounds like you have studied extremism.  Let's get focused on

1591   our children.

1592        *Mr. Doyle.  The gentlelady's time is expired.

1593        The chair now recognizes Mr. Rush for five minutes.

1594   Bobby, you need to unmute.  There you go.  Nope, you are

1595   still muted.

1596        *Mr. Rush.  I want to thank you, Mr. Chairman.  We all

1597   agree that social media sites should not be tools for stoking

1598   racial division or exacerbating racial injustice.  However,

1599   there is a broad finding of research that demonstrates the

1600   disproportionate effects of disinformation and white

1601  supremacy extremism on women and people of color, especially
1602  black people.
1603       We have seen, and continue to see, that too often social
1604  media sites put their earnings before equality.  Simply
1605  stated, your corporations carelessly put profits over people.
1606  Misinformation, outlandish conspiracy theories, and
1607  incendiary content targeting minorities remains firmly, and
1608  social media companies, your companies, are profiting from
1609  hate and racism on these platforms by harnessing data and
1610  generating advertising revenue from such content.
1611       There is only one comparison that remotely approaches
1612  the avarice and moral discrepancy of your companies, and that
1613  is the slavetocracy burden of our Nation's shameful and
1614  inhumane and most difficult dark days in the past.
1615       This is the very reason why I ask Mr. Dorsey, I remember
1616  you at our 2018 hearing to commit to commissioning and
1617  independent third party civil rights audit of Twitter.  This
1618  response at the hearing was followed up with a joint letter
1619  from Chairman Pallone and myself confirming that commitment.
1620       It is three years later, and I am still waiting,
1621  Mr. Dorsey, for the results of that audit.  Where is that
1622  audit, Mr. Dorsey?
1623       *Mr. Dorsey.  Thank you.  We have taken another
1624  approach, which is to work with civil rights orgs on a
1625  regular basis.  We have regular conversations with civil

1626   rights orgs multiple times a year.

1627       *Mr. Rush.  Mr. Dorsey, where is the audit that Members

1628   of Congress, including the chairman of the committee -- where

1629   is the audit that we asked you and you agreed to forward?

1630       *Mr. Dorsey.  We don't have it.  We sought a different

1631   approach with --

1632       *Mr. Rush.  I don't have it, either, and I thought that

1633   you were being very, very disingenuous.  As a matter of fact,

1634   I thought that you had lied to the committee and you should

1635   be condemned for that.  And I can't wait until we come up

1636   with legislation that will deal with you and your cohorts in

1637   a very, very effective way.  This was nothing but an empty

1638   promise that you made.

1639       You haven't taken this issue seriously, and Mr. Dorsey I

1640   as a black man in America, my experiences are different from

1641   your experiences.  This audit is very, very important to me

1642   and to those who are similarly situated just as I am.

1643   Facebook, to their credit, has completed an audit.  And there

1644   is no reason, simply no reason under the sun, that

1645   corporation as large as yours should not have completed that

1646   audit.

1647       Mr. Dorsey, has Twitter evaluated the disparate impact

1648   from COVID-19 misinformation on the African American

1649   community, and simply has not even attempted to identify

1650   messages to combat COVID-19 misinformation targeted at

1651   African Americans and emphasized reliable, trustworthy
1652   medical information?
1653        *Mr. Dorsey.  Yes on both.  And we review with civil
1654   rights orgs on a regular basis.  That is the solution we
1655   chose.
1656        *Mr. Doyle.  The gentleman's time is expired.
1657        The chair now recognizes Mr. Upton for five minutes.
1658        *Mr. Upton.  Thank you, Mr. Chairman.
1659        As I listen to this hearing, like it or not, it sounds
1660   like everybody on both sides of the aisle is not very happy.
1661   I think we all believe that there is a lot of responsibility
1662   that should be shared for some of the issues that we have
1663   raised today by the three of you.  And I would just offer --
1664   or speculate, I guess you could say -- that we are going to
1665   see some changes in Section 230.
1666        The President, former President Trump, vetoed a pretty
1667   big bill, the defense bill, earlier last year over this very
1668   issue because he wanted the total repeal and he didn't get
1669   it.  But I know that the Senate now has got some legislation
1670   that is pending that is looking at a couple reforms.  And my
1671   sense is that we may see something here in the near future as
1672   well.
1673        I serve as one of only two House members on the
1674   Commission on Combating Synthetic Opioid Trafficking.  It is
1675   a multi-Federal agency.  It is co-chaired by David Trone in

1676   the House and Tom Cotton in the Senate.  And there is a lot
1677   of concern that we all have, not only as parents but as
1678   community leaders across the country, on opioids and the
1679   inability to remove illegal offers of opioids, steroids, even
1680   fake COVID-19 vaccines.  Very troubling, I think, as we see
1681   some of these platforms push such content to a user in real
1682   search of it.

1683       So I guess my first question is to you, Mr. Zuckerberg.
1684   The sale of illegal drugs on your platform does violate your
1685   policy, yet it does remain a problem on your platforms.  Can
1686   you explain the resources that you currently have devoted to
1687   addressing the issue and whether or not you plan to develop
1688   more?  And this is an issue that I intend to raise with the
1689   Commission as we look forward to this in the next number of
1690   months.

1691       *Mr. Zuckerberg.  Thanks, Congressman.  I think this is
1692   an important area and a good question.  We have more than a
1693   thousand engineers who work on our what we call integrity
1694   systems that basically are AI systems that try to help find
1695   content that violates our policies.  You are right that that
1696   content does violate our policies.  And we also have more
1697   than 35,000 people who work in content review who basically
1698   are either responding to flags that they get from the
1699   community or checking things that our AI systems flag for
1700   them but are unsure about.

1701      And this is an area -- and when we are talking about

1702    reforming Section 230 -- where I think it would be reasonable

1703    to expect that large platforms, especially, build effective

1704    systems to be able to combat and fight this kind of clearly

1705    illegal content.  I think that there will be a lot of ongoing

1706    debate about how to handle content which people find

1707    distasteful or maybe harmful but is legal.  But in this case,

1708    when the content is illegal, I think it is pretty reasonable

1709    to expect that large platforms build effective systems for

1710    moderating this.

1711       *Mr. Upton.  So we saw earlier this week -- of course,

1712    we don't know all the facts on this terrible shooting in

1713    Boulder, Colorado.  It appears, at least some of the initial

1714    reports, that the alleged shooter was in fact bullied, and I

1715    think I saw some press reports that some of it had happened

1716    online as well.

1717       What process do you have that would allow parents or

1718    families to be able to pursue anti-bullying efforts that

1719    might be on your platforms?

1720       *Mr. Zuckerberg.  Thanks, Congressman.  I think bullying

1721    is a really important case to consider for Section 230

1722    because, first of all, it is horrible, and we need to fight

1723    it, and we have policies that are against it.  But it also is

1724    often the case that bullying content is not clearly illegal.

1725       So when we talk about needing the ability under

1726   something like Section 230 to be able to moderate content

1727   which is not only clearly illegal content but broader, one of

1728   the primary examples that we have in mind is making sure that

1729   we can stop people from bullying children.  And here we work

1730   with a number of advocacy groups.  We work with law

1731   enforcement to help fight this.  This is a huge effort and

1732   part of what we do, and I think it is extremely important.

1733        *Mr. Upton.  And other than taking the approach that you

1734   don't want to see any changes to 230, what suggestions might

1735   you have for us as we examine this issue?

1736        *Mr. Zuckerberg.  Sorry, Congressman.  I am not saying

1737   that I don't think that there should be changes.  I am saying

1738   that I think 230 still broadly is important, so I wouldn't

1739   repeal the whole thing.

1740        But the three changes that I have basically suggested

1741   are -- one is around transparency, that large platforms

1742   should have to report on a regular cadence, for each category

1743   of harmful content, how much of that harmful content they are

1744   finding and how effective their systems are at dealing with

1745   it.

1746        The second thing I think that we should do is hold large

1747   platforms to a standard where they should have effective

1748   systems for handling clearly illegal content, like opioids or

1749   child exploitation or things like that.

1750        And the threshold thing that I think is an important

1751 principle is that these policies really do need to apply more
1752 to large platforms.  And I think we need to find a way to
1753 exempt small platforms so that way -- when I was getting
1754 started with Facebook, if we had gotten hit with a lot of
1755 lawsuits around content, it might have been prohibitive for
1756 me to get started.  And I think none of us here want to see
1757 the next set of platforms from being stopped from kind of
1758 being able to get started and grow.

1759        *Mr. Doyle.  The gentleman's time is expired.

1760        The chair now recognizes Ms. Eshoo.

1761        *Ms. Eshoo.  Am I unmuted?  Thank you, Mr. Chairman.
1762 And good morning -- well, it is still -- we are Californians,
1763 so it is good morning for us.

1764        I want to start by saying that content moderation, like
1765 removing posts or banning accounts, is about treating
1766 symptoms.  And I think that we need to treat symptoms, but I
1767 also think that we need to address two underlying diseases.
1768 The first is that your products amplify extremism.  The
1769 second is that your business models of targeted ads enable
1770 misinformation to thrive because you chase user engagement at
1771 great cost to our society.

1772        So to Mr. Pichai, last month the Anti-Defamation League
1773 found that YouTube amplifies extremism.  Scores of
1774 journalists and researchers agree.  And here is what they say
1775 happens:  A user watching an extremist video is often

1776  recommended more such videos, slowly radicalizing the user.

1777  YouTube is not doing enough to address recommendations, and

1778  it is why Representative Malinowski and myself introduced the

1779  Protecting Americans from Dangerous Algorithms Act to

1780  narrowly amend Section 230 so courts can examine the role of

1781  algorithmic amplification that leads to violence.

1782       And it is also why I, along with 40 of my House

1783  colleagues, wrote to each of you about this issue.  And

1784  Mr. Chairman, I ask that those letters be placed into the

1785  record.

1786       [The letters to Mr. Pichai referred to follow:]

1787

1788  **********COMMITTEE INSERT**********

1789

1790      *Ms. Eshoo.  So my question to you, Mr. Pichai, is:  Are
1791  you willing to overhaul YouTube's core recommendation engine
1792  to correct this issue?  Yes or no?

1793      *Mr. Pichai.  Congresswoman, we have overhauled our
1794  recommendation systems, and I know you have engaged on these
1795  issues before, pretty substantially in pretty much any area.

1796      *Ms. Eshoo.  Now, Mr. Pichai, yes or no, because we
1797  still have a huge problem.  And I outlined what they -- are
1798  you saying that the Anti-Defamation League doesn't know what
1799  they are talking about?  All these journalists and
1800  researchers?  There is a lot more to address.  And that is
1801  why I am asking you if you are willing to overhaul YouTube's
1802  core recommendation engine to correct this.  It is serious.
1803  It is dangerous.  What more can I say about it?  Yes or no?

1804      *Mr. Pichai.  Congresswoman, if I may explain, we have -
1805  -

1806      *Ms. Eshoo.  No.  I don't have time to explain.  So we -
1807  - let me just say this to the witnesses.  We don't do
1808  filibuster in the House.  That is something that is done in
1809  the Senate.  So a filibuster doesn't work with us.

1810      To Mr. Zuckerberg, your algorithms use unseemly amounts
1811  of data to keep users on your platform because that leads to
1812  more ad revenue.  Now, businesses are in business to make
1813  money.  We all understand that.  But your model has a cost to
1814  society.  The most engaging posts are often those that induce

1815   fear, anxiety, anger, and that includes deadly, deadly
1816   misinformation.
1817        The Center for Countering Digital Hate found that the
1818   "Explore'' and "Suggested Posts'' parts of Instagram are
1819   littered with COVID misinformation, election disinformation,
1820   and QAnon posts.  So this is dangerous, and it is why
1821   Representative Schakowsky and I are doing a bill that is
1822   going to ban this business model of surveillance advertising.
1823        So are you willing to redesign your products to
1824   eliminate your focus on addicting users to your platforms at
1825   all costs?  Yes or no?
1826        *Mr. Zuckerberg.  Congresswoman, as I said before, the
1827   teams that design our algorithm --
1828        *Ms. Eshoo.  Never mind.  I think -- let me just say
1829   this, and I think it is irritating all of us, and that is
1830   that no one seems to know the word "yes'' or the word "no.''
1831   Which one is it?  If you don't want to answer, just say, "I
1832   don't want to answer.''  So yes or no?
1833        *Mr. Zuckerberg.  Congressman, these are nuanced issues
1834   and --
1835        *Ms. Eshoo.  Okay.  So I am going to say that is a no.
1836        To Mr. Doyle, as chairwoman of the Health Subcommittee,
1837   I think that you need to eliminate all COVID misinformation
1838   and not label or reduce its spread but remove it.  I looked
1839   at a tweet this morning.  Robert Kennedy, Jr. links the death

1840    of baseball legend Hank Aaron to the COVID vaccine even

1841    though fact-checkers debunked the story.  The tweet has 9,000

1842    retweets.

1843        Will you take this down, and why haven't you?  And also,

1844    why haven't you banned the 12 accounts that are spewing its

1845    deadly COVID misinformation?  This could cost lives.

1846        *Mr. Dorsey.  No, we won't take it down because it

1847    didn't violate our policy.  So we have a clear policy in

1848    place --

1849        *Ms. Eshoo.  What kind of policy is that?  Is it a

1850    policy for misinformation?

1851        *Mr. Dorsey.  No.

1852        *Mr. Doyle.  The gentlelady's time is expired.

1853        The chair recognizes Mr. Scalise.  Is Mr. Scalise here?

1854        *Mr. Scalise.  Thank you.

1855        *Mr. Doyle.  Ah, there we go.

1856        *Mr. Scalise.  Yes.  Thank you, Mr. Chairman.  I want to

1857    thank you for having this hearing.  I want to thank our three

1858    witnesses for coming as well.  Clearly, you are seeing a lot

1859    of concern being expressed by members on both sides, both

1860    Republican and Democrat, about the way that your social media

1861    platforms are run, and especially as it relates to the

1862    fairness and equal treatment of people.

1863        I know I have had a lot of concerns; shared it with some

1864    of you individually over the last few years about whether it

1865    is algorithms that seem to be designed sometimes to have an
1866    anti-bias against conservatives.  But look, we all agree that
1867    whether it is illegal activity, bullying, those things ought
1868    not to be permeated through social media.
1869         There is a big difference between stopping bullying and
1870    violent type of social media posts versus actual censorship
1871    of political views that you disagree with.  And I want to ask
1872    my first question to Mr. Dorsey because there have been a lot
1873    of concerns expressed recently about that inequal treatment.
1874    And I will just start with the New York Post article.
1875         I think a lot of people have seen this.  This article
1876    was censored by Twitter when it was originally sent out.
1877    This is the New York Post, which is a newspaper that goes
1878    back to 1801, founded by Alexander Hamilton.  And for weeks,
1879    this very credibly sourced article, right before an election,
1880    about Hunter Biden was banned by Twitter.
1881         And then when you contrast that, you have this
1882    Washington Post article that was designed to mis-portray a
1883    conversation between President Trump and the Georgia
1884    secretary of state that has since been -- parts of this have
1885    been debunked.  And yet this article can still be tweeted
1886    out.
1887         I want to ask Mr. Dorsey, first of all, do you recognize
1888    that there is this real concern that there is an anti-
1889    conservative bias on Twitter's behalf?  And would you

1890   recognize that this has to stop if this has going to be --
1891   Twitter is going to be viewed by both sides as a place where
1892   everybody is going to get a fair treatment?

1893      *Mr. Dorsey.  We made a total mistake with the New York
1894   Post.  We corrected that within 24 hours.  It was not to do
1895   with the content.  It was to do with the hacked materials
1896   policy.  We had an incorrect interpretation.  we don't write
1897   policy according to any particular  political leaning.  If we
1898   find any of it, we rout it out.

1899      *Mr. Scalise.  So we are regarding the Washington post -
1900   -

1901      *Mr. Dorsey.  We will make mistakes.  We will make
1902   mistakes, and our goal is to correct them as quickly as
1903   possible.  And in that case, we did.

1904      *Mr. Scalise.  And I appreciate you recognizing that was
1905   a mistake.  However, the New York Post's entire Twitter
1906   account was blocked for about two weeks where they couldn't
1907   send anything out, not just that article.  And to censor --
1908   we have got a First Amendment, too.  It just seems like to
1909   censor a newspaper that is as highly respected as the New
1910   York Post -- again, 1801, founded by Alexander Hamilton --
1911   for their entire account to be blocked for two weeks by a
1912   mistake seems like a really big mistake.

1913      Was anyone held accountable in your censoring department
1914   for that mistake?

1915    *Mr. Dorsey.  Well, we don't have a censoring
1916  department.  But I agree.  Like it --
1917    *Mr. Scalise.  Well, who made the decision, then, to
1918  block their account for two weeks?
1919    *Mr. Dorsey.  We didn't block their accounts for two
1920  weeks.  We required them to delete the tweet and then they
1921  could tweet it again.  They didn't take that action, so we
1922  corrected it for them.  That was --
1923    *Mr. Scalise.  Even though the tweet was accurate.  I
1924  mean, are you now -- look.  You have seen the conversations
1925  on both sides about Section 230, and there is going to be
1926  more discussion about it.  But you are acting as a publisher
1927  if you are telling a newspaper that they have got to delete
1928  something in order for them to be able to participate in your
1929  account.
1930    I mean, don't you recognize that that -- you are no
1931  longer hosting a town square.  You are acting as a publisher
1932  when you do that.
1933    *Mr. Dorsey.  It was literally just a process, sir.
1934  This was not against them in any particular way.  We
1935  require -- if we remove a violation, we require people to
1936  correct it.  We changed that based on their not wanting to
1937  delete that tweet, which I completely agree with.  I see it.
1938  But it is something we learned.  We learned to --
1939    *Mr. Scalise.  Okay.  Well, let me go to the New York --

1940 now let me go to the Washington Post article because this
1941 article can still be tweeted. I don't know if it was ever
1942 taken down. It contains false information. Even the
1943 Washington Post acknowledges that it contains false
1944 information. Yet their tweets today on your service that
1945 still mischaracterize it in a way where even the Washington
1946 Post admitted it is wrong, yet those mischaracterizations can
1947 still be retweeted.
1948     Will you address that and start taking those down to
1949 reflect what even the Washington Post themselves has admitted
1950 is false information?
1951     *Mr. Dorsey. Our misleading information policies are
1952 focused on manipulated media, public health, and civic
1953 integrity. That is it. We don't have a general --
1954     *Mr. Scalise. I would hope that you would go and take
1955 that down. And look. I know you said in your opening
1956 statement, Mr. Dorsey, that Twitter is running a business,
1957 and you said, "A business wants to grow the customers it
1958 serves.'' Just recognize if you become viewed and continue
1959 to become viewed as an anti-conservatively biased platform,
1960 there will be other people that step up to compete and
1961 ultimately take millions of people from Twitter. I would
1962 hope you recognize that.
1963     And I would yield back the balance of my time.
1964     *Mr. Doyle. The gentleman's time is expired.

1965      The chair now recognizes Mr. Butterfield for five

1966    minutes.

1967      *Mr. Butterfield.  Thank you, Mr. Chairman.

1968      Mr. Zuckerberg, last year in response to the police

1969    killing of George Floyd, you wrote a post on your Facebook

1970    page that denounced racial bias.  It proclaimed, "Black Lives

1971    Matter.''  You also announced that the company would donate

1972    $10 million to racial justice organizations.

1973      And Mr. Dorsey, Twitter changed its official bio to a

1974    Black Lives Matter tribute, and you pledged $3 million to an

1975    anti-racism organization started by Colin Kaepernick.  And

1976    Mr. Pichai, your company held a company-wide moment of

1977    silence to honor George Floyd, and you announced $12 million

1978    in grants to racial justice organizations.

1979      The CEO of Google subsidiary YouTube wrote in a blog

1980    post, "We believe Black Lives Matter and we all need to do

1981    more to dismantle systematic racism.''  YouTube also

1982    announced it would start a $100 million fund for black

1983    creators.

1984      Now, all of this sounds nice.  But there pronouncements,

1985    gentlemen, these pronouncements and money donations do not

1986    address the way your companies' own products, Facebook,

1987    Twitter, and YouTube, have been successfully weaponized by

1988    racists and are being used to undermine social justice

1989    movements, to suppress voting in communities of color, and

1990   spread racist content and lies.

1991          And so, gentlemen, in my view -- in my view your

1992   companies have contributed to the spread of race-based

1993   extremism and voter suppression.  As the New York Times noted

1994   last year, "It is as if the heads of MacDonald's, Burger

1995   King, and Taco Bell all got together to fight obesity by

1996   donating to a vegan food co-op rather than lowering their

1997   calories.''

1998          Gentlemen, you could have made meaningful changes within

1999   your organizations to address the racial biases built into

2000   your products and donated to these organizations.  But

2001   instead, we are left with platitudes and another round of

2002   passing the buck.

2003          America is watching you today.  This is a moment that

2004   begins a transformation of the way you do business, and you

2005   must understand that.  Perhaps a lack of diversity within

2006   your organizations has contributed to these failures.  The

2007   Congressional Black Caucus's Tech 2025 initiative has been

2008   working for years to increase diversity and equity in tech

2009   companies at all levels, and you know that because we have

2010   visited with you in California.

2011          We founded this initiative in 2015 with the hope that by

2012   now, the tech workforce would reflect the diversity of our

2013   country.  Here we are, 2021.  I acknowledge that you have

2014   made some modest advancements, but enough.  There must be

2015 meaningful representation in your companies to design your
2016 products and services in ways that work for all Americans.
2017     And that requires public accountability.  History has
2018 shown that you have talked the talk but have failed to walk
2019 the walk.  It appears now that Congress will have to compel
2020 you -- compel you, perhaps with penalties -- to make
2021 meaningful changes.  And I am going to try the yes or no
2022 answer, and hopefully I will have better results than my
2023 colleagues.
2024     Mr. Zuckerberg, I will start with you, and please be
2025 brief.  Yes or no:  Would you oppose legislation that would
2026 require technology companies to publicly report on workforce
2027 diversity at all levels?
2028     *Mr. Zuckerberg.  Congressman, I don't think so, but I
2029 need to understand it in more detail.
2030     *Mr. Butterfield.  Well, we will talk about that.  And I
2031 hope that if we introduce this legislation, you will not
2032 oppose it.
2033     What about you, Mr. Dorsey?  Would you oppose a law that
2034 made workforce diversity reporting a requirement?
2035     *Mr. Dorsey.  No, I wouldn't oppose it.  It does come
2036 with some complications in that we don't always have all the
2037 demographic data for our employees.
2038     *Mr. Butterfield.  Well, thank you for that, and we
2039 talked with you in your office some years ago and you made a

2040  commitment to work with us, but we need more.

2041      What about you, Mr. Pichai?  Are you willing to

2042  support -- would you be willing to commit to -- would you

2043  oppose a law that made workforce diversity reporting a

2044  requirement?  Would you oppose it?

2045      *Mr. Pichai.  Congressman, we were the first company to

2046  publish transparency reports.  We publish it annually.  And

2047  so happy to share that with you and take any feedback.  But

2048  we do today provide, in the U.S., detailed demographic

2049  information on our workforce, and we are committed to doing

2050  better.

2051      *Mr. Butterfield.  Well, gentlemen, for last six years,

2052  the Congressional Black Caucus has said to you over and over

2053  again, we need greater diversity among your workforce from

2054  the top to the bottom, and we need for you to publish the

2055  data so the world can see it.  That is the only way we are

2056  going to deal with diversity and equity.

2057      Thank you so very much, Mr. Chairman.  I heard you at

2058  the beginning of the committee gavel, and I yield back the

2059  10 seconds that I have.

2060      *Mr. Doyle.  The gentleman deserves commendation for

2061  doing that, and I hope others follow his example.

2062      The chair now recognizes Mr. Guthrie for five minutes.

2063      *Mr. Guthrie.  Thank you, Mr. Chair, and thanks to the

2064  witnesses for being here.

2065　　　　And Big Tech decisions have real impact on people, and
2066　　that is why I ask my constituents, using your platforms, to
2067　　share their experiences on your platforms with me as their
2068　　representative.  And I am here to advocate on their behalf.
2069　　I received 450 responses, and one major thing that I heard
2070　　from my constituents was the experience they have had with
2071　　sites taking down religious content, which is important
2072　　because a lot of religious organizations are now streaming
2073　　their services due to COVID.

2074　　　　I did have one instance where a constituent wrote to
2075　　me -- and this is what she posted -- "I am thankful God's
2076　　grace is new every morning.''  And then Facebook took it
2077　　down, and then my constituent said she got a notice from
2078　　Facebook that it violated their policies around hate.

2079　　　　And so I just want to discuss about this.  I can ask you
2080　　yes or no questions, Mr. Zuckerberg, on that, but I just want
2081　　to talk about it a little bit.  One is, it seems, I know that
2082　　we don't want extreme language on the internet.  I am with
2083　　you on that.  And you cannot watch everything.  And so you
2084　　use algorithms to find that, so algorithms will flag things,
2085　　some that are clearly obvious and some that you would say
2086　　probably shouldn't have been flagged.

2087　　　　But it seems to me that it seems to be biased in that
2088　　direction.  And so instead of just giving you a yes or no
2089　　question, I want to read that quote again.  And I sort of

2090    know a little bit about math, not a lot but a little bit,
2091    about within that quote, what in there would get tripped up,
2092    with this quote get tripped up and put into the flagged
2093    category?
2094         And as it says, "I am thankful God's grace is new every
2095    morning.''  And so I guess the question is what word or
2096    thought do you think would trip an algorithm for that quote,
2097    Mr. Zuckerberg?
2098         *Mr. Zuckerberg.  Congressman, it is not clear to me why
2099    that post would be a problem.  I would need to look into it
2100    in more detail.  Sometimes the systems look at patterns of
2101    posting, so if someone is posting a lot, then maybe our
2102    system thinks it is spam.  But I would need to look into it
2103    in more detail.
2104         Overall, the reality is that any system is going to make
2105    mistakes.  There is going to be content that we take down
2106    that we should have left up, and there is going to be content
2107    that we missed that we should have taken down that we didn't
2108    catch or that the system has made mistake on.  And at scale,
2109    unfortunately, those mistakes can be a large number even if
2110    it is a very small percent.
2111         But that is why, when we are talking about things like
2112    Section 230 reform, I think it is reasonable to expect large
2113    companies to have effective moderation systems, but not
2114    reasonable to expect that there are never any errors.  But I

2115  think that transparency can help hold the companies

2116  accountable as to what accuracy and effectiveness they are

2117  achieving.

2118      *Mr. Guthrie.  Okay.  Then, well, to your spam comment,

2119  I think they did receive a notify it was for the hate policy.

2120  And I understand there are going to be grey areas, whatever.

2121  But that quote, I don't see where the grey area is as to how

2122  it could get caught up in that.

2123      *Mr. Zuckerberg.  I agree.

2124      *Mr. Guthrie.  But I want to move on.  Thanks for your

2125  answer with that.  I want to move on.

2126      So Mr. Dorsey, I want to talk about the RFK, Jr.  I

2127  didn't see that quote, but you said that didn't violate your

2128  policy.  And just in the context of that, I know CDC just

2129  recently updated its school guidance to make clear science

2130  says you can be three feet away and still be safe in schools.

2131  The issue -- things are changing every day because we are

2132  learning more and more about this virus.

2133      So how did the RFK comment not violate your policy, RFK,

2134  Jr.?  And how did -- we have an RFK III that we all -- and

2135  JFK and JPK III I guess we all like as a former colleague.

2136  But RFK, Jr., and the policy towards that.  And then how do

2137  you keep up with what's changing so quickly, Mr. Dorsey?

2138      *Mr. Dorsey.  We can follow up with you on the exact

2139  reasoning.  But we have to recognize that our policies evolve

2140  constantly and they have to evolve constantly.  So as has
2141  been said earlier in this testimony, we observe what is
2142  happening as a result of our policy.  We have got to
2143  understand the ramifications.  And we improve it.  And it is
2144  a constant cycle.  We are always looking to improve our
2145  policies and our enforcement.
2146      *Mr. Guthrie.  So Mr. Zuckerberg, Mr. Pichai, just on
2147  all that continuously evolving information on COVID because
2148  we are learning more and more about it, how do you keep up?
2149  We only have about 30 seconds, so if you could -- quick
2150  answers for each of you, if you can.  Mr. Pichai, maybe,
2151  since you haven't answered a question?
2152      *Mr. Pichai.  Yes.  On COVID, we have been really taking
2153  guidance from CDC and other health experts, proactively
2154  removing information.  One thing we get to do in YouTube is
2155  to recommend higher quality content.  We have shown
2156  400 billion information panels on COVID alone last year,
2157  including a lot from CDC and other health organizations.
2158      *Mr. Guthrie.  Okay.  Thank you, and I will yield back
2159  four seconds, Mr. Chair.
2160      *Mr. Doyle.  Thank you, Mr. Guthrie.
2161      The chair now recognizes Ms. Matsui for five minutes.
2162      *Ms. Matsui.  Thank you very much, Mr. Chairman, for
2163  having this hearing today.
2164      Today we have another opportunity, hearing from the

2165    leaders of Facebook, Twitter, and Google, in what has become
2166    a concerning pattern.  The members of this committee are here
2167    to demand answers to questions about social media's role in
2168    escalating misinformation, extremism, and violence.

2169         Last week I testified at a House Judiciary Committee
2170    hearing about the rise in discrimination and violence against
2171    Asian Americans.  Horrifically, that hearing came on the
2172    heels of a violent attack in Atlanta that left eight people,
2173    six of them Asian women, dead.

2174         The issues we are discussing here are not abstract.
2175    They have real-world consequences and implementations that
2176    are too often measured in human lives.  I am worried, as are
2177    many watching this hearing, that the companies before us
2178    today are not doing enough to prevent the spread of hate,
2179    especially when it is targeted against minority communities.
2180    Clearly the current approach is not working, and I think
2181    Congress must revisit Section 230.

2182         A recent study from the University of San Francisco
2183    examined nearly 700,000 tweets in the week before and after
2184    President Trump tweeted the phrase "Chinese virus.''  The
2185    results showed two alarming trends:  There was a
2186    significantly greater increase in hate speech the week after
2187    the President's tweet, and that half of the tweets used in
2188    the hashtag #chinavirus showed an anti-Asian sentiment
2189    compared to just one-fifth of the tweets using the hashtag

2190    #covid19.

2191        This empirical evidence backs up what the World Health

2192    Organization already knew in 2015, saying, "Disease names

2193    really do matter.  We have seen certain disease names provoke

2194    a backlash against members of particularly religious or

2195    ethnic communities.''  Despite this, Facebook and Twitter are

2196    still allowing hashtags like #chinavirus, #kungflu, and

2197    #wuhanvirus to spread.

2198        Mr. Zuckerberg and Mr. Dorsey, given the clear

2199    association between this type of language and racism or

2200    violence, why do you still allow these hashtags on your

2201    platforms?  Anyone answer that, or is that not answerable?

2202        *Mr. Dorsey.  I think we were waiting for you to call on

2203    one of us.  We do have policies against hateful conduct, and

2204    that includes the trends, so when we see associated with any

2205    hateful conduct, we will take action on it.  It is useful to

2206    remember that a lot of these hashtags, though, do contain

2207    counter-speech, and people on the other side of it do own

2208    them and show why this is so terrible and why it needs to --

2209        *Ms. Matsui.  Can I just take my time back?  The fact of

2210    the matter is I think you know how to develop algorithms to

2211    kind of get rid of this and examine this further.

2212        Mr. Zuckerberg, any comment here?

2213        *Mr. Zuckerberg.  Thanks, Congresswoman.  The rise in

2214    anti-Asian hate is a really big issue and something that I do

96

2215    think that we need to be proactive about.  I agree with the
2216    comments that Jack made on this.  On Facebook, any of that
2217    context, if it is combined with something that is clearly
2218    hateful, we will take that down.  It violates the hate speech
2219    policy.

2220        But one of the nuances that Jack highlighted that we
2221    certainly see as well in enforcing hate speech policy is that
2222    we need to be clear about when someone is saying something
2223    because they are using it in a hateful way versus when they
2224    are denouncing it.  And this is one of the things that has
2225    made it more difficult to operationalize this at scale.

2226        *Ms. Matsui.  Well, reclaiming my time, I think this
2227    gives us an opportunity to really look at hate speech, what
2228    it really means, particularly in this day and age when we
2229    have many instances of these things happening.  Hate speech
2230    on social media can be baked in, and unfortunately, this also
2231    is a trend that maybe happened years and years ago, which it
2232    might have just been a latent situation.

2233        But with social media, it travels all around the world
2234    and it hurts a lot of people.  And my feeling, and I believe
2235    a lot of other people's feeling, is that we really have to
2236    look at how we define hate speech.  And you all are very
2237    brilliant people and you hire brilliant people.  I would
2238    think that there is a way for you to examine this further and
2239    take it one step lower to see if it is something that is

2240    legitimate or not.

2241         And I really feel that this is a time, especially now
2242    when we are examining platforms and what you can do and
2243    should do, and as we are examining here in this committee and
2244    as we write legislation, we really want to have the entire
2245    multitude of what can and can't be done.

2246         So with that, Mr. Chairman, I only have 11 seconds left,
2247    and I yield back.  Thank you.

2248         *Mr. Doyle.  Thank you.  The gentlelady yields back.

2249         Let's see.  The chair now recognizes Mr. Kinzinger for
2250    five minutes.

2251         *Mr. Kinzinger.  Thank you, Mr. Chairman, and thank you
2252    all for being here.  In all this conversation it is good to
2253    have, I think we also have to recognize that we need to -- we
2254    are lucky to have all these companies located in the United
2255    States.  When we talked about the issues and concerns, for
2256    instance, with TikTok, we can see that a lot of these
2257    companies could easily leave here and go elsewhere and then
2258    we would have far less oversight.

2259         I think the crackdown on January 6 was correct.  I think
2260    we need to be careful to not use that as a way to deflect
2261    from what led to January 6th, the pushing of this narrative
2262    of Stop the Steal.  I think there are folks that are
2263    concerned, though, that we also need to make sure that those
2264    same levels of protection exist when you talk about like

2265  Iran, for instance, and what the leaders there tweet.  But
2266  let me go into specific questions.

2267      Over the years we have obviously seen the rise of
2268  disinformation.  It is not new; I remember getting
2269  disinformation in the 1990s.  But we have seen it spread on
2270  these platforms.  So we live in a digital world where many
2271  people get their news and entertainment from the internet,
2272  from articles and posts that are often based off algorithms
2273  that can cater to what people see and read.

2274      So those constant News Feeds have simply reinforced
2275  people's beliefs, or worse, that they can promote disgraceful
2276  and utterly ridiculous conspiracy theories from groups like
2277  QAnon.  Extremism and violence have grown exponentially as a
2278  result, and we know it is true specifically after January 6.

2279      So Mr. Zuckerberg, let me ask you:  According to Hany
2280  Farid at Berkeley, numerous  external studies and some of
2281  your own internal studies have revealed that your algorithms
2282  are actively promoting divisive, hateful, and conspiratorial
2283  content because it engages users to spend more time.

2284      Do you think those studies are wrong?  And if not, what
2285  are you guys doing to reverse course on that?

2286      *Mr. Zuckerberg.  Sure.  Thank you, Congressman.  This
2287  is an important set of topics.

2288      In terms of groups, we stopped recommending all civic
2289  and political groups even though I think a lot of the civic

2290    and political groups are healthy, because we were seeing that
2291    that was one vector that there might be polarization or
2292    extremism, and groups might start off with one set of views
2293    but migrate to another place.  So we have removed that
2294    completely.  And we did it first as an exceptional measure
2295    during the election; and since the election, we have
2296    announced that we are going to extend that policy
2297    indefinitely.
2298        For the rest of the content in News Feed and on
2299    Instagram, the main thing that I would say is I do think that
2300    there is quite a bit of misperception about how our
2301    algorithms work and what we optimize for.  I have heard a lot
2302    of people say that we are optimizing for keeping people on
2303    the service.
2304        The way that we view this is that we are trying to help
2305    people have meaningful social interactions.  People come to
2306    social networks to be able to connect with people.  If we
2307    deliver that value, then it will be natural that people use
2308    our services more.  But that is very different from setting
2309    up algorithms in order to just kind of try to tweak and
2310    optimize and get people to spend every last minute on our
2311    service, which is not how we designed the company or the
2312    services.
2313        *Mr. Kinzinger.  Thanks.  I don't mean to interrupt you.
2314    I do have another question.

100

2315     Mr. Chairman, I want to ask unanimous consent to insert

2316 for the record an article from the Wall Street Journal

2317 titled, "Facebook Executives Shut Down Efforts to Make the

2318 Site Less Divisive.''

2319     [The Wall Street Journal article follows:]

2320

2321 **********COMMITTEE INSERT**********

2322

2323     *Mr. Kinzinger.  Let me move on to the next one.  For
2324  years I have called for increased consumer protection from
2325  companies on fake accounts and bad actors who use them to
2326  exploit others.  This issue affected me personally; in 2015,
2327  a woman from India spent all of her money on a flight to come
2328  see me because she claimed to have developed a relationship
2329  with me over Facebook.
2330     In 2019 I sent you, Mr. Zuckerberg, a letter
2331  highlighting the issue, and your team provided a relatively
2332  inadequate response.  Since then, I have introduced two
2333  pieces of legislation, Social Media Accountability and
2334  Account Verification Act, and the Social Media Fraud
2335  Mitigation Act, both of which aimed to curb this activity.
2336     So Mr. Zuckerberg, the last time you came before us, you
2337  stated that Facebook has a responsibility to protect its
2338  users.  Do you feel that your company is living up to that?
2339  And further, what have you done to remove those fake
2340  accounts?
2341     *Mr. Zuckerberg.  Thanks.  So fake accounts are one of
2342  the bigger integrity issues that we face.  I think in the
2343  first half of -- well, in the last half of last year, we took
2344  down more than a billion fake accounts, just to give you a
2345  sense of the volume, although most of those our systems are
2346  able to identify within seconds or minutes of them signing up
2347  because the accounts just don't behave in a way that a normal

2348   person would in using the service.

2349         But this is certainly one of the highest priority issues

2350   we have.  We see a large prevalence of it.  Our systems, I

2351   think, at this point are pretty effective in fighting it, but

2352   they are not perfect, and there are still a few percent that

2353   get through.  And it is a big issue and one we will continue

2354   working on.

2355         *Mr. Kinzinger.  Thank you.  I would love to ask the

2356   rest -- the others a question, but I don't have time.  So I

2357   yield back, Mr. Chairman.  Thank you for your attention.

2358         *Mr. Doyle.  I thank the gentleman.

2359         The chair now recognizes Ms. Castor for five minutes.

2360         *Ms. Castor.  Well, thank you, Mr. Chairman.

2361         Gentlemen, since you were last here in front of the

2362   committee, the illegal activities, the expanse of unwitting

2363   Americans, the rampant misinformation on your platforms, have

2364   gotten worse.  Part of the reason for this toxic stew is that

2365   you employ manipulative methods to keep people cemented to

2366   the platform, often amplifying discord.  And it boosts your

2367   bottom line.  You enjoy an outdated liability should that

2368   incentivizes you to look the other way or take half measures

2369   while you make billions at the expense of our kids, our

2370   health, the truth, and now we have seen the very foundation

2371   of our democracy.

2372         I have been working for over a year with advocates and

2373    other members on an update to the children's protections
2374    online.  You all know the tracking and manipulation of
2375    children under age 13 is against the law, but Facebook,
2376    Google, YouTube, and other platforms have broken that law or
2377    have found ways around it.  Many half been sanctioned for
2378    knowingly and illegally harvesting personal information of
2379    children and profiting from it.
2380        I have a question for each of you, just a quick yes or
2381    no:  Did you all watch "The Social Dilemma,'' where former
2382    employees or yours or other Big Tech platforms say they do
2383    not allow their kids on social media?  Mr. Zuckerberg?
2384        *Mr. Zuckerberg.  Congresswoman, I haven't seen it --
2385        *Ms. Castor.  Yes or --
2386        *Mr. Zuckerberg.  -- but I am obviously familiar with
2387    it.
2388        *Ms. Castor.  Okay.  Mr. Pichai?  Yes or no?
2389        *Mr. Pichai.  Yes.  I have seen the movie.
2390        *Ms. Castor.  And --
2391        *Mr. Dorsey.  No.  No.
2392        *Ms. Castor.  Okay.  Well, Mr. Zuckerberg, there is a
2393    good reason that they have the former execs say that.  Are
2394    you aware of the 2019 Journal of the American Medical
2395    Association pediatric study that the risk of depression for
2396    adolescents rises with each daily hour spent on social media?
2397    And I am not talking screen time.  I am not talking about

2398 Facetime or sending text messages to friends.  But are you

2399 aware of that research?

2400     *Mr. Zuckerberg.  Congresswoman, I am not aware of that

2401 research.

2402     *Ms. Castor.  All right.  What about the 2019 HHS

2403 research that suicide rates among kids aged 10 to 14

2404 increased by 56 percent between 2007 and 2017 and tripled --

2405 tripled -- for kids between the age of 10 and 14?  Yes or no?

2406     *Mr. Zuckerberg.  Congresswoman, I am aware of the

2407 issue --

2408     *Ms. Castor.  Yes.  So yes.  Certainly you are also

2409 aware of the research that indicates a correlation between

2410 the rise in hospital admissions for self-harm and the

2411 prevalence of social media on phones and the apps on

2412 platforms that are designed to be addictive and keep kids

2413 hooked.  Yes?

2414     [No response.]

2415     *Ms. Castor.  Well, how about you, Mr. Pichai?  Are you

2416 aware of the JAMA pediatric September 2020 study where they

2417 tested hundreds of apps used by children aged 5 and under,

2418 many of which were in the Google Play Store's family section?

2419 The study found 67 percent of the apps tested showed

2420 transmission of identifying info to third parties in

2421 violation of the COPPA law?  Are you familiar?

2422     *Mr. Pichai.  Extensively spent time on this area.  We

2423 introduced a curated set of apps on the Play Store.  We give
2424 digital well-being tools so that people can take a break, set
2425 time patterns, can set time limits for children.  So the
2426 concept of --

2427   *Ms. Castor.  Let me ask you this, then, Mr. Pichai.
2428 How much are you making in advertising revenue from children
2429 under the age 13?

2430   *Mr. Pichai.  Most of our products other than a specific
2431 product designed for kids, YouTube -- most of our products
2432 are not eligible for children under the age of 13.

2433   *Ms. Castor.  Yes.  So you are not going to provide
2434 that.

2435   Mr. Zuckerberg, how much advertising revenue does
2436 Facebook -- do you make from behavioral surveillance
2437 advertising targeted towards kids under age 13?

2438   *Mr. Zuckerberg.  Congresswoman, it should be none of
2439 it.  We don't allow children under the age of 13 --

2440   *Ms. Castor.  Are you --

2441   *Mr. Zuckerberg.  -- on the services that run
2442 advertising.

2443   *Ms. Castor.  Oh, are you saying that there are no kids
2444 on Instagram under the age of 13 right now?

2445   *Mr. Zuckerberg.  Congresswoman, children under the age
2446 of 13 are not allowed on Instagram.  When we find out that
2447 they are there --

2448        *Ms. Castor.  No.  That is not the answer.  I think of
2449    course, every parent knows that there are kids under the age
2450    of 13 on Instagram.  And the problem is that you know it, and
2451    you know that the brain and social development of our kids if
2452    still evolving at a young age.  There are reasons in the law
2453    that we set that cutoff at 13.  But now, because these
2454    platforms have ignored it, they have profited off of it, we
2455    are going to strengthen the law.  And I encourage all of my
2456    colleagues to join in this effort.  I have heard a lot of
2457    bipartisan support here today.
2458        We also need to hold the corporate executives
2459    accountable and give parents the tools that they need to take
2460    care and protect their kids.
2461        Thank you, Mr. Chairman.  I yield back.
2462        *Mr. Doyle.  The gentlelady's time is expired.
2463        The chair recognizes Mr. Johnson for five minutes.
2464        *Mr. Johnson.  Thanks, Mr. Chairman.
2465        Over a decade ago, Americans watched Facebook, Twitter,
2466    and Google emerge from humble beginnings.  We were curious to
2467    see how these new, innovative companies would improve our
2468    lives.  The results are in, and they are deeply concerning.
2469        We have seen a surge in cyberbullying, child portion,
2470    radical extremism, human trafficking, suicides, and screen
2471    addiction, all of which have been linked to the use of social
2472    media.  Our Nation's political discourse has never been

2473    uglier, and we haven't been this divided since the Civil War.

2474        Yet Big Tech marches on uninhibited.  What is their

2475    newest target?  Children under the age of 13.  News outlets

2476    this week have reported that Facebook is planning to create

2477    an Instagram app designed for children under the age of 13.

2478    We have talked about it here already today.  Elementary and

2479    middle school students.

2480        By allowing Big Tech to operate under Section 230 as is,

2481    we will be allowing these companies to get our children

2482    hooked on their destructive products for their own profit.

2483    Big Tech is essentially handing children a lit cigarette and

2484    hoping they stay addicted for life.

2485        In 1994, Democratic Congressman Henry Waxman chaired a

2486    hearing with the CEOs of our Nation's largest tobacco

2487    companies.  During his opening statement, he stated, and I

2488    quote, "Sadly, this deadly habit begins with our kids.  In

2489    many cases they become hooked quickly and develop a lifelong

2490    addiction that is nearly impossible to break.''

2491        So Mr. Zuckerberg and Mr. Dorsey, you profit from your

2492    company's hooking users to your platforms by capitalizing on

2493    their time.  So yes or no:  Do you agree that you make money

2494    off of creating an addiction to your platforms?

2495    Mr. Zuckerberg?

2496        *Mr. Zuckerberg.  Congressman, no.  I don't agree with

2497    that.

2498   *Mr. Johnson.  Okay.  Thank you.  Thank you.

2499   *Mr. Zuckerberg.  What we do is --

2500   *Mr. Johnson.  That is what I needed, a yes or a no,

2501 because you do.

2502   Mr. Dorsey?

2503   *Mr. Dorsey.  No.

2504   *Mr. Johnson.  Okay.  All right.  Let me go on.

2505   Chairman Waxman went on to say, and I quote, "For

2506 decades, the tobacco companies have been exempt from the

2507 standards of responsibility and accountability that apply to

2508 all other American corporations.  Companies that sell

2509 aspirin, cars, and soda are all held to strict standards when

2510 they cause harm, and that we demand that when problems occur,

2511 corporations and their senior executives be accountable to

2512 Congress and the public.  This hearing marks the beginning of

2513 a new relationship between Congress and the tobacco

2514 companies.''  That is what Chairman Waxman said in 1994.

2515   So For all three of you, Mr. Zuckerberg, Mr. Dorsey, and

2516 Mr. Pichai:  Do you agree that the CEOs that -- as the CEOs

2517 of major tech companies, you should be held accountable to

2518 Congress and the public?  Mr. Zuckerberg?

2519   *Mr. Zuckerberg.  Congressman, I think we are

2520 accountable to Congress and to the public.

2521   *Mr. Johnson.  Do you think you should be held

2522 accountable?

2523    *Mr. Zuckerberg.  I am not sure I understand what you
2524  mean, but I think so.

2525    *Mr. Johnson.  It is an easy question.  Should you be
2526  held accountable --

2527    *Mr. Zuckerberg.  Yes.

2528    *Mr. Johnson.  -- to Congress and the public for the way
2529  you run your business?

2530    *Mr. Zuckerberg.  Yes.  And we are.

2531    *Mr. Johnson.  Okay.  All right.  Thank you.

2532  Mr. Dorsey?

2533    *Mr. Dorsey.  Yes.  Accountable to the public.

2534    *Mr. Johnson.  Okay.  Accountable -- no.  I said
2535  accountable to Congress and the public.  We represent the
2536  public.  So you agree?

2537    *Mr. Dorsey.  Yes.

2538    *Mr. Johnson.  Okay.  Thank you.  Mr. Pichai?

2539    *Mr. Pichai.  Yes.  I am here today because I am
2540  accountable to Congress and members of the public.

2541    *Mr. Johnson.  Okay.  Great.  Well, gentlemen, let me
2542  tell you this, and I think I have heard it mentioned by
2543  several of my other colleagues.  There is a lot of smugness
2544  among you.  There is this air of untouchableness in your
2545  responses to many of the tough questions that you are being
2546  asked.

2547    So let me tell you all this.  All of these concerns that

2548   Chairman Waxman stated in 1994 about Big Tobacco apply to my
2549   concerns about Big Tech today, about your companies.  It is
2550   now public knowledge that former Facebook executives have
2551   admitted that they use the tobacco industry's playbook for
2552   addictive products.  And while this is not your first hearing
2553   in front of Congress, I can assure you that this hearing
2554   marks a new relationship between all of us here today.  There
2555   will be accountability.
2556        Mr. Chairman, I yield back.
2557        *Mr. Doyle.  I thank the gentleman.  He yields back.
2558        The chair now recognizes Mr. McNerney for five minutes.
2559        *Mr. McNerney.  I want to thank the chair for organizing
2560   this hearing, and I thank the participants.  This is a lot of
2561   work on your behalf and a long day for you.  I appreciate
2562   that.
2563        Are you all aware that your platforms are behemoths, and
2564   that the Americans are demanding that we step in and rein in
2565   your platforms both in terms of how you handle our data and
2566   hour platforms handle disinformation that causes real harm to
2567   Americans and to the democracy itself?
2568        I understand the tension you have between maximizing
2569   your profits by engaging to your platforms on the one hand
2570   and by the need to address disinformation and real harm it
2571   causes on the other hand.  Your unwillingness to
2572   unambiguously commit to enforcing your own policies and

2573  removing the 12 most egregious spreaders of vaccine

2574  disinformation from your platforms gets right at what I am

2575  concerned about.

2576       Disinformation is a strong driver for engagement, and

2577  consequently you too often don't act, even though we know you

2578  have the resources to do that.  There are real harms

2579  associated with this.  And my questions -- I hope I don't

2580  appear to be rude -- but when I ask for a yes or no question,

2581  I will insist on a yes or no answer.

2582       Mr. Zuckerberg, yes or no:  Do you acknowledge that

2583  there is disinformation being spread on your platform?

2584       *Mr. Zuckerberg.  Sorry, I was muted.  Yes, there is,

2585  and we take steps to fight it.

2586       *Mr. McNerney.  Thank you.  Yes or no:  Do you agree

2587  that your company has profited from the spread of

2588  disinformation?

2589       *Mr. Zuckerberg.  Congressman, I don't agree with that.

2590  People don't want to see disinformation on our services, and

2591  when we do --

2592       *Mr. McNerney.  So it is no, then.

2593       *Mr. Zuckerberg.  -- I think it hurts our long-term --

2594       *Mr. McNerney.  You said you don't agree with that.  I

2595  appreciate your forthrightness on that.  But we all know this

2596  is happening.  Profits are being generated from COVID-19 and

2597  vaccine disinformation, election disinformation, QAnon

2598    conspiracy theories, just to name a few things.  And it is

2599    baffling that you have a negative answer to that question.

2600    Approximately -- well, let's move on to the next issue.

2601         Mr. Zuckerberg, you talked a lot about relying on third

2602    party fact checkers to combat the spread of disinformation

2603    but you tell us very little about the process.  I wrote you a

2604    letter nearly two years ago asking about it and you failed to

2605    answer my question.

2606         I ask this question again when an executive from your

2607    company testified last year and she failed to answer.  I

2608    would like to get an answer today.  On average, from the time

2609    content is posted to Facebook's platform, how long does it

2610    take Facebook to flag suspicious content to third party fact-

2611    checkers to review the content and for Facebook to take

2612    remedial action after this review is completed?  How long

2613    does this entire process take?  I am just looking for a quick

2614    number.

2615         *Mr. Zuckerberg.  Congressman, it can vary.  If an AI

2616    system identifies something immediately, it can be within

2617    seconds.  If we have to wait for people to report it to us

2618    and have human review, it can take hours or days.  The fact-

2619    checkers take as much time as they need to review things, but

2620    as soon as we get an answer back from them, we should

2621    operationalize that and attach a label if the content is

2622    rated false and --

2623     *Mr. McNerney.  I am paying attention on what you are
2624  saying.  But what I do know is that this process isn't
2625  happening quickly enough, and I am very concerned that you
2626  aren't motivated to speed things up because the most
2627  problematic content is what gets the most views, and the
2628  longer the content stays up, the more help -- the more this
2629  helps maximize your bottom line and the more harm that it can
2630  cause.  It is clear that you are not going to make these
2631  changes on your own.
2632     This is a question for all of the participants,
2633  panelists:  Would you oppose legislation that prohibits
2634  placing ads next to what you know to be or should know to be
2635  false or misleading information, including ads that are
2636  placed in videos, promoted content, and ads that are placed
2637  above, below, or on the site of a piece of content?
2638     Mr. Zuckerberg, would you answer with a yes or no first,
2639  please?
2640     *Mr. Zuckerberg.  Congressman, that is very nuanced.  I
2641  think the questions to determine whether something is
2642  misinformation is a process that I think would need to be
2643  spelled out well in a law like that.
2644     *Mr. McNerney.  Well, okay.  I appreciate that.
2645     Mr. Dorsey?
2646     *Mr. Dorsey.  Yes.  I would oppose it until we see the
2647  actual requirements and what the ramifications are.  We need

2648    to understand that.

2649       *Mr. McNerney.  Okay.  And Mr. Pichai, would you oppose

2650    a prohibition like this?

2651       *Mr. Pichai.  The principle makes sense.  In fact,

2652    advertisers don't want anywhere or near to be content like

2653    that.  And so we already have incentives.  You can imagine

2654    reputable advertisers, like consumer products advertisers, do

2655    not want any ads to appear next to information that could

2656    turn off their consumers.  So we have natural incentives to

2657    do the right thing here.

2658       *Mr. McNerney.  You all say you want to save an open

2659    platform for everyone.  You say it is not in your company's

2660    interest to have this information on your platform.  So you

2661    shouldn't oppose efforts that would prevent harming the

2662    American people.

2663       I yield back.

2664       *Mr. Doyle.  The gentleman's time is expired.  The

2665    gentleman yields back.

2666       The chair now recognizes Mr. Long for five minutes.

2667       *Mr. Long.  Thank you, Mr. Chairman.

2668       Mr. Pichai, I am going to ask you a yes or no question,

2669    and just tell me if you know the difference in these two

2670    words:  yes and no?

2671       *Mr. Pichai.  Yes.

2672       *Mr. Long.  Mr. Zuckerberg, same question for you.  Do

2673   you know the difference in yes and no?

2674        *Mr. Zuckerberg.  Yes, Congressman.

2675        *Mr. Long.  And Mr. Dorsey, same question for you.  Do

2676   you know the difference in two words, yes or no?

2677        *Mr. Dorsey.  Yes.

2678        *Mr. Long.  I am sorry?

2679        *Mr. Dorsey.  Yes.

2680        *Mr. Long.  Is that a yes?  I didn't --

2681        *Mr. Dorsey.  Yes.  I know the difference.

2682        *Mr. Long.  Thank you.  I want a steak dinner there from

2683   one of my colleagues.  They didn't think I could get all

2684   three of you to answer a yes or no question.  I did it.

2685        Mr. Zuckerberg, let me ask you:  How do you ascertain if

2686   a user is under 13 years old?

2687        *Mr. Zuckerberg.  Congressman, on services like

2688   Facebook, we have people put in a birthday when they

2689   register.

2690        *Mr. Long.  That is handy.  So a 13-year-old would

2691   never -- I mean, an 11-year-old would never put in the wrong

2692   birthday by two years and say they were 13?  Is that kind of

2693   your policy?

2694        *Mr. Zuckerberg.  Congressman, it is more nuanced than

2695   that.  But I think you are getting at a real point, which is

2696   that people lie.  And we have additional systems that try to

2697   determine what someone's age might be, so if we detect that

2698  someone might be under the age of 13, even if they lied, we
2699  kick them off.

2700      But this is part of the reason why we are exploring
2701  having a service for Instagram that allows under-13s on,
2702  because we worry that kids may find ways to try to lie and
2703  evade some of our systems.  But if we create a safe system
2704  that has appropriate parent controls, then we might be able
2705  to get people into using that instead.  We are still early in
2706  figuring this out, but that is a big part of the theory and
2707  what we are hoping to do here.

2708      *Mr. Long.  But currently they are now allowed to use
2709  Instagram.  Correct?

2710      *Mr. Zuckerberg.  That is correct.  Our policies do not
2711  allow people under the age of 13 to use it.

2712      *Mr. Long.  I am from Missouri, the Show-Me State.  And
2713  just to say that no one under 13 can get on to me doesn't
2714  pass the Missouri smell test of "show me.''  So I was
2715  thinking with you, Mr. Zuckerberg, you created the Facebook
2716  Oversight Board as a way to help hold Facebook accountable.
2717  They are currently looking at Facebook's decision to remove
2718  President Trump's Facebook account.

2719      If the oversight board determines that Facebook should
2720  have left President Trump's account up, what will you do?

2721      *Mr. Zuckerberg.  Congressman, we will respect the
2722  decision of the oversight board, and if they tell us that

2723  former President Trump's account should be reinstated, then
2724  we will honor that.

2725  *Mr. Long.  I don't know why people call Attorney
2726  General Ashcroft "Attorney General,'' but when they speak of
2727  President Trump, they call him "former President.''  But I
2728  guess I will leave that for another day.

2729  Sticking with you again, Mr. Zuckerberg, my
2730  understanding is that the Facebook Oversight Board is
2731  comprised of members from all over the world.  As you are
2732  well aware, the United States has the strictest protections
2733  on free speech than any other country.

2734  Since the decisions of the board are being made by a
2735  panel rather than the U.S. court of law, how can you assure
2736  members of this committee and the American people that the
2737  oversight board will uphold free speech and make their
2738  decisions based on American laws and principles?

2739  *Mr. Zuckerberg.  Congressman, the members of the
2740  oversight board were selected because of their views on free
2741  expression and strong support of it.  That is why we created
2742  the oversight board, to help us defend these principles and
2743  to help us balance the different aspects of human rights,
2744  including free expression.

2745  But each of the people on the oversight board was
2746  selected because of a strong commitment to free expression,
2747  and I think the decisions that the oversight board has made

2748  so far reflect that.

2749      *Mr. Long.  Okay.  Let me move on to Mr. Dorsey.

2750      Mr. Dorsey, I know you are from the "Show-Me'' State

2751  also.  Have you been vaccinated against COVID-19?

2752      *Mr. Dorsey.  Not yet.

2753      *Mr. Long.  Mr. Pichai, have you been vaccinated against

2754  COVID-19?

2755      *Mr. Pichai.  Sorry.  I missed the question,

2756  Congressman?

2757      *Mr. Long.  I know.  I bore a lot of people.  Have you

2758  been vaccinated against COVID-19?

2759      *Mr. Pichai.  Congressman, I was very fortunate to have

2760  received it last week.

2761      *Mr. Long.  So you have one shot; you have another one

2762  to go?  Or is it just Johnson & Johnson, where you just need

2763  one?

2764      *Mr. Pichai.  I still have one more shot to go.

2765      *Mr. Long.  And Mr. Zuckerberg, same question:  Have you

2766  been vaccinated against COVID-19?

2767      *Mr. Zuckerberg.  I have not yet, but hope to as soon as

2768  possible.

2769      *Mr. Long.  Okay.  It is not a personal preference not

2770  to get vaccinated, they just haven't got to your age group?

2771      *Mr. Zuckerberg.  That is correct.

2772      *Mr. Long.  Okay.  Thank you.  And I just cannot believe

2773    Robert Kennedy, Jr. is out there with his anti-vax stuff and

2774    it is allowed to stay up on Twitter.

2775         With that, I yield back.

2776         *Mr. Doyle.  The gentleman yields back.

2777         Let's see who is next.  I don't see a name.  Can staff

2778    show us who is next up?  Mr. Welch, you are recognized for

2779    five minutes.

2780         *Mr. Welch.  Thank you, Mr. Chairman.

2781         What we are hearing from both sides of the aisle are

2782    enormous concerns about some of the consequences of the

2783    development of social media -- the algorithmic amplification

2784    of disinformation, election interference, privacy issues, the

2785    destruction of local news, and also some competition issues.

2786    And I have listened carefully, and each of the executives has

2787    said that your companies are attempting to face these issues.

2788         But a concern I have is whether, when the public

2789    interest is so affected by these decisions and by these

2790    developments, ultimately should these decisions be made by

2791    private executives who are accountable to shareholders, or

2792    should they be made by elected representatives accountable to

2793    voters?

2794         So I really have two questions that I would like each of

2795    you, starting with Mr. Zuckerberg and then Mr. Pichai and

2796    then Mr. Dorsey, to address.

2797         First, do you agree that many of these decisions that

120

2798 are about matters that so profoundly affect the public
2799 interest should they be made exclusively by private actors
2800 like yourselves who have responsibilities for these major
2801 enterprises?

2802    And secondly, as a way forward to help us resolve these
2803 issues or work with them, will you support the creation by
2804 Congress of a public agency, one like the Federal Trade
2805 Commission or the Securities and Exchange Commission, one
2806 that had staff that is expert in policy and technology, that
2807 has rulemaking and enforcement authority to be an ongoing
2808 representative of the public to address these emerging
2809 issues?  Mr. Zuckerberg?

2810    *Mr. Zuckerberg.  Congressman, I agree with what you are
2811 saying, and I have said a number of times that I think that
2812 private companies should not be making so many decisions
2813 alone that have to balance these complicated social and
2814 public equities.

2815    And I think that the solution that you are talking about
2816 could be very effective and positive for helping out because
2817 what we have seen in different countries around the world is
2818 there are lots of different public equities at stake here --
2819 free expression, safety, privacy, competition -- and these
2820 things trade off against each other.  And I think a lot of
2821 these questions, and the reason why people get upset with the
2822 companies, I don't think it is necessarily because the

2823    companies are negligent.  I think it is because these are
2824    complex tradeoffs between these different equities.
2825        And if you --
2826        *Mr. Welch.  Pardon my interruption, but I want to go to
2827    Mr. Pichai.  But thank you, Mr. Zuckerberg.
2828        *Mr. Pichai.  Congressman, if your question is -- I just
2829    want to make sure.  Are you asking about whether there should
2830    be another agency?  I defer to Congress on that.  We are
2831    definitely subject to a variety of statutes and oversight by
2832    agencies like FTC.  We have consent agreements with the FCC.
2833    And we engage with these agencies regularly.
2834        *Mr. Welch.  Do you believe that it should be up to the
2835    public as opposed to private interests to be making decisions
2836    about these public effects?
2837        *Mr. Pichai.  We definitely think areas where there
2838    could be clear legislation informed by the public -- I think
2839    that definitely is a better approach.  I would say the nature
2840    of content is so fast-changing and so dynamic, we spend a lot
2841    of energy hiring experts, consult with third parties, and
2842    that expertise is needed, I think, based on the --
2843        *Mr. Welch.  Right.  And that is the problem we have in
2844    Congress because an issue pops up and there is no way we can
2845    keep up.  But you all can barely keep up with it yourself.
2846        Mr. Dorsey, your view on those two questions, please?
2847        *Mr. Dorsey.  Yes.  I don't think the decision should be

2848 made by private companies or the government, which is why we
2849 are suggesting a protocol approach to help the people make
2850 the decisions themselves, have more control themselves.

2851    *Mr. Welch.  So does that mean that the creation of an
2852 agency that would be intended to address many of these tech
2853 issues that are emerging is something you would oppose or --

2854    *Mr. Dorsey.  I always have an open mind.  I would want
2855 to see the details of what that means and how it works in
2856 practice.

2857    *Mr. Welch.  Well, of course.  But the heart of it is
2858 creating an entity that has to address these questions of
2859 algorithmic transparency, of algorithmic amplification of
2860 hate speech, of disinformation, of competition; and to have
2861 an agency that is dedicated to that, much like the Securities
2862 and Exchange Commission was designed to stop the rampant
2863 abuse on Wall Street in the 1930s -- a public sector entity
2864 that is doing this, not just leaving it to private companies.

2865    *Mr. Dorsey.  Yes.  I do think --

2866    *Mr. Welch.  Do you agree or not?

2867    *Mr. Dorsey.  I do think there should be more regulation
2868 around the primitives of AI.  But we focus a lot of our
2869 conversations right now on the outcomes of it.  I don't think
2870 we are looking enough at the primitives.

2871    *Mr. Welch.  Thank you.  I yield back.

2872    *Mr. Doyle.  The gentleman yields back.

123

2873     The chair recognizes Mr. Bucshon for five minutes.

2874     *Mr. Bucshon.  Thank you, Mr. Chairman.  And first of

2875 all, I want to thank the witnesses for being here today.  It

2876 is going to be a long day, and appreciate your testimony and

2877 your answering questions.

2878     I do think it is important to understand history --

2879 excuse me -- when you look at these situations and you know,

2880 when it comes to the political side, when Thomas Jefferson

2881 wanted to get out an anti-Adams message even though he was

2882 his own Vice President, had started his own newspaper because

2883 it was pretty clear that the newspapers that were being

2884 published weren't going to change their view because there

2885 was no competitive reason to do that.

2886     And I think we are looking at potentially a similar

2887 situation here.  Without competition, things don't change.  I

2888 mean, it would be interesting to know the conversations with

2889 John D. Rockefeller in the early 1900s prior to the breakup

2890 of Standard Oil in 1911, and then of course AT&T in 1982.

2891     So I understand that these are businesses.  They are

2892 publicly held companies.  I respect that.  I understand that.

2893 I am a capitalist.  That said, these situations are a little

2894 different, I think, because there is some social

2895 responsibility here.  And I appreciate your answers that your

2896 companies are doing what you believe are necessary.

2897     So I want to ask -- I am going to take the antitrust

2898  area here.  And Mr. Pichai, what do you think -- what is the
2899  situation when you have Google, 92 percent of the searches
2900  are Google?  You basically can't get on the internet without
2901  some sort of Google service.  What do you think is going to
2902  happen?  What do you think we should do about that?
2903      *Mr. Pichai.  Congressman, I mean we definitely are
2904  engaged with conversations as well as lawsuits in certain
2905  cases.  We understand there will be scrutiny here.  We are a
2906  popular general purpose search engine, but we compete
2907  vigorously in many of the markets we operate in.  For
2908  example, the majority of revenue comes from product services,
2909  and one in two product services originate with Amazon today
2910  in the U.S.
2911      So we definitely see a lot of competition by category.
2912  There are many areas as a company we are an emerging player,
2913  making phones.  Or when we are trying to provide enterprise
2914  software, we compete with or larger players as well.  And if
2915  you look at the last year and look at all the new entrants in
2916  the market, new companies that have gone public and emerged
2917  strongly, in tech shows, the market is vibrant and dynamic.
2918      As Google, we have invested in many startups.  Googlers
2919  have started over -- former Google employees have started
2920  over 2,000 companies in the past 15 years.  And so I see a
2921  highly dynamic, vibrant, competitive tech sector, and we are
2922  committed to doing our part.

2923    *Mr. Bucshon.  Okay.  Fair enough.

2924    Mr. Zuckerberg, do you have some comments on that

2925  subject?

2926    *Mr. Zuckerberg.  Congressman, I would echo Sundar's

2927  comments.  I think that this is a highly competitive market.

2928  I mean, if this is a meeting about social media, not only do

2929  you have the different companies that are here today that all

2930  offer very big services that compete with each other, but you

2931  have new entrants that are growing very quickly, like TikTok,

2932  which is reaching a scale of hundreds of millions or billions

2933  of people around the world, and I think is growing faster

2934  than any of our services of the companies that are up here

2935  today, and certainly competitive with us.  And that is just

2936  naming a few.  Right?  I mean, obviously there's Snapchat and

2937  a bunch of other services as well.

2938    So it is a very competitive marketplace.

2939    *Mr. Bucshon.  And do you think -- I will ask you this,

2940  Mr. Zuckerberg.  I think you have commented that some of the

2941  privacy things that maybe the Europeans did would kind of

2942  solidify your dominance as a company.  So what should we do

2943  in the United States on this?  Because -- it is a different

2944  subject, but similar -- to not do something that would stymie

2945  innovation and competition, and further -- in my view,

2946  further create a monopolistic or at least a perceived

2947  monopolistic environment.

2948        *Mr. Zuckerberg.  Well, Congressman, I do think that the

2949   U.S. should have Federal privacy legislation because I think

2950   we need a national standard.  And I think having a standard

2951   that is across the country that is as harmonized

2952   with standards in other places would actually create clearer

2953   expectations of industry and make it better for everyone.

2954        But I think the point that you are making is a really

2955   important one, which is if we ask companies to lock down

2956   data, then that to some degree can be at odds with asking

2957   them to open up data to enable, whether it is academic

2958   research or competition.

2959        So I think that when we are writing this privacy

2960   regulation, we just should be aware of the interaction

2961   between our principles on privacy and our principles on

2962   competition.  And that is why I think a more holistic view,

2963   like what Congressman Welch was just proposing, I think is

2964   perhaps a good way to go about this.

2965        *Mr. Bucshon.  Okay.  Quickly, Mr. Dorsey, do you have

2966   any comments on that?

2967        *Mr. Dorsey.  One of the reasons we are suggesting more

2968   of a protocol approach is to enable as many new entrants as

2969   possible.  We want to be a client on that.

2970        *Mr. Bucshon.  Okay.  I want to --

2971        *Mr. Doyle.  The gentleman's time is expired.

2972        *Mr. Bucshon.  With that, I will yield back.

2973    *Mr. Doyle.  The chair recognizes Ms. Clarke for five

2974    minutes.

2975    *Ms. Clarke.  Thank you, Mr. Chairman.  I thank you, the

2976    chairs and the ranking members, for today's hearing.  I also

2977    thank our witnesses for appearing.

2978        In January, I called for public comment for the

2979    discussion draft of my bill, the Civil Rights Modernization

2980    Act of 2021, a narrowly focused proposal to protect

2981    historically marginalized communities from the harms of

2982    targeted advertising practices.

2983        These harms can and have infringed on the civil rights

2984    of protected classes, and I am proud to formally introduce

2985    this bill next week to diminish inequities in the digital

2986    world.

2987        For time's sake, I ask our witnesses to please answer

2988    the questions as succinctly as possible.

2989        The first question goes to Mr. Zuckerberg.  Facebook

2990    currently provides their advertisers with insight on how to

2991    get their ads in front of people who are most likely to find

2992    their ads relevant by utilizing tools to use criteria like

2993    consumer's personal interest, geography, to fine-tune thought

2994    targeting.

2995        This has often used code that target or avoid specific

2996    races or other protected classes of people.  Let me add that

2997    I am aware of the updates to your special ad audience.

2998   However, why does Facebook continue to allow for

2999   discrimination in the placement of advertisements that can

3000   violate civil rights laws?

3001       *Mr. Zuckerberg.  Congresswoman, we have taken a number

3002   of steps to eliminate ways that people can target different

3003   groups based on racial affinity and different ways that they

3004   might discriminate because this is a very important area.

3005   And we have active conversations going on with civil rights

3006   experts as to the best ways to continue improving these

3007   systems, and we will continue doing that.

3008       *Ms. Clarke.  Mr. Dorsey, Twitter allows advertisers to

3009   use demographic targeting to reach people based on location,

3010   language, device, age, and gender.  In July, your company

3011   made changes to your ad targeting policies to advise

3012   advertisers to "not wrongfully discriminate against legally

3013   protected categories of users.''

3014       What did Twitter mean by the phrase "wrongfully

3015   discriminate''?  Are some kinds of discriminatory advertising

3016   permitted on Twitter?  If so, would you please explain?

3017       *Mr. Dorsey.  No.  None at all.

3018       *Ms. Clarke.  I am sorry.  I didn't get that answer.

3019       *Mr. Dorsey.  No.  None at all.

3020       *Ms. Clarke.  Okay.  And so can you explain what you

3021   meant by "won't wrongfully discriminate''?

3022       *Mr. Dorsey.  We mean that you shouldn't use our ad

3023   systems to discriminate.

3024       *Ms. Clarke.  Oh, okay.  Mr. Pichai, Google has recently

3025   announced a new approach in their targeting system called

3026   FLOC, or Federal Learning of Cohorts -- excuse me, Federated

3027   Learning of Cohorts, to allow an ad targeting to groups of

3028   people with similar characteristics.  The new system will

3029   utilize machine learning to create these "cohorts'' for the

3030   consumers' visits to websites.

3031       Given the potentially biased and disparate impact of

3032   machine learning algorithms, how has Google addressed the

3033   potential discriminatory impact of this new FLOC system?

3034       *Mr. Pichai.  Congresswoman, it is an important area.

3035   We recently announced a joint collaboration with HUD to ban

3036   ads that would target age, gender, family status, zip code,

3037   in addition to race, which we have long disallowed.  So we

3038   will bring similar prohibitions, particularly when we are

3039   using machine learning.  And by the FLOC -- it is early; we

3040   haven't implemented it yet; we will be published more

3041   technical proposals on it.

3042       And they will be held to our AI principles, which

3043   prohibit discrimination based on sensitive categories,

3044   including race.  And we will be happy to consult and explain

3045   our work there.

3046       *Ms. Clarke.  I appreciate that.

3047       Gentlemen, I just want you to be aware that the longer

3048    we delay in this, the more that these systems that you have

3049    created bake discrimination into these algorithms.  I think

3050    that it is critical that you get in there and that you do

3051    what is in the best interest of the public of the United

3052    States of America, and undo a lot of the harm that has been

3053    created with the bias that has been baked into your systems.

3054        With that, Mr. Chairman, I yield back 23 seconds.  And I

3055    thank you for this opportunity.

3056        *Mr. Doyle.  And I thank the gentlelady for that.

3057        The chair now recognizes Mr. Walberg for five minutes.

3058        *Mr. Walberg.  Thank you, Mr. Chair.  And thanks to the

3059    panel for being here.  What I have listened to so far today,

3060    I would have to say that based upon what many of us in

3061    Congress say about the best legislation, when both sides

3062    don't like it, it is probably good.  And you have certainly

3063    hit that today, I think from both sides.  You have been

3064    attacked for various reasons.

3065        But I have to say the platforms that you have developed

3066    are amazing and they have huge potential.  And they indeed

3067    have enabled us to go directions, the information, the

3068    communications, relationships, that can be very positive and

3069    are amazing in what has been accomplished.

3070        I think we get down to how that is controlled and who

3071    controls it.  Going back to our foundations as our country,

3072    it was our second President, John Adams, who said that our

131

3073    constitution was meant for a moral and religious people and
3074    is wholly inadequate for any other.
3075        I think we are seeing a lot of the problems that you are
3076    frustrated with as a result of parents and families,
3077    churches, schools, that aren't taking the primary
3078    responsibility.  I get that.  So it comes down to the choice
3079    that is left for the people is really between conscience and
3080    the constable.
3081        We are either going to have a conscience that self-
3082    controls and, as you have said, Mr. Zuckerberg -- in fact,
3083    what you said, I wouldn't mind my 3- and 5-year-old
3084    granddaughters coming to your house.  I am not asking for the
3085    invitation.  But I think they would be safe there relative to
3086    the online capabilities, from what you have said.  But that
3087    is conscience versus constable.
3088        But what I have heard today is that there will be some
3089    constable, and I am not sure that we will have success in
3090    moving forward.  So I guess, Mr. Chairman, unfortunately we
3091    have been here before.  We have been here many times.  A few
3092    years ago, when Mr. Zuckerberg was here before this
3093    committee, I held up a Facebook post by a State senator in
3094    Michigan whose post was simply announcing his candidacy as a
3095    Republican for elected office, and yet it was censored as
3096    shocking and disrespectful or sensational in content.
3097        Just a few months ago I posted my resolution that would

132

3098   add teachers to the vaccine priority list on Twitter, and it
3099   was labeled as "sensitive content'' and encouraged to be
3100   changed.  Well, hiding behind Section 230, all of you have
3101   denied that there is any bias or inequitable handling of
3102   content on your platforms.
3103       And yet Pew Research Center found that -- and this is
3104   where I have my problem -- not so much with the platform or
3105   even the extent of what is on the platform, but they found
3106   that 72 percent of the public thinks it is likely that social
3107   media platforms actively censor political views that Big Tech
3108   companies find objectionable.
3109       Further, and I quote, "By a 4-to-1 margin, respondents
3110   were more likely to say Big Tech supports the views of
3111   liberals over conservatives than vice versa.''  Probably
3112   equaled only by higher education.  That was my statement.
3113   And yet every time this happens, you fall back on blaming
3114   glitches in the algorithms.
3115       It was former -- Greg Coppola, a former Google insider,
3116   who said, before he was suspended by Google, he said,
3117   "Algorithms don't write themselves.  We write them to do what
3118   we want them to do.''  That is my concern.  Whether it is
3119   censoring pro-life groups like Life Action, or pro-Second
3120   Amendment groups like the Well-Armed Women, your platforms
3121   continually shut down law-abiding citizens in constitutional
3122   discussions and commerce that don't align with Big Tech views

3123 and the worldview, and this includes the First and Second

3124 Amendments that causes me to be concerned that you don't

3125 share the same freedom and constitutional concerns.

3126     It is not often I find myself agreeing with Bernie

3127 Sanders, but in an interview earlier this week, and I quote,

3128 he said, "If you are asking me do I feel particularly

3129 comfortable that the President of the United States should

3130 not express his views on Twitter, I don't feel comfortable

3131 about that,'' he went on to say, "because yesterday was

3132 Donald Trump who is blamed, and tomorrow it could be somebody

3133 else.''

3134     Mr. Zuckerberg or Mr. Dorsey, do you believe the law

3135 should allow you to be the arbiters of truth, as they have

3136 under Section 230?  Mr. Zuckerberg first.

3137     *Mr. Zuckerberg.  Congressman, I think that it is good

3138 to have a law that allows platforms to moderate content.  But

3139 as I have said today, I think that there -- that we would

3140 benefit from more transparency and accountability.

3141     *Mr. Walberg.  Mr. Dorsey?

3142     *Mr. Dorsey.  I don't think we should be the arbiters of

3143 truth, and I don't think the government should be, either.

3144     *Mr. Walberg.  Gentlemen, I agree.

3145     *Mr. Doyle.  The gentleman's time is expired.

3146     *Mr. Walberg.  I yield back.

3147     *Mr. Doyle.  The chair now recognizes Mr. Cardenas for

3148  five minutes.

3149  *Mr. Cardenas.  Thank you very much, Mr. Chairman and

3150  ranking members, for having this important hearing.  I would

3151  like to submit to the record a National Hispanic Media

3152  Coalition letter against Spanish-language disinformation on

3153  social media.  If we could submit that for the record, I

3154  would appreciate that.

3155  [The National Hispanic Media Coalition letter follows:]

3156

3157  **********COMMITTEE INSERT**********

3158

135

3159     *Mr. Cardenas.  Also, my first question is thank you,

3160  Mr. Zuckerberg.  In 2020, Facebook brought in approximately

3161  $86 billion revenue in 2020.  Is that about right, give or

3162  take?

3163     *Mr. Zuckerberg.  Congressman, I think that is about

3164  right.

3165     *Mr. Cardenas.  Okay.  Thank you.  Good.  How much of

3166  that revenue did Facebook invest in identifying

3167  misinformation, disinformation, and that portion of your

3168  business?

3169     *Mr. Zuckerberg.  Congressman, I don't know the exact

3170  answer.  But we invest billions of dollars in our integrity

3171  programs, including having more than a thousand engineers

3172  working on this and 35,000 people doing content review across

3173  the company.

3174     *Mr. Cardenas.  Okay.  And how many people do have full-

3175  time equivalents, in your company overall?

3176     *Mr. Zuckerberg.  Congressman, I don't know the exact

3177  number, but I think it is around 60,000.

3178     *Mr. Cardenas.  Okay.  So you are saying over half of

3179  the people in your company are doing the portion of content

3180  review, et cetera, which is the main subject we seem to be

3181  talking about today?

3182     *Mr. Zuckerberg.  No, Congressman, because you asked

3183  about full-time employees, and some of the content reviewers

3184    are contractors.

3185        *Mr. Cardenas.  Oh, okay.  All right.  Well, there seems

3186    to be a disparity between the different languages that are

3187    used on your platform in America.  For example, there was a

3188    study published in April, and over 100 items of

3189    misinformation on Facebook in six different languages was

3190    found, and 70 percent of the Spanish-language content

3191    analyzed had not been labeled by Facebook as compared to 30

3192    percent of the English-language misinformation that had not

3193    been labeled.  So there seems to be a disparity there.

3194        What kind of investment is Facebook making on the

3195    different languages to make sure that we have more of an

3196    accuracy of flagging those disinformation and misinformation?

3197        *Mr. Zuckerberg.  Congressman, thanks.  We have an

3198    international fact-checking program where we work with fact-

3199    checkers in more than 80 countries and a bunch of different

3200    languages.

3201        In the U.S. specifically, we have Spanish-speaking fact-

3202    checkers as well as English-speaking fact-checkers.  So

3203    that's on the misinformation side.  But also, when we create

3204    resources with authoritative information, whether it is

3205    around COVID information or election information, we

3206    translate those hubs so that way they can be available in

3207    both English and Spanish.  And we make it so people can see

3208    the content in whatever language they prefer.

3209     *Mr. Cardenas.  Thank you.  So basically you are saying

3210  it is extensive?

3211     *Mr. Zuckerberg.  Congressman, this is certainly

3212  something that we invest a lot in.  And it will be something

3213  that we continue to invest more in.

3214     *Mr. Cardenas.  Okay.  I like the last portion.  I do

3215  believe, and would love to see you invest more.

3216     My 70-plus-year-old mother-in-law, who is primarily a

3217  Spanish speaker, commented to me the other day that her

3218  friends who communicate mainly in Spanish -- and they do use

3219  the internet; they use some of your platforms, gentlemen --

3220  that they were worried about the vaccine and that somebody is

3221  going to put a chip in their arm.

3222     For God's sakes, I mean, that to me just was

3223  unbelievable that they would comment on that.  But they got

3224  most of that information on the internet, on various

3225  platforms.  Clearly, Spanish language disinformation is an

3226  issue, and I would like to make sure that we see all of your

3227  platforms address these issues, not only in English but in

3228  all languages.

3229     I think it is important for us to understand that a lot

3230  of hate is being spewed on the internet, and a lot of it is

3231  coming through many of your platforms.  For example, there

3232  are 23 people dead in El Paso because somebody filled this

3233  person's head with a lot of hateful nonsense, and he drove to

138

3234    specifically kill Mexicans along the Texas-Mexican border.

3235        Eight people are dead in Atlanta because anti-Asian

3236    hatred and misinformation has been permitted to spread and

3237    allowed on these platforms unchecked, pretty much unchecked.

3238    The spread of hatred and incitement of violence on platforms

3239    is a deadly problem in America, and we need to see that it

3240    stops.

3241        Mr. Zuckerberg, do you believe that you have done enough

3242    to combat these kinds of issues?

3243        *Mr. Zuckerberg.  Congressman, I believe that our

3244    systems -- and that we have done more than basically any

3245    other company.  But I think that there is still a problem and

3246    there is still more that needs to be done.

3247        *Mr. Cardenas.  Okay.  That is good.  You would like to

3248    do more.  Thank you.

3249        I only have 15 seconds so I am going to ask this

3250    question to all three of you:  Do you think that each one of

3251    your organizations should have an executive-level individual

3252    in charge of this department reporting directly to the CEO?

3253    Do you think you agree that that should be the case?

3254    Mr. Zuckerberg?

3255        *Mr. Zuckerberg.  Congressman, we have an executive-

3256    level person who is in charge of the integrity team that I

3257    talked about.  He is on my management team.

3258        *Mr. Cardenas.  Reports directly to you?

3259    *Mr. Zuckerberg.  Congressman, he does not.  I only have
3260    a few direct reports.  A lot of people on the management team
3261    report to them.

3262    *Mr. Cardenas.  Okay.  Thank you.  To the other two
3263    witnesses, very quickly?

3264    *Mr. Pichai.  Congressman, we have senior executives,
3265    including someone who reports directly to me, who oversees
3266    trust and safety across all of these areas.

3267    *Mr. Cardenas.  Thank you.  Mr. Dorsey?

3268    *Mr. Dorsey.  We do.  We do.

3269    *Mr. Cardenas.  Thank you so much.  I yield back the
3270    balance of my time.

3271    *Mr. Doyle.  The gentleman's time is expired.

3272    The chair now recognizes Mr. Carter for five minutes.

3273    *Mr. Carter.  Thank you, Mr. Chairman.  And thank all of
3274    you for being here.

3275    Mr. Zuckerberg, I would like to start with you.  And I
3276    wanted to ask you, you are aware, as all of us are, of the
3277    disaster that we have at the Southern border [audio
3278    disruption] indicate that human smugglers have been using
3279    social media, including Facebook, WhatsApp, and Instagram, to
3280    coordinate their operations in transporting illegal
3281    immigrants into the United States -- things like, what to say
3282    to authorities, transportation tips, and other forms of
3283    information that are being traded on your platform to evade

3284  authorities and contribute to the crisis, this disaster at
3285  the border.
3286      Mr. Zuckerberg, do you feel complicit in any way that
3287  your platform is assisting in this disaster?
3288      *Mr. Zuckerberg.  Congressman, first let me say that
3289  what is happening at the border is --
3290      *Mr. Carter.  I am not -- we know what is happening at
3291  the border.  I am asking you specifically about your
3292  platform.  Do you feel complicit in what your platform is
3293  doing to assist in this disaster?
3294      *Mr. Zuckerberg.  Congressman, we have policies and we
3295  are working to fight this content.  We have policies against
3296  scams in pages, groups, and events like the content that you
3297  are talking about.  We are also seeing the State Department
3298  use our platform to share factual information with people
3299  about --
3300      *Mr. Carter.  I am not talking about facts.  I am
3301  talking about -- I am talking about coyotes who are using
3302  your platform to spread this kind of information to assist in
3303  this illegal activity that is resulting in horrible
3304  conditions for these people who are trying to come across
3305  that border.
3306      *Mr. Zuckerberg.  Congressman, that is against our
3307  policies, and we are taking a lot of steps to stop it.  And
3308  again, let me just say that I think the situation at the

3309  border is really serious and we are taking it very seriously.

3310    *Mr. Carter.  Well, and I hope you will look into this,

3311  these reports that your platform is being used by these

3312  traffickers.  This is something we need your help with.  I

3313  hope you feel the sense of responsibility, sir, to help us

3314  with this because we certainly need it.

3315    Let me ask you something.  You dedicated a lot of your

3316  written testimony to election issues.  And even today, during

3317  this hearing, you have been very public in pushing back about

3318  the election claims in November.  Yet when Facebook has been

3319  essentially silent on the attempted theft of the certified

3320  election in Iowa of Representative Miller-Meeks.  Why is

3321  that?  Why are you silent on that, yet you are not silent on

3322  other elections?

3323    *Mr. Zuckerberg.  Congressman, I think what we saw

3324  leading up to January 6 was unprecedented in American

3325  history, where you had a sitting President trying to

3326  undermine the peaceful transfer of power --

3327    *Mr. Carter.  You determined which one is important and

3328  which one is not.  This seat to these people who elected this

3329  duly certified representative, this is the most important

3330  thing to them as well.

3331    *Mr. Zuckerberg.  Congressman, I think part of what made

3332  the January 6th events extraordinary was not just that the

3333  election was contested, but that you got folks like the

3334    President --

3335         *Mr. Carter.  What -- okay.  Let me ask you this:  What

3336    is it that makes this particular issue irrelevant, that you

3337    are not even covering it?

3338         *Mr. Zuckerberg.  Congressman, I didn't say that it is

3339    irrelevant.  But on January 6th, we had insurrectionists

3340    storm the Capitol, leading to the death of multiple people.

3341         *Mr. Carter.  My time is -- Mr. Zuckerberg, I am aware

3342    of that.  I was there.  I understand what happened.  But

3343    again, will you commit to treating this as a serious election

3344    concern?  What is going on --

3345         *Mr. Zuckerberg.  Congressman, we -- I will commit to

3346    that.  And we apply our policies to all situations.  And I

3347    think that this is different from what happened on January

3348    6th, but we apply our policies equally in these cases.

3349         *Mr. Carter.  Mr. Dorsey, you, too, have been very

3350    silent on this issue on your platform.  Will you commit to

3351    treating this as a serious concern, the attempted theft of

3352    the certified seat in Iowa?

3353         *Mr. Dorsey.  Yes.  We are looking for all opportunities

3354    to minimize anything that takes away from integrity of

3355    elections.

3356         *Mr. Carter.  Okay.  Mr. Dorsey, while I have got you,

3357    let me ask you:  You have started a new program.  It is

3358    called the Bird Watch, and it allows people to identify

3359    information in tweets that they believe is misleading.  And

3360    they write notes to provide context in an effort to stop

3361    misleading information from spreading.

3362        Have you seen -- we have seen mobs of Twitter users

3363    cancel others.  And even when the information they share is

3364    accurate, why do you think Bird Watch is going to work, given

3365    the culture that you created on your platform?

3366        *Mr. Dorsey.  Well, it is an experiment.  We wanted to

3367    experiment with a more crowdsourced approach than us going

3368    around and doing all this work.

3369        *Mr. Carter.  Don't you think that is kind of a

3370    dangerous experiment, when you are taking off truth

3371    information?

3372        *Mr. Zuckerberg.  No.  It is an alternative.  And I

3373    think --

3374        *Mr. Carter.  An alternative.

3375        *Mr. Dorsey.  I think we need to experiment as much as

3376    possible to get to the right answers.  I think it states --

3377        *Mr. Carter.  Okay.  Well, that is fine as long as you

3378    are not the one being experimented on, as long as you are not

3379    the one that the information is going --

3380        *Mr. Doyle.  The gentleman's time is expired.

3381        The chair announces that we are going to take a recess

3382    now for 15 minutes.  So the committee will stand in recess

3383    until 3:18, and then we will come back promptly.  I call the

3384    committee in recess.

3385        [Recess.]

3386        *Mr. Doyle.  Okay.  I will call the committee back to

3387    order and ask all members and witnesses to come back online.

3388        [Pause]

3389        *Mr. Doyle.  We will get started.  The chair recognizes

3390    Mrs. Dingell for five minutes.

3391        *Mrs. Dingell.  Thank you, Mr. Chairman.  Thanks for

3392    having this hearing, and to everyone for testifying today.

3393        We can all agree that social media companies have a

3394    responsibility to reduce and eliminate the impact of

3395    disinformation on their platforms.  Mr. Zuckerberg, in the

3396    fall of 2020, you made numerous assurances to Congress that

3397    you had a handle on militia and conspiracy networks.  We

3398    know, however, that Facebook private groups  And the

3399    algorithms that recommend them have assisted in radicalizing

3400    users and facilitated terrorism, violence, and extremism

3401    against individuals, including the governor of my State of

3402    Michigan.  Racial and ethnic minorities, including Muslims

3403    and, recently, Asian-Americans, are facing growing racist

3404    hate online and violence offline.  Last year I sent you

3405    multiple letters about these issues, so I know you are aware

3406    of them.

3407        IN October of 2020, Facebook temporarily decided to stop

3408    recommending political or civic groups on its platforms, a

3409  change it has now made permanent.  But to be honest, despite

3410  what you did in October, we had an insurrection that stormed

3411  the Capitol on January 6.

3412    I seriously question Facebook's commitment to actually

3413  stopping extremism.  In a recent investigative report, a

3414  former Facebook AI researcher said he and his team conducted

3415  study after study confirming the same basic idea:  Models

3416  that maximize engagement increase polarization.  And you

3417  yourself have said that the more likely content is to violate

3418  Facebook community standards, the more engagement it

3419  generally receives.  Engagement is the key to Facebook's

3420  growth and success, and the stock markets rewarded you for

3421  it.  Even as you have been criticized for promoting extremism

3422  and racist content, including in a 2020 Facebook civil rights

3423  audit.  The two seem to go hand in hand.  As Facebook was

3424  also the most cited social media site in changing documents

3425  that the Justice Department filed against the Capitol

3426  insurrectionists.

3427    Mr. Zuckerberg, do you still maintain that the more

3428  likely user content is to violate Facebook community

3429  standards, the more engagement it will receive?  Yes or no?

3430    *Mr. Zuckerberg.  Congresswoman, thanks for raising this

3431  because I think that there has been a bunch of inaccurate

3432  things about this shared today.

3433    *Mrs. Dingell.  Okay.

146

3434    *Mr. Zuckerberg.  There seems to be a belief --  --  --
3435    *Mrs. Dingell.  Yes or no?
3436    *Mr. Zuckerberg.  Sorry.  This is a nuanced topic.  So
3437 if you are okay with it, I would like to --
3438    *Mrs. Dingell.  You have to keep it short.  But I will
3439 give it a second since I want to --
3440    *Mr. Zuckerberg.  Sure.  So --
3441    *Mrs. Dingell.  -- that is a victim of this hate.
3442    *Mr. Zuckerberg.  People don't want to see
3443 misinformation or divisive content on our services.  People
3444 don't want to see clickbait and things like that.  While it
3445 may be true that people might be more likely to click on it
3446 in the short term, it is not good for our business or our
3447 product or our community for this content to be there.  It is
3448 not what people want, and we run the company for the long
3449 term with a view towards 10 or 20 years from now.
3450    And I think that we are highly aligned with our
3451 community in trying to not show people the content that is
3452 not going to be meaningful to them.
3453    *Mrs. Dingell.  Okay, Mr. Zuckerberg.  I am going to --
3454 I only have two minutes left.  Do you still agree with the
3455 statement in Facebook's most recent 10-K filing that the
3456 first risk related to your product offerings is our ability
3457 to add and retain users and maintain levels of user
3458 engagement with our products?  Just a yes or no, please.

3459      *Mr. Zuckerberg.  Congressman, I think that that is
3460  generally right.  I mean, for any product, the ability to
3461  building something that people like and use is something that
3462  is a risk if we can't do that.
3463      *Mrs. Dingell.  Okay.  So do you still agree with the
3464  statement of your CFO on a recent earnings call that the
3465  changes to group recommendations so far wouldn't affect your
3466  engagement?  Yes or no?
3467      *Mr. Zuckerberg.  Congressman, there are so many
3468  different parts of the service that I think it is probably
3469  right --
3470      *Mrs. Dingell.  Can I just --
3471      *Mr. Zuckerberg.  -- that not recommending political or
3472  civic groups probably isn't going to meaningfully decrease
3473  engagement.  But we have taken a lot of HR steps, including
3474  reducing viral videos by about 50 million hours of watching a
3475  day, which have had a meaningful impact on engagement.  But
3476  we do that because it helps make the service better and helps
3477  people like it more, which I think will be better for both
3478  the community and our business over the long term.
3479      *Mrs. Dingell.  Okay.  Mr. Zuckerberg, I am sorry to
3480  have to do this in five minutes.  But given your promises in
3481  the fall, the events that transpired on January 6, and your
3482  two incentives that you yourself admit, I find it really
3483  difficult to take some of these assurances you are you to

3484    give us today seriously.

3485        I believe that regulators and independent researchers

3486    should have access to Facebook and other large social media

3487    platforms' recommendation algorithms, not just for groups but

3488    for any relevant feature that can be exploited or exploit

3489    private user data collected by the company to support

3490    extremism.  And I support legislation to do so.

3491        Mr. Zuckerberg, given your inability to manage your

3492    algorithms, or your unwillingness to reduce controversial

3493    content, are you opposed to a law enabling regulators to

3494    access social media algorithms or other information

3495    technology that result in the promotion of harmful

3496    disinformation and extremist content?

3497        *Mr. Zuckerberg.  Well, Congresswoman -- well, I don't

3498    necessarily agree with your characterization.  I do think

3499    that giving more transparency into the systems is an

3500    important thing.  We have people working on figuring out how

3501    to do this.

3502        One of the nuances here in complexity is that it is hard

3503    to separate out the algorithms versus people's data which

3504    kind of goes into that to make decisions, and the data is

3505    private.  So it is tough to make that public and transparent.

3506    But I do think that this is an important area of study on how

3507    to audit and make algorithms more transparent.

3508        *Mr. Doyle.  Okay.  The gentlelady's time is expired.

3509        The chair recognizes Mr. Duncan for five minutes.

3510        *Mr. Duncan.  Thank you, Mr. Chairman.  Let me first say

3511   that Democrats repeating disinformation about the motives if

3512   the murder in Atlanta during a hearing on disinformation is

3513   irony at its worst.  The murderer admitted that he was a sex

3514   addict.  The problem was addiction, mental illness.  While my

3515   thoughts and prayers go out to the families who were impacted

3516   by this hideous crime, it was not a hate crime and to say so

3517   is disinformation.

3518        Mr. Dorsey, is it okay for a white male to tweet a

3519   picture of a KKK Klansman hood to a black woman?

3520        *Mr. Dorsey.  No.  That would go against our hateful

3521   conduct policy.

3522        *Mr. Duncan.  Just this week, black conservative

3523   commentator Candice Owens was sent a tweet from a white

3524   liberal depicting a KKK hood.  And your support center said

3525   that that racist harassment of a conservative didn't violate

3526   your terms of service.  What do you have to say about that?

3527        *Mr. Dorsey.  We removed that tweet.

3528        *Mr. Duncan.  Okay.  Thank you for doing that.  Also

3529   this week, Syrian refugee Ahmad Al Aliwi Alissa, a Biden-

3530   supporting Muslim, allegedly murdered 10 people at a grocery

3531   store in Boulder, Colorado.  Your support center told

3532   Newsweek that referring to this gentleman as a white

3533   Christian terrorist wasn't a violation of your misinformation

3534    policy.  What do you have to say about that?

3535        *Mr. Dorsey.  I don't know that case, but we can follow

3536    up with you on that.

3537        *Mr. Latta.  Thank you.  Your promises from the last

3538    hearing that you will work on this or make it better rang

3539    completely hollow sometimes, so I ask that you do.

3540        You have censored and taken down accounts of

3541    conservatives, Christian, and even pro-life groups.  At the

3542    same time, liberals, tyrants, and terrorists continue to have

3543    unfettered access on Twitter.  You were able to take down the

3544    account of a sitting United States President while he was

3545    still President.  But you continue to allow State sponsors of

3546    terror to use Twitter as a platform, including the Ayatollah

3547    Khoumeini, Javad Zarif of Iran, or even Bashar al-Assad of

3548    Syria.

3549        You act like judge and jury and continue to hide behind

3550    the liability protections in Section 230 of Communications

3551    Decency Act, which Congress set up to foster a free and open

3552    internet.  You think you are above the law because, in a

3553    sense, Congress gave you that power, but Congress gave you

3554    that liability shield to one end:  that was the protection of

3555    innocent children.  Catherine McMorris Rodgers knocked it out

3556    of the park today, hammering the point where children are

3557    vulnerable.

3558        But let's look at the John Doe vs. Twitter case that is

3559    ongoing right now.  According to the National Center on

3560    Sexual Exploitation, a teenage boy, a victim of child sex

3561    trafficking, had images of his abuse posted on Twitter.  One

3562    of those videos went viral, and he became the target of

3563    bullying to the point of being suicidal.  He contacted you to

3564    alert you that his sex abuse images were on your platform.

3565    You failed to take them down.  His mother contacted you to

3566    alert you, and again you failed to take them down.

3567        They called the police and they followed up with you

3568    with a police report.  Your support center told the family

3569    that after review, the illegal video was not a violation of

3570    your terms of service.  In the meantime, the illegal video

3571    accrued over 167,000 views.

3572        It took a threat from a Homeland Security agent to Get

3573    Twitter to take down the video.  Even then you took no action

3574    against the accounts that were sharing it and continue to

3575    share sexually explicit videos of minors in clear violation

3576    of the law and in clear violation of your duties under

3577    Section 230 of the Communications Decency Act, as they were

3578    passed.

3579        So in the eyes of Twitter, it is better to be a

3580    pedophile pornographer, a woke racist, or a state sponsor of

3581    terror than it is to be a conservative, even a conservative

3582    President.  You have abused the Section 230 liability shield

3583    we gave you to protect children, and used it to silence

3584   conservatives instead.

3585        As we have heard today, your abuses of your privilege

3586   are far too numerous to be explained away and far too serious

3587   to ignore.  So it is time for your liability shield to be

3588   removed.  Your immunity shield and the immunity shield of

3589   other woke companies who choose to score political points

3590   with their immunity shields rather than protect children.

3591        My colleagues have been asking you if you deserve to

3592   continue to receive immunity under Section 230.  Let me

3593   answer the question for you.  No, you don't.  You all think

3594   you do, but you don't because you continue to do a disservice

3595   to that law and its intent.

3596        The United States constitution has the First Amendment,

3597   and that should be your guide.  Protecting the speech of

3598   users of your platform instead of trading them in like

3599   hostages and forcing things through algorithms to lead them

3600   down a path.

3601        The American people really are tired of you abusing your

3602   rights, abandoning their values.  So one of the Christian

3603   leaders that you banned, Mr. Dorsey, had as her last post a

3604   scripture verse that you took down.  And I want to leave it

3605   here today, Psalm 34:14.  Depart from evil and do good.  See

3606   peace and pursue it.  Rather than silence that wise advice, I

3607   strongly suggest that you follow it.

3608        Now, I have heard a lot of stuff on this hearing today

3609    about 230 protections.  I challenge my colleagues to really
3610    get serious about doing something about this liability shield
3611    so that we do have a fair and free internet and people aren't
3612    censored.
3613        With that, Mr. Chairman, I yield back.
3614        *Mr. Doyle.  The gentleman's time is expired.
3615        The chair recognizes Ms. Kelly for five minutes.
3616        *Ms. Kelly.  Thank you, Mr. Chair.  Thank you to the
3617    witnesses who are testifying today.
3618        The business model for your platforms is quite simple:
3619    Keep users engaged.  The more time people spend on social
3620    media, the more data harvested and targeted ads sold.  To
3621    building that engagement, social media platforms amplify
3622    content that gets attention.  That can be cat videos or
3623    vacation pictures, but too often it means content that is
3624    incendiary, contains conspiracy theories or violence.
3625        Algorithms in your platforms can actively funnel users
3626    from the mainstream to the fringe, subjecting users to more
3627    extreme content, all to maintain user engagement.  This is a
3628    fundamental flaw in your business model that mere warning
3629    labels, temporary suspension of some accounts, and even
3630    content moderation cannot address.  And your company's
3631    insatiable desire to maintain user engagement will continue
3632    to give such content a safe haven if doing so improves your
3633    bottom line.

3634      I would like to ask my first question of all the

3635    witnesses.  Do each of you acknowledge that your company has

3636    profited off harmful misinformation, conspiracy theories, and

3637    violent content on your platform?  Just say yes or no.

3638    Starting with Mr. Dorsey, yes or no?

3639        *Mr. Dorsey.  No.  That is not our business.

3640        *Ms. Kelly.  Mr. Zuckerberg?

3641        *Mr. Zuckerberg.  No, Congresswoman.  I don't think we

3642    profit from it.  I think it hurts our service.

3643        *Ms. Kelly.  Mr. Pichai?

3644        *Mr. Pichai.  Congresswoman, it is certainly not our

3645    intent, and we definitely do not want such content.  And we

3646    have clear policies against it.

3647        *Ms. Kelly.  Well, since you all said no, can you please

3648    provide to me in writing how you manage to avoid collecting

3649    revenue from ads either targeted by or served on such

3650    content?  So I will be expecting that.

3651        There is a difference between a conversation in a living

3652    room and one being pumped out to millions of followers, from

3653    discouraging voting and COVID-19 misinformation to

3654    encouraging hate crimes.  The harms are real and

3655    disproportionate.

3656        Do you acknowledge that such content is having

3657    especially harmful effects on minorities and communities of

3658    color?  Yes or no again?  I don't have a lot of time, so yes

3659   or no?  Mr. Dorsey?

3660        *Mr. Dorsey.  Yes.

3661        *Ms. Kelly.  Mr. Pichai?

3662        *Mr. Pichai.  Yes.

3663        *Ms. Kelly.  Mr. Zuckerberg?

3664        *Mr. Zuckerberg.  Yes.  I think that's right.

3665        *Ms. Kelly.  Thank you.  If your financial incentive is

3666   that human psychology leads to the creation of a system that

3667   promotes emotionally charged content that is often harmful,

3668   do you believe that you can address the -- do you believe

3669   that you will always need to play whack-a-mole on different

3670   topics?  Mr. Zuckerberg?

3671        *Mr. Zuckerberg.  Congressman, I do think that we can

3672   take systematic actions that help to reduce a large amount of

3673   this.  But there will always be some content that gets

3674   through those systems that we will have to react to.

3675        *Ms. Kelly.  Mr. Dorsey?

3676        *Ms. Kelly.  That is not our incentive, but I agree with

3677   Mark.  Our model is to constantly integrate.  We are going to

3678   miss some things, and we will go too far in some cases.

3679        *Ms. Kelly.  Mr. Pichai?

3680        *Mr. Pichai.  I agree largely with what Mark and Jack

3681   said.  And we -- a lot of channels, we remove thousands of

3682   misleading election videos.  There are many involving

3683   threats, and we are very vigilant.

3684     *Ms. Kelly.  Okay.  More transparency and research into
3685   the AI models you use is needed.  I understand that they are
3686   constantly evolving and proprietary.  However, those
3687   obstacles must not be insurmountable.  Would you agree to
3688   some type of test bed to evaluate your procedures and
3689   technology for disparate impacts?  And would you welcome
3690   minimal standards set by the government?  I only have 44
3691   seconds.

3692     *Mr. Dorsey.  I will go.  You are not calling us.  But
3693   we -- yes.  We are interested in opening all this up and
3694   going a step further in having a protocol.  I don't think
3695   that should be government-driven, but it should be open and
3696   transparent that the government can look at it and understand
3697   how it works.

3698     *Mr. Zuckerberg.  I agree that this is an area where
3699   research would be helpful.  And I think some standards,
3700   especially amongst the civil rights community, would be
3701   helpful guidance for the companies.

3702     *Mr. Pichai.  Congresswoman, we work with many third
3703   parties.  I just mentioned the Heart collaboration we had.
3704   Definitely would be open to conversations about minimum
3705   standards.  It is an important area.

3706     *Ms. Kelly.  Thank you.  I yield back.

3707     *Mr. Doyle.  The gentlelady's time is expired.    The
3708   chair now recognizes Mr. Dunn for five minutes.

3709      *Mr. Dunn.  Thank you very much, Mr. Chairman.

3710      Many of the questions today deal with personal arms.

3711 But there are long-term economic and security arms to our

3712 country I would like us to keep in mind as well.

3713      I represent Florida's 2nd congressional district, which

3714 is proud to host a large presence of the U.S. military,

3715 including civilian support companies.  One of these is

3716 Applied Research Associates, which is doing great work with

3717 our military in the field of artificial intelligence and

3718 machine learning.

3719      I agree with our Nation's top national security experts

3720 on the critical importance of the United States maintaining

3721 its competitive edge in AI.  And I share the concern of

3722 former Google CEO Eric Schmidt, who warned just a few weeks

3723 ago of the grave consequences should we lose that edge to

3724 China.

3725      Leader Rodgers led a bipartisan bill enacted last year,

3726 the American Compete Act, to lay out clear AI strategy.  We

3727 all recognize that China is not a good place to do business,

3728 evidenced by the fact that all of your respective main

3729 products and services are banned there.  It is clear that the

3730 influence of the Chinese Communist Party permeates the entire

3731 corporate structure in China.  Xi Jinping himself stated his

3732 goal of integrating the party's leadership into all aspects

3733 of corporate governance.

3734    Let's be clear with each other.  It is impossible to do

3735    business in China without either directly or indirectly

3736    aiding the Chinese Communist Party.  It is also important to

3737    state for the record that each of your business models

3738    involve collecting data from individuals who use your product

3739    and then using that data for some other purpose.

3740    Mr. Pichai, I am deeply concerned with Google's pursuit

3741    of and investment in artificial intelligence research in

3742    China, widely reported over the last few years.  First and

3743    foremost, can you assure Americans that their personal data,

3744    regardless of how you think you have de-identified it, data

3745    you collect when they use Google and which is central to your

3746    algorithms, is not used in your artificial intelligence

3747    collaboration with the Chinese Government?

3748    *Mr. Pichai.  Congressman, I want to correct any

3749    misperceptions here.  We do not have an AI research center in

3750    China now.  We had a limited presence working on open source

3751    projects, primarily on open source projects and around K

3752    through 12 education with a handful of employees.  We don't

3753    have that any more.  Compared to our peers, we don't offer

3754    our core services in China, products like search, YouTube,

3755    Gmail, et cetera.

3756    *Mr. Dunn.  I am going to have to reclaim my time

3757    because it is limited.  But I want your team to follow up

3758    with me because I am honestly somewhat skeptical.  I think

3759    you had three centers there in China.  And I want to know

3760    more about what they are doing, and also what material they

3761    are using.

3762        And I want to be clear.  I am not just suggesting that

3763    simply doing business in a country means that you endorse all

3764    their policies.  As a former businessman myself, I know the

3765    politics all too often get in the way of what we are trying

3766    to do.  However, Google's own list of artificial intelligence

3767    principles states that it will not collaborate on

3768    technologies to gather or use information for surveillance,

3769    violating international accepted norms or contravenes widely

3770    accepted principles of international law and human rights.

3771        We know that the Chinese Communist Party is using

3772    artificial intelligence technology to spread misinformation

3773    and suppress the pro-democracy movement in Hong Kong as well

3774    as using that technology in its genocidal crimes against the

3775    Uyghurs, including murdering them for their organ harvesting.

3776        Once again, can you be sure that none of the work you

3777    are doing in collaboration with the Chinese government is not

3778    aiding them in this ability?

3779        *Mr. Pichai.  Congressman, happy to follow up a clarify

3780    the limited work on AI we undertake.  It is primarily around

3781    open source projects.  And very happy to engage and very

3782    specifically follow up on what we do.

3783        *Mr. Dunn.  Well, I think that is great.  And I know I

3784   am running out of time here, but I ask that we continue this
3785   dialogue.  And I think Google would be very well served by
3786   promoting greater transparency in all of its actions
3787   regarding artificial intelligence in China.  Your customers
3788   have a right to know about this.
3789        In 2018, Diane Greene, former CEO of Google Cloud,
3790   noted, "We believe the uses of our cloud and artificial
3791   intelligence will prove to be overwhelmingly positive for the
3792   world.  But we also recognize we cannot control all
3793   downstream uses of our technology.''
3794        Well, a good place to start would be to end this
3795   dangerous artificial intelligence research relationship with
3796   China.  So with that, Mr. Pichai, thank you.  Thank you, all
3797   the members of the witness panel.
3798        And Mr. Chairman, I yield back.
3799        *Mr. Doyle.  The gentleman yields back.
3800        The chair recognizes Mr. McEachin for five minutes.
3801        *Mr. McEachin.  Thank you, Mr. Chairman.  And to you
3802   and Chairman Pallone and Chairwoman Schakowsky, thank you
3803   for convening today's hearing and for our witnesses for
3804   joining us.
3805        In July of last year, I led more than 30 of my
3806   colleagues, including several on this committee, in a letter
3807   to your companies asking what you were doing to halt the
3808   spread of climate change disinformation on your platforms.

3809  As my colleagues and I clearly expressed in our letter,

3810  climate change is a real and urgent threat, and the spread

3811  of disinformation on your platforms is undermining that fact.

3812      For instance, the World Health Organization estimates

3813  that climate change causes 150,000 deaths annually, a number

3814  that will only increase in the coming years.  All this begs a

3815  simple question:  Why do you recall platforms not treat

3816  climate change disinformation with a sense of immediacy and

3817  alarm?

3818      Mr. Zuckerberg, Facebook recently implemented the

3819  Climate Change Information Center, which directs users to a

3820  landing page with climate change facts from researchers and

3821  organizations.  are you able to share data on how widespread

3822  a problem climate change disinformation is on your platform

3823  and how much the Climate Change Information Center has

3824  reduced it?

3825      *Mr. Zuckerberg.  Sure.  Thanks, Congressman.  Our

3826  approach to fighting misinformation -- of which climate

3827  misinformation, I think, is a big issue, so I agree with your

3828  point here.  We take a multi-pronged approach.  One is to try

3829  to show people authoritative information, which is what the

3830  Climate Information Center does.

3831      But then we also try to reduce the spread of

3832  misinformation around the rest of the service through this

3833  independent third-party fact-checking program that we have in

3834   which one of the fact-checkers is specifically focused on
3835   science feedback and climate feedback type of issues.
3836       Overall, I would be happy to follow up and share more
3837   details on what we have seen across those.  But this is
3838   certainly an area that I agree is extremely important and
3839   needs multiple tactics to address.
3840       *Mr. McEachin.  Well, thank you.  And it is my
3841   understanding that this climate center was modeled after your
3842   COVID-19 Information Center.  However, different standards
3843   still apply for both organic content and paid-for advertising
3844   for climate change versus COVID-19.
3845       Why does Facebook not apply the same standards of fact-
3846   checking on climate change that it does on COVID-19 content?
3847       *Mr. Zuckerberg.  Congressman, you are right that the
3848   Climate Information Center was based off our work on the
3849   COVID Information Center and Election Information Center.  In
3850   terms of how we treat misinformation overall, we divide the
3851   misinformation into things that could cause imminent physical
3852   harm, of which COVID misinformation that might lead someone
3853   to get sick or hurt or vaccine misinformation, falls in the
3854   category of imminent physical harm, and we take down that
3855   content.
3856       Then other misinformation are things that are false but
3857   may not lead to imminent physical harm we label and reduce
3858   their distribution but leave them up.  So that is the broad

3859    approach that we have, and that sort of explains some of the
3860    differences between some of the different issues and how we
3861    approach them.

3862        *Mr. McEachin.  Mr. Pichai -- and I hope I am
3863    pronouncing that correctly, sir -- YouTube has employed
3864    contextualization tools linking viewers to similar sources a
3865    Facebook's Climate Center.  That being said, you restricted
3866    but have not removed some repeat offenders from your platform
3867    such as Prager University, a nonaccredited university
3868    producing climate change denial content.

3869        Are you not concerned that by restricting those videos
3870    and not removing repeat offenders, that people who are
3871    determined to find those videos to validate their fears will
3872    indeed find them and share them with others?

3873        *Mr. Pichai.  Congressman, it is an incredibly area.  In
3874    general, in these areas we rely on raising authoritative
3875    information, both by showing information panels as well as
3876    a raising scientific content, academic content, and
3877    journalistic content so our algorithms rank those types of
3878    content higher for an area like climate change, similar to
3879    election integrity and COVID.

3880        And obviously it is an area where there is a range of
3881    opinions people can express.  We have clear policies and if
3882    it is violative, we remote.  If it is not violative but if it
3883    is not deemed to be of high quality, we don't recommend the

3884 content.  And that is how we approach it and we are committed
3885 to this area as a company.

3886     We lead in sustainability.  We have committed to
3887 operating 24/7 on a carbon-free basis by 2030.  And it is an
3888 area where we are investing significantly.

3889     *Mr. McEachin.  Well, thank you.  I have run out of
3890 time.  Mr. Dorsey, I apologize to you.  Perhaps we will have
3891 an opportunity to have a conversation.

3892     Mr. Chairman, I give you my two seconds.

3893     *Mr. Doyle.  I thank the gentleman.  The gentleman
3894 yields back.

3895     The chair now recognizes Mr. Curtis for five minutes.

3896     *Mr. Curtis.  Thank you, Mr. Chairman.  And thank you to
3897 our witnesses.

3898     My first comment is to point out that in her 2019
3899 presidential campaign, Senator Elizabeth Warren, Democrat,
3900 called for the breaking up of your companies.  Several weeks
3901 ago, in a speech at CPAC, Senator Josh Hawley, Republican,
3902 also said that Big Tech companies should be broken up.  I
3903 don't think I need to point out the irony of Josh Hawley
3904 validating Elizabeth Warren at CPAC.

3905     There seems to be a train wreck coming.  Unfortunately,
3906 the very few tools that we have in our tool bag are
3907 regulation and breaking up.  Mr. Zuckerberg, I read through
3908 your Terms of Service, including the dense Community

165

3909    Standards document.  In your Terms of Service, you state that
3910    you cannot control and do not take responsibility for content
3911    posted on your platform.

3912        The Community Standards document, which is frequently
3913    cited as why content is or is not censored, says you
3914    sometimes make content moderation decisions based off what is
3915    considered best for the public interest or public discourse.

3916        I know in your testimony you said that companies need to
3917    earn their liability protections.  That is great.  But that
3918    doesn't address the concerns people understandably share
3919    about your past or current view on what is or is not
3920    acceptable.

3921        How do you claim you cannot take responsibility and
3922    therefore should maintain your liability protections for
3923    content posted on your site, but at the same time state that
3924    your platform or monitored content based off what is in the
3925    public's best interest?  That appears to be two-sided.

3926        *Mr. Zuckerberg.  Congressman, thanks.  People use our
3927    services to share and send messages billions of times a day.
3928    And it would be impossible for us to scan or understand
3929    everything that was going on, and I don't think that our
3930    society would want us to take the steps that would be
3931    necessary to monitor every single thing.  I think that we
3932    would think that that would infringe on our freedoms.

3933        So broadly, I think it is impossible to ask companies to

3934    take responsibility for every single piece of content that

3935    someone posts, and that, I think, is the wisdom of 230.  At

3936    the same time, I do think that we should expect large

3937    platforms to have effective systems for being able to handle,

3938    broadly, speaking, categories of content that are clearly

3939    illegal.

3940        So we have talked today about child exploitation and

3941    opioids and sex trafficking and things like that.  And I

3942    think it is reason to expect that companies have systems that

3943    are broadly effective, even if they are not going to be

3944    exactly perfect, and there are still going to be some pieces

3945    of content that inevitably get through, just like no police

3946    department in the city is able to eliminate all crime.

3947        *Mr. Curtis.  I am going to jump in only because we are

3948    out of time.  I would love to spend more time on that with

3949    you.

3950        Let me also ask you, Utah is known for Silicon Slopes,

3951    our startup community.  You have called for government

3952    regulation, but some view this with skepticism because larger

3953    companies tend to deal with regulation much better than small

3954    companies.

3955        If you think back to your college days, the early

3956    startup phase of Facebook, what challenges do you see for

3957    startups to compete, and what cautions should Congress

3958    consider as we look at regulations that potentially could be

3959    a barrier for companies that must might be your future

3960    competition?

3961        *Mr. Zuckerberg.  Thanks.  I think that this is a really

3962    important point whenever we are talking about regulation.

3963    And I want to be clear that the recommendations that I am

3964    making for Section 230 I would only have applied to larger

3965    platforms.

3966        I think it is really critical that a small platform, the

3967    next student in a dorm room or in a garage, needs to have a

3968    relatively low -- as low as possible regulatory burden in

3969    order to be able to innovate and then get to the scale where

3970    they can afford to put those kind of systems in place.  So I

3971    think that that is a really important point to make.

3972        But I think that that goes for the content discussions

3973    that we are having around 230.  It probably also applies to

3974    the privacy law that I hope that Congress will pass this year

3975    or next year to create a Federal U.S. privacy standard.  And

3976    I also think that we should be exploring proactively,

3977    requiring things like data portability that would make it

3978    easier for people to take data from one service to another.

3979        *Mr. Curtis.  I want to thank you.  I have got just a

3980    few seconds left.  And Mr. Pichai, this is a little bit off

3981    topic so I am simply going to ask this question and submit it

3982    for the record and not ask for a response.

3983        Almost a  decade ago your company started Google Fiber.

168

3984    You introduced Kid Speed and free internet to all the
3985    residents of my home city, Provo, Utah.  Sadly, it seems like
3986    your efforts to do this across the country were slowed down
3987    or even stopped by excessive government regulations.  I would
3988    love you to share, off the record and I will submit it for
3989    the record, why government is making it so hard to expand
3990    internet across the country.
3991        Thank you, Mr. Chairman, and I yield my time.
3992        *Mr. Doyle.  The gentleman yields back.
3993        The chair recognizes Mr. Soto for five minutes.
3994        *Mr. Soto.  Thank you, Mr. Chairman.
3995        When television, radio, traditional newspapers,
3996    political blogs, and even private citizens spread lies, they
3997    can be sued and held liable for damages or FCC fines.  But
3998    pursuant to 230, you all can't be sued.  You have immunity.
3999    But it ain't 1996 anymore, is it?  Meanwhile, lies are
4000    spreading like wildfire through platforms.  Americans are
4001    getting hurt or killed.  And the reason is your algorithms.
4002        I want you to all know I was held captive in the gallery
4003    during the Capitol insurrection.  I was surrounded by
4004    domestic terrorists that killed the Capitol police officer,
4005    ransacked the Capitol, and almost disrupted a presidential
4006    election.  And many of these domestic terrorists plotted on
4007    your platforms.  I think we all understand by now this
4008    violence is real.  And so this is why we are here today, in

169

4009    the committee of jurisdiction, with power to protect our
4010    fellow Americans.
4011        Mr. Zuckerberg had mentioned effective moderation
4012    systems.  So now we know you have systems that can prevent
4013    many of these harms.  Thank you for your statements
4014    supporting accountability today, an even for championing
4015    support of accountability now.
4016        So the question is:  What specific changes to
4017    Section 230 do you support to ensure more accountability?
4018    Mr. Zuckerberg just mentioned categories of content that are
4019    clearly illegal, U.S. privacy standards, and data portability
4020    as three standards we should be looking at.
4021        Mr. Pichai, should we be creating these standards and
4022    then holding platforms accountable if they violate them under
4023    230?
4024        *Mr. Pichai.  Congressman, first of all, there are many
4025    ways and there are many laws today which do hold us liable.
4026    FTC has oversight, we have a consent decree with the FCC,
4027    COPPA, HIPAA, et cetera, and for example, areas where there
4028    are privacy laws, and we have called for Federal privacy
4029    legislation, but in Europe, the GDPR.  In California, we have
4030    privacy State legislation.  We are both accountable as well
4031    as we are subject to private plaintiff action against these
4032    statutes.
4033        *Mr. Soto.  So Mr. Pichai, you agree with these

4034  categories that were just outlined by Mr. Zuckerberg.  Is
4035  that correct?

4036       *Mr. Pichai.  I definitely think what Mark is talking
4037  about around lines of transparency and accountability are
4038  good proposals to think through.  There are various
4039  legislative proposals; among those --

4040       *Mr. Soto.  Excuse me.  My time is -- Mr. Dorsey, do you
4041  think we should be establishing categories of content that
4042  are clearly illegal, U.S. privacy standards, and data
4043  portability, as well as penalties for violation of those
4044  standards?

4045       *Mr. Dorsey.  I believe, as we look upon 230 and
4046  evolutions of it in putting upon it, I think we need more
4047  transparency around content moderation practices, not just
4048  policies.  I think we need more robust appeals processes.
4049  And I think the real issue is algorithms and giving people
4050  more choice around algorithms, more transparency around
4051  algorithms.  So if there is any one I would pick, it would be
4052  that one.  It is a tough one, but it is the most impactful.

4053       *Mr. Soto.  Thank you, Mr. Dorsey.

4054       Mr. Zuckerberg, political misinformation spread
4055  rampantly, unfortunately, in Spanish in Florida's Hispanic
4056  community on Facebook in the 2020 presidential election even
4057  with the political ad ban.  How do you think this happens?
4058  Mr. Zuckerberg?

171

4059    *Mr. Zuckerberg.  Congressman, it is -- I do still think
4060    that there is too much misinformation across all of these
4061    media that we have talked about today.  How did it happen?  I
4062    mean, it is -- I think we have talked to a lot today about
4063    algorithms.  I actually think a lot of this stuff happens in
4064    what we refer to as deterministic products like messaging.
4065    Right?  Someone sends a text message to someone else.  There
4066    is no algorithm there determining whether that gets
4067    delivered.  People can just send that to someone else.

4068    A lot of this stuff, I think, unfortunately was
4069    amplified on TV and in traditional news as well.  There was
4070    certainly some of this content on Facebook, and it is our
4071    responsibility to make sure that we are building effective
4072    systems that can reduce the spread of that.  I think a lot of
4073    those systems performed well during this election cycle.  But
4074    it is an iterative process, and there are always going to be
4075    new things that we will need to do to keep up with the
4076    different threats that we face.

4077    *Mr. Soto.  Mr. Zuckerberg, will you commit to boosting
4078    Spanish language moderators and systems on Facebook,
4079    especially during election season, to help prevent this from
4080    happening again in Spanish language?

4081    *Mr. Zuckerberg.  Congressman, this is already something
4082    that we focus on.  We already beefed up and added more
4083    capacity to Spanish language fact-checking and Spanish

4084    language authoritative information resources.  And that is
4085    certainly something that we hope to build on in the future.
4086    So the answer to your question is yes.
4087        *Mr. Doyle.  The gentleman's time is expired.
4088        The chair now recognizes Mrs. Lesko for five minutes.
4089        *Mrs. Lesko.  Thank you, Mr. Chair, and thank you to the
4090    witnesses.
4091        I represent constituents in the great State of Arizona,
4092    and most of my constituents just want to be treated fairly,
4093    equitably, impartially, and they want to make sure that their
4094    private information stays private.
4095        Mr. Pichai, does Wikipedia influence Google's search
4096    results?
4097        *Mr. Pichai.  We do index, and Wikipedia is in our
4098    index.  And for certain queries, if an answer from Wikipedia
4099    rises to the top of our ranking, yes, we do rely on it.
4100        *Mrs. Lesko.  Thank you.
4101        Mr. Dorsey, did you personally decide to ban President
4102    Trump from your platform?
4103        *Mr. Dorsey.  We have a process that we go through to
4104    get there, and that came after a warning.
4105        *Mrs. Lesko.  And did you make the final decision?
4106        *Mr. Dorsey.  Ultimately, I have final responsibility.
4107        *Mrs. Lesko.  Thank you.
4108        And Mr. Pichai, in July 2018 the Wall Street Journal

173

4109    reported that Google let hundreds of outside developers scan
4110    the inboxes of millions of Gmail users.  Mr. Pichai, do
4111    Google employees review and analyze Gmail users' content?
4112         *Mr. Pichai.  Congresswoman, we take privacy very
4113    seriously.  We don't use the data from Gmail for advertising,
4114    and our employees generally do not access it, only in narrow
4115    cases, either to troubleshoot with the right consent and
4116    permissions.  There are prohibitions with enough checks and
4117    balances.
4118         *Mrs. Lesko.  So I think what you are saying is
4119    occasionally your Google employees to review and analyze.
4120         I have another question regarding that.  Does Google
4121    share Gmail users' emails or analysis of your emails with
4122    third parties?
4123         *Mr. Pichai.  We do not sell any data.  I think what you
4124    are referring to is users could give API access to third
4125    party developers -- for example, there are applications which
4126    could give travel-related information.  So this is a user
4127    choice, and it is an API on top of the platforms.  We have
4128    done numerous steps to make sure users have to go through
4129    multiple steps before they would give consent to a third
4130    party.
4131         *Mrs. Lesko.  And so I have looked through your Google
4132    Privacy Statements and User Content, and I still have
4133    concerns about that.  I am very concerned.  I have Gmail

4134   accounts, just like millions of people, and I don't know if

4135   you are looking at them.  I don't know who is looking at

4136   them.  I don't know who is sharing them.  I don't know what

4137   you are doing with them.

4138        *Mr. Pichai.  If I --

4139        *Mrs. Lesko.  You make me concerned.  Mr. -- I only

4140   have --

4141        *Mr. Pichai.  If I could clarify one thing I said there?

4142        *Mrs. Lesko.  Yes.

4143        *Mr. Pichai.  Only if a user asks us to troubleshoot an

4144   account, with that user permission.  But we do not look into

4145   users' email contents, and we do not share the contents with

4146   anyone else without the user's asking us to do so.

4147        *Mrs. Lesko.  However, the Wall Street Journal had this

4148   article saying that hundreds of developers were reviewing the

4149   email contents.  So I have to move on to another question

4150   because I only have a short time.

4151        Mr. Dorsey, Twitter denied the Center for Immigration

4152   Studies the ability to promote four tweets that contained the

4153   phrases "illegal alien'' and "criminal alien,'' even though

4154   those are the correct legal terms.  Mr. Dorsey, if there is a

4155   warning posted related to a border threat, how will Twitter

4156   algorithms react to the use of the word "illegal'' versus

4157   "undocumented''?

4158        *Mr. Dorsey.  Well, it isn't about our algorithms.  It

4159  is interpretation against our policy and if there are

4160  violations.  But we can follow up with you on how we handle

4161  situations like that.

4162      *Mrs. Lesko.  Well, this is the legal term, is "illegal

4163  alien.''  That is in law, in legal terms.  I don't understand

4164  why you would not allow that.  That is the legal, factual

4165  term.  And with that, I am going to ask another question.

4166      Mr. Zuckerberg, this has been brought up before.  Do you

4167  believe that your platform harms children?

4168      *Mr. Zuckerberg.  Congresswoman, I don't believe so.

4169  This is something that we study and we care a lot about;

4170  designing products that peoples' well-being is very important

4171  to us.  And what our products do is help people stay

4172  connected to people they care about, which I think is one of

4173  the most fundamental and important human things that we do,

4174  whether that is for teens or for people who are older than

4175  that.

4176      And again, our policies on the main apps that we offer

4177  generally prohibit people under the age of 13 from using the

4178  services.

4179      *Mr. Doyle.  The gentlelady's time is expired.

4180      The chair now recognizes Mr. O'Halloran for five

4181  minutes.

4182      *Mr. O'Halloran.  Thank you, Mr. Chairman.  I am

4183  enlightened.  Thank you to the pane today.

4184      I am enlightened by what I have heard today.  Three of

4185    the most knowledgeable business people in the word, with

4186    beautiful profit centers, business models, a sense of the

4187    future direction that your companies want to go in, standards

4188    that are in many cases reliable but others not very much so,

4189    and a very big concern by the Congress of the United States

4190    on the direction you want to go in versus what is good for

4191    our Nation in total.

4192      Mr. Zuckerberg, last October Facebook announced it

4193    removed a network of 202 accounts, 54 pages, and 76 Instagram

4194    accounts for violating your coordinated inappropriate

4195    behavior policy.  A really forged network was based in [audio

4196    disruption] Arizona and ran its disinformation operation from

4197    2018 to 2020 by creating fake accounts and commenting on

4198    other people's content about the 2018 midterm election, the

4199    2020 presidential election, COVID-19, and criticism and

4200    praise of creation of certain political parties and

4201    presidential candidates.  Sadly, Facebook only acted after a

4202    Washington Post investigation reported its findings.

4203      While your testimony states since 2017 Facebook has

4204    removed over 100 networks of accounts for engaging in

4205    coordinated, inauthenticated behavior, where did Facebook

4206    fail by not finding this network over the course of a number

4207    of years?  Mr. Zuckerberg,

4208      *Mr. Zuckerberg.  Well, Congressman, we have a team of

4209    -- I think it is more than 300 people who work on

4210    counterterrorism at this point, and basically trying to work

4211    with law enforcement and across the industry to basically

4212    find these networks of fake accounts and authentic accounts

4213    that are trying to spread behavior.

4214        And I think we have gotten a lot more effective at this.

4215    I can't say that we catch every single one, but certainly I

4216    think we have gotten a lot more effective, including just

4217    this week we announced that we took down a network of Chinese

4218    hackers that were targeting Uyghur activists outside of

4219    China.

4220        So we have gotten more sophisticated at this.  Sometimes

4221    when we start finding a lead, we need to wait to kind of see

4222    the full extent of the network so we can take down the whole

4223    network.  So that is a tradeoff that sometimes we are able to

4224    discuss with law enforcement and other times not, in terms of

4225    how we do enforcement.  But overall, I think this effort has

4226    gotten a lot more sophisticated over the last four years.

4227        *Mr. O'Halloran.  So you are happy with the amount of

4228    personnel that you have working on these issues?

4229        *Mr. Zuckerberg.  Congressman, I think we have one of

4230    the leading teams in this area.  We went from more than --

4231        *Mr. O'Halloran.  Are you happy with -- the question

4232    was:  Are you happy with the amount of people you have

4233    working, the capacity that you have to take care of these

4234    issues?

4235        *Mr. Zuckerberg.  Congressman, I think that the team is

4236    well-staffed and well-funded.  We spend billions of dollars a

4237    year on these kind of content and integrity and security

4238    issues across the company.  So I think that that is

4239    appropriate to meet the charge.  And there are always things

4240    that we are going to want to do to improve the tactics of how

4241    we find this, and a lot of that over the last several years

4242    has been increasing the work that we do with law enforcement

4243    and the intelligence community --

4244        *Mr. O'Halloran.  I am going to move on to another

4245    question, Mr. Zuckerberg.  Thank you very much.  I do want to

4246    say that, again, you are a bright, intelligent CEO.  You know

4247    in advance what you want.  Your algorithms are created by

4248    your company and the other companies.  You have control over

4249    those algorithms.

4250        And so the idea that you have to work maybe in this

4251    direction, Mr. Zuckerberg, Facebook's most recent Community

4252    Standards enforcement report States that 2.5 million pieces

4253    of content related to suicide and self-injury were removed in

4254    the fourth quarter of 200 due to increased reviewer capacity.

4255        You can do this if you want to do all this stuff.  Very

4256    briefly explain what policies Facebook put in place to

4257    reviewer capacity, not just on that issue but across the --

4258    how much over time has this occurred that you continue to

4259    increase reviewer capacity?

4260         *Mr. Zuckerberg.  Sure, Congressman.  The biggest thing

4261    that we have done is automated a lot of this by building AI

4262    tools to identify some of this.  So now, for example, more

4263    than 98 percent of the hate speech that we take down is done

4264    by an AI and not by a person.  I think it is 98 or 99 percent

4265    of the terrorist content that we take down is identified by

4266    an AI and not a person.  And you mentioned the suicide

4267    content as well, which I think a high 90s percent is

4268    identified by AI rather than --

4269         *Mr. O'Halloran.  Mr. Zuckerberg, I am over my time.  I

4270    want to thank the chair, and I also want to state very

4271    briefly that you have a lot of work to do, you and your other

4272    cohorts on this panel.  Thank you.

4273         *Mr. Doyle.  The gentleman's time is expired.

4274         The chair recognizes Mr. Pence for five minutes.

4275         *Mr. Pence.  Thank you, Chairs Doyle and Schakowsky and

4276    Ranking Members Latta and Bilirakis, for holding this joint

4277    subcommittee meeting hearing.  And thank you to the witnesses

4278    for appearing before us today.

4279         The extent to which your platforms engulf our lives is

4280    reminiscent to the all-encompassing entities we have seen

4281    over the past century.  In the early 1900s, Standard Oil had

4282    a monopoly on over 90 percent of our country's refining

4283    business.  By the 1970s, if you used a telephone, it was

4284   going to be Ma Bell's system.

4285        In each instant, you could choose not to use either
4286   product.  But participation in society demanded that you use
4287   both.  In a similar sense, it is difficult if not impossible
4288   to participate in society today without coming across your
4289   platforms and using them.  We could choose not to use them,
4290   but like oil and telecommunications, it is considered
4291   essential, and so many other people do use it.

4292        Even the government has become an equal contributor.
4293   Each Member of Congress and every Senator is all but required
4294   to use your platforms to communicate with their constituents
4295   while we are in Washington, D.C.  I know you understand that
4296   your platforms have a responsibility to act in good faith for
4297   Hoosiers and all Americans.

4298        Unfortunately, regularly my Facebook and Twitter
4299   accounts, like many of my peers and other people I know, are
4300   littered with hateful, nasty arguments between constituents
4301   that stand in complete opposition to the ideas of civil
4302   discos that your platforms claim to uphold and that you have
4303   referenced today.

4304        I am sure you are aware that official government
4305   accounts have restrictions that significantly limit our
4306   ability to maintain a platform that is a productive resource
4307   of information to the public.  They have essentially become a
4308   micro town hall without a moderator on social media.

4309    I agree with all your testimonies that a trust deficit
4310    has been growing over the past several years.  And as some of
4311    you have suggested, we need to do something about it now.
4312    The way in which you manage your platforms in an inconsistent
4313    manner, however, has deepened this distrust and devolved the
4314    public conversation.
4315        My constituents in Southeast Indiana have told me they
4316    are increasingly mistrustful of your platforms, given how you
4317    selectively enforce your policies.  There are just a few
4318    examples of how this has occurred.  Members of the Chinese
4319    Communist Party have verified Twitter accounts to regularly
4320    peddle false and misleading claims surrounding the human
4321    rights violations we know are occurring in Northern China.
4322        Twitter gives the Supreme Leader of Iran a megaphone to
4323    proclaim derogatory statements endorsing violence against the
4324    U.S. and Western culture.  Twitter accounts associated with
4325    the Supreme Leader have called Israel a "cancerous tumor,''
4326    and called for the eradication of the Zionist regime.  This
4327    happens as he also bans the service for his own people to
4328    restrict their free expression.
4329        Mr. Dorsey, clearly you need to do more to address
4330    content that violates your policies.  I have two questions
4331    for you.  Why is the Chinese Communist Party allowed to
4332    continue the use of your platform after pushing propaganda to
4333    cover up human rights abuses against Muslims in Northern

4334    China?  And two, why does the Supreme Leader of Iran still
4335    half a platform to make threats against Israel and America?
4336        *Mr. Dorsey.  So first and foremost, we do label those
4337    Chinese accounts so that people have context as to where they
4338    are coming from.  That is on every single tweet, so people
4339    understand the source.  We think that is important.
4340        We are reviewing our world leaders policy.  We are
4341    actually taking public comment review right now.  So we are
4342    enabling anyone to give us feedback on how --
4343        *Mr. Pence.  If I may interrupt you quickly, Mr. Dorsey,
4344    on that very point, Iran has been supporting Hezbollah, and
4345    it is not just saber-rattling, as you have made the statement
4346    or your company has made the statement.  They have done
4347    serious damage to whole countries and people, and as I served
4348    in the military, they killed hundreds of Marines many years
4349    ago.  So I don't know what you have to study about this.
4350        Mr. Chairman, I yield back.
4351        *Mr. Doyle.  The gentleman yields back.
4352        The chair recognizes Miss Rice for five minutes.
4353        *Miss Rice.  Thank you, Mr. Chairman.
4354        Mr. Dorsey, what does "Winning:  Yes or No?'' on your
4355    Twitter account poll?
4356        *Mr. Dorsey.  Yes.
4357        *Miss Rice.  Hmm.  Your multitasking skills are quite
4358    impressive.

4359        In December of 2020, the House Committee on Veterans

4360    Affairs released a report entitled, "Hijacking Our Heroes:

4361    Exploiting Veterans Through Disinformation on Social Media.''

4362    I ask unanimous consent, Mr. Chairman, that this report be

4363    submitted for the record.

4364        *Mr. Doyle.  So ordered.

4365        [The Committee on Veterans Affairs report follows:]

4366

4367    **********COMMITTEE INSERT**********

4368

4369      *Miss Rice.  Thank you.  I bring up the report today

4370  because it is very -- deeply disturbing, the investment of

4371  our veterans and military service members in the violence

4372  that took place on January 6.  It is estimated that 1 in 5

4373  people charged in connection with the attack have served or

4374  are currently serving in the U.S. military.

4375      It should come as no surprise to those testifying today

4376  that for years, nefarious actors have learned how to harness

4377  the algorithms on all of your platforms to introduce content

4378  to veterans and military service members that they did not

4379  actively seek out for themselves.  Veterans and military

4380  service members are particularly targeted by malicious actors

4381  online in order to misappropriate their voices, authority,

4382  and credibility for the dissemination of political

4383  propaganda.

4384      We have to do better for those who have served our

4385  country.  Mr. Zuckerberg, do you believe that veterans hold a

4386  special status in our communities and have military training,

4387  making them prime targets for domestic terrorists and our

4388  adversaries seeking to foment insurrection?

4389      *Mr. Zuckerberg.  Congresswoman, I certainly believe

4390  that veterans hold a special place in our society.  I haven't

4391  seen much research --

4392      *Miss Rice.  Did you see on the National Mall and at the

4393  Capitol there were rioters who arrived in combat gear who

4394    were armed with tactical equipment?  Did you see those
4395    images, yes or no?
4396        *Mr. Zuckerberg.  Yes.
4397        *Miss Rice.  Okay.  Have you personally talked to the
4398    Iraq and Afghanistan Veterans of America, IAVA, about
4399    disinformation campaigns targeting veterans?
4400        *Mr. Zuckerberg.  No, Congresswoman.  I have not
4401    personally, although our team certainly is in contact with a
4402    number of these groups as we set up our policies.
4403        *Miss Rice.  Have you talked to the Vietnam Veterans of
4404    America about disinformation campaigns targeting veterans?
4405        *Mr. Zuckerberg.  Congresswoman, I can get back to you
4406    on whether our team has consulted with them specifically.
4407    But broadly, what our teams --
4408        *Miss Rice.  Please do.  Do you believe that veterans
4409    and military service members are just like other Americans in
4410    that they are susceptible to the impulses in human psychology
4411    that Facebook exploits to drive engagement?  Do you believe
4412    that they are susceptible in that way?  Yes or no?
4413        *Mr. Zuckerberg.  Congressman, there is a lot in your
4414    characterization there that I disagree with.
4415        *Miss Rice.  No, no.  It is a question of do you think
4416    they are susceptible to that kind of information coming at
4417    them?  Yes or no?
4418        *Mr. Zuckerberg.  Congresswoman, I believe that --

4419    *Miss Rice.  Okay.  So given your answers, I am not
4420    convinced that you have the appropriate resources devoted to
4421    the problem of mitigating the real-world effects of content
4422    that is designed to mislead and radicalize your users,
4423    especially those who are veterans and military service
4424    members.

4425        Would you support legislation that would require you to
4426    create an Office of Veterans Affairs that reports to the CEO
4427    and works with outside veterans service organizations to
4428    ensure our enemies don't gain ground trying to radicalize our
4429    brave men and women who serve in our military?  Would you
4430    support that legislation?

4431        *Mr. Zuckerberg.  Congresswoman, I think the details
4432    matter a lot.  So I would be happy to follow up with you or
4433    have our team follow up with your team to discuss this.  But
4434    in general, I do think that --

4435        *Miss Rice.  We will take you up on that,
4436    Mr. Zuckerberg.  It is just a broad stroke:  Do you believe
4437    that you could find your way to support legislation that
4438    would have as its goal the protection of our military active
4439    duty and veterans?  In principle?

4440        *Mr. Zuckerberg.  I think in principle, I think
4441    something like that could certainly make sense.

4442        *Miss Rice.  So I wrote to you, Mr. Zuckerberg, last
4443    month requesting information about Facebook's efforts to curb

4444  disinformation campaigns that specifically targeted American
4445  service members and victims.  I am just curious if you know
4446  how many public groups with the word "veteran'' or public
4447  pages with the word "veteran'' did you remove from your
4448  platform after January 6th in association with misinformation
4449  about the 2020 election or the attack on the Capitol?
4450      *Mr. Zuckerberg.  Congresswoman, I don't know the answer
4451  off the top of my head, but I would be happy to get back to
4452  you with that.
4453      *Miss Rice.  Thank you.  We believe that you should be
4454  tracking that information.  Your platform was in fact a crime
4455  scene after January 6, and we need that information and data
4456  to understand how the attack happened.
4457      I want to thank all three of you for coming here today
4458  and spending so much time with us.  I yield back,
4459  Mr. Chairman.  Thank you.
4460      *Mr. Doyle.  The gentlelady yields back.
4461      The chair recognizes Mr. Armstrong for five minutes.  Is
4462  Mr. Armstrong here?  You need to unmute, Kelly.
4463      *Mr. Armstrong.  All right.  Sorry about that.  Can you
4464  hear me?
4465      *Mr. Doyle.  Yes.  We can hear you.
4466      *Mr. Armstrong.  All right.  Thank you.
4467      No other industry receives such bipartisan scrutiny --
4468  disinformation, content moderation, de-platforming,

4469    antitrust, privacy, and the list continues to grow.  We
4470    discuss these things too often in isolation, but they are all
4471    related, and it starts with the fact that your users aren't
4472    your customers.  They are the product.  More specifically,
4473    the data that you collect from your users is the product.
4474        You are incentivized to collect and monetize user data
4475    for behavior advertising.  This results in the collection of
4476    even more user data.  And data is unique as a business asset.
4477    It doesn't deplete.  Data is perpetual and reinforcing.  Data
4478    begets more data.  Massive data collection expands your
4479    market share, which harms competition.
4480        That is why censorship is so concerning to all of us.
4481    Your platforms have a stranglehold on the flow of modern
4482    communication, and I think we absolutely have to resist the
4483    urge of content moderation and censorship.  In 1927, Justice
4484    Brandeis wrote:  "The remedy to apply is more speech, not
4485    enforced silence.''  I think that statement still holds true
4486    today.
4487        Yet your platforms don't simply silence certain speech.
4488    Your algorithms are designed to reinforce existing
4489    predispositions because you profit by keeping users locked
4490    into what they already enjoy.  This leads to information
4491    siloes, misinformation, extremism on both sides, and even
4492    more data collection, which repeats the cycle.
4493        Mr. Pichai, you testified before the House Judiciary

4494  Committee last year, and at that hearing I raised several
4495  examples of Google's consolidation of the ad tech stack.
4496  Your answers large reiterated the privacy justifications,
4497  which I understand and support.  However, my question was
4498  whether Google's consolidation of both the buy and sell sides
4499  of digital advertising would further harm competition.
4500      Since then I have reviewed Google's privacy sandbox and
4501  the  FLoC proposal, which is an alternative group identifier
4502  to replace third party cookies.  Again, I understand and I
4503  appreciate the privacy justification.  But -- and this is my
4504  question -- how will these actions not further entrench
4505  Google's digital advertising market share and harm
4506  competition?
4507      *Mr. Pichai.  Congressman, as you rightfully point out,
4508  privacy is really important and we are trying to get that
4509  correct.  Users are giving clear feedback in terms of the
4510  direction they would like to take.  Advertising allows us to
4511  provide services to many people who wouldn't otherwise be
4512  able to use services, and we are trying to provide relevant
4513  ads, protecting their privacy.  And that is what FLoC is
4514  working on.  We will --
4515      *Mr. Armstrong.  I am going to move on because I
4516  understand the privacy -- I understand the privacy.  And I
4517  understand the rationale of eliminating individual-level
4518  tracking in favor of cohorts and the potential privacy

4519    benefits of user data in CRO method device level.

4520        But this is still eliminating competitors' access to

4521    user data at a time when you already control 60 percent of

4522    the browser market.  I have real concerns that FLoC will

4523    incentivize more first party data collection, which will not

4524    actually benefit user privacy; instead of spreading it

4525    amongst a lot of different companies, it will just all be

4526    with you.  And so I guess my point is Congress needs to

4527    conduct careful oversight as the privacy sandbox and FLoC are

4528    introduced.  And we need to ensure that the user privacy

4529    increases, and that competition is not stifled further.

4530        But I do have one question, and it is important.  I am

4531    going to ask all three of you.  When we are conducting

4532    competition analysis in the tech industry, should non-price

4533    factors like privacy be considered?  And I will start with

4534    you, Mr. Pichai.

4535        *Mr. Pichai.  I think so.  I think privacy is very

4536    important, and we have called for comprehensive Federal

4537    privacy legislation.  And to clarify, Google doesn't get any

4538    access to FLoC data.  It is protected.  And then we will

4539    publish more papers on it.

4540        *Mr. Armstrong.  All right.  And I understand

4541    completely.  But you are forcing -- I mean, you are forcing

4542    advertisers into the ad stack.  I mean, that is -- I don't

4543    discount it increases privacy.  That is not -- I think this

4544  is a real problem because I think they are in conflict with
4545  each other.
4546      But Mr. Dorsey, do you think when we are conducting
4547  competition analysis in the tech industry, non-price factors
4548  should be considered?
4549      *Mr. Dorsey.  Not sure exactly what you mean, but open
4550  to further discussion on it.
4551      *Mr. Armstrong.  All right.  How about you, Mr.
4552  Zuckerberg?
4553      *Mr. Zuckerberg.  Yes, Congressman.  My understanding is
4554  that the law already includes the quality of products in
4555  addition to price.
4556      *Mr. Armstrong.  And I will just say I appreciate you
4557  talking about the difference between big platforms and small
4558  platforms because I think in our history of trying to
4559  regulate big companies, Congress has already done a really
4560  good job at harming the smaller companies worse.
4561      And with my last six seconds because this isn't the
4562  appropriate hearing, but I am going to ask, please all do a
4563  better job of making sure artists get paid for their work on
4564  your platforms.  And with that, I yield back.
4565      *Mr. Doyle.  The gentleman yields back.
4566      The chair recognizes Mr. Veasey for five minutes.
4567      *Mr. Veasey.  Thank you, Mr. Chairman.
4568      It has often been said that lies travel faster than

4569    truth, and we have seen that play out with devastating

4570    consequences on social media platforms today.  This concerns

4571    me greatly, not just as a father or a lawmaker but as someone

4572    ready to see the past divisions that have dominated our

4573    country for the past several years, and really decades,

4574    really.

4575        But it is hard to see how this can change when the CEOs

4576    of the largest social media platforms repeatedly say they

4577    will fix their ways, only to keep spreading harmful lies and

4578    misinformation.  I want to give you an example.

4579        Last August here in the Dallas/Fort Worth area, the

4580    North Texas Poison Control Center felt the need to warn

4581    people against ingesting bleach or other disinfecting

4582    products as a cure to prevent COVID-19.  Despite efforts

4583    of your companies to take down such harmful mis- or

4584    disinformation calls to the North Texas Poison Control Center

4585    about disinfectant, ingestion rates were much higher than

4586    usual, and statewide calls about bleach products were up over

4587    70 percent compared to the year before.  The North Texas

4588    Poison Center pointed this out largely to misinformation

4589    online as the cause for these increases.

4590        And as we know, in the lead-up to the last elections,

4591    black communities were specifically targeted for

4592    disinformation campaigns designed to suppress the vote,

4593    especially in battleground states.  And right now there are

4594    sites up that are discouraging black people from getting the

4595    COVID-19 vaccination.  I know a lady that was put in Facebook

4596    jail for 30 days because all she did was repost one of the

4597    faulty posts saying black folks aren't falling for this

4598    business, and she was put in Facebook jail for 30 days.

4599    Now, even if these posts were eventually taken down or

4600    otherwise labeled as false, again lies travel a lot faster

4601    than truths.  Your companies have been largely flat-footed

4602    when it comes to getting out ahead of these issues, and it is

4603    time for something to change.

4604    That is why I am exploring legislation that would

4605    establish an independent organization of researchers and

4606    computer scientists who could help by identifying and warn

4607    about misinformation trends before they become viral.  This

4608    early warning system would help social media sites, the

4609    public, and law enforcement so that when dangerous

4610    conspiracies or disinformation is spreading, they can be on

4611    alert and hopefully slow its effect.

4612    Mr. Zuckerberg, would you support legislation that

4613    would alert all Facebook or Instagram users of harmful

4614    disinformation and conspiracy theories spreading across your

4615    platforms?

4616    *Mr. Zuckerberg.  Congressman, I think we need to look

4617    into that in more detail to understand the nuances.  But in

4618    general, I agree that it is our responsibility to build

4619  systems that can help slow the spread of this kind of
4620  misinformation.  And that is why we have taken all the steps
4621  that I have outlined today, from building in an unprecedented
4622  independent fact-checking program to taking down content that
4623  could cause imminent physical harm to the work in the COVID
4624  Information Center and the Voting Information Center and the
4625  Climate Information Center to promote authoritative
4626  information across our services.  So I certainly think that
4627  there is a lot to do here.
4628       *Mr. Armstrong.  Mr. Dorsey, would you support
4629  legislation for an early warning system across Twitter?
4630       *Mr. Dorsey.  I would be open to reviewing the details.
4631  I just don't think it will be effective.  And it will be very
4632  much whack-a-mole.  I think that the more important thing is
4633  to, as I said in my opening remarks, get much more of an open
4634  standard and protocol that have everyone can have access to
4635  and review.
4636       *Mr. Armstrong.  And Mr. Pichai?  For Google and YouTube
4637  and that?  I have a 14-year-old at home that watches YouTube.
4638  What about you for those platforms?
4639       *Mr. Pichai.  Already today in many of these areas, we
4640  show, proactively, information panels.  So for example, on
4641  COVID, we have showed a lot of information from CDC and other
4642  experts, and we had views of over 400 billion.  And so
4643  conceptually, showing proactive information, including

4644  information panes, I think makes sense to me.

4645      *Mr. Armstrong.  Okay.  Well, thank you.  I appreciate

4646  the time, Mr. Chairman.  I am worried.  I think that we need

4647  to act quickly and that we are running out of time and that

4648  we need these companies to take affirmative action on

4649  addressing some of these issues.

4650      I yield back my time.  Thank you.

4651      *Mr. Doyle.  I thank the gentleman.  The gentleman

4652  yields back.

4653      The chair now yields five minutes to Ms. Craig.

4654      *Ms. Craig.  Thank you so much, Mr. Chair.

4655      Mr. Zuckerberg, thank you so much for joining us today.

4656  As co-chair of the LGBTQ Equality Caucus in the U.S.

4657  Congress, I would like to ask you a few questions about an

4658  incident that occurred several weeks ago now.  And I would

4659  appreciate a simple yes or no answer.  Most of these have

4660  absolutely no room for nuance.  These aren't trick questions.

4661  I would just like to clarify a few facts.

4662      So on February 25th, Facebook took down a video hosted

4663  by my colleague, Representative Marie Newman, in which she

4664  places the transgender flag outside her office.  Is that

4665  correct, to your knowledge?  Yes or no?

4666      *Mr. Zuckerberg.  Congresswoman, I am not aware of this.

4667      *Ms. Craig.  You are not aware of this?

4668      *Mr. Zuckerberg.  No.

4669    *Ms. Craig. Well, the answer is yes. Facebook took her

4670    video down. According to Representative Newman, the reason

4671    Facebook gave for taking down the video was that it violated

4672    Facebook's community standards on hate speech and

4673    inferiority. Does that seem right to you, that if someone

4674    put up a trans flag and took a video of it and posted it on

4675    your platform, that it should be put down?

4676    *Mr. Zuckerberg. Congresswoman, no. That doesn't seem

4677    right to me. But I would need to understand the specifics of

4678    the case in more details.

4679    *Ms. Craig. Yes. Thank you. The answer is no, it is

4680    absolutely not right.

4681    Meanwhile, across the hall, Representative Marjorie

4682    Taylor Greene from Georgia posted a video to Facebook. Her

4683    video showed her putting up a transphobic sign so that

4684    Representative Newman, the mother of a trans child, could

4685    "look at it every time she opens her door.'' Facebook

4686    allowed Representative Greene's video to remain online. Is

4687    that right? Yes or no?

4688    *Mr. Zuckerberg. Congresswoman, I am not aware of the

4689    specifics. But as I have said a number of times today, we do

4690    make mistakes, unfortunately, in our content moderation, and

4691    we hope to fix them as quickly as possible --

4692    *Ms. Craig. Reclaiming my time, reclaiming my time, the

4693    answer was yes, Representative Greene's video was allowed to

4694    remain online.  Representative Newman reached out to

4695    Facebook, and a few hours later her video was restored with a

4696    perfunctory apology.  But Representative Greene's video was

4697    never taken down.  I am not even going to ask you if I am

4698    getting that right, as I was, because you obviously don't

4699    know.

4700        Are you aware that Facebook has repeatedly flagged the

4701    transgender flag as hate speech and that trans-positive

4702    content ends up being taken down while transphobic content,

4703    like Representative Greene's video, is not taken down and is

4704    often shared widely?  Yes or no?

4705        *Mr. Zuckerberg.  Congresswoman, I am now aware of that

4706    specifically, but this is an instance of a broader challenge

4707    in identifying hate speech, which is that there is often a

4708    very nuanced difference between someone saying something that

4709    is racist versus saying something to denounce something that

4710    someone else said that was racist.

4711        And we need to build systems that handle this content in

4712    more than 150 languages around the world, and we need to do

4713    it quickly.  And unfortunately, there are some mistakes in

4714    trying to do this quickly and effectively.

4715        *Ms. Craig.  Mr. Zuckerberg, I am going to give you your

4716    nuance this one time.

4717        As it exists today, do you think your company is going

4718    to get these content moderation decisions right on the first

4719   try eventually?

4720        *Mr. Zuckerberg.  Congresswoman, if what you are asking

4721   is are we ever going to be perfect, the answer is no.  I

4722   think that there will always be some mistakes, but I think we

4723   will get increasingly accurate over time.  So for example, a

4724   few years back, we identified --

4725        *Ms. Craig.  Mr. Zuckerberg, I only have a couple of

4726   minutes or one minutes left, so I am going to continue here.

4727        As has been mentioned repeatedly throughout today, we

4728   just don't have faith that your companies have the proper

4729   incentives to proactively contemplate and address basic human

4730   rights.  With that in mind, would you support legislation

4731   requiring social media companies to have an Office of Civil

4732   Rights reporting to the CEO, and that would mean you would

4733   have to reconsider your corporate structure, including the

4734   civil rights and human rights of the trans community?

4735        *Mr. Zuckerberg.  Congresswoman, we took the

4736   unprecedented step of hiring a VP of civil rights, and I

4737   think we are one of the only companies that has done

4738   something similar to what you are saying.

4739        *Ms. Craig.  Well, I hope that you do better, then,

4740   because this example I am giving you was completely

4741   unacceptable.  This panel has done something truly rare in

4742   Washington these days:  It has united Democrats and

4743   Republicans.  Your industry cannot be trusted to regulate

4744    itself.

4745         And with that, I yield back.

4746         *Mr. Doyle.  The gentlelady yields back.

4747         The chair now recognizes Mrs. Trahan for five minutes.

4748         *Mrs. Trahan.  Thank you, Mr. Chairman.

4749         I would like to turn the focus back to our children.  My

4750    husband and I have five.  Our oldest is 27, our youngest is

4751    6, and over the years I have noticed how technology has been

4752    increasingly designed to capture their attention.  The more

4753    time my first-grader spends scrolling through an app, the

4754    less time she is playing outside or enjoying face-to-face

4755    interactions with us.

4756         Google and Facebook are not only doing a poor job of

4757    keeping our children under 13 off of YouTube and Instagram,

4758    as my colleagues have already mentioned today, but you are

4759    actively onboarding our children onto your ecosystems with

4760    apps like YouTube Kids, Facebook Messenger Kids, and now we

4761    are hearing Instagram for Kids.  These applications introduce

4762    our children to social media far too early and include

4763    manipulative design features intended to keep them hooked.

4764         Mr. Pichai, when a child finishes a video on YouTube or

4765    YouTube Kids, does the next video automatically play by

4766    default?  And I think this one is a yes or no.

4767         *Mr. Pichai.  Sorry, I was muted.  Congresswoman, I have

4768    children, too.  I worry about the time they spend online, and

4769  I agree with you it is an important issue.

4770      *Mrs. Trahan.  Yes.

4771      *Mr. Pichai.  We design YouTube --

4772      *Mrs. Trahan.  The autoplay function by default?  That

4773  is a yes --

4774      *Mr. Pichai.  On the main app, it is there, and for each

4775  video there is an easy on/off toggle.  Users have preference

4776  to select --

4777      *Mrs. Trahan.  But the default setting is yes.  When a

4778  user who is predicted to be a teen is watching a YouTube

4779  video, are the number of likes displayed by default?  Yes or

4780  no, please?

4781      *Mr. Pichai.  On all videos, I think we do have --

4782  across all videos we have.

4783      *Mrs. Trahan.  Right.  And Mr. Zuckerberg, will the

4784  recently reported Instagram app for kids have endless scroll

4785  enabled?  Yes or no?

4786      *Mr. Zuckerberg.  Sorry.  Congresswoman, we are not done

4787  finalizing what the app is going to be.  I think we are still

4788  pretty early in designing this.  But I just want to say

4789  that --

4790      *Mrs. Trahan.  Are you not sure or are you not sharing

4791  features or -- and look, another feature of concern is the

4792  filter 6that adds an unnatural but perfect glow for my 10-

4793  year-old to apply to her face.  Is that feature going to be

4794   part of Instagram for Kids?

4795       *Mr. Zuckerberg.  Congresswoman, I don't know.  I

4796   haven't discussed this with the team yet.

4797       *Mrs. Trahan.  Well, look.  Please expect my office and

4798   many others to follow up, given what we know about

4799   Instagram's impact on teen mental health.  We are all very

4800   concerned about our younger children.

4801       And I just want to speak mother to father for a moment,

4802   fathers, because leading experts all acknowledge that social

4803   media sites pose risks to young people -- inappropriate

4804   content, over-sharing of personal information, cyberbullying,

4805   deceptive advertising -- the list goes on.  And those risks

4806   are exacerbated with more time children spend in these apps.

4807       Mr. Pichai, you mentioned that you have children, and I

4808   have also read you limit their screen time.  What do you say

4809   when one of your children doesn't want to put their phone

4810   down?

4811       *Mr. Pichai.  Congresswoman, the struggle is the same,

4812   particularly through COVID.  It has been hard to moderate it.

4813   And I do take advantage of the parental controls and the

4814   digital well-being tools.  We can limit the time on their

4815   apps.  And so we have prohibitions in place.

4816       *Mrs. Trahan.  I don't mean to cut you off, Mr. Pichai.

4817   But the last thing overworked parents read right now,

4818   especially right now, are more complex to-dos, which is what

202

4819   parental controls are.  They need child-centric design by
4820   default.
4821       Mr. Zuckerberg, I understand your children are younger.
4822   But when they start using social media, what will you say
4823   when they are craving their tablet over spending time face-
4824   to-face with you or with friends?
4825       *Mrs. Trahan.  Well, congresswoman, we haven't gotten to
4826   that point yet.  But we are designing all of these tools --
4827   we designed Messenger Kids that the parents are in control.
4828   I think we have proven that that can be a good and safe
4829   experience.  And I think that was one of the things that made
4830   us think that we should consider doing this for Instagram as
4831   well, by having it so that we have a parent-controlled
4832   experience, and as you say, child-centric experience for
4833   people under the age of 13 --
4834       *Mrs. Trahan.  I am going -- I am going to reclaim my
4835   time, only because.  Connecting with others is one thing.
4836   Adding filters, no breaks for kids to take, and manipulating
4837   the design of these apps for our children is another.  Look.
4838   This committee is ready to legislate to protect our children
4839   from your ambition.
4840       What we are having a hard time reconciling is that while
4841   you are publicly calling for regulation, which, by the way,
4842   comes off as incredibly decent and noble, you are plotting
4843   your next frontier of growth, which deviously targets our

4844    young children and which you all take great strides, with
4845    infinitely more resources, in protecting your own children.
4846        This playbook is familiar.  As some of my colleagues
4847    have pointed out, it is the same tactic we saw from alcohol
4848    companies and big tobacco:  Start 'em young and bank on them
4849    never leaving, or at least never being able to.  But there
4850    are our children, and their health and well-being deserve to
4851    take priority over your profits.
4852        *Mr. Doyle.  The gentlelady's time is expired.
4853        The chair now recognizes Mrs. Fletcher for five minutes.
4854        *Mrs. Fletcher.  Thank you, Chairman Doyle.  And thanks
4855    to you and Chairwoman Schakowsky and Ranking Members Latta
4856    and Bilirakis for holding this hearing today.  I agree with
4857    my colleagues.  There is a broad consensus on a range of
4858    issues, and I appreciate the discussion.
4859        As we have discussed extensively today, one of the big
4860    challenges of this rise of dangerous disinformation is that
4861    it denies us a basic set of sheet facts to enable and
4862    information debate like what we are having here today.  And
4863    it is absolutely vital that we take charge and that we
4864    address this.
4865        What we have seen is that countries whose interests are
4866    not aligned with ours, extremist organizations and others,
4867    have used online social media platforms to engage and to
4868    amplify extremist content and disinformation, from the COVID-

4869  19 pandemic to the January 6 insurrection, both of which we
4870  have talked about extensively.

4871      We have seen that the real-world cost of this unchecked
4872  spread of disinformation is in lies.  And like my colleagues,
4873  I worry that the structure of many social media companies,
4874  including those we have before us today, prioritize
4875  engagement, including engagement with provocative or
4876  extremist content over responsible corporate citizenship.

4877      So one of my greatest concerns regarding how extremist
4878  content and disinformation is allowed to spread on your
4879  platform is the lack of data transparency when it comes to
4880  independent analysis.  Now, everyone has claimed they have an
4881  internal system, that it is about the systems, that you need
4882  good systems to remove and delete disinformation and
4883  extremist content.

4884      But we have no way to verify how effective those systems
4885  are.  And that is a huge part of the challenge before us.  I
4886  think we all would agree that we need data and information to
4887  make good policy and to write good legislation, which will be
4888  coming out of this committee.

4889      So that brings me to a follow-up on my colleague Miss
4890  Rice's questions about data.  As she mentioned, and it is my
4891  understanding that all three of your platforms chose to
4892  remove content that was posted regarding the Capitol
4893  insurrection on January 6.  And I think we can all understand

4894    some of the reasons for that.  But as a result, it is

4895    unavailable to researchers and to Congress.

4896        So my question for each of you is:  Will you commit to

4897    sharing the removed content with Congress to inform our

4898    information of the events of January 6 and also the issues

4899    before us today about how to respond to extremist and

4900    dangerous content online?

4901        And I will start with Mr. Zuckerberg.

4902        *Mr. Zuckerberg.  Thanks, Congresswoman.  When we take

4903    down content that might be connected to a crime, I think we

4904    do, as a standard practice, try to maintain that so that we

4905    can share it with law enforcement if necessary.  And I am

4906    sure our team can follow up to discuss that with you as well.

4907        *Mr. Doyle.  Sure.  I appreciate that.  And I understand

4908    that you have a legal obligation to cooperate with

4909    authorities and law enforcement in these cases.  And I think

4910    that what I am talking about is also sharing it with us in

4911    Congress, and I appreciate your response there.

4912        Mr. Dorsey?

4913        *Mr. Dorsey.  We would like to do this, actually.  We

4914    have been thinking about a program for researchers to get

4915    access to actions that we had to take.  But all of this is

4916    subject to local laws, of course.

4917        *Mrs. Fletcher.  Well, and that may be something that we

4918    can help craft here.  So I think that it is consistently

4919   something we have heard from researchers as well.  It is a

4920   real area of challenge in not having the data.  So I

4921   appreciate that.

4922        And Mr. Pichai?  Do you also agree?

4923        *Mr. Pichai.  Congresswoman, sorry, I was muted.  We are

4924   working with law enforcement, and happy to connect with your

4925   office.  And we cooperate as allowed by law while balancing

4926   the privacy of the people involved.

4927        *Mrs. Fletcher.  Well, thank you.  So I appreciate all

4928   of your willingness to work with us and to assist Congress in

4929   addressing this attack on our Capitol and our country.

4930        Another idea that I would like to touch base with you on

4931   in the time I have left, just over a minute.  Is the

4932   difference we see in how your platforms handle foreign

4933   extremist content versus domestic content?  By all accounts,

4934   your platforms do a better job of combating posts and

4935   information from foreign terrorist organizations, or FTOs,

4936   like ISIS or al-Qaeda and others, where the posts are

4937   automatically removed, depending on keywords and phrases, et

4938   cetera.

4939        The FTOs are designated by the State Department.  There

4940   are rigorous criteria to identify groups that wish to cause

4941   harm to Americans.  Currently there is no legal mechanism or

4942   definition for doing the same for domestic terror and hate

4943   groups.

4944    Would a federal standard for defining a domestic terror

4945    organization similar to FTOs help your platforms better track

4946    and remove harmful content from your sites?  Mr. Zuckerberg?

4947    *Mr. Zuckerberg.  Congresswoman, I am not sure.  I think

4948    domestically we do classify a number of white supremacist

4949    organizations and militias and conspiracy networks like QAnon

4950    is the same level of problematic as some of these other

4951    organizations that are able to take decisive action.

4952    I think where the sense of being more complicated is

4953    where the content is --

4954    *Mrs. Fletcher.  I hate to cut off, but I am going to

4955    run out of time.  So your answer was, I am not sure.  Could I

4956    just get a quick yes or no from Mr. Dorsey and Mr. Pichai?

4957    *Mr. Doyle.  Yes, but very quickly because your time is

4958    expired.  Very quickly.

4959    *Mr. Dorsey.  We need to evaluate it.  We need to

4960    understand what that means.

4961    *Mrs. Fletcher.  Mr. Pichai?

4962    *Mr. Pichai.  We as domestic agencies focus on that, I

4963    think we are happy to work and cooperate there.

4964    *Mr. Doyle.  Okay.  The gentlelady's time is expired.

4965    *Mrs. Fletcher.  Well, thank you very much, Mr.

4966    Chairman.  I yield back.

4967    *Mr. Doyle.  It is my understanding we have -- let's

4968    see -- eight members who were requesting to waive on for the

4969   hearing.  I believe we have given all members of the

4970   subcommittees their opportunity to speak.  So we will now

4971   start to recognize the members waiving on.  And first on the

4972   list here I see Mr. Burgess.  Doc Burgess, are you with us?

4973        *Mr. Burgess.  Yes.  Sorry.  I couldn't find my cursor.

4974        *Mr. Doyle.  Okay.  You are recognized for five minutes.

4975        *Mr. Burgess.  Thank you, Mr. Chairman.  And thanks to

4976   our witnesses for spending so much time with us.  This is

4977   clearly a very important issue to every member of this

4978   committee regardless of which political party they identify

4979   with.

4980        I guess, Mr. Zuckerberg, let me just ask you a question

4981   because it strikes me, listening to your answers to both our

4982   colleague, Jeff Duncan, and our colleague, Angie Craig, both

4983   coming at the issue from different directions, but the

4984   concern is that there was the exercise of editorial authority

4985   over the postings that were made on your website.  Is that a

4986   fair assessment?

4987        *Mr. Zuckerberg.  Congressman, I am not sure what you

4988   mean.  But I think content moderation and enforcing

4989   standards, I don't think that that is the same kind of

4990   editorial judgment that, for example, a newspaper makes when

4991   writing a post.

4992        *Mr. Burgess.  Yes.  But maybe it is because Mr. Duncan

4993   eloquently pointed out there was restriction of conservative

4994  speech.  And our colleague, Angie Craig, eloquently pointed
4995  out how there was restriction of trans-affirming speech.  So
4996  that strikes that me that we are getting awfully close to the
4997  line of exercising editorial discretion.

4998      And forgive me for thinking that way, but if that is --
4999  and I am sure I am not alone in this -- it does call into
5000  question, then, the immunity provided under Section 230.
5001  Maybe it is not a problem with law itself, Section 230; maybe
5002  the problem is that the mission has changed in your
5003  organization and other organizations.

5004      *Mr. Zuckerberg.  Congressman, I am not sure what you
5005  mean.  But we have clear standards against things like
5006  terrorist content, child exploitation, incitement of
5007  violence, intellectual property violations, pornography --
5008  things that I would imagine that you agree with.  And we can
5009  enforce --

5010      *Mr. Burgess.  All spelled out in the plain language of
5011  Section 230.  But again, you are putting restrictions on
5012  conservative speech.  Mr. Duncan eloquently pointed out how
5013  that is occurring.  Angie Craig eloquently pointed out how
5014  you are putting restrictions on trans-affirming speech.  None
5015  of those fall into any of the other categories that you are
5016  describing.

5017      Because to the casual observer, it appears that you are
5018  exercising editorial authority, and as such, maybe you should

5019    be regulated as a publisher as opposed to simply someone who

5020    is carrying -- who is indifferent to the content that they

5021    are carrying.

5022        *Mr. Zuckerberg.  Congressman, I think one of the

5023    virtues of Section 230 is it allows companies to moderate

5024    things like bullying that are not always clearly illegal

5025    content but that I think you and I would probably agree are

5026    harmful and bad.

5027        So I think it is important that companies have the

5028    ability to go beyond what is legally required.  I do not

5029    think that that makes these internet platforms the same thing

5030    as a news publisher who is literally writing the content

5031    themselves.  I do think we have more responsibility than

5032    maybe a telephone network, where --

5033        *Mr. Burgess.  Let me interrupt you in the interest of

5034    time because I want to pose the same question to Mr. Dorsey.

5035        Mr. Dorsey, every presidential tweet that I read

5036    following the election had an editorial disclaimer appended

5037    to it by you.  How does that not make you someone who is

5038    exercising editorial discretion on the content that you are

5039    carrying?

5040        *Mr. Dorsey.  Our goal with our labels was simply to

5041    provide connection to other data and provide context.

5042        *Mr. Burgess.  Yes.  But you don't do that routinely

5043    with other tweets.  It seemed to be a singular assignment

5044    that someone had taken on, to look at whatever the President

5045    is publishing.  We are going to put our own spin on that.

5046    And again, that strikes me as an editorial exercise.

5047        And the only reason I bring this up, and we are going to

5048    have these discussions, I recognize that smaller companies

5049    just starting out, the protection of Section 230 may be

5050    invaluable to them.  But you all are no longer just starting

5051    out.  You are established.  You are mature companies.  You

5052    exercise enormous control over the thought processes of not

5053    just an entire country but literally the entire world.  You

5054    are exercising editorial discretion.  I do think we need to

5055    revisit Section 230 in the terms of, have you now become

5056    actual publishers as opposed to simply carriers of

5057    information?

5058        Thank you, Mr. Chairman.  I will yield back.

5059        *Mr. Doyle.  The gentleman yields back.

5060        The chair recognizes Mr. Tonko for five minutes.

5061        *Mr. Tonko.  Thank you, Mr. Chair.  Thank you for

5062    allowing me to waive on.

5063        Gentlemen, thank you for being with us today.  While

5064    there are many issues I would like to raise with you, my most

5065    pressing unresolved questions revolve around what I saw and

5066    experienced on January 6, when I had to dive for cover in the

5067    House gallery as violent insurrectionists attempted to break

5068    down the doors and take the chamber.

5069    The rioters who breached the Capitol building were

5070    propelled by at least one bully that the election had been

5071    stolen from former President Donald Trump.  They reached this

5072    false and dangerous conclusion, yet somehow in massive

5073    numbers.  Their assault was not disorganized or isolated, and

5074    it was not coincidence.

5075    So Mr. Zuckerberg, you and your colleagues have

5076    downplayed the role Facebook played in helping the rioters

5077    mobilize in January 6.  In light of growing evidence that

5078    suggests otherwise, including the fact that Facebook was the

5079    most cited social media cite in charging documents the

5080    Department of Justice filed against insurrectionists, do you

5081    still deny that your platform was used as a significant

5082    megaphone for the lies that fueled the insurrection?

5083    *Mr. Zuckerberg.  Congressman, to be clear, I think part

5084    of the reason why our services are very cited in the charging

5085    docs is because we worked closely with law enforcement to

5086    help identify the people who were there.  So I don't view

5087    that that collaboration with law enforcement should be seen

5088    as a negative reflection on our services.

5089    And as I have said a number of times to today, there was

5090    content on our services from some of these folks.  I think

5091    that that was problematic.  But by and large, I also think

5092    that by putting in place policies banning QAnon, banning

5093    militias, banning other conspiracy networks, we generally

5094    made our services inhospitable to a lot of these folks.  And
5095    that had the unfortunate consequence of having those folks
5096    not use Facebook and use other places as well.

5097         So there is certainly more for us to do.  But I stand
5098    behind the work that we have done with law enforcement on
5099    this and the systems that we have in place.

5100         *Mr. Tonko.  Thank you.

5101         Mr. Pichai, can you affirmatively state that YouTube did
5102    not recommend videos with Stop the Steal content, white
5103    supremacy content, and other hate and conspiracy content that
5104    was seen by rioters at the Capitol?

5105         *Mr. Pichai.  Congressman, we had clear policies and we
5106    were vigorously enforcing this area.  Just leading up to the
5107    election, we had removed hundreds of thousands of videos, and
5108    we had terminated 8,000 channels.  And on the day of the
5109    riot, we were successfully able to take down inappropriate
5110    livestreams.  We gave precedence to journalistic
5111    organizations covering the event.  And that is the content we
5112    raised up on YouTube that day.  And since then we have been
5113    cooperating with law enforcement as well.

5114         *Mr. Tonko.  So you're indicating that you did not
5115    recommend videos with Stop the Steal?

5116         *Mr. Pichai.  We were rigorously enforcing.  We had
5117    clear policies around content that undermined election
5118    integrity.  Once the States certified the election on

5119  December 8th, we introduced a "Sensitive Events'' policy and
5120  we did take down videos which were violative.  And so we have
5121  been monitoring it very closely.

5122       *Mr. Tonko.  Thank you.

5123       And Mr. Dorsey, are you confident that the conspiracy
5124  theorists or other purveyors of electrical misinformation and
5125  Stop the Steal on Twitter were not recommending to others?

5126       *Mr. Dorsey.  I can't say that I was confident, but I
5127  know we did work really hard to make sure that if we saw any
5128  amplification that went against the terms of service, which
5129  this would, we took an action immediately.  We didn't have
5130  any up-front indication that this would happen, so we had to
5131  react to it quite quickly.

5132       *Mr. Tonko.  All right.  Thank you.  And who and what
5133  content your platforms recommend have real-world
5134  consequences, and the riot caused five deaths and shook our
5135  democratic foundations.  And I believe that your platforms
5136  are responsible for the content you promote, and look forward
5137  to working with my colleagues to determine how to hold you
5138  accountable.

5139       Mr. Pichai, Google and YouTube often slip under the
5140  radar as a source of disinformation.  But in the last
5141  election, bad actors used ads on Google Search to scam people
5142  looking for voting information, and YouTube failed to remove
5143  videos that spread misinformation about the 2020 vote

5144  results.

5145      So Mr. Pichai, when journalists pointed out in November

5146  that election misinformation was rampant on Google's YouTube,

5147  the company said it was allowing discussions of election

5148  processes and results.  A month later YouTube said it would

5149  remove new content alleging widespread voter fraud in the

5150  2020 election.  Why did YouTube wait a month to take action

5151  on election misinformation?

5152      *Mr. Pichai.  If I could clarify here, we were taking

5153  down videos leading up to the election.  There is obviously a

5154  month from the date of election till there are due processes,

5155  co-challenges, and we waited till this -- we consulted with

5156  CISPA and Association of Secretaries of State.  And on

5157  December 8, when the States certified the election, we

5158  started enforcing newer policies on December 9th.

5159      To be very clear, we were showing information from the

5160  Associated Press, and we were proactively showing information

5161  high up in our search results to give relevant information

5162  throughout this election cycle.

5163      *Mr. Doyle.  The gentleman's time is expired.

5164      *Mr. Tonko.  Thank you.  Mr. Chair, I yield back.

5165      The chair recognizes Mr. McKinley for five minutes.

5166      *Mr. McKinley.  Thank you, Mr. Chairman.

5167      And this panel, you all have to be exhausted after being

5168  grilled all day long like this.  So my questions are to Mr.

5169    Zuckerberg.

5170        When you came before our committee in 2018, you

5171    acknowledged that Facebook had used what you just said,

5172    "clear standards,'' preventing the sale of illegal drugs on

5173    your site.  But you were shown examples of active posts that

5174    traffickers were still using that platform unlawfully to sell

5175    prescription opioids.  You did apologize and confirm that:

5176    "Social media companies needs to do a better job of policing

5177    these posts.''

5178        Now, three years later it appears a shell game is

5179    emerging.  Facebook seems to have cleaned up its act, but you

5180    are now allowing Instagram, one of your subsidies, to become

5181    the new vehicle.  Even though Instagram has the same policies

5182    against the sale of illegal substances, you are still

5183    allowing bad actors to push pills on your site.

5184        It didn't take long for our staff to find numerous

5185    examples.  For example, here is oxycodone that is being sold

5186    on your site.  Here is Ritalin that is being sold on your

5187    site.  Here is Xanax and Adderall that is being sold on your

5188    site.  So these posts have -- they are not new.  They have

5189    been active since last fall.

5190        If we can find posts this easily, shame on you for not

5191    finding them for yourself.  Apparently you are not taking the

5192    warnings of Congress seriously.  After drug manufacturers

5193    dumped millions of pills in our community, killing thousands,

5194  ravaging families, and destroying livelihoods, Congress

5195  responded by passing laws to hold them liable.

5196      If a retail store is selling cigarettes to underage

5197  kids, that store is held liable.  So why shouldn't you be

5198  held liable as well?  Do you think you are above the law?

5199  You are knowingly allowing this poison to be sold on your

5200  platform into our communities, to our children, to our

5201  vulnerable adults.

5202      Look.  I have read Scott Galloway's book "The Four.''  I

5203  encourage all the members on this committee to read his book.

5204  It is a perfect depiction of the arrogance of Big Tech

5205  companies like Facebook, Google, Apple, and Amazon.  He

5206  develops a very compelling argument as to why Big Tech

5207  companies should be broken into smaller companies, much like

5208  that occurred to AT&T in 1984.

5209      Maybe it is time for Congress to have an adult

5210  conversation about this loss of liability protection and the

5211  need to reform our antitrust laws.  I don't think Congress

5212  wants to tell you how to run your company, but maybe it

5213  should.

5214      So Mr. Zuckerberg, let me close with this one question.

5215  Don't you think you would find a way to stop these illegal

5216  sales on your platforms if you were held personally liable?

5217      *Mr. Zuckerberg.  I keep on getting muted.  Congressman,

5218  we don't want any of this content on our platforms, and I

218

5219   agree with you that this is a huge issue.  We have devoted a
5220   lot of resources and have built systems that are largely
5221   quite effective at finding and removing the content.  But I
5222   just think that what we all need to understand is that at the
5223   scale that these communities operate, where people are
5224   sharing millions or, in messages, billions of things a day,
5225   it is inevitable that we will not find everything, just like
5226   a police force in a city will not stop every single crime.
5227        *Mr. McKinley.  I agree.
5228        *Mr. Zuckerberg.  So I think that we should --
5229        *Mr. McKinley.  But I ask you the question very
5230   directly, Mark.  Should you not be held liable when people
5231   are dying because your people are allowing these sales to
5232   take place?  We did it with manufacturers.  We do it to the
5233   stores.  Why aren't we doing it to the salesman that allows
5234   this to take place?
5235        *Mr. Zuckerberg.  Well, Congressman, I don't think we
5236   are allowing this to take place.  We are building systems
5237   that take the vast majority of this content off our systems.
5238   And what I am saying --
5239        *Mr. McKinley.  We have been dealing with this for three
5240   years, Mark.  Three years this has been going on.  And you
5241   said you were going to take care of it last time, but all you
5242   do is switch from Facebook over to Instagram.  They are still
5243   doing it now.  And you are saying, we need to do more.

5244    Well, how many more families are going to die?  How many

5245    more children are going to be addicted by you still studying

5246    the problem?  I think you need to be held liable.

5247        *Mr. Zuckerberg.  Congressman, we are not sitting and

5248    studying the problem.  We are building effective systems that

5249    work across both Facebook and Instagram.  But what I am

5250    saying is that I don't think that we can expect that any

5251    platform will find every instance of harmful content.  I

5252    think we should hold the platforms to be responsible for

5253    building generally effective systems at moderating these

5254    kinds of content.

5255        *Mr. Doyle.  The gentleman's time is expired.

5256        *Mr. McKinley.  I am not going to get an answer, Mike.

5257    Thank you.

5258        *Mr. Doyle.  The gentleman yields back.  The chair

5259    recognizes Ms. Blunt Rochester for five minutes.

5260        *Ms. Blunt Rochester.  Thank you, Mr. Chairman, for

5261    allowing me to waive onto this important hearing.  And thank

5262    you to the witnesses.

5263        I want to focus on two areas:  first, a consumer

5264    protection and safety issue, and second, more broadly,

5265    manipulation and privacy of our data.  On consumer protection

5266    and safety, earlier this year two infants from two different

5267    families ended up in the intensive care unit in Wilmington,

5268    Delaware after being fed homemade baby formula based on

5269    instructional videos viewed on YouTube.

5270         One infant suffered from cardiac arrest that resulted in
5271    brain damage.  For years, the American Academy of Pediatrics
5272    has warned parents against homemade baby formulas because it
5273    puts infants at risk of serious illness and even death.  And
5274    since at least 2018, the FDA has recommended against the use
5275    of homemade formula.  Even as recent as 29 days ago, the FDA
5276    issued an advisory against homemade formula.

5277         In February, my office informed your team, Mr. Pichai,
5278    and as a follow-up I have sent a letter requesting
5279    information and action on this issue in the hopes of a
5280    response by April 1st.  Mr. Pichai, this is just a yes or no
5281    question:  Can I count on a response to my letter by the
5282    deadline of April 1st?

5283         *Mr. Pichai.  Congresswoman, Definitely yes.
5284    Heartbreaking to hear the stories.  We have clear policies.
5285    Thanks for your highlighting this.  I think the videos have
5286    been taken down, and we are happy to follow up and update the
5287    team.

5288         *Ms. Blunt Rochester.  We checked today.  For years,
5289    these videos have clearly violated your own stated policy of
5290    banning the videos that endanger the, as you say, "physical
5291    well-being of minors.''  And so I am pleased to hear that we
5292    will be hearing back from you.

5293         And while we are considering Section 230, what is clear

5294    from this hearing is that we should all be concerned by all
5295    of your abilities to adequately -- and just as importantly,
5296    rapidly -- moderate content.  In some of these cases, we are
5297    talking life and death.

5298        Second, as many of my colleagues have noted, your
5299    companies profit when users fall down the rabbit hole of
5300    disinformation.  The spread of disinformation is an issue all
5301    of us grapple with from all across the political specimen.
5302    Disinformation often finds its way to the people most
5303    susceptible to it because the profiles that you create
5304    through massive data collection suggest what they will be
5305    receptive to.

5306        I introduced the DETOUR Act to address common tactics
5307    that are used to get such personal data as possible.  And
5308    these tactics are often called "dark patterns,'' and they are
5309    intentionally deceptive user interfaces that trick people
5310    into handing over their data.

5311        For the people at home, many of you may know this as
5312    when you go on an app, it doesn't allow you to have a no
5313    option, or it will insinuate that you  need to do something
5314    else, install another program like Facebook Messenger app to
5315    get on Facebook.

5316        You all collect and use this information.  Mr. Pichai,
5317    yes or no:  Would you oppose legislation that banned the use
5318    of intentionally manipulative design techniques that trick

5319   users into giving up their personal information?

5320       *Mr. Pichai.  We definitely are happy to have oversight

5321   on these areas and explain what to do.

5322       *Ms. Blunt Rochester.  Thank you.  I have to go to Mr.

5323   Dorsey.  Mr. Dorsey, yes or no?

5324       *Mr. Dorsey.  Open to it.

5325       *Ms. Blunt Rochester.  Mr. Zuckerberg?

5326       *Mr. Zuckerberg.  Congresswoman, I think the --

5327       *Ms. Blunt Rochester.  Yes or no, please.

5328       *Mr. Zuckerberg.  -- principle makes sense and the

5329   details matter.

5330       *Ms. Blunt Rochester.  Okay.  Mr. Zuckerberg, your

5331   company recently conducted this massive ad campaign on how

5332   far the internet has come in the last 25 years.  Great ad.

5333   You end it with a statement:  "We support updated internet

5334   regulations to address today's challenges.''  Unfortunately,

5335   the proposal that you direct your viewers to fails to address

5336   dark patterns, user manipulation, or deceptive design

5337   choices.

5338       Mr. Zuckerberg, will you commit now to include deceptive

5339   design choices as part of your platform for better internet

5340   regulations?

5341       *Mr. Zuckerberg.  Congressman, I will think about it.

5342   My initial response is that I feel there are other areas that

5343   I think might be more urgently in need.

5344      *Ms. Blunt Rochester.  That might be your -- if you say
5345    this is a desire of yours to address the issues that we face
5346    today, dark patterns goes back to 2010, this whole issue of
5347    deceptive practices.  And I hope that you will look into it.
5348      I will say -- Mrs. Trahan and others have mentioned --
5349    she mentioned our children.  Others have mentioned seniors,
5350    veterans, people of color, even our very democracy, is at
5351    stake here.  We must act and assure you -- we will assure you
5352    we will act.
5353      Thank you so much, and Mr. Chairman, I yield back six
5354    seconds.
5355      *Mr. Doyle.  I thank the gentlelady.  The gentlelady
5356    yields back.
5357      And now the chair recognizes Mr. Griffith for five
5358    minutes.
5359      *Mr. Griffith.  Thank you very much, Mr. Chair.
5360      According to new data from the National Center for
5361    Missing and Exploited Children, Siler Pythian found the vast
5362    majority of child exploitation reports from Big Tech sites.
5363    Facebook had the most, 20.3 million.  Google was second with
5364    546,000 plus.  Twitter had 65,000 plus.  Put in perspective,
5365    MindGeek, the Canada-based parent company of major portion
5366    websites, had 13,229.  Facebook claims 90 percent of the
5367    flagged incidents were duplicates.  All right.  Let's accept
5368    that.  That still leaves over 2 million incidents --

224

5369  2 million incidents.

5370     Mr. Zuckerberg, yes or no, does Facebook have a problem

5371  with child exploitation on its platform?

5372     *Mr. Zuckerberg.  Congressman, this is an area that we

5373  work on a lot.  But the recent why those numbers are so high

5374  is because we are so proactive about trying to find this and

5375  send it to NCMEC and others who are doing good work in this

5376  area.  We sent content and flags over to them quite

5377  liberally, whenever we think that we might see that something

5378  is at issue.

5379     And that is, I think, what the public should want us to

5380  do, not criticize us for sending over a large number of flags

5381  but should encourage the companies to do it.

5382     *Mr. Griffith.  So you are admitting that you all have a

5383  problem and this is one way you are trying to work on it.

5384     Mr. Pichai, yes or no:  Do you agree with Mr. Zuckerberg

5385  that you all have a problem?  Are you there?

5386     *Mr. Pichai.  Congressman, sorry, I was muted.  This is

5387  an area which we invest very heavily.  We have been praised

5388  by several authorities.  We work proactively --

5389     *Mr. Griffith.  So the answer is yes.

5390     Mr. Dorsey, yes or no:  Do you agree?

5391     *Mr. Dorsey.  If we see any problems, we try to resolve

5392  them as quickly as possible.

5393     *Mr. Griffith.  But you do have problems, and that is

5394    why you are trying to resolve them.  I get that.  The problem
5395    is, when you are talking about millions of incidents, and we
5396    take 90 percent of them as duplicates from the Facebook data,
5397    that is millions of incidents that are happening where our
5398    children are being exploited with child pornography on you
5399    all's sites.  We have got to do better.
5400        I think you all need, for everything that we have talked
5401    about today, an independent industry-wide review team like
5402    the electronic industry did with the Underwriters Laboratory
5403    nearly 150 years ago.  I told you all that when you were here
5404    before.  Nobody has done anything.  I don't think it needs to
5405    be within your company.  I think it needs to be outside.
5406        And on that vein, I would say to Google, special
5407    permission was given to Moonshot CVE to target ads against
5408    extremist keywords.  Moonshot then directed thousands of
5409    individuals who searched for violent content to videos and
5410    posts of a convicted felon who espouses anti-law enforcement,
5411    anti-Semitic, and anarchist viewpoints.
5412        Mr. Pichai, are you aware of this problem?
5413        *Mr. Pichai.  Congressman, I am not aware of the
5414    specific issue.  Last year we blocked over 3.1 billion bad
5415    ads, 6,000 ads per minute.  And so we enforce vigorously.
5416    But I am happy to look into this specific issue and follow up
5417    back with you.
5418        *Mr. Griffith.  Well, here is what happened.  You

226

5419   partnered with an outside group that didn't do their job.

5420   What are your standards when you partner with an outside

5421   group?  What are your standards and what are your philosophy?

5422   Because they sent people who were already looking for

5423   violence to a convicted felon with anarchist and anti-Semitic

5424   views.

5425        *Mr. Pichai.  There is no place for hate speech, and I

5426   am disappointed to hear of this.  We will definitely look

5427   into it and follow up back with you.

5428        *Mr. Griffith.  Well, and I appreciate that.  I

5429   recognize that.  But I have the same concerns that

5430   Mr. McKinley had.  And you weren't here last time, but we

5431   heard these same kinds of things about how we are going to

5432   work on it and how we are going to get these problems

5433   resolved.  And I forget when that hearing was, but a year or

5434   so ago.

5435        And yet we continue to have the same problems, where

5436   political candidates' information is being taken down because

5437   for some reason it is flagged; where conservatives and people

5438   on the left are being hit and taken down.  And I agree with

5439   many of the sentiments on both side of the aisle that if you

5440   all aren't doing anything, and it appears that you are not

5441   moving fast enough, we have no choice in Congress but to take

5442   action.

5443        I don't want to.  I would rather see you all do it, like

5444   the electric industry did with Underwriters Laboratory.  But

5445   nobody is doing that.  Nobody is coming up with a group that

5446   both sides of the aisle and the American families can feel

5447   comfortable with.  And so we are going to have to take

5448   action, and it is probably going to be this year.

5449        I yield back.

5450        *Mr. Doyle.  The gentleman yields back.

5451        The chair recognizes Ms. Schrier for five minutes.

5452        *Ms. Schrier.  Thank you, Mr. Chair.

5453        I am a pediatrician, and I have spent my life calming

5454   patients who are nervous about vaccines because of online

5455   misinformation.  In fact, that is why I introduced a Vaccines

5456   Act when I was a new Member of Congress.  Did you know that

5457   there are doctors who, after spending their entire day on the

5458   front line fighting this virus, come home at night and spend

5459   their scarce free time and family time fighting

5460   misinformation about vaccines online?  And this

5461   misinformation, of course, comes primarily from Facebook and

5462   Twitter.

5463        So the question is:  Why do they do that?  Well, they do

5464   it because of things like this that happened after I

5465   introduced the Vaccines Act.  Here are some overt threats:

5466        "Keep shoving this vaccine monitor down people's throats

5467   and expect riots.''

5468        "Be careful.  You will answer for this tyranny one

5469   day.''

5470        "She needs to just disappear.  Can we vote her out of

5471   office?  I am enraged over these poison pushers.''

5472        "We have weapons and are trained to fight off possible

5473   forced vaccinations.  I will die protecting my family.''

5474        And then there is just the misinformation.

5475        "It says 'safe and effective' many times, yet no vaccine

5476   has been studied in a double-blind study.''  False.

5477        "Who is going to take this vaccine?  I heard rumors that

5478   it changes a person's DNA.''  False.

5479        "You do not give'' -- excuse my language -- "You do not

5480   give a shit about the health and welfare of our children.

5481   This horrid vaccine has already killed 600 people.  You are

5482   deplorable.''  And of course that again is false.

5483        So while the overt threats are unsettling, particularly

5484   after January 6, I think about this whole ecosystem, your

5485   ecosystem, that directs a hostile sliver of society, en

5486   masse, to my official Facebook page.  And these are not my

5487   constituents.  In fact, most came from two specific groups

5488   that directed their members to my page.

5489        Mr. Zuckerberg, I have some questions for you.  I know

5490   you understand these issues are important, and sometimes

5491   misinformation can be very hard to spot.  Would you agree?

5492        *Mr. Zuckerberg.  Congresswoman, I agree with both of

5493   those.  This is important and the enforcement processes can

5494  be difficult.

5495      *Ms. Schrier.  Thank you.  And I heard your answer

5496  earlier to Representative Upton's question, that there are

5497  35,000 people doing content review of posts that have been

5498  flagged by users and AI.  Can you tell me what "content

5499  review'' means and how many of those 35,000 are dedicated to

5500  topics regarding health?

5501      *Mr. Zuckerberg.  Congresswoman, yes.  What the people

5502  are doing overall is content gets flagged, either by the AI

5503  systems or by another person in the community.  And if the AI

5504  can't by itself determine that something either violates or

5505  doesn't, then it gets flagged for human review and human

5506  judgment.  And the 35,000 people go through all those

5507  different queues, focused on all the different kinds of harms

5508  that we have discussed today.

5509      I don't have the number off the top of my head about how

5510  many of them are focused on vaccine misinformation.  But as

5511  you know, we have a policy that doesn't allow vaccine

5512  misinformation, and we work with the WHO and CDC to take down

5513  false claims around COVID, and the vaccines around that, that

5514  that could cause harm.

5515      *Ms. Schrier.  That is where it really gets tricky,

5516  because you have to have experts and healthcare professionals

5517  who really understand.  Are your people trained in healthcare

5518  to really even be able to discern what is real, what is fake,

5519  and what to take down?

5520       *Mr. Zuckerberg.  Congresswoman, the people who set the

5521  policies either are experts in these areas or engage in a

5522  consultative process where they talk to a lot of these

5523  different folks.  In this case, we largely defer to the CDC

5524  and WHO on which claims they think are going to be harmful.

5525  And then we try to break that down into kind of very simple

5526  protocols that the 35,000 people can follow and that we can

5527  build into AI systems to go find as much of that content

5528  proactively as possible without requiring all those people to

5529  be medical experts.

5530       *Ms. Schrier.  So with my short time remaining, I would

5531  love to jump to that part about the CDC because I want to

5532  turn my attention to the COVID resource center that you

5533  describe as a central part of your efforts to fight

5534  misinformation, directed over 2 billion people to the COVID-

5535  19 information center.

5536       But on the information page, almost all of the content

5537  links to additional Facebook pages.  It looks to me like an

5538  extension of Facebook's walled garden that just keeps users

5539  on the site instead of leading directly to authoritative,

5540  trusted sources like the CDC.

5541       So knowing that your platform is a large source of

5542  misinformation, did you consider just referring people

5543  directly to sites like the CDC rather than keeping them

5544   within your platform?

5545      *Mr. Zuckerberg.  Congresswoman, I think we have

5546   considered both, and I think we have done both in different

5547   cases.  The team is very focused on building this in the way

5548   that is going to be most effective at getting people to

5549   actually see the content, and I believe that they healthcare

5550   concluded that showing content from people within a person's

5551   community that they are going to trust on the service is one

5552   of the most effective things that we can do.

5553      *Mr. Doyle.  The gentlelady's time is expired.

5554      *Ms. Schrier.  Thank you.  I yield back.

5555      *Mr. Doyle.  The chair now recognizes Mr. Crenshaw for

5556   five minutes.

5557      *Mr. Crenshaw.  Thank you, Mr. Chairman.  Thank you all

5558   for being here.  It has been a long one.

5559      I have been on some social media longer than anyone in

5560   Congress, I think; I was one of the first schools to have

5561   Facebook back in 2004.  And it seemed to me that the goal of

5562   social media was simply to connect people.

5563      Now, the reason we are here today is because, over time,

5564   the role of social media has expanded in an extraordinary

5565   way.  Your power to sway opinions and control narratives is

5566   far greater than the U.S. Government's power ever has been.

5567      So I noticed a trend today.  There is a growing desire

5568   from many of my colleagues to make you the arbiters of truth.

232

5569    See, they know you have this power and they want to direct

5570    that power for their own political gain.  Mr. Zuckerberg,

5571    since Facebook was my first love, I am going to direct

5572    questions at you.  And this isn't a trick question, I

5573    promise.

5574        Do you believe in the spirit of the First Amendment --

5575    free speech, robust debate, basically liberal values?

5576        *Mr. Zuckerberg.  Yes, absolutely.

5577        *Mr. Crenshaw.  See, my colleagues can't infringe on the

5578    First Amendment.  The American people in their speech are

5579    protected from government, as they should be.  My colleagues,

5580    this administration, they can't silence pump they disagree

5581    with no matter how much they want to.

5582        But I do think they want to.  Just in this hearing, I

5583    have heard Democrats complain about misinformation, by which

5584    they clearly mean political speech they disagree with.  They

5585    have complained today that Prager University content is still

5586    up.  I have heard them accuse conservative veterans of being

5587    tinfoil hat-wearing extremists, and that opinions on climate

5588    change that they disagree with should be taken down.

5589        This is quite different from the Republican complaint

5590    that illegal content needs to be addressed.  There is a

5591    growing number of people in this country that don't believe

5592    in the liberal values of free speech and free debate.  I

5593    promise you, the death of the First Amendment will come when

233

5594   the culture no longer believes in it.  But that happens and
5595   it becomes okay to jail or investigate citizens for speech,
5596   like has happened in Canada and throughout Europe.  Their
5597   culture turned against free speech.

5598        You all sitting here today as witnesses are part of the
5599   culture.  You can stand up for the spirit of open debate and
5600   free speech, or you can be the enemy of it.  Your stance is
5601   important because it is clear that many want to weaponize
5602   your platforms to get you to do their bidding for them.

5603        Mr. Zuckerberg, do you think it is your place to be the
5604   judge of what is true when it comes to political opinions?

5605        *Mr. Zuckerberg.  Congressman, no.  I don't believe that
5606   we should be the arbiter of truth.

5607        *Mr. Crenshaw.  Thank you.  And look.  I promise you
5608   this:  As long as you resist these increasing calls from
5609   politicians to do their political bidding for them, I will
5610   have your back.  When you don't, you become an enemy of
5611   liberty and longstanding American tradition.

5612        You might all agree in principle with what I just
5613   said  -- Mr. Zuckerberg, you clearly do, and I appreciate it;
5614   I have a feeling the others would answer it as well, I just
5615   don't have time to ask everybody -- but the fact remains that
5616   community standards on social media platforms are perceived
5617   to be applied unequally and with blatant bias.

5618        Mr. Dorsey, in just one example, I saw a video from

234

5619  Project Veritas that was taken down because they confronted a
5620  Facebook executive on his front lawn.  But here is the thing:
5621  I can show you a video of CNN doing the exact same thing to
5622  an old woman who was a Trump supporter in her front yard.  I
5623  have looked at both videos.  It is an apples to apples
5624  comparison.  CNN remains up; Project Veritas was taken down.
5625      I will give you a chance to respond to that.  I have a
5626  feeling you are going to tell me you have to look into it.
5627      *Mr. Dorsey.  I don't have an understanding of the case,
5628  but I would imagine, if we were to take a video like that
5629  down, it would be due to a doxxing concern, private address.
5630      *Mr. Crenshaw.  The address was blurred out.  Look, you
5631  don't have it and you don't have the case in front of you.  I
5632  get that.  The point is that there are countless examples
5633  like this.  I just found that one today.  But there are
5634  countless examples like this.
5635      So even if we agree in principle on everything I just
5636  went over, you guys have lost trust.  And you have lost trust
5637  because this bias is seeping through.  And we need more
5638  transparency.  We need a better appeals process, more
5639  equitable application of your community guidelines, because
5640  we have to root out political bias in these platforms.
5641      I think -- and I have talked with a lot of you offline
5642  or at least your staff, and I think there is some agreement
5643  there.  And I haven't heard, in this hearing, anybody ask you

5644   what you're doing to achieve these goals.  So I will allow

5645   you to do that now.  Maybe, Mr. Zuckerberg, we will start

5646   with you.

5647        *Mr. Zuckerberg.  Sorry.  To achieve which goals?

5648        *Mr. Dorsey.  More transparency, more feeling that --

5649   better appeals process for content taken down, more equitable

5650   application of community guidelines.

5651        *Mr. Zuckerberg.  So for transparency, we issue

5652   quarterly community standards enforcement reports on what

5653   prevalence of harmful content of each category, from

5654   terrorism to incitement of violence to child exploitation,

5655   all the things that we have talked about, how much of it

5656   there is and how effective we are at finding that, and states

5657   around that.

5658        For appeals, the biggest thing that we have done is set

5659   up this independent oversight board, which is staffed with

5660   people who all have a strong commitment to free expression,

5661   for whom people in our community can ultimately appeal to

5662   them and that group will make a binding decision, including

5663   overturning several of the things that we have taken down and

5664   telling us that we have to put them back up, and then we

5665   respect that.

5666        *Mr. Doyle.  The gentleman's time is expired.

5667   The chair now recognizes --

5668        *Mr. Crenshaw.  I yield back seconds.

5669    *Mr. Doyle.  -- last but not least, my fellow

5670    Pennsylvanian, Mr. Joyce.  You are recognized for five

5671    minutes.

5672    *Mr. Joyce.  Thank you for yielding.  And thank you,

5673    Mr. Chairman and the ranking members, for convening this

5674    hearing.  I thank you all.  It has been a long day.

5675    But this is an incredibly important day.  We have heard

5676    consistently during this hearing about alarming accounts of

5677    content policing, censorship, and even permanent de-

5678    platforming of individuals.  I have also been concerned about

5679    the lack of transparency and consistency in Facebook's

5680    application, of Facebook's own standards.

5681    As you mentioned, I am a representative from

5682    Pennsylvania, and in my district, Facebook shut down the

5683    personal pages of Walt Tuchalski and Charlotte Shaffer, as

5684    well as the Adams County Republican Committee Facebook page

5685    that they administered in historic Gettysburg, Pennsylvania.

5686    And this all occurred without warning.

5687    Since the pages were taken down in December, these

5688    Pennsylvania haven't received an acceptable answer from

5689    Facebook about why they were banned, nor have they been given

5690    the opportunity to appeal this decision.

5691    Mr. Zuckerberg, could you please explain how something

5692    like this could happen?

5693    *Mr. Zuckerberg.  Congressman, I am not familiar with

5694    those specific details.  But in general, I agree that

5695    building out a better appeals process and better and more

5696    transparent communication to people about why specific

5697    decisions were made is one of the most important things that

5698    we need to do next.  And that is one of the big things on our

5699    roadmap for this year and next year, and I hope we can

5700    dramatically improve those experiences.

5701        *Mr. Joyce.  Mr. Zuckerberg, may I get from you a

5702    commitment that a more concise and transparent appeals

5703    process will be developed?

5704        *Mr. Zuckerberg.  Congressman, yes.  We are working on

5705    more transparent communication to people and more of an

5706    appeals process as part of our product now, like I just said.

5707        *Mr. Joyce.  And will you commit to getting my

5708    constituents answers as to why they were banned?

5709        *Mr. Zuckerberg.  Congressman, I can certainly have my

5710    team follow up with them and make sure that we can do that.

5711        *Mr. Joyce.  Thank you for that.

5712        I am also concerned by potential partisan bias in

5713    Facebook's enforcement of its content policies.  Shut down

5714    the Adams County Republican Committee Facebook page strikes

5715    me as an infringement on speech, and that is normally

5716    protected in the public domain.

5717        Mr. Zuckerberg, does Facebook maintain data on how many

5718    Democrat and Republican county committee pages that you have

238

5719    banned from your platform?

5720        *Mr. Zuckerberg.  No, Congressman, we don't.  We don't

5721    generally keep any data on whether the people who use our

5722    platform are Democrats or Republicans.  So it is hard for

5723    us --

5724        *Mr. Joyce.  Then let me -- time is running short here,

5725    and it is a long day.  But Mr. Zuckerberg, you say you have

5726    not maintained that data.  Would you consider gathering such

5727    data to verify that there is no political bias in your

5728    enforcement algorithms?

5729        *Mr. Zuckerberg.  Congressman, I am not sure that that

5730    is a great idea.  I don't know that most people would want us

5731    to collect data on whether they are a Democrat or a

5732    Republican and have that be a part of our overall system.

5733        *Mr. Joyce.  I think there is a huge disparity, as I

5734    represent Pennsylvania.  And I think that that data would be

5735    appreciated if shared with us in a fair manner.

5736        My next question is to Mr. Dorsey.  Does Twitter

5737    maintain data on the political affiliations of accounts that

5738    you block?

5739        *Mr. Dorsey.  No.

5740        *Mr. Joyce.  Have you determined that any political is

5741    necessary for your enforcement?

5742        *Mr. Dorsey.  I'm not sure what you mean, but no.

5743        *Mr. Joyce.  I think that these discussions today are so

239

5744   important.  I think that you all recognize that the platforms
5745   that you represent have developed an incredible ability for
5746   Americans to connect and contact.  But this free speech that
5747   we hold so dear to us must be maintained.
5748        Again, I thank the chairman, I thank the ranking member
5749   for bringing us together and allowing us to present what I
5750   feel are sincere concerns to you.  Thank you, Mr. Chairman,
5751   and I yield.
5752        *Mr. Doyle.  I thank the gentleman.  The gentleman
5753   yields back.
5754        Everyone who wanted to ask a question has asked one.
5755   And I want to thank all of you for your patience today.  I
5756   request unanimous consent to enter the following records
5757   testimony and other information into the record:
5758        A letter from Asian Americans advancing justice.
5759        A letter from the Leadership Conference on Civil and
5760   Human Rights.
5761        A letter from New Americas Open Technology Institute.
5762        A letter from New York Small Pharma, Limited.
5763        A statement from the Alphabet Workers Union.
5764        Letters from National Blackjacks Justice Coalition.
5765        A letter from Sikhs for Justice.
5766        A letter from State AGs.
5767        A letter from the Computer and Communications Industry
5768   Association.

5769       A letter from AVAAZ.

5770       Opening statement from Anna Eshoo.

5771       A blog from Neil Fried of DigitalFrontiers Advocacy.

5772       A letter from the music community.

5773       A letter from the Disinfo Defense League.

5774       A letter from Consumer Reports.

5775       A report from the Center for Countering Digital Hate

5776  called "The Disinformation Dozen.''

5777       A letter from the Coalition for a Secure and Transparent

5778  Internet.

5779       A letter from the Sikh American Legal Defense and

5780  Education Fund.

5781       A letter from Gun Violence Survivors.

5782       Faces of tech-harmed Congress.

5783       Letter to YouTube from Rep. Eshoo.

5784       Letter to Facebook from Rep. Eshoo.

5785       Letter to Twitter from Rep. Eshoo.

5786       A longitudinal analysis of YouTube's promotion of

5787  conspiracy videos.

5788       A letter from the Alliance for Safe Online Pharmacies.

5789       A CCIA statement.

5790       A comment by Donovan, et al. from the Technology and

5791  Social Change team.

5792       A Wall Street Journal article titled, "Facebook

5793  Executives Shut Down Efforts to Make Site Less Divisive.''

5794    A Voice of America article titled, "FBI:  Surge in
5795 Internet Crime Cost Americans $4.2 Billion.''

5796    A Global Research Project report.

5797    An opinion article titled, "Google Is Not Cracking down
5798 on the Most Dangerous Drug in America.''

5799    An MIT Technology Review article titled, "How Facebook
5800 Got Addicted to Spreading Misinformation.''

5801    An article from the Independent.

5802    An article from the New Yorker.

5803    A letter from the Coalition of Safer Web.

5804    A New York Times article titled, "Tech Companies Detect
5805 a Surge in Online Videos of Child Sex Abuse.''

5806    An MIT Review article titled, "Thank You for Posting:
5807 Smokers Lessons for Regulating Smug Social Media.''

5808    An article from Imprimis.

5809    An article from The Atlantic.

5810    An New York Times article titled, "Square, Jack Dorsey's
5811 Pay Service, Is Withholding Money Merchants Say They Need.''

5812    A response letter from Twitter to Rep. Rodgers.

5813    A response letter from Google to Rep. Rogers.

5814    A response letter from Facebook to Rep. Rodgers.

5815    An article from Engadget.

5816    A letter regarding Spanish Language Misinformation.

5817    Data from the Centers for Disease Control:  "The
5818 National Survey on Drug Use and Health.''

5819        And Mercado, Holland, Leemis, Stone, and Wang regarding

5820   Teen Mental Health.

5821        A report from the House Committee on Veterans Affairs.

5822        Without objection, so ordered.

5823        [The information listed above follows:]

5824

5825   **********COMMITTEE INSERT**********

5826

243

5827    *Mr. Doyle.  I want to thank our witnesses today for

5828    appearing.  We appreciate it.  We appreciate your patience

5829    while you answered these questions from all members.  I hope

5830    you can take away from this hearing how serious we are on

5831    both side of the aisle to see many of these issues that

5832    trouble Americans addressed.  But thank you for being here

5833    today.

5834        I want to remind all members that pursuant to Committee

5835    Rules, they have 10 business days to submit additional

5836    questions for the record to be answered by the witnesses who

5837    have appeared.  And I would ask each witness to respond

5838    promptly to any questions that you may receive.

5839        At this time, this hearing is adjourned.

5840        *Ms. Schakowsky.  Mr. Chairman?

5841        *Mr. Doyle.  Yes?

5842        *Ms. Schakowsky.  Jane Schakowsky here.

5843        *Mr. Doyle.  Yes.  You are recognized.

5844        *Ms. Schakowsky.  Thank you.  As chair of the Consumer

5845    Protection and Commerce Subcommittee, I just want to say that

5846    I was glad to be really a co-chair of this.  I think you did

5847    a great job, Mike, in making this happen.  It is 5 and a half

5848    hours.  I want to thank the witnesses for doing your best to

5849    answer the questions, or at least being willing to be here to

5850    hear all the questions.  You can see there is a lot of

5851    concern.

5852       We want to work with you and we want to work with each

5853    other in order to move ahead.  AS I said at the very

5854    beginning, if you take one thing away from this hearing

5855    today, is that these democratically elected members are ready

5856    to act, are ready to legislate, are ready to regulate in your

5857    arena.  And we are hoping that we can work with you as well.

5858       So thank you, Mike, and I yield back.

5859       *Mr. Doyle.  Thank you, Jan.  This hearing is adjourned.

5860       [Whereupon, at 5:32 p.m., the subcommittees were

5861    adjourned.]