No. 22-15961

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DONALD J. TRUMP, et al.,

*Plaintiffs-Appellants*,

v.

TWITTER, INC. AND JACK DORSEY,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California, No. 3:21-cv-08378-JD (Donato, J.)

**APPELLEES TWITTER, INC. AND JACK DORSEY'S
RESPONSE TO APPELLANTS' MOTION FOR EXTENSION OF
TIME TO FILE A RESPONSE TO SUGGESTION OF MOOTNESS**

FELICIA H. ELLSWORTH
ZAKI ANWAR
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02190
(617) 526-6000

RISHITA APSANI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ARI HOLTZBLATT
ALLISON M. SCHULTZ
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue
Washington, DC 20037
(202) 663-6000

THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, California 94306
(650) 858-6000

March 22, 2023

Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root have filed a motion seeking to extend their deadline to file a response to Twitter's suggestion of mootness "until the ultimate deadline for Plaintiffs' Reply Brief." Dkt. 71 at 1. Twitter does not oppose Appellants' motion but requests that it also be granted an additional seven days to file its reply brief in support of its suggestion of mootness. Federal Rule of Appellate Procedure 27(a)(4) already grants Twitter seven days after service of Appellants' response to file its reply brief. Twitter would therefore be entitled to a total of fourteen days after service of Appellants' response to file its reply.

Respectfully submitted,

/s/ *Ari Holtzblatt*

| | |
|---|---|
| FELICIA H. ELLSWORTH | ARI HOLTZBLATT |
| ZAKI ANWAR | ALLISON M. SCHULTZ |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|    HALE AND DORR LLP |    HALE AND DORR LLP |
| 60 State Street | 2100 Pennsylvania Avenue |
| Boston, MA 02190 | Washington, DC 20037 |
| (617) 526-6000 | (202) 663-6000 |
| | |
| RISHITA APSANI | THOMAS G. SPRANKLING |
| 7 World Trade Center | WILMER CUTLER PICKERING |
| 250 Greenwich Street |    HALE AND DORR LLP |
| New York, NY 10007 | 2600 El Camino Real |
| (212) 230-8800 | Suite 400 |
| | Palo Alto, California 94306 |
| | (650) 858-6000 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Ari Holtzblatt*
Ari Holtzblatt