No. 22-15961

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

DONALD J. TRUMP, AMERICAN CONSERVATIVE UNION,
RAFAEL BARBOSA, LINDA CUADROS, DOMINICK LATELLA,
WAYNE ALLYN ROOT AND NAOMI WOLF,

*Plaintiffs-Appellants*,

v.

TWITTER, INC., AND JACK DORSEY,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 3-21-cv-08378-JD
Hon. James Donato, United States District Judge

**APPELLANTS DONALD J. TRUMP, AMERICAN CONSERVATIVE UNION, RAFAEL BARBOSA, LINDA CUADROS, DOMINICK LATELLA, AND WAYNE ALLYN ROOT'S REPLY TO TWITTER'S RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SUGGESTION OF MOOTNESS**

| | |
|---|---|
| ANDREI D. POPOVICI | *Counsel for Plaintiffs-Appellants* |
| MARIE L. FIALA | *Donald J. Trump, the Forty-fifth* |
| LAW OFFICE OF ANDREI D. POPOVICI, P.C. | *President of the United States; American Conservative Union; Rafael Barbosa;* |
| 2121 North California Blvd. Suite 290 | *Linda Cuadros; Dominick Latella; and* |
| Walnut Creek, CA 94596 | *Wayne Allyn Root* |
| Telephone: (650) 530-9989 | |
| Facsimile: (650) 530-9990 | |
| Email: andrei@apatent.com | [ADDITIONAL COUNSEL ON |
| Email: marie@apatent.com | SIGNATURE PAGE] |

Plaintiffs-Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root ("Plaintiffs") filed a motion (Dkt. 71) ("Motion") requesting an extension of the deadline for Plaintiffs' submission of a Response to Defendant's Suggestion of Mootness (Dkt. 65) until the ultimate deadline for Plaintiffs' Reply Brief.

Defendant Twitter's response to the Motion (Dkt. 73) stated that "Twitter does not oppose Appellants' motion but requests that it also be granted an additional seven days to file its reply brief in support of its suggestion of mootness."

Plaintiffs do not oppose Twitter's request for an additional seven days to file its reply brief in support of its suggestion of mootness.

Dated: March 23, 2023             Respectfully submitted,

                                  LAW OFFICE OF ANDREI D. POPOVICI, P.C.

                                  By:     s/ Andrei D. Popovici
                                          Andrei D. Popovici

                                  *Attorneys for Plaintiffs-Appellants
                                  Donald J. Trump, American
                                  Conservative Union, Rafael Barbosa,
                                  Linda Cuadros, Dominick Latella,
                                  and Wayne Allyn Root*

| | |
|---|---|
| JOHN P. COALE | RICHARD POLK LAWSON |
| 2901 Fessenden Street NW | GARDNER BREWER HUDSON |
| Washington, DC 20008 | 400 North Ashley Drive |
| Telephone: (202) 255-2096 | Suite 1100 |
| Email: johnpcoale@aol.com | Tampa, FL 33602 |
| | Telephone: (813) 221-9600 |
| | Email: rlawson@gardnerbrewer.com |

1

ALEX KOZINSKI
719 Yarmouth Road Suite 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
Email: alex@kozinski.com

JOHN Q. KELLY
FERGUSON COHEN LLP
25 Field Point Road
Greenwich, CT 06830
Tel: (203) 661-1197
Email: jqkelly@fercolaw.com

FRANK C. DUDENHEFER , JR.
THE DUDENHEFER LAW FIRM
L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone: (504) 616-5226
Email: fcdlaw@aol.com

MICHAEL J. JONES
RYAN TOUGIAS
IVEY BARNUM & O'MARA
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Email: mjones@fercolaw.com

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Certificate of Compliance

**9th Cir. Case Number(s): No. 22-15961**

I am the attorney for Plaintiffs-Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root.

**This brief contains 113 words,** excluding the items exempted by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this brief *(select only one)*:

[**X**] complies with the word limit of Fed. R. App. P. 27(d)(2) and the page limit of Cir. R. 27-1(1).

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
 [ ] it is a joint brief submitted by separately represented parties;
 [ ] a party or parties are filing a single brief in response to multiple briefs; or
 [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature:** *s/ Andrei D. Popovici*   **Date:** March 23, 2023