UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> TWITTER, INC.; JACK DORSEY, <br><br> Defendants-Appellees. <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Appellee, | No. 22-15961 <br><br> D.C. No. 3:21-cv-08378-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The motion for an extension of time to respond to the suggestion of mootness (Docket Entry No. 71) is granted. The motion for an extension of time to file the reply brief (Docket Entry No. 69) is granted in part. The reply briefs for all appellants and any responses to the suggestion of mootness are due May 5, 2023.

AC/MOATT

2

The suggestion of mootness and any responses are referred to the panel assigned to decide the merits of this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT                                    2