No. 22-15961

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DONALD J. TRUMP, et al.,
*Plaintiffs-Appellants*,

v.

TWITTER, INC. AND JACK DORSEY,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California, No. 3:21-cv-08378-JD (Donato, J.)

**APPELLEES TWITTER, INC. AND JACK DORSEY'S UNOPPOSED MOTION TO FILE A CONSOLIDATED REPLY IN SUPPORT OF THE SUGGESTION OF MOOTNESS**

FELICIA H. ELLSWORTH
ZAKI ANWAR
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02190
(617) 526-6000

RISHITA APSANI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ARI HOLTZBLATT
ALLISON M. SCHULTZ
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue
Washington, DC 20037
(202) 663-6000

THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, California 94306
(650) 858-6000

March 24, 2023

In response to Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root's motion seeking to extend their deadline to file a response to Twitter's suggestion of mootness, this Court extended the deadline for "any responses to the suggestion of mootness" until May 5, 2023. Dkt. 75. On March 24, 2023, Appellant Naomi Wolf filed an individual response to Twitter's suggestion of mootness. Dkt. 78. Under Federal Rule of Appellate Procedure 27(a)(4), Twitter has seven days to file a reply to Wolf's response. However, Twitter's arguments regarding the mootness of Wolf's First Amendment claim are virtually identical to its arguments regarding the other Appellants with reinstated accounts. Twitter accordingly moves for permission to file a single reply brief in support of its suggestion of mootness fourteen days after service of Appellants' final response. All Appellants consent to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *Ari Holtzblatt* |
| FELICIA H. ELLSWORTH | ARI HOLTZBLATT |
| ZAKI ANWAR | ALLISON M. SCHULTZ |
| WILMER CUTLER PICKERING HALE AND DORR LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 60 State Street | 2100 Pennsylvania Avenue |
| Boston, MA 02190 | Washington, DC 20037 |
| (617) 526-6000 | (202) 663-6000 |
| RISHITA APSANI | THOMAS G. SPRANKLING |
| 7 World Trade Center | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 250 Greenwich Street | 2600 El Camino Real |
| New York, NY 10007 | Suite 400 |
| (212) 230-8800 | Palo Alto, California 94306 |
|  | (650) 858-6000 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Ari Holtzblatt*
Ari Holtzblatt