|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 29 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

DONALD J. TRUMP, the Forty-Fifth President of the United States; et al.,

        Plaintiffs-Appellants,

 v.

TWITTER, INC.; JACK DORSEY,

        Defendants-Appellees.

 and

UNITED STATES OF AMERICA,

        Intervenor-Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

The unopposed motion for leave to file a consolidated reply in support of the suggestion of mootness (Docket Entry No. 79), is granted. The consolidated reply is due within 14 days after the last-filed response to the suggestion of mootness.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT