# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-15961

**Case Name** | Donald Trump et al. v. Twitter Inc., et al.

Hearing Location (*city*) | San Francisco

Your Name | Scott J. Street

List the sitting dates for the three sitting months you were asked to review:

August 14-18, 2023
September 11-15, 2023
October 2-6, 2023

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

September 11-15, 2023: oral argument in other CA9 cases in Seattle.

October 5-6, 2023: pretrial proceedings in LA Superior Court.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

No. 22-55908, Health Freedom Defense Fund, Inc. v. Alberto Carvalho
Seattle, WA, September 11-15, 2023

**Signature** | s/Scott J. Street  **Date** | May 5, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*