# **CERTIFICATE OF SERVICE**

*Donald Trump, et al. v. Twitter, Inc. and Jack Dorsey*
**U.S. NINTH CIRCUIT, Case No. 22-15961**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On May 5, 2023, I caused the **FORM 32. RESPONSE TO NOTICE OF CASE BEING CONSIDERED FOR ORAL ARGUMENT** to be filed and served via the Court's Electronic Service upon the parties listed on the Court's service list for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 5, 2023 at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com