**Case No. 22-15961**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DONALD J. TRUMP, the Forty-Fifth President of the United States;
LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA;
DOMINICK LATELLA; WAYNE ALLYN ROOT; NAOMI WOLF,
*Plaintiffs-Appellants,*

v.

TWITTER, INC.; JACK DORSEY,
*Defendants-Appellees,*

and

UNITED STATES OF AMERICA,
*Intervenor-Appellee.*

---

*Appeal from the United States District Court for the Northern District of California (San Francisco),*
*Case No. 3:21-cv-08378-JD · The Honorable James Donato, District Judge*

## DECLARATION OF MARIE L. FIALA IN SUPPORT OF APPELLANTS' OPPOSITION TO SUGGESTION OF MOOTNESS AND APPELLANTS' SUPPLEMENTAL MOTION FOR JUDICIAL NOTICE

JOHN P. COALE
2901 Fessenden Street NW
Washington, D.C. 20008
Telephone: (202) 255-2096
johnpcoale@aol.com

ALEX KOZINSKI
33 Marguerite Drive
Palos Verdes Estates, CA 90275
Telephone: (310) 541-5885
alex@kozinski.com

ANDREI POPOVICI
MARIE L. FIALA
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Facsimile: (650) 530-9990
andrei@apatent.com
marie@apatent.com

*Attorneys for Plaintiffs-Appellants,*
*Donald J. Trump, the Forty-fifth President of the United States;*
*Linda Cuadros; American Conservative Union; Rafael Barbosa;*
*Dominick Latella; Wayne Allyn Root*

---

 COUNSEL PRESS · (213) 680-2300      PRINTED ON RECYCLED PAPER 

I, Marie L. Fiala, hereby declare as follows:

1.      I am an attorney at law, duly licensed to practice in the State of California and a member in good standing of the Bar of this Court.  I am one of the counsel of record for Plaintiffs-Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root in this matter.  Except as otherwise noted, I make this declaration based on my personal knowledge of the facts set forth herein.

2.      In this declaration I reference the attached Exhibits filed in support of Plaintiffs' Opposition to Defendants' Suggestion of Mootness and Plaintiffs' Supplemental Motion for Judicial Notice.

3.      According to news reports, Elon Musk became the owner and Chief Executive Officer of Defendant Twitter on or about October 27, 2022. Approximately one month later, Mr. Musk announced that he would release documents from Twitter's internal files disclosing Twitter's suppression of free speech (the "Twitter Files") to a group of journalists for posting on the Twitter platform, including Matthew ("Matt") Taibbi, Michael Shellenberger, David Zweig, and Bari Weiss.

4.      Exhibit 1 is a true and correct copy of a tweet posted by Elon Musk on November 28, 2022 in which Mr. Musk announced the imminent release of the Twitter Files.  In it, Mr. Musk states, "[t]he Twitter Files on free speech

1

suppression soon to be published on Twitter itself. The public deserves to know what really happened…." This document was downloaded from https://twitter.com/elonmusk/status/1597336812732575744.

5. Exhibit 2 is a true and correct copy of a tweet posted by Elon Musk on December 2, 2022. In it, Mr. Musk states, "What really happened with the Hunter Biden story suppression by Twitter will be published on Twitter at 5pm ET!" This document was downloaded from https://twitter.com/elonmusk/status/1598778884639653891.

6. Exhibit 3 is a true and correct copy of a tweet posted by Elon Musk on December 2, 2022. In it, Mr. Musk states, "We're double-checking some facts, so probably start live tweeting in about 40 mins." This document was downloaded from https://twitter.com/elonmusk/status/1598804557722972160.

7. Exhibit 4 is a true and correct copy of a tweet posted by Elon Musk on December 9, 2022 announcing the release of, and retweeting, Twitter File #3. In it, Mr. Musk states, "The Twitter Files, Part 3 Deplatforming the President." This document was downloaded from https://twitter.com/elonmusk/status/1601395677845544960.

8. Exhibit 5 is a true and correct copy of a tweet posted by Matt Taibbi on December 9, 2022, referencing internal documents released as part of Twitter File #3. In it, Mr. Taibbi states, "[Twitter] [E]xecutives were also clearly liaising

2

with federal enforcement and intelligence agencies about moderation of election-related content." This document was downloaded from

https://twitter.com/mtaibbi/status/1601362905785860098.

9. Exhibit 6 is a true and correct copy of a tweet posted by Matt Taibbi on December 9, 2022, referencing internal documents released as part of Twitter File #3. Mr. Taibbi attaches images of Twitter documents and states, "This post about the Hunter Biden laptop situation shows that [former Twitter Head of Trust & Safety Yoel] Roth not only met weekly with the FBI and DHS, but with the Office of the Director of National Intelligence (DNI)." This document was downloaded from https://twitter.com/mtaibbi/status/1601364807831425025.

10. Exhibit 7 is a true and correct copy of a tweet posted by Elon Musk on December 16, 2022 announcing the release of, and retweeting, Twitter File #6. In it, Mr. Musk states, "KABOOM * * * * *." This document was downloaded from https://twitter.com/elonmusk/status/1603859750168301569.

11. Exhibit 8 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6. In it, Mr. Taibbi states, "Twitter's contact with the FBI was constant and pervasive, as if it were a subsidiary." This document was downloaded from https://twitter.com/mtaibbi/status/1603857539178848280.

12.    Exhibit 9 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6.  In it, Mr. Taibbi states, "Between January 2020 and November 2022, there were over 150 emails between the FBI and former Twitter Trust and Safety chief Yoel Roth."  This document was downloaded from https://twitter.com/mtaibbi/status/1603857541414412304.

13.    Exhibit 10 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6.  In it, Mr. Taibbi states, "But a surprisingly high number are requests by the FBI for Twitter to take action on election misinformation, even involving joke tweets from low-follower accounts."  This document was downloaded from https://twitter.com/mtaibbi/status/1603857546099449869.

14.    Exhibit 11 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6.  Mr. Taibbi attaches an FBI email to Twitter flagging 25 accounts and states, "In an internal email from November 5, 2022, the FBI's National Election Command Post, which compiles and sends on complaints, sent the SF field office a long list of accounts that 'may warrant additional action.'"  This document was downloaded from https://twitter.com/mtaibbi/status/1603857603867598859.

4

15.     Exhibit 12 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6.  In it, Mr. Taibbi states with regard to the FBI email referenced in Paragraph 14 hereof, "[FBI] Agent Chan passed the list on to his 'Twitter folks.'" This document was downloaded from

https://twitter.com/mtaibbi/status/1603857609118859264.

16.     Exhibit 13 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6.  Mr. Taibbi attaches an FBI email to Twitter titled "Hello Twitter contacts" and states, "The master-canine quality of the FBI's relationship to Twitter comes through in this November 2022 email, in which 'FBI San Francisco is notifying you' it wants action on four accounts."  This document was downloaded from https://twitter.com/mtaibbi/status/1603857573219819529.

17.     Exhibit 14 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6.  Mr. Taibbi attaches images of Twitter correspondence and states with regard to the FBI email referenced in Paragraph 16 hereof, "Twitter personnel in that case went on to look for reasons to suspend all four accounts, including @fromma, whose tweets are almost all jokes (see sample below), including his

5

'civic misinformation' of Nov. 8." This document was downloaded from

https://twitter.com/mtaibbi/status/1603857581503569929.

18.    Exhibit 15 is a true and correct copy of a tweet posted by Elon Musk

on December 20, 2022 announcing the release of, and retweeting, Twitter File #7.

In it, Mr. Musk states, "Government Paid Twitter millions of dollars to censor info

from the public." This document was downloaded from

https://twitter.com/elonmusk/status/1605219914813673473.

19.    Exhibit 16 is a true and correct copy of a tweet posted by Michael

Shellenberger on December 19, 2022, referencing internal documents released as

part of Twitter File #7.  Mr. Shellenberger attaches images of Twitter

correspondence and states, "By mid-Sept, 2020, [FBI Agent] Chan & [Yoel] Roth

had set up an encrypted messaging network so employees from FBI & Twitter

could communicate.  They also agree to create a 'virtual war room' for 'all the

[Internet] industry plus FBI and ODNI [Office of the Director of National

Intelligence].'" This document was downloaded from

https://twitter.com/ShellenbergerMD/status/1604898437534691333.

20.    Exhibit 17 is a true and correct copy of a tweet posted by Michael

Shellenberger on December 19, 2022, referencing internal documents released as

part of Twitter File #7.  Mr. Shellenberger attaches images of Twitter

correspondence and states, "FBI's Elvis Chan arranges for temporary Top Secret

6

security clearance for Twitter executives so that the FBI can share information about threats to the upcoming elections." This document was downloaded from https://twitter.com/ShellenbergerMD/status/1604890603468120064.

21. Exhibit 18 is a true and correct copy of a tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7. Mr. Shellenberger attaches images of Twitter correspondence and states, "The FBI's influence campaign may have been helped by the fact that it was paying Twitter millions of dollars for its staff time. 'I am happy to report we have collected $3,415,323 since October 2019!' reports an associate of [Twitter Deputy General Counsel] Jim Baker in early 2021." This document was downloaded from https://twitter.com/ShellenbergerMD/status/1604908670063906817.

22. Exhibit 19 is a true and correct copy of a tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7. Mr. Shellenberger attaches images of a Twitter document and states, "And yet, during all of 2020, the FBI and other law enforcement agencies repeatedly primed Yoel Roth to dismiss reports of Hunter Biden's laptop as a Russian 'hack and leak' operation. This is from a sworn declaration by Roth given in December 2020." This document was downloaded from https://twitter.com/ShellenbergerMD/status/1604879477732831235.

7

23.     Exhibit 20 is a true and correct copy of a tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7.  Mr. Shellenberger attaches images of Twitter correspondence and states, "In the end, the FBI's influence campaign aimed at executives at news media, Twitter, & other social media companies worked: they censored & discredited the Hunter Biden laptop story.  By Dec. 2020, Baker and his colleagues even sent a note of thanks to the FBI for its work."  This document was downloaded from

https://twitter.com/ShellenbergerMD/status/1604908212628598784.

24.     Exhibit 21 is a true and correct copy of a tweet posted by Elon Musk on December 25, 2022 and archived by the Internet Archive WayBack Machine retweeting a link to a Substack post entitled "Twitter Files Thread: The Spies Who Loved Twitter," publishing Twitter File #9.  This document was downloaded from https://web.archive.org/web/20221225214331/https://twitter.com/elonmusk.

25.     Exhibit 22 is a true and correct copy of a tweet posted by Michael Shellenberger on December 24, 2022, attaching images of Twitter documents released as part of Twitter File #9.  This document was downloaded from https://www.racket.news/p/twitter-files-thread-the-spies-who?r=5mz1&utm_campaign=post&utm_medium=web.

8

26.  Exhibit 23 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9.  Mr. Taibbi attaches images of Twitter correspondence and states, "Despite its official remit being 'Foreign Influence,' the FITF and the SF FBI office became conduit for mountains of domestic moderation requests, from state governments, even local police."  This document was downloaded from https://twitter.com/mtaibbi/status/1606701438654386177.

27.  Exhibit 24 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9.  Mr. Taibbi attaches images of Twitter correspondence and states, "Especially as the election approached in 2020, the FITF/FBI overwhelmed Twitter with requests, sending lists of hundreds of problem accounts."  This document was downloaded from https://twitter.com/mtaibbi/status/1606701443351994369.

28.  Exhibit 25 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9.  Mr. Taibbi attaches images of Twitter correspondence and states, "There were so many government requests, Twitter employees had to improvise a system for prioritizing/triaging  them."  This document was downloaded from https://twitter.com/mtaibbi/status/1606701448993333253.

9

29.     Exhibit 26 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9.  In it, Mr. Taibbi states, "The files show the FBI acting as doorman to a vast program of social media surveillance and censorship, encompassing agencies across the federal government – from the State Department to the Pentagon to the CIA."  This document was downloaded from

https://twitter.com/mtaibbi/status/1606701405443874816.

30.     Exhibit 27 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9.  In it, Mr. Taibbi states, "The operation is far bigger than the reported 80 members of the Foreign Influence Task Force (FITF), which also facilitates requests from a wide array of smaller actors - from local cops to media to state governments."  This document was downloaded from

https://twitter.com/mtaibbi/status/1606701407377457153.

31.     Exhibit 28 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9.  Mr. Taibbi attaches images of Twitter correspondence and states, "Twitter had so much contact with so many agencies that executives lost track. Is today the DOD, and tomorrow the FBI? Is it the weekly call, or the monthly meeting? It was

10

dizzying." This document was downloaded from

https://twitter.com/mtaibbi/status/1606701408967090177.

32. Exhibit 29 is a true and correct copy of a tweet posted by Elon Musk

on January 3, 2023 announcing the release of, and retweeting, Twitter File #12. In

it, Mr. Musk states, "US govt agency [within the State Department] demanded

suspension of 250k accounts, including journalists & Canadian officials!" This

document was downloaded from

https://twitter.com/elonmusk/status/1610421293060599808.

33. Exhibit 30 is a true and correct copy of a tweet posted by Matt Taibbi

on January 3, 2023, referencing internal documents released as part of Twitter File

#12. Mr. Taibbi attaches images of Twitter correspondence and states, "Twitter

was taking requests from every conceivable government body, beginning with the

Senate Intel Committee (SSCI), which seemed to need reassurance Twitter was

taking FBI direction. Execs rushed to tell 'Team SSCI' they zapped five accounts

on an FBI tip." This document was downloaded from

https://twitter.com/mtaibbi/status/1610394278617878529.

34. Exhibit 31 is a true and correct copy of a tweet posted by Matt Taibbi

on January 3, 2023, referencing internal documents released as part of Twitter File

#12. Mr. Taibbi attaches images of Twitter correspondence and states, "Requests

arrived and were escalated from all over: from Treasury, the NSA, virtually every

state, the HHS, from the FBI and DHS, and more." This document was downloaded from https://twitter.com/mtaibbi/status/1610394281683959811.

35.     Exhibit 32 is a true and correct copy of a tweet posted by Matt Taibbi on January 3, 2023, referencing internal documents released as part of Twitter File #12. Mr. Taibbi attaches images of Twitter correspondence and states, "They [Twitter] also received an astonishing variety of requests from officials asking for individuals they didn't like to be banned. Here, the office for Democrat and House Intel Committee chief Adam Schiff asks Twitter to ban journalist Paul Sperry." This document was downloaded from

https://twitter.com/mtaibbi/status/1610394284867436547.

36.     Exhibit 33 is a true and correct copy of a tweet posted by Elon Musk on March 9, 2023 announcing the release of, and retweeting, Twitter File #17. In it, Mr. Musk states, "Concerning." This document was downloaded from https://twitter.com/elonmusk/status/1633876365651918848.

37.     Exhibit 34 is a true and correct copy of a string of tweets posted by Matt Taibbi on March 9, 2023, referencing internal documents released as part of Twitter File #17. Mr. Taibbi attaches images of Twitter documents and states,

- "THE CENSORSHIP-INDUSTRIAL COMPLEX"

- "But Twitter was more like a partner to government. With other tech firms it held a regular 'industry meeting' with FBI and DHS, and

12

developed a formal system for receiving thousands of content reports from every corner of government: HHS, Treasury, NSA, and even local police."

- "Emails from the FBI, DHS and other agencies often came with spreadsheets of hundreds or thousands of account names for review. Often, these would be deleted soon after."

- "In some cases, state reports didn't even assert misinformation. Here, a list of YouTube videos is flagged for 'anti-Ukraine narratives.'"

- "We came to think of this grouping – state agencies like DHS, FBI, or the Global Engagement Center (GEC), along with 'NGOs that aren't academic' and an unexpectedly aggressive partner, commercial news media – as the Censorship-Industrial Complex."

- "NGOs ideally serve as a check on corporations and the government. Not long ago, most of these institutions viewed themselves that way. Now, intel officials, 'researchers," and executives at firms like Twitter are effectively one team – or Signal group, as it were."

- "Their taxpayer-backed conclusions: the state should have total access to data to make searching speech easier, speech offenders should be put in a 'holding area,' and government should probably restrict disinformation, 'even if it means losing some freedom.'"

13

- "The #TwitterFiles show the principals of this incestuous self-appointed truth squad moving from law enforcement/intelligence to the private sector and back, claiming a special right to do what they say is bad practice for everyone else: be fact-checked only by themselves."

- "Perhaps the ultimate example of the absolute fusion of state, corporate, and civil society organizations is the Stanford Internet Observatory (SIO), whose 'Election Integrity Partnership' is among the most voluminous 'flaggers' in the #TwitterFiles."

- "According to the EIP's own data, it succeeded in getting nearly 22 million tweets labeled in the runup to the 2020 vote."

- "It's crucial to reiterate: EIP was partnered with state entities like CISA and GEC while seeking elimination of millions of tweets.  In the #TwitterFiles, Twitter execs did not distinguish between organizations, using phrases like 'According to CIS[A], escalated via EIP.'"

- "In one remarkable email, the Virality Project [the new name for Stanford's EIP] recommends that multiple platforms take action even against 'stories of true vaccine side effects' and 'true posts which could fuel [vaccine] hesitancy.'"

14

- "This is the Censorship-Industrial Complex at its essence: a bureaucracy willing to sacrifice factual truth in service of broader narrative objectives. It's the opposite of what a free press does."

- "This, ultimately, is the most serious problem with the Censorship-Industrial Complex. Packaged as a bulwark against lies and falsehood, it is itself often a major source of disinformation, with American taxpayers funding their own estrangement from reality."

This document was downloaded from

https://twitter.com/mtaibbi/status/1633830002742657027.

38.    Exhibit 35 is a true and correct copy of a tweet posted by Elon Musk on December 27, 2022, commenting on Twitter File #9. In it, Mr. Musk states, "*Every* social media company is engaged in heavy censorship, with significant involvement of and, at times, explicit direction of the government." This document was downloaded from

https://twitter.com/elonmusk/status/1607743022925504514.

39.    Exhibit 36 is a true and correct copy of a tweet posted by Elon Musk on March 6, 2023 in response to a Twitter user's tweet saying, "Twitter was basically an FBI subsidiary before." In his response Mr. Musk states, "True." This document was downloaded from

https://twitter.com/elonmusk/status/1633880872750284811.

15

40. Exhibit 37 is a true and correct copy of a tweet posted by Elon Musk on March 9, 2023 in response to a tweet by Michael Shellenberger, one of the journalists who reported the Twitter Files, saying, "Over the last three months, a small group of us have, thanks to the Twitter Files, exposed the ways in which social media platforms have, under pressure from U.S. government agencies, censored ordinary Americans and spread disinformation." In his response Mr. Musk states, "Great work!" This document was downloaded from https://twitter.com/elonmusk/status/1633929909658632194.

41. Exhibit 38 is a true and correct copy of a tweet posted by Elon Musk on December 2, 2022 in response to a user's retweeting Matt Taibbi's post revealing tweets were deleted at the request of "the Biden team." In his response Mr. Musk states, "If this isn't a violation of the Constitution's First Amendment, what is?" This document was downloaded from https://twitter.com/elonmusk/status/1598850682487943168.

42. Exhibit 39 is a true and correct copy of a tweet posted by Elon Musk on December 2, 2022 in response to a Twitter user's comment on one of the Twitter Files. In his response Mr. Musk states, "Twitter acting by itself to suppress free speech is not a 1st amendment violation, but acting under orders from the government to suppress free speech, with no judicial review, is." This document was downloaded from https://twitter.com/elonmusk/status/1598853708443357185.

16

43.     Exhibit 40 is a true and correct copy of a tweet posted by Elon Musk on December 9, 2022 in response to a Twitter user's tweet asking, "[W]ere any political candidates—either in the US or elsewhere—subject to shadowbanning while they were running for office or seeking re-election?"  In his response Mr. Musk states, "Yes."  This document was downloaded from https://twitter.com/elonmusk/status/1601123235755487233.

44.     Exhibit 41 is a true and correct copy of a tweet posted by Elon Musk on December 9, 2022 in response to a Twitter user's tweet saying, "[I]t's pretty clear at this point the 'trust and safety' team was effectively running the entire company."  In his response Mr. Musk states, "Absolutely! The real CEO was the head of 'Trust & Safety.'"  This document was downloaded from https://twitter.com/elonmusk/status/1601277941861654528.

45.     Exhibit 42 is a true and correct copy of a tweet posted by Elon Musk on December 9, 2022 in response to a Twitter user's tweet saying, "Twitter prioritized the censorship of non-illegal speech over the removal of child sexual abuse material at scale."  In his response Mr. Musk states, "Exactly correct."  This document was downloaded from https://twitter.com/elonmusk/status/1601322576088686592.

46.     Exhibit 43 is a true and correct copy of a tweet posted by Elon Musk on December 9, 2022 in response to a Twitter user's tweet saying, "Yoel Roth

17

[Twitter's Head of Trust & Safety], meeting with FBI weekly, and his little censorship minions absolutely degraded Twitter into little more than a full-on Democratic Party activist machine, all while lying to the public about its function." In his response Mr. Musk states, "[T]here is no question that Twitter operated as a Democratic Party activist machine." This document was downloaded from https://twitter.com/elonmusk/status/1601411051576172544.

47.    Exhibit 44 is a true and correct copy of a tweet posted by Elon Musk on December 9, 2022 in response to a Twitter user's tweet saying, "@TwitterFiles show Twitter activist employees, without basis, suppressed and censored the President of the United States … in the days before the 2020 election. This is damning evidence of election interference." In his response Mr. Musk states, "Unequivocally true. The evidence is clear and voluminous." This document was downloaded from https://twitter.com/elonmusk/status/1601411486164799488.

48.    Exhibit 45 is a true and correct copy of a tweet posted by Elon Musk on December 10, 2022. In it, Mr. Musk states, "Twitter is both a social media company and a crime scene." This document was downloaded from https://twitter.com/elonmusk/status/1601667312930590721.

49.    Exhibit 46 is a true and correct copy of a tweet posted by Elon Musk on December 20, 2022 in response to a Twitter user's tweet saying, "i think it's kinda not cool for the government to bribe social media companies into censoring

specific content." In his response Mr. Musk states, "Your tax dollars at work …" This document was downloaded from

https://twitter.com/elonmusk/status/1605247446057107456.

50.    Exhibit 47 is a true and correct copy of a tweet posted by Matt Taibbi on December 16, 2022, as part of Twitter File #6. In it, Mr. Taibbi states, "The Twitter exec [Stacia Cardille] writes she explicitly asked if there were 'impediments' to the sharing of classified information 'with industry.' The answer? 'FBI was adamant no impediments to sharing exist.'" This document was downloaded from https://twitter.com/mtaibbi/status/1603857635618480164.

51.    Exhibit 48 is a true and correct copy of a tweet posted by Matt Taibbi on December 24, 2022, attaching an image of internal documents released as part of Twitter File #9. Mr. Taibbi attaches an email from Stacia Cardille, at the time Twitter's Associate General Counsel of Global Policy Legal, which states, "They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days." This document was downloaded from

https://twitter.com/mtaibbi/status/1606701454911483904.

52.    Exhibit 49 is a true and correct copy of a tweet posted by David Zweig on December 26, 2022, reporting on the Twitter Files for The Free Press. Mr. Zweig attaches an image of a Twitter document and states, "When the Biden

19

admin took over, one of their first meeting requests with Twitter executives was on Covid. The focus was on 'anti-vaxxer accounts.' Especially Alex Berenson." This document was downloaded from

https://twitter.com/davidzweig/status/1607382379018190849.

53.     Exhibit 50 is a true and correct copy of a tweet posted by David Zweig on December 26, 2022, attaching an image of a Twitter document released in connection with a lawsuit by Alex Berenson.  In it, Mr. Zweig states, "Berenson sued (and then settled with) Twitter. In the legal process Twitter was compelled to release certain internal communications, which showed direct White House pressure on the company to take action on Berenson."  This document was downloaded from https://twitter.com/davidzweig/status/1607383214452080647.

54.     Exhibit 51 is a true and correct copy of a tweet posted by David Zweig on December 26, 2022, referencing internal documents released as part of Twitter File #10.  In it, Mr. Zweig states, "A December 2022 summary of meetings with the White House by Lauren Culbertson, Twitter's Head of U.S. Public Policy, adds new evidence of the White House's pressure campaign, and cements that it repeatedly attempted to directly influence the platform."  This document was downloaded from https://twitter.com/davidzweig/status/1607383503083012096.

55.     Exhibit 52 is a true and correct copy of a tweet posted by David Zweig on December 26, 2022, referencing internal documents released as part of

Twitter File #10.  Mr. Zweig attaches an image of a Twitter document written by

Ms. Culbertson which states, "The Biden team was not satisfied with Twitter's

enforcement approach as they wanted Twitter to do more and to deplatform several

accounts. … They were very angry in nature."  This document was downloaded

from https://twitter.com/davidzweig/status/1607383819287515137.

56.     Exhibit 53 is a true and correct copy of a tweet posted by Bari Weiss

on December 12, 2022, referencing internal documents released as part of Twitter

File #5.  Ms. Weis attaches an image of a Twitter document showing

communications among members of Twitter's content moderation team,

acknowledging that President Trump's January 6, 2021 tweets did not violate

Twitter's content moderation policies.  In it, Anika Navaroli, a Twitter policy

expert, states, "as an fyi, Safety has assessed the DJT Tweet above and determined

that there is no violation of our policies at this time."  This document was

downloaded from https://twitter.com/bariweiss/status/1602368444485148672.

57.     Exhibit 54 is a true and correct copy of a tweet posted by Bari Weiss

on December 12, 2022, referencing internal documents released as part of Twitter

File #5.  Ms. Weis attaches an image of a Twitter document showing

communications among members of Twitter's content moderation team,

acknowledging that President Trump's January 6, 2021 tweets did not violate

Twitter's content moderation policies.  In it, Anika Navaroli states, "I also am not

seeing clear or coded incitement in the DJT tweet. I'll respond in the elections channel and say that our team has assessed and found no vios'—or violations— 'for the DJT one.'" This document was downloaded from https://twitter.com/bariweiss/status/1602367763553599512.

58.     Exhibit 55 is a true and correct copy of a tweet posted by Bari Weiss on December 12, 2022, referencing internal documents released as part of Twitter File #5. Ms. Weis attaches an image of a Twitter document showing communications among members of Twitter's content moderation team, acknowledging that President Trump's January 6, 2021 tweets did not violate Twitter's content moderation policies. The document states, "Next, Twitter's safety team decides that Trump's 7:44 am ET tweet is also not in violation. They are unequivocal: 'it's a clear no vio [violation]. It's just to say he's not attending the inauguration.'" This document was downloaded from https://twitter.com/bariweiss/status/1602368448977195008.

59.     Exhibit 56 is a true and correct copy of a tweet posted by Bari Weiss on December 12, 2022, referencing internal Twitter documents released as part of Twitter File #5. In it, Ms. Weiss states, "But the Twitter staff assigned to evaluate tweets quickly concluded that Trump had *not* violated Twitter's policies. 'I think we'd have a hard time saying this is incitement,' wrote one

staffer." This document was downloaded from

https://twitter.com/bariweiss/status/1602366973089697792.

60.     Exhibit 57 is a true and correct copy of a tweet posted by Bari

Weiss on December 12, 2022, referencing internal documents released as part of

Twitter File #5. Ms. Weiss attaches an image of a Twitter document showing

communications among members of Twitter's content moderation team,

acknowledging that President Trump's January 6, 2021 tweets did not violate

Twitter's content moderation policies. The document states, "Don't see the

incitement angle here," and "I think we'd have a hard time saying this is incitement

… It's pretty clear he's [Trump] saying the 'American Patriots' are the ones who

voted for him and not the terrorists (we can call them that, right?) from

Wednesday." This document was downloaded from

https://twitter.com/bariweiss/status/1602367269199192064.

61.     Exhibit 58 is a true and correct copy of a tweet posted by Bari Weiss

on December 12, 2022, referencing internal documents released as part of of

Twitter File #5. In it, Ms. Weiss quotes a Twitter staffer as stating, "'It's pretty

clear he's [President Trump] saying the 'American Patriots' are the ones who

voted for him and not the terrorists (we can call them that, right?) from

Wednesday.'" This document was downloaded from

https://twitter.com/bariweiss/status/1602366974599700480.

62.     Exhibit 59 is a true and correct copy of a blog entry by Defendant

Jack Dorsey posted on December 13, 2022.  In it, Mr. Dorsey states, "There's a lot

of conversation around the #TwitterFiles. … This is my fault alone, as I completely

gave up pushing for them [principles] when an activist entered our stock in 2020.

…  I generally think companies have become far too powerful, and that became

completely clear to me with our suspension of Trump's account."  This document

was downloaded from

https://web.archive.org/web/20230104063843/https://www.getrevue.co/profile/jack

jack/issues/a-native-internet-protocol-for-social-media-1503112.

63.     Exhibit 60 is a true and correct copy of excerpts from the prepared

testimony of Michael Shellenberger for the following House hearing:  Hearing on

the Weaponization of the Federal Government on the Twitter Files: Hearing before

the House Select Subcommittee on the Weaponization of the Federal Government,

118th Cong. (Mar. 9, 2023) ("March 9 Hearing").  This document was downloaded

from https://judiciary.house.gov/sites/evo-subsites/republicans-

judiciary.house.gov/files/evo-media-document/shellenberger-testimony.pdf.

Hearing information is available at https://judiciary.house.gov/committee-

activity/hearings/hearing-weaponization-federal-government-twitter-files.

64.     Exhibit 61 is a true and correct copy of excerpts from the prepared

testimony of Matt Taibbi for the March 9 Hearing.  This document was

24

downloaded from https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/taibbi-testimony.pdf.  Hearing information is available at https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-federal-government-twitter-files.

65.     Exhibit 62 is a true and correct copy of excerpts from the transcript of the March 9 Hearing.  Hearing information, including a video recording of the proceedings, is available at https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-federal-government-twitter-files.

Exhibit 63 is a true and correct copy of the prepared testimony of D. John Sauer from the following House hearing:  Hearing on the Weaponization of the Federal Government on the Twitter Files: Hearing before the House Select Subcommittee on the Weaponization of the Federal Government, 118th Cong. (Mar. 30, 2023).

Mr. Sauer is the Special Assistant Attorney General for the Louisiana Department of Justice and is litigation counsel in *State of Missouri v. Biden*, No. 22-cv-1213-TAD-KDM (W.D. La.).  Hearing information, including a video recording of the proceedings, is available at https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-federal-government-1.  Mr. Sauer's testimony is available at https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/2023-03/Sauer-Testimony.pdf.

66.     Exhibit 64 is a true and correct copy of a screenshot of Plaintiff Dominick Latella's Twitter account taken on March 23, 2023 at 11:42 a.m. EDT, showing that Mr. Latella's account remains suspended.  This document was downloaded from https://twitter.com/dljrmia.

67.     Exhibit 65 is a true and correct copy of a screenshot of Plaintiff Rafael Barbosa's Twitter account taken on March 23, 2023 at 11:44 a.m. EDT, showing that Mr. Barbosa's account remains suspended.  This document was downloaded from https://twitter.com/RB18.

68.     Exhibit 66 is a true and correct copy of a tweet posted by Elon Musk on November 25, 2022.  In it, Mr. Musk states, "I'm fine with Trump not tweeting. The important thing is that Twitter correct a grave mistake in banning his account, despite no violation of the law or terms of service.  Deplatforming a sitting President undermined public trust in Twitter for half of America."  This document was downloaded from https://twitter.com/elonmusk/status/1596275526259425280.

I hereby declare under the laws of the State of California and the United States of America that the foregoing is true and accurate and that this declaration was executed on May 5, 2023, in Orinda, California.


*s/ Marie L. Fiala*
Marie L. Fiala

26

# EXHIBITS

# TABLE OF EXHIBITS

| Exhibit No. | Description | Page |
|---|---|---|
| 1 | Tweet posted by Elon Musk on November 28, 2022, in which Mr. Musk announced the imminent release of the Twitter Files | 1 |
| 2 | Tweet posted by Elon Musk on December 2, 2022. In it, Mr. Musk states, "What really happened with the Hunter Biden story suppression by Twitter will be published on Twitter at 5pm ET!" | 3 |
| 3 | Tweet posted by Elon Musk on December 2, 2022. In it, Mr. Musk states, "We're double-checking some facts, so probably start live tweeting in about 40 mins." | 5 |
| 4 | Tweet posted by Elon Musk on December 9, 2022, announcing the release of, and retweeting, Twitter File #3 | 7 |
| 5 | Tweet posted by Matt Taibbi on December 9, 2022, referencing internal documents released as part of Twitter File #3 | 9 |
| 6 | Tweet posted by Matt Taibbi on December 9, 2022, referencing internal documents released as part of Twitter File #3 | 11 |
| 7 | Tweet posted by Elon Musk on December 16, 2022, announcing the release of, and retweeting, Twitter File #6 | 13 |
| 8 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 15 |
| 9 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 17 |
| 10 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 19 |
| 11 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 21 |
| 12 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 23 |
| 13 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 25 |

| 14 | Tweet posted by Matt Taibbi on December 16, 2022, referencing internal documents released as part of Twitter File #6 | 27 |
|----|------|------|
| 15 | Tweet posted by Elon Musk on December 20, 2022, announcing the release of, and retweeting, Twitter File #7 | 29 |
| 16 | Tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7 | 31 |
| 17 | Tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7 | 35 |
| 18 | Tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7 | 37 |
| 19 | Tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7 | 39 |
| 20 | Tweet posted by Michael Shellenberger on December 19, 2022, referencing internal documents released as part of Twitter File #7 | 41 |
| 21 | Tweet posted by Elon Musk on December 25, 2022 and archived by the Internet Archive WayBack Machine retweeting a link to a Substack post entitled "Twitter Files Thread: The Spies Who Loved Twitter," publishing Twitter File #9 | 43 |
| 22 | Tweet posted by Michael Shellenberger on December 24, 2022, attaching images of Twitter documents released as part of Twitter File #9 | 45 |
| 23 | Tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9 | 48 |
| 24 | Tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9 | 73 |
| 25 | Tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9 | 75 |
| 26 | Tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9 | 77 |
| 27 | Tweet posted by Matt Taibbi on December 24, 2022, referencing internal documents released as part of Twitter File #9 | 79 |

28      Tweet posted by Matt Taibbi on December 24, 2022, referencing          81
        internal documents released as part of Twitter File #9

29      Tweet posted by Elon Musk on January 3, 2023, announcing              83
        the release of, and retweeting, Twitter File #12

30      Tweet posted by Matt Taibbi on January 3, 2023, referencing           85
        internal documents released as part of Twitter File #12

31      Tweet posted by Matt Taibbi on January 3, 2023, referencing           91
        internal documents released as part of Twitter File #12

32      Tweet posted by Matt Taibbi on January 3, 2023, referencing           93
        internal documents released as part of Twitter File #12

33      Tweet posted by Elon Musk on March 9, 2023, announcing                95
        the release of, and retweeting, Twitter File #17

34      A string of tweets posted by Matt Taibbi on March 9, 2023,            98
        referencing internal documents released as part of Twitter File #17

35      Tweet posted by Elon Musk on December 27, 2022, commenting           148
        on Twitter File #9

36      Tweet posted by Elon Musk on March 6, 2023 in response               150
        to a Twitter user's tweet saying, "Twitter was basically an FBI
        subsidiary before"

37      Tweet posted by Elon Musk on March 9, 2023 in response to            152
        a tweet by Michael Shellenberger, one of the journalists who
        reported the Twitter Files

38      Tweet posted by Elon Musk on December 2, 2022 in response to         154
        a user's retweeting Matt Taibbi's post revealing tweets were deleted
        at the request of "the Biden team"

39      Tweet posted by Elon Musk on December 2, 2022 in response to         156
        a Twitter user's comment on one of the Twitter Files

40      Tweet posted by Elon Musk on December 9, 2022 in response to         158
        a Twitter user's tweet

41      Tweet posted by Elon Musk on December 9, 2022 in response to         160
        a Twitter user's tweet

42    Tweet posted by Elon Musk on December 9, 2022 in response to          162
      a Twitter user's tweet

43    Tweet posted by Elon Musk on December 9, 2022 in response to          164
      a Twitter user's tweet

44    Tweet posted by Elon Musk on December 9, 2022 in response to          166
      a Twitter user's tweet

45    Tweet posted by Elon Musk on December 10, 2022.  In it, Mr. Musk      168
      states, "Twitter is both a social media company and a crime scene"

46    Tweet posted by Elon Musk on December 20, 2022 in response to         170
      a Twitter user's tweet

47    Tweet posted by Matt Taibbi on December 16, 2022 as part of           172
      Twitter File #6

48    Tweet posted by Matt Taibbi on December 24, 2022, attaching           174
      an image of internal documents released as part of Twitter File #9

49    Tweet posted by David Zweig on December 26, 2022, reporting           176
      on the Twitter Files for *The Free Press*

50    Tweet posted by David Zweig on December 26, 2022, attaching an        178
      image of a Twitter document released in connection with a lawsuit
      by Alex Berenson

51    Tweet posted by David Zweig on December 26, 2022, referencing         180
      internal documents released as part of Twitter File #10

52    Tweet posted by David Zweig on December 26, 2022, referencing         182
      internal documents released as part of Twitter File #10

53    Tweet posted by Bari Weiss on December 12, 2022, referencing          184
      internal documents released as part of Twitter File #5

54    Tweet posted by Bari Weiss on December 12, 2022, referencing          186
      internal documents released as part of Twitter File #5

55    Tweet posted by Bari Weiss on December 12, 2022, referencing          188
      internal documents released as part of Twitter File #5

56    Tweet posted by Bari Weiss on December 12, 2022, referencing          190
      internal Twitter documents released as part of Twitter File #5

| 57 | Tweet posted by Bari Weiss on December 12, 2022, referencing internal documents released as part of Twitter File #5 | 192 |
| 58 | Tweet posted by Bari Weiss on December 12, 2022, referencing internal documents released as part of Twitter File #5 | 194 |
| 59 | Blog entry by Defendant Jack Dorsey posted on December 13, 2022 | 196 |
| 60 | Excerpts from the prepared testimony of Michael Shellenberger for the following House hearing: Hearing on the Weaponization of the Federal Government on the Twitter Files: Hearing before the House Select Subcommittee on the Weaponization of the Federal Government, 118th Cong. (Mar. 9, 2023) | 198 |
| 61 | Excerpts from the prepared testimony of Matt Taibbi for the March 9 Hearing | 203 |
| 62 | Excerpts from the transcript of the March 9 Hearing | 206 |
| 63 | The prepared testimony of D. John Sauer from the following House hearing: Hearing on the Weaponization of the Federal Government on the Twitter Files: Hearing before the House Select Subcommittee on the Weaponization of the Federal Government, 118th Cong. (Mar. 30, 2023) | 209 |
| 64 | Dominick Latella's Twitter account, taken on March 23, 2023 at 11:42 a.m. EDT, showing that Mr. Latella's account remains suspended. This document was downloaded from https://twitter.com/dljrmia. | 240 |
| 65 | Rafael Barbosa's Twitter account, taken on March 23, 2023 at 11:44 a.m. EDT, showing that Mr. Barbosa's account remains suspended. This document was downloaded from https://twitter.com/RB18 | 242 |
| 66 | Tweet posted by Elon Musk on November 25, 2022. This document was downloaded from https://twitter.com/elonmusk/status/1596275526259425280 | 244 |

**EXHIBIT - 1**



**Elon Musk** ✔
@elonmusk

The Twitter Files on free speech suppression soon to be published on Twitter itself. The public deserves to know what really happened ...

4:09 PM · Nov 28, 2022

**128.4K** Retweets    **15.2K** Quote Tweets    **838.2K** Likes

**EXHIBIT - 2**



# EXHIBIT - 3



**EXHIBIT - 4**

 **Elon Musk** ✓
@elonmusk

···

# The Twitter Files, Part 3

# Deplatforming the President

---

 **Matt Taibbi** ✓ @mtaibbi · Dec 9, 2022

1.   THREAD: The Twitter Files
THE REMOVAL OF DONALD TRUMP
Part One: October 2020–January 6th

Show this thread

---

8:57 PM · Dec 9, 2022

**46.6K** Retweets    **2,539** Quote Tweets    **206.6K** Likes

💬                    ↻                    ♡                    ↥

**EXHIBIT - 5**

 **Matt Taibbi** ✔
@mtaibbi

17. During this time, executives were also clearly liaising with federal enforcement and intelligence agencies about moderation of election-related content. While we're still at the start of reviewing the #TwitterFiles, we're finding out more about these interactions every day.

6:47 PM · Dec 9, 2022

**8,115** Retweets  **514** Quote Tweets  **42K** Likes



# EXHIBIT - 6

 **Matt Taibbi** ✔
@mtaibbi
· · ·

20. This post about the Hunter Biden laptop situation shows that Roth not only met weekly with the FBI and DHS, but with the Office of the Director of National Intelligence (DNI):

 **Bot Application B01AXN4KL0M** 16:19:26

yoelr has checked in! Here's what they said. *What's new for you since our last check-in?* - Hacked Materials exploded. We blocked the NYP story, then we unblocked it (but said the opposite), then said we unblocked it... and now we're in a messy situation where our policy is in shambles, comms is angry, reporters think we're idiots, and we're refactoring an exceedingly complex policy 18 days out from the election. In short, FML. - Weekly sync with FBI/DHS/DNI re: election security. The meeting happened about 15 minutes after the aforementioned Hacked Materials implosion; the government declined to share anything useful when asked. - Monthly meeting with FBI FITF. Briefed on several ongoing investigations

6:54 PM · Dec 9, 2022

**13.4K** Retweets    **1,603** Quote Tweets    **47.7K** Likes

**Bot Application B01AXN4KL0M** 16:19:26

yoelr has checked in! Here's what they said. *What's new for you since our last check-in?* - Hacked Materials exploded. We blocked the NYP story, then we unblocked it (but said the opposite), then said we unblocked it... and now we're in a messy situation where our policy is in shambles, comms is angry, reporters think we're idiots, and we're refactoring an exceedingly complex policy 18 days out from the election. In short, FML. - Weekly sync with FBI/DHS/DNI re: election security. The meeting happened about 15 minutes after the aforementioned Hacked Materials implosion; the government declined to share anything useful when asked. - Monthly meeting with FBI FITF. Briefed on several ongoing investigations

**MOOT_SMJN-12**

# EXHIBIT - 7

 **Elon Musk** ✔
@elonmusk

···

# KABOOM 💥💥💥💥💥

> 🐦 **Matt Taibbi** ✔ @mtaibbi · Dec 16, 2022
>
> 1. THREAD: The Twitter Files, Part Six
> TWITTER, THE FBI SUBSIDIARY
>
> Show this thread

4:08 PM · Dec 16, 2022 · **27.9M** Views

**31K** Retweets   **2,012** Quote Tweets   **152.2K** Likes

**MOOT_SMJN-14**

**EXHIBIT - 8**



**Matt Taibbi** ✔
@mtaibbi

···

3. Twitter's contact with the FBI was constant and pervasive, as if it were a subsidiary.

4:00 PM · Dec 16, 2022 · **3.8M** Views

**10K** Retweets    **539** Quote Tweets    **49.5K** Likes



**EXHIBIT - 9**

 **Matt Taibbi** ✔
@mtaibbi

···

4. Between January 2020 and November 2022, there were over 150 emails between the FBI and former Twitter Trust and Safety chief Yoel Roth.

4:00 PM · Dec 16, 2022 · **3.8M** Views

**10.6K** Retweets    **641** Quote Tweets    **49.4K** Likes



**EXHIBIT - 10**

 **Matt Taibbi** ✔
@mtaibbi

···

6. But a surprisingly high number are requests by the FBI for Twitter to take action on election misinformation, even involving joke tweets from low-follower accounts.

4:00 PM · Dec 16, 2022 · **3.6M** Views

**9,573** Retweets    **805** Quote Tweets    **48.1K** Likes



**EXHIBIT - 11**



**Matt Taibbi** ✔
@mtaibbi

**18.** In ⓘ an internal email from November 5, 2022, the FBI's National Election Command Post, which compiles and sends on complaints, sent the SF field office a long list of accounts that "may warrant additional action":



4:00 PM · Dec 16, 2022 · **8.3M** Views

**7,462** Retweets  **996** Quote Tweets  **31.7K** Likes



**EXHIBIT – 12**



**Matt Taibbi**
@mtaibbi

· · ·

19. Agent Chan passed the list on to his "Twitter folks":

> On Sun, Nov 6, 2022 at 9:10 PM Elvis Chan ▨▨▨▨@fbi.gov> wrote:
>
> Twitter folks,
>
> Please see below list of Twitter accounts which we believe are violating your terms of service by disseminating false information about the time, place, or manner of the upcoming elections.
>
> Let us know if you decide to take any actions against these accounts based on our tipper to you. Also let us know if we need to issue a preservation letter as we intend to serve legal process for these accounts. Thanks for your consideration.
>
> Regards, Elvis
>
> Elvis M. Chan
> Asst. Special Agent in Charge
> FBI San Francisco, Cyber Branch
> Work: ▨▨▨▨▨
> Cell: ▨▨▨▨
> Email: ▨▨▨▨@fbi.gov
> Pronouns: he, him, his

5:00 PM · Dec 16, 2022 · **2M** Views

**5,124** Retweets   **324** Quotes   **27.2K** Likes   **64** Bookmarks

**MOOT_SMJN-24**

**EXHIBIT – 13**



**Matt Taibbi**
@mtaibbi

• • •

"HELLO TWITTER CONTACTS": The master-canine quality of the FBI's relationship to Twitter comes through in this November 2022 email, in which "FBI San Francisco is notifying you" it wants action on four accounts:

---

On Thu, Nov 10, 2022 at 10:53 PM          @fbi.gov> wrote:

Hello Twitter contacts,

FBI San Francisco is notifying you of the below accounts which may potentially constitute violations of Twitter's Terms of Service for any action or inaction deemed appropriate within Twitter policy.

**@joahnathan1wade**

**@fromMA**

**@madandpissedoff**

**@mault_thomas**


Best Regards,


Fred

FBI SF

---

5:00 PM · Dec 16, 2022 · **4M** Views

**9,256** Retweets     **943** Quotes     **38.9K** Likes     **232** Bookmarks

**MOOT_SMJN-26**

**EXHIBIT – 14**



**EXHIBIT - 15**



**Elon Musk** ✔
@elonmusk

...

# Government paid Twitter millions of dollars to censor info from the public

 **Michael Shellenberger** ✔ @ShellenbergerMD · Dec 19, 2022
1. TWITTER FILES: PART 7

The FBI & the Hunter Biden Laptop

How the FBI & intelligence community discredited factual information about Hunter Biden's foreign business dealings both after and *before* The New York Post revealed the contents of his laptop on October 14, 2020

Show this thread

10:13 AM · Dec 20, 2022 · **64.8M** Views

**90.4K** Retweets     **7,501** Quote Tweets     **356.6K** Likes

**EXHIBIT - 16**



**Michael Shellenberger** ✔
@shellenberger

32. By mid–Sept, 2020, Chan & Roth had set up an encrypted messaging network so employees from FBI & Twitter could communicate.

They also agree to create a "virtual war room" for "all the [Internet] industry plus FBI and ODNI" [Office of the Director of National Intelligence].



1:56 PM · Dec 19, 2022 · **1.1M** Views

**3,791** Retweets    **368** Quotes    **14K** Likes    **100** Bookmarks

EC    Chan, Elvis M. (SF) (FBI)                                                    📁 Roth Large    September 21, 2020 at 8:48 PM
      Re: [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Election Communication Platform
      To: Yoel Roth, Cc: ▓▓▓▓▓▓▓▓▓▓▓                                                                              Details

Hi Yoel,

Thanks for the response.  I have some additional questions regarding them.  I am aware the industry is meeting about this on Friday so you may not have any
clarification until then.  We can discuss during and after our scheduled meeting depending on what your schedule looks like.

1.  If it will only be one-way communication from the USG to the industry, it seems like it should at least be FBI and CISA.  We can give you everything we're
    seeing from the FBI and USIC agencies.  CISA will know what is going on in each state via the Homeland Security Information Network (HSIN).

    However, how will the industry partners commicate back with the FBI and CISA?  For the FBI, will you use the pre-established channels already in use?
    For example, you or Angela will email me directly.

    If that is the case, that will work for the FBI, but I don't know what communication channels you have with CISA.  Or will the industry partners rely on the
    FBI to be the belly button for the USG?  We can do that as well.  We just need to know the industry group's preference.

2.  Sounds good.  We will likely only establish one Signal channel for FBI San Francisco and one for FBIHQ.  The FITF unit chiefs may want to be on the channel as
    well.  I will provide the companies with our command post shift roster so you know who is on shift for any given day.

3.  Facebook had mentioned activating the Signal channel before the first presidential debate, which works for us, but we won't have the enhanced staffing levels
    until October 28th at FBIHQ and October 30th at FBI San Francisco.  I don't think we will stay in enhanced posture through January so I think we would revert back
    to the standard channels sometime in November, perhaps after the elections are certified.


Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Yoel Roth <yoel@twitter.com>
**Sent:** Monday, September 21, 2020 04:32 PM
**To:** Chan, Elvis M. (SF) (FBI) ▮
**Cc:** Yoel Roth <yoel@twitter.com>▮
**Subject:** [SOCIAL NETWORK] Re: [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Election Communication Platform

Hey Elvis,

Apologies for the delayed responses. Notes on your 3 questions are below - happy to find time this week, or we can check in briefly on Friday's call.

**1. What USG agencies will be allowed on the channel? I think the easy ones will be FBI, DHS/CISA, and ODNI. For your awareness, State/GEC, NSA, and CIA have expressed interest in being allowed on in listen mode only. Welcome your thoughts on this.**

The agreed-upon parameters for the channel (by industry) are that it's one-way communication **from** government **to** industry. We explicitly do not plan to have conversation/discussion/responses back in this forum. So the USG attendees there I think would largely be driven by who FBI wants to share information with in this setting. I will note, given at least some of the orgs on this list (e.g. State/GEC) have been somewhat more press-happy than others, I worry a bit about whether information shared in confidence with industry could result in announcements being made which disrupt our operational work. Put another way, there might be value in keeping the circle of trust here quite small. I also worry about the precedent of expanding it to include organizations which aren't typically present in our meetings. I'm also not entirely sure that every member of that group wants their phone number *quite so broadly available*. And, finally, I'd need to run this by the industry group again - they only agreed to FBI. Happy to do so if you think there's value, but I'm thinking it might be simpler to keep it to industry/FBI.

**2. How many USG participants will be allowed onto the channel? Will it only be people that industry already knows? I ask because at the FBI SF command center, there will be three other supervisors working shifts when I'm not there. I also know different FITF personnel will be rotating through the command post at FBIHQ.**

We didn't get into the specifics of this, but I can't imagine any of that would be problematic.

**3. When will the channel be activated and for how long?**

We discussed the election period, broadly defined. Probably not indefinitely, but keeping it going at minimum through January seems reasonable.

**EXHIBIT - 17**



**Michael Shellenberger** ✔
@ShellenbergerMD

22. Then, in July 2020, the FBI's Elvis Chan arranges for temporary Top Secret security clearances for Twitter executives so that the FBI can share information about threats to the upcoming elections.



**Chan, Elvis M. (SF) (FBI)**                                        July 15, 2020 at 12:09 PM
Security Clearances
To: Yoel Roth, ███████████████

All,

Since I brought up the security clearances during our call, I don't think we have anyone at Twitter who has a permanent security clearance. Correct me if I'm wrong. What I would propose is that 30 days out from the election, we get you temporary clearances. You get to pick who they would be. Let me know what you think. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco

████████████████

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

12:25 PM · Dec 19, 2022 · **1.7M** Views

**5,172** Retweets  **461** Quote Tweets  **21.6K** Likes

**Chan, Elvis M. (SF) (FBI)**                                        July 15, 2020 at 12:09 PM
Security Clearances
To: Yoel Roth, ███████████████

All,

Since I brought up the security clearances during our call, I don't think we have anyone at Twitter who has a permanent security clearance. Correct me if I'm wrong. What I would propose is that 30 days out from the election, we get you temporary clearances. You get to pick who they would be. Let me know what you think. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco

████████████████

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**EXHIBIT - 18**



**Michael Shellenberger** ✔
@ShellenbergerMD

· · ·

46. The FBI's influence campaign may have been helped by the fact that it was paying Twitter millions of dollars for its staff time.

"I am happy to report we have collected $3,415,323 since October 2019!" reports an associate of Jim Baker in early 2021.



1:36 PM · Dec 19, 2022 · **14.8M** Views

**9,254** Retweets   **2,150** Quote Tweets   **26.9K** Likes

○          ⇄          ♡          ⬆

📁 Jim B...FBI Emails   February 10, 2021 at 6:54 PM

**Run the business – we made money!**
To: Jim Baker,  Cc: Sean Edgett

Details

Jim, FYI, in 2019 SCALE instituted a reimbursement program for our legal process response from the FBI.  Prior to the start of the program, Twitter chose not to collect under this statutory right of reimbursement for the time spent processing requests from the FBI.

I am happy to report we have collected $3,415,323 since October 2019!  This money is used by LP for things like the TTR and other LE-related projects (LE training, tooling, etc.).

--
🖼

Safety, Content, & Law Enforcement (SCALE)



**EXHIBIT - 19**



Michael Shellenberger ✓
@ShellenbergerMD

···

12. And yet, during all of 2020, the FBI and other law enforcement agencies repeatedly primed Yoel Roth to dismiss reports of Hunter Biden's laptop as a Russian "hack and leak" operation.

This is from a sworn declaration by Roth given in December 2020.

fec.gov/files/legal/mu... ✓

> 10. Since 2018, I have had regular meetings with the Office of the Director of National Intelligence, the Department of Homeland Security, the FBI, and industry peers regarding election security.
>
> 11. During these weekly meetings, the federal law enforcement agencies communicated that they expected "hack-and-leak operations" by state actors might occur in the period shortly before the 2020 presidential election, likely in October. I was told in these meetings that the intelligence community expected that individuals associated with political campaigns would be subject to hacking attacks and that material obtained through those hacking attacks would likely be disseminated over social media platforms, including Twitter. These expectations of hack-and-leak operations were discussed throughout 2020. I also learned in
>
> 2
>
> MUR782700053
>
> these meetings that there were rumors that a hack-and-leak operation would involve Hunter Biden.

11:40 AM · Dec 19, 2022 · 1.9M Views

6,205 Retweets    303 Quote Tweets    26.8K Likes

10. Since 2018, I have had regular meetings with the Office of the Director of National Intelligence, the Department of Homeland Security, the FBI, and industry peers regarding election security.

11. During these weekly meetings, the federal law enforcement agencies communicated that they expected "hack-and-leak operations" by state actors might occur in the period shortly before the 2020 presidential election, likely in October. I was told in these meetings that the intelligence community expected that individuals associated with political campaigns would be subject to hacking attacks and that material obtained through those hacking attacks would likely be disseminated over social media platforms, including Twitter. These expectations of hack-and-leak operations were discussed throughout 2020. I also learned in

2

MUR782700053

these meetings that there were rumors that a hack-and-leak operation would involve Hunter Biden.

**EXHIBIT – 20**



**Michael Shellenberger** ✓
@ShellenbergerMD

···

45. In the end, the FBI's influence campaign aimed at executives at news media, Twitter, & other social media companies worked: they censored & discredited the Hunter Biden laptop story.

By Dec. 2020, Baker and his colleagues even sent a note of thanks to the FBI for its work.



1:35 PM · Dec 19, 2022 · **2M** Views

**4,238** Retweets    **344** Quote Tweets    **15.6K** Likes

**EXHIBIT - 21**



↻ **Elon Musk Retweeted**

**Matt Taibbi** ✔ @mtaibbi · Dec 25, 2022     ···

Twitter Files Thread: The Spies Who Loved Twitter:



racket.news

Twitter Files Thread: The Spies Who Loved Twitter

From FBI to DNI the DNI to "OGA," the full thread on Twitter and its intelligence partners

💬 3,113    ↻ 21.7K    ♡ 75.7K    ᵢₗᵢ 11.3M    ⬆

**EXHIBIT – 22**

 **Racket News**   

## Twitter Files Thread: The Spies Who Loved Twitter

From FBI to DNI the DNI to "OGA," the full thread on Twitter and its intelligence partners

Matt Taibbi ✓

Dec 25, 2022

♡ 1,148   💬 501   ⬆️





> **Matt Taibbi**
> @mtaibbi
>
> 1.THREAD: The Twitter Files
> TWITTER AND "OTHER GOVERNMENT AGENCIES"
>
> 5:20 PM · Dec 24, 2022
>
> **44,025** Likes   **18,468** Retweets

2. After weeks of "Twitter Files" reports, the FBI issued a statement Wednesday. It didn't refute allegations. Instead, it decried "conspiracy theorists" publishing "misinformation," whose "sole aim" is to "discredit the agency."

**The men and women of the FBI work every day to protect the American public… It is unfortunate that conspiracy theorists and others are feeding the American public misinformation with the sole purpose of attempting to discredit the agency.**

3. They must think us unambitious, if our "sole aim" is to discredit the FBI. After all, a whole range of government agencies discredit themselves in the #TwitterFiles. Why stop with one?

4. The files show the FBI acting as doorman to a vast program of social media surveillance and censorship, encompassing agencies across the federal government – from the State Department to the Pentagon to the CIA.

5. The operation is far bigger than the reported 80 members of the Foreign Influence Task Force (FITF), which also facilitates requests from a wide array of smaller actors - from local cops to media to state government.

6. Thousands upon thousands of official "reports" flowed through the FITF and the FBI's San Francisco field office.

7. On June 29th, 2020, San Francisco FBI agent Elvis Chan wrote to pair of Twitter execs asking if he could invite an "OGA" to an upcoming NGO-sponsored conference:



On Mon, Jun 29, 2020 at 11:24 AM Chan, Elvis M. (SF) (FBI)
▮▮▮▮▮ fbi.gov> wrote:
Stacia/▮▮▮▮ – I wanted to follow up to see if I could forward this invitation to an OGA? Specifically the people from ▮▮▮▮▮▮ 's former employer were inquiring. Hope all is well. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent

**EXHIBIT - 23**



**Matt Taibbi** ✓
@mtaibbi

20. Despite its official remit being "Foreign Influence," the FITF and the SF FBI office became conduit for mountains of domestic moderation requests, from state governments, even local police:



12:20 PM · Dec 24, 2022 · 584.6K Views

2,882 Retweets    122 Quote Tweets    14.2K Likes



8. OGA, or "Other Government Organization," is often a euphemism for CIA, and according to multiple former intelligence officials and contractors.

9. Chuckles one: "They use it to seem mysterious to outsiders."

10. "Other Government Agency (the place where I worked for 27 years)," says retired CIA officer Ray McGovern.

11. It was an open secret at Twitter that one of its executives was ex-CIA, which is why Chan referred to that executive's "former employer."

12. The first Twitter executive abandons all pretense to stealth and emails that the employee "used to work for the CIA, so that is Elvis's question."



On Mon, Jun 29, 2020 at 2:45 PM Stacia Cardille ████████@twitter.com> wrote:
I know. Let me see if it is publicly announced and I will tell him that. (I thought my silence was understood.)

13. Senior legal executive Stacia Cardille, who had good op-sec by Twitter standards, replies, "I know" and "I thought my silence was understood."

**Stacia Cardille**
July 8, 2020 at 9:22 AM
Fwd: [inform] Info Ops Conference with Carnegie
To: Jim Baker

Sunlight conference tomorrow. No need for you to attend. Carnegie is doing the heavy lift. I offered to assist Nick and Yoel, but there are no academic papers to review or anything. I was involved in the early scoping of the joint project as well.

I invited the FBI, and I believe that the CIA will virtually attend too.

Please let me know if you have any questions.

Thanks,
Stacia

14. Cardille then passes on conference details to recently-hired ex-FBI lawyer Jim Baker.

15. "I invited the FBI and the CIA virtually will attend too," Cardille says to Baker, casually adding: "No need for you to attend."



**Stacia Cardille**
Fwd: [inform] Info Ops Conference with Carnegie
To: Jim Baker

July 8, 2020 at 9:22 AM

Sunlight conference tomorrow. No need for you to attend. Carnegie is doing the heavy lift. I offered to assist Nick and Yoel, but there are no academic papers to review or anything. I was involved in the early scoping of the joint project as well.

I invited the FBI, and I believe that the CIA will virtually attend too.

Please let me know if you have any questions.

Thanks,
Stacia

16 . The government was in constant contact not just with Twitter but with virtually every major tech firm.

17. These included Facebook, Microsoft, Verizon, Reddit, even Pinterest, and many others.

18. One of the most common forums was a regular meeting of the multi-agency Foreign Influence Task Force (FITF), attended by spates of executives, FBI personnel, and – nearly always – one or two attendees marked "OGA."



**EC** Chan, Elvis M. (SF) (FBI)  August 14, 2020 at 7:58 AM
FITF Meeting with Twitter

███████████ (CD) (FBI)  & 39 more   Details

All - please forward to whomever you deem appropriate.

Agenda:

Russia Status

* IRA Update
* OGA Briefing
* APT28 Update
China Status

* PRC Update
* APT31 Briefing
Global Status

* Iran Update
* Venezuela Briefing
* North Korea Briefing
Planning for the Elections

* FBI Posture
* Your Posture

19. The FITF meeting agendas virtually always included, at or near the beginning, an "OGA briefing," usually about foreign matters (hold that thought).





**Chan, Elvis M. (SF) (FBI)**
FITF Meeting with Twitter

(CD) (FBI)   & 39 more

August 14, 2020 at 7:58 AM

Details

All - please forward to whomever you deem appropriate.

Agenda:

**Russia Status**

* IRA Update
* OGA Briefing
* APT28 Update
China Status

* PRC Update
* APT31 Briefing
Global Status

* Iran Update
* Venezuela Briefing
* North Korea Briefing
Planning for the Elections

* FBI Posture
* Your Posture



**Chan, Elvis M. (SF) (FBI)**   July 16, 2020 at 5:09 PM
Next FITF Meetings
To: Stacia Cardille,  Cc: ▇▇▇▇▇▇  Yoel Roth  & 1 more     Details

Hi Stacia,

I know it's bananas right now over there, but I'm wondering if we can get something on the calendar for the next round of FITF meetings. Here are the open dates/times which are left:

Tuesday, August 11, 10:30 am to 12 pm PDT
Wednesday, August 12, 10:30 am to 12 pm PDT
Thursday, August 13, 1:00 pm to 2:30 pm PDT
Friday, August 14, 1:00 pm to 2:30 pm PDT

The tentative agenda is as follows:

Russia Status
- IRA Update
- OGA briefing (Software & influence campaign against Ukraine)

China Status
- General PRC Update
- APT31 briefing
Global Status
- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections
- FBI Posture
- Your Posture
- Information sharing channels and methods

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent

20. Despite its official remit being "Foreign Influence," the FITF and the SF FBI office became conduit for mountains of domestic moderation requests, from state governments, even local police:



21. Many requests arrived via Teleporter, a one-way platform in which many communications were timed to vanish:

21. Many requests arrived via Teleporter, a one-way platform in which many communications were timed to vanish:



22. Especially as the election approached in 2020, the FITF/FBI overwhelmed Twitter with requests, sending spreadsheets with hundreds of accounts:







Begin forwarded message:

**From:** Stacia Cardille ▮▮▮▮▮▮ @twitter.com>
**Subject: FBI Report on Possible Violative Content**
**Date:** November 3, 2020 at 5:24:37 PM PST
**To:** ▮▮▮▮▮▮ @twitter.com>
**Cc:** US Elections Escalations ▮▮▮▮▮▮ @twitter.com>

The FBI San Francisco Emergency Operations Center sent us the attached report of 207 Tweets they believe may be in in violation of our policies.

Spreadsheet attached.

Thank you,
Stacia

23. Email after email came from the San Francisco office heading into the election, often adorned with an Excel attachment:



Hi Stacia,

Our FBI Baltimore identified these Twitter handles and tweets which appear to provide misleading information on time, place, or manner of voting in the upcoming elections. We believe these may violate your terms of service and wanted to bring them to your attention. We would appreciate any feedback you have regarding this matter. Thanks!

Regards,
Elvis

Tweets
09-24-...20.xlsx

24. There were so many government requests, Twitter employees had to improvise a system for prioritizing/triaging them:



**Stacia Cardille** — October 28, 2020 at 4:39 PM
**Prioritize Elections Escalations**
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ & 4 more    Details

Hi ▮▮▮▮▮▮▮ hope you are both well.

I want to reach out about election-related escalations. As you know, with the adoption of the Unified Escalation Tool and the deprecation of the go/electionsesclations, we have been sending all elections related requests directly to GETSupport for review.

We are having some issues with the backlog impacting our elections efforts. The folks on this email represent the D.C. Public Policy, Legal, and Comms teams working on elections. Generally we are the ones escalating the high priority content, whether it is high profile or coming directly from governmental partners. Specifically, PubPolicy and I escalate reports from the FBI, Department of Homeland Security, and state election officials, or the Election Integrity Project run by Alex Stamos. Comms escalates a lot of content tied to press inquiries about election issues.

Is there some way we can figure out an accommodation to prioritize the reports we escalate, particularly in light of the deprecation of go/electionsescalations? Although every #Tweep is valued, I believe it is likely that our reports are the most credible and most urgent -- at least for the next week.

Really appreciate any assistance or guidance you can provide.

Thanks,
Stacia

25. The FBI was clearly tailoring searches to Twitter's policies. FBI requests were almost always phrased as "possible terms of service violation" somewhere, even in the subject line:

**Chan, Elvis M. (SF) (FBI)**
**FW: Possible Terms of Service Violation - Twitter**

26. Twitter executives noticed the FBI appeared to be assigning personnel to look for Twitter violations.

27. "They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days," remarked Cardille.



28. Even ex-FBI lawyer Jim Baker agreed: "Odd that they are searching for violations of our policies."



29. Although so much of this activity was domestic, "Foreign meddling" had been the ostensible justification for expanded moderation since platforms like Twitter were dragged to the Hill by the Senate in 2017:

## The New York Times

# Tech Executives Are Contrite About Election Meddling, but Make Few Promises on Capitol Hill

30. Yet behind the scenes, Twitter executives struggled against government claims of foreign interference, on their platform and others:



31. The #TwitterFiles show execs under constant pressure to validate theories of foreign influence – and unable to find evidence for key assertions.

32. "Found no links to Russia," says one analyst, but suggests he could "brainstorm" to "find a stronger connection."

19. "Extremely tenuous circumstantial chance of being related," says another.

19. "No real matches using the info," says former Trust and Safety chief Yoel Roth in another case, noting some links were "clearly Russian," but another was a "house rental in South Carolina?"

No real matches using most of the info. The only thing that did turn up something was the IP addresses and accounts using multiple from the provided.

Even then, nothing looked particularly violative, some clearly Russian though, but also included an account for a house rental in South Carolina?

Yoel Roth not really anything worth taking out. But there are 2 personas linked to 2 clusters they might be interested in. Both appear to be Russian-like names. However, I wouldn't even call that a slam dunk since it was based on IP data and I think at least 1 of the returned accounts form the IP data doesn't at all look related.

37. In another case, Roth concludes a series of Venezuelan pro-Maduro accounts are unrelated to Russia's Internet Research Agency, because they're too high-volume:

Hey

Thanks for reaching out. A couple of things from a quick review of this data:

A few of the accounts whose tweets appear in your list are not IRA/Russia-linked. In Feb 2019, we re-released our IRA-linked datasets, excluding a number of accounts that were operated out of Venezuela. Those accounts were extremely high volume tweeters, generally using automation (in a way that was pretty uncharacteristic of a lot of the other IRA activity). We have very high confidence that they are not linked to the IRA, or to Russian activity in any form. The current official datasets you can download from us do not include these accounts in the RU archive, and instead include them in a Jan 2019 release of Venezuelan activity (titled "Venezuela (January 2019, set 2) - 764 accounts"). If you download the unhashed Venezuela release, you should be able to cross-reference and exclude.

Also, at least a couple of the tweets I spot-checked were deleted by the users themselves. When we first published our archives of Russian activity, we indicated that we excluded tweets deleted prior to the suspension of the account, amounting to a less than 1% decrease in the volume of tweets (as

best we were able to tell). We had to exclude them due to legal constraints. But, again, the volume there should be a very small part of the overall RU activity - if you see something different after excluding the Venezuelan accounts, let me know and I can dig back in.

Thanks,

Yoel

38. The Venezuelans "were *extremely* high-volume tweeters… pretty uncharacteristic of a lot of the other IRA activity," Roth says.

37. In a key email, news that the State Department is making a wobbly public assertion of Russian influence leads an exec – the same one with the "OGA" past - to make a damning admission:

38. "Due to a lack of technical evidence on our end, I've generally left it be, waiting for more evidence," he says. "Our window on that is closing, given that government partners are becoming more aggressive on attribution."



Re: Flag from the GEC       October 1, 2020 at 5:19 PM

To:       Cc: Yoel Roth,   integrity-io     Details

Yep. InfoBRICS is an entity that we've received previous notice on, though if recollection serves, government partners have never been so specific as to say that it was directly controlled by the GRU. BRICS is an inherently Russia-dominated economic organization, so it was always likely that a website and Twitter account designed to promote it would be directed by the Kremlin. Due to a lack of technical evidence on our end, I've generally left it be, waiting for more evidence. I think that our window on that is closing, given that government partners are becoming more aggressive on attribution and reporting on it. I'm going to go ahead with suspension and marking the domain as UNSAFE.

Rebel Inside was a new one for me too. Not even sure what the goal of the account could possibly be other than to highlight unrest in other areas of the world besides Russia. I've already suspended it and marked its domain as UNSAFE.

37. Translation: the "more aggressive" "government partners" had closed Twitter's "window" of independence.

38. "Other Government Agencies" ended up sharing intelligence through the FBI and FITF not just with Twitter, but with Yahoo!, Twitch, Clouldfare, LinkedIn, even Wikimedia:

21 April 2022

2022-29989

USA/Other:Other/Apple; USA/Other:Other/Google/Youtube;
USA/Other:Other/Facebook/Meta; USA/Other:Other/Twitter;
USA/Other:Other/Reddit; USA/Other:Other/Verizon Media/Yahoo;
USA/Other:Other/LinkedIn; USA/Other:Other/Wikimedia

**(U) Tearline:**

(U) The tearline must be used as-is; no changes to the
text/language are permitted.

-----------------------------------------------------------------

START OF TEXT

UNCLASSIFIED

(U) THIS INFORMATION IS PROVIDED ONLY FOR INTELLIGENCE PURPOSES IN AN
EFFORT TO DEVELOP POTENTIAL INVESTIGATIVE LEADS. IT CANNOT BE USED IN
CONNECTION WITH ANY FOREIGN OR DOMESTIC COURT PROCEEDINGS OR FOR
ANY OTHER LEGAL, JUDICIAL, OR ADMINISTRATIVE PURPOSES.

(U) We previously passed you information that highlighted, as part of Russian mogul Yevgeniy
Prigozhin's Internet Research Agency's (IRA) attempt to denigrate French President Emmanuel
Macron's campaign ahead of the late April 2022 presidential run-off election, IRA plans to
expose its own troll farms in Benin, Mali, and Senegal while alleging that Macron's campaign
was the entity responsible for their use and creation.

(U) We assess that the following links are also part of the IRA's effort to amplify the same
narratives:

- https://netafrique.net/fievre-electorale-en-france-reseau-africain-de-la-propagande/
- https://theworldnews.net/ml-news/les-habitants-du-senegal-et-du-mali-elisent-le-
  president-de-la-france-2022-par-hassana-diallo
- https://bamada.net/les-habitants-du-senegal-et-du-mali-elisent-le-president-de-la-france-
  2022-par-hassana-diallo
- https://senego.com/les-habitants-du-senegal-et-du-mali-elisent-le-president-de-la-france-
  2022-par-hassana-diallo_1411114.html
- https://news.piaafrica.com/senego-politique/les-habitants-du-senego-et-du-mali-elisent-
  le-president-de-la-france-2022-par-hassana-diallo/54fe9e8d69
- http://mali.niooz.fr/les-habitants-du-senegal-et-du-mali-elisent-le-president-de-la-france-
  2022-par-hassana-diallo-43320573.shtml

**MOOT_SMJN-64**

39. CIA whistleblower John Kiriakou believes these reports found in the #TwitterFiles are written by his former agency.

40. "Looks right on to me," Kiriakou says, noting that "what was cut off above [the "tearline"] was the originating CIA office and all the copied offices."

41. These reports are far more factually controversial than domestic counterparts.

42. One intel report lists accounts tied to "Ukraine 'neo-Nazi' Propaganda.'" This includes assertions that Joe Biden helped orchestrate a coup in 2014 and "put his son on the board of Burisma."





43. Another report asserts a list of accounts accusing the "Biden administration" of "corruption" in vaccine distribution are part of a Russian influence campaign:

> (U) We also assess with high confidence that the IRA was responsible in mid-February 2022 for producing and placing in media and social media information in multiple languages, to include French, English, and Spanish, on the following two narratives:
>
> • That Western Europeans in Africa were not acting in the best interests of the African nations, and specifically were involved in intimidation, coercion, and blackmail in the Sahara-Sahel zone, and were not interested in helping to fight terrorism in the Sahel.
>
> • The Biden Administration was selling better places in the COVID-19 vaccine queue to countries in Asia, Africa, and Latin America and therefore, U.S. corruption was influencing the distribution of COVID-19 vaccines.

44. Often intelligence comes in the form of brief reports, followed by long lists of accounts deemed to be pro-Maduro, pro-Cuba, pro-Russia, etc: This batch contained over 1000 accounts sentenced to the digital beyond:

**Batch 7**

These accounts were found to be linked to the Maduro (VEN) & Diaz-Canel (CUB) regimes **AND** propagating anti-Bolsonaro / pro-Lula Hashtags, but **HAVE NOT** been previously reported.



45. One report says a site "documenting purported rights abuses committed by Ukrainians" is directed by Russian agents:

**2022-21593**

```
USA/Other:Other/Apple; USA/Other:Other/Google/Youtube;
USA/Other:Other/Facebook; USA/Other:Other/Twitter;
USA/Other:Other/Reddit; USA/Other:Other/Verizon Media/Yahoo;
USA/Other:Other/LinkedIn; USA/Other:Other/Wikimedia;
USA/Other:Other/CloudFlare
```

**(U) Tearline:**

```
(U) The tearline must be used as-is; no changes to the
text/language are permitted.
```

```
----------------------------------------------------------------
```

```
START OF TEXT
```

```
UNCLASSIFIED
```

```
(U) THIS INFORMATION IS PROVIDED ONLY FOR INTELLIGENCE PURPOSES
IN AN EFFORT TO DEVELOP POTENTIAL INVESTIGATIVE LEADS. IT CANNOT
BE USED IN CONNECTION WITH ANY FOREIGN OR DOMESTIC COURT
PROCEEDINGS OR FOR ANY OTHER LEGAL, JUDICIAL, OR ADMINISTRATIVE
PURPOSES.
```

```
(U) We assess that The Tragedy of Donbas (donbasstragedy.info),
a website documenting purported human rights abuses committed by
Ukrainians since 2014, is directed by the Russian General Staff
Main Intelligence Directorate (GRU).
```

```
UNCLASSIFIED
```

```
END OF TEXT
```

46. Intel about the origin of these accounts might be true. But so might the information in them – about neo-Nazis, or rights abuses in Donbas, etc.

47. This is a difficult speech dilemma. Should the government be allowed to try to prevent Americans (and others) from seeing pro-Maduro or anti-Ukrainian accounts?

48. Often intel reports are just long lists of newspapers, tweets or YouTube videos guilty of "anti-Ukraine narratives":

https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/
https://twitter.com/

UNCLASSIFIED

END OF TEXT

--------------------------------------------------------------

**2 August 2022**

**2022-51095**

USA/Other:Other/Apple; USA/Other:Other/Google/Youtube;
USA/Other:Other/Meta; USA/Other:Other/Twitter;
USA/Other:Other/Reddit; USA/Other:Other/Verizon Media/Yahoo;
USA/Other:Other/LinkedIn; USA/Other:Other/Wikimedia

**(U) Tearline:**

(U) The tearline must be used as-is; no changes to the
text/language are permitted.

----------------------------------------------------------------

(U) Russian mogul Yevgeniy Prigozhin's Internet Research Agency
(IRA) was responsible for the following content, which
highlighted predominantly anti-Ukraine narratives, between April
and May 2022 at the following addresses on the specified
platforms:

YouTube: (U)

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

https://youtube.com/shorts/

Twitter: (U)

(U) The IRA was responsible for the following posts and likely controlled the underpinning account handles:

https://twitter.com/

https://twitter.com/

https://twitter.com/

https://twitter.com/

https://twitter.com/

https://twitter.com/

https://twitter.com/

https://twitter.com/

https://twitter.com/

49. Sometimes - not always -Twitter and YouTube blocked the accounts. But now we know for sure what Roth meant by "the Bureau (and by extension the IC)."



*Privileged and Confidential*

Hi team,

The questions we received are attached. I'm frankly perplexed by the requests here, which seem more like something we'd get from a congressional committee than the Bureau. There's a big discussion to be had about state-controlled media, which will be impacted by the label launch later this month — but I'm not particularly comfortable with the Bureau (and by extension the IC) demanding written answers here. What's your perspective on how best to navigate?

Thanks,

Yoel

50. The line between "misinformation" and "distorting propaganda" is thin. Are we comfortable with so many companies receiving so many reports from a "more aggressive" government?

51. The CIA declined to comment on the nature of its relationship to tech companies like Twitter. Watch @bariweiss, @shellenbergerMD, @lhfang, and this space for more, on issues ranging from Covid-19 to Twitter's relationship to congress, and more.

### Subscribe to Racket News

Tens of thousands of paid subscribers

Regular news and features by award-winning author and investigative reporter.



**EXHIBIT – 24**







Begin forwarded message:

**From:** Stacia Cardille ███████@twitter.com>
**Subject: FBI Report on Possible Violative Content**
**Date:** November 3, 2020 at 5:24:37 PM PST
**To:** ███████████@twitter.com>
**Cc:** US Elections Escalations ███████████@twitter.com>

The FBI San Francisco Emergency Operations Center sent us the attached report of 207 Tweets they believe may be in in violation of our policies.

Spreadsheet attached.

Thank you,
Stacia

**EXHIBIT - 25**

 **Matt Taibbi** ✔
@mtaibbi
                                                                ···

24. There were so many government requests, Twitter
employees had to improvise a system for
prioritizing/triaging them:



12:20 PM · Dec 24, 2022 · **496.1K** Views

**3,235** Retweets   **123** Quote Tweets   **14.4K** Likes



**EXHIBIT - 26**

 **Matt Taibbi** ✔
@mtaibbi

4.The files show the FBI acting as doorman to a vast program of social media surveillance and censorship, encompassing agencies across the federal government – from the State Department to the Pentagon to the CIA.

12:20 PM · Dec 24, 2022 · **2.3M** Views

**5,932** Retweets    **322** Quote Tweets    **25.9K** Likes

**EXHIBIT - 27**

 **Matt Taibbi** ✔
@mtaibbi

5.The operation is far bigger than the reported 80 members of the Foreign Influence Task Force (FITF), which also facilitates requests from a wide array of smaller actors - from local cops to media to state governments.

12:20 PM · Dec 24, 2022 · **961K** Views

**3,818** Retweets     **93** Quote Tweets     **20.3K** Likes



**EXHIBIT - 28**



**Matt Taibbi** ✔
@mtaibbi

6.Twitter had so much contact with so many agencies that executives lost track. Is today the DOD, and tomorrow the FBI? Is it the weekly call, or the monthly meeting? It was dizzying.

group. Will reply

PM

you + and

and

12:20 PM · Dec 24, 2022 · **880.6K** Views

**3,813** Retweets    **115** Quote Tweets    **19.5K** Likes

For DOD? No, that's a different group. Will reply to that in a second.

On Mon, May 11, 2020 at 2:12 PM                          > wrote:

Yoel, should the prep call be you +          and

Thanks!

Hope you're doing well!

Would it be possible for you to add          and          to the invite for the monthly USG/industry call?

Thanks!

Yoel

**EXHIBIT - 29**



**Elon Musk** ✓
@elonmusk

···

# US govt agency demanded suspension of 250k accounts, including journalists & Canadian officials!



6:42 PM · Jan 3, 2023 · **30.5M** Views

**44.1K** Retweets     **2,894** Quote Tweets     **149.7K** Likes

**EXHIBIT - 30**



**Matt Taibbi** ✓
@mtaibbi

···

25. Twitter was taking requests from every conceivable government body, beginning with the Senate Intel Committee (SSCI), which seemed to need reassurance Twitter was taking FBI direction. Execs rushed to tell "Team SSCI" they zapped five accounts on an FBI tip:



5:54 PM · Jan 3, 2023 · **856.2K** Views

**3,307** Retweets  **160** Quotes  **11.8K** Likes  **75** Bookmarks



Found in mbox Mailbox

**Stacia Cardille**
September 1, 2020 at 8:19 PM
Fwd: State backed info ops update

To: ███████████  Yoel Roth,  Cc: ███████████ Lauren Culbertson

Details

Hi ████ and Yoel, Senate Intel asked us this followup question regarding the FBI. Any concerns with confirming to them the tip came from the FBI?

Thanks,
Stacia

---------- Forwarded message ---------

████████████████████

Found in mbox Mailbox

**Yoel Roth**
September 1, 2020 at 10:10 PM
Re: State backed info ops update

To: Stacia Cardille,  Cc: ███████████ Yoel Roth, ███████████ & 1 more

Details

No concerns - and would actually encourage it. Let's give the FBI kudos where they've clearly earned them.

See More from Stacia Cardille

State backed info ops update

September 1, 2020 at 12:28 PM

To: ███████████████████████████████████ & 2 more          Details

Team SSCI,

We want to provide you a quick update. Today, we are suspending five Twitter accounts for platform manipulation that we can reliably attribute to Russian state actors.

The accounts purported to be associated with a website called PeaceData, which publishes a range of content about global political issues. At least some of the content published on the website was created by real people who appear to have contributed to PeaceData as freelancers.

The Tweets from the Russian-linked accounts were low quality and spammy, and most Tweets from these accounts received few, if any, Likes or Retweets. The accounts achieved little impact on Twitter and were identified and removed quickly.

Going forward, links to content from PeaceData's site will be blocked from being shared on our service.

In this instance, we worked closely with the FBI Foreign Influence Task Force and we appreciate their assistance. We will also update our repository of state-back information operations in the near future with these accounts.



Thank you, ███

You mentioned below that Twitter worked closely with the FITF on this. Did they provide the initial tip, or did Twitter discover these accounts some other way.

Regardless, well done.

███



**SC** **Stacia Cardille**                                    September 1, 2020 at 1:36 PM
Update on PeaceData Activity
To:  Chan, Elvis M. (SF) (FBI),  Cc: ▓▓▓▓▓▓  Yoel Roth  & 1 more          Details

Hi Elvis, we want to provide you a quick update. Today, we suspended five Twitter accounts for platform manipulation that we can reliably attribute to Russian state actors based on information we received from FITF.

As you know, the accounts purported to be associated with a website called PeaceData, which publishes a range of content about global political issues. At least some of the content published on the website was created by real people who appear to have contributed to PeaceData as freelancers.

The Tweets from the Russian-linked accounts were low quality and spammy, and most Tweets from these accounts received few, if any, Likes or Retweets. The accounts achieved little impact on Twitter.

Going forward, links to content from PeaceData's site will be blocked from being shared on our service.

We plan to publicly announce this and we informed the Intelligence Committees on the Hill that we worked closely with the FBI Foreign Influence Task Force and we appreciated your assistance.

Thank you,
Stacia

**EC** **Chan, Elvis M. (SF) (FBI)**                         September 1, 2020 at 1:38 PM
RE: [EXTERNAL EMAIL] -  [SOCIAL NETWORK] Update on PeaceData Activity
To:  Stacia Cardille,  Cc: ▓▓▓▓▓▓  Yoel Roth,  ▓▓▓▓▓▓          Details

**EXHIBIT - 31**



**Matt Taibbi** @mtaibbi

26. Requests arrived and were escalated from all over: from Treasury, the NSA, virtually every state, the HHS, from the FBI and DHS, and more:

**EXHIBIT - 32**



**Matt Taibbi** ✔
@mtaibbi

27.They also received an astonishing variety of requests from officials asking for individuals they didn't like to be banned. Here, the office for Democrat and House Intel Committee chief Adam Schiff asks Twitter to ban journalist Paul Sperry:





4:54 PM · Jan 3, 2023 · 5.9M Views

12.3K Retweets    2,178 Quote Tweets    33.9K Likes

**EXHIBIT - 33**

 **Elon Musk** ✔
@elonmusk

···

Concerning

 **Matt Taibbi** ✔ @mtaibbi · Mar 9

1. TWITTER FILES:
Statement to Congress
THE CENSORSHIP-INDUSTRIAL COMPLEX

Show this thread

week
ch might promote vaccine hesitancy
f individuals expressing vaccine hesitan
effects. This content is not clearly mis
e malinformation (exaggerated or misle
his bucket are often true posts which co
vidual countries banning certain vaccine
icle and posts about a Central NY schoo

12:04 PM · Mar 9, 2023 · **33.7M** Views

**32.3K** Retweets    **1,237** Quote Tweets    **141.4K** Likes

    ↻    ♡    

**MOOT_SMJN-96**



- True content which might promote vaccine hesitancy
  - Viral posts of individuals expressing vaccine hesitancy, or stories of true vaccine side effects. This content is not clearly mis or disinformation, but it may be malinformation (exaggerated or misleading). Also included in this bucket are often true posts which could fuel hesitancy, such as individual countries banning certain vaccines.
  - Ex: News article and posts about a Central NY school district closing

**EXHIBIT - 34**









**Matt Taibbi** ✔ @mtaibbi · 8h

4. Emails from the FBI, DHS and other agencies often came with spreadsheets of hundreds or thousands of account names for review. Often, these would be deleted soon after.

♡ 75      ⟲ 2,402      ♡ 9,028      📊 382.2K      ⬆

**Twitter folks,**

**Please see below list of Twitter accounts which we believe are violating your terms of service** by disseminating false information about the time, place, or manner of the upcoming elections.

Let us know if you decide to take any actions against these accounts based on our tipper to you. Also let us know if we need to issue a preservation letter as we intend to serve legal process for these accounts. Thanks for your consideration.

Regards, Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch

**From:** Stacia Cardille <scardille@twitter.com>
**Subject: FBI Report on Possible Violative Content**
**Date:** November 3, 2020 at 5:24:37 PM PST
**To:** GETSupport <getsupport@twitter.com>
**Cc:** US Elections Escalations <us-elections-escalations@twitter.com>

The FBI San Francisco Emergency Operations Center sent us the attached report of 207 Tweets they believe may be in in violation of our policies.

Spreadsheet attached.

Thank you,
Stacia

**From:** Stacia Cardille <scardille@twitter.com>
**Subject: FBI Report on Possible Violative Content**
**Date:** November 3, 2020 at 5:24:37 PM PST
**To:** GETSupport <getsupport@twitter.com>
**Cc:** US Elections Escalations <us-elections-escalations@twitter.com>

The FBI San Francisco Emergency Operations Center sent us the attached report of 207 Tweets they believe may be in in violation of our policies.

Spreadsheet attached.

Thank you,
Stacia

--
You received this message because you are subscribed to the Google Groups "US Elections Escalations" group.
To unsubscribe from this group and stop receiving emails from it, send an email to us-elections-escalations+unsubscribe@twitter.com.
To view this discussion on the web visit https://groups.google.com/a/twitter.com/d/msgid/us-elections-escalations/CAAC23WF2XZ7xE5%2BQRemaAhvN7q1BnVWevnQi2LQkMVOv_NhoA%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "Site Integrity" group.
To unsubscribe from this group and stop receiving emails from it, send an email to integrity+unsubscribe@twitter.com.
To view this discussion on the web visit https://groups.google.com/a/twitter.com/d/msgid/integrity/CAAC23WF2XZ7xE5%2BQRemaAhvN7q1BnVWevnQi2LQkMVOv_fthoA%40mail.g
mail.com.



*Twitter_Rel...xlsx*

**MOOT_SMJN-101**

**Matt Taibbi** ✔ @mtaibbi · 8h

5. Many were obvious "misinformation," like accounts urging people to vote the day after an election.

But other official "disinfo" reports had shakier reasoning. The highlighted Twitter analysis here disagrees with the FBI about accounts deemed a "proxy of Russian actors":



○ 60    ⇄ 1,567    ♡ 7,352    ⅰⅼⅰ 266K



**Social Network Analysis**

Hey folks,

I suspended 12 accounts of AR origin (873377) and 10 accounts of VE origin (873378) that were tweeting about "Ucrania" and "Nazis," and were clustered by identical event IPs and user agents and/or via Safetygraph.

After reviewing the Chalecos account, we're recommending to request an ID in order to obtain another signal about the actor behind the account. While the FBI asserts that the account is a proxy of Russian actors, we've found evidence that suggests it is linked to individuals in the Pirate Party in Catalonia and others on the left political spectrum. We also found that the Chalecos account has been, strangely, RTing its own content and then quickly deleting it, racking up more than 3k deleted Tweets since last week alone.

START OF TEXT

UNCLASSIFIED

(U) THIS INFORMATION IS PROVIDED ONLY FOR INTELLIGENCE PURPOSES IN AN EFFORT TO DEVELOP POTENTIAL INVESTIGATIVE LEADS. IT CANNOT BE USED IN CONNECTION WITH ANY FOREIGN OR DOMESTIC COURT PROCEEDINGS OR FOR ANY OTHER LEGAL, JUDICIAL, OR ADMINISTRATIVE PURPOSES.

(U) During routine monitoring of social media activity in South America between 23 February 2022 thru 25 February 2022, there was detected Coordinated Inauthentic Behavior (CIB) observed in the South American countries of Venezuela (VEN) and Cuba (CUB) attempting to politically influence English, Spanish, Russian and Ukrainian language Twitter users by using Twitter bot accounts to amplify narratives coinciding with the Russian military advancement in Ukraine.

(U) Attached are assessments that focus only on the CIB amplification of the Ukraine "neo-Nazi" propaganda campaign over the last 48hrs. Identified known or suspected bots linked to VEN/CUB are among the top influencers amplifying Ukraine "neo-Nazi" narratives. This referral focuses on the Top Influencers and known or suspected Twitter bots linked to VEN/CUB for a total of 205 Twitter profiles, which are broken out below.

(U) The following is a list of key findings assessed from reviewing the data collected:

- (U) 5.4K Tweets gathered and 6.7K Twitter profiles identified between 23 Feb - 25 Feb 2022.
- (U) Propaganda being amplified by **185 known or suspected Twitter bots** linked to Venezuela & Cuba:
  - ○ (U) Top Influencers: **@ChalecosAmarill, @vidabellav, @PedroNonductas, @CamilaPlomo, and @OtraVesIisdal**
- (U//FOUO) Top Influencer, **@vicktop55**, has been mentioned in 3.9K Tweets (roughly 24% of all Tweets mentioning "Ukraine"):
  - (U) Profile created on 28 Nov 2011 (over 11 years old)
  - (U) Profile location is listed as "Miélarus"
  - (U//FOUO) Backup profile (**@VickAtop551**) was created on 23 Feb 22 and is listed in @vicktop55's bio; likely a preparation for suspension /deactivation of the primary profile.
- (U) Narrative tweets amplified by the bots blame U.S. for "Nazification" of the Ukraine:
  - (U) "Biden is the architect of the 2014 ousting of a leader w 90% support using U.S backed Neo Nazis & then put his son on the board of Burisma."
  - (U) "A CIA coup in Ukraine happened which led to a Fascist neo-nazi regime being installed. This led to NATO troops with the potential of nuclear weapons being at the doorstep of Russia."
- (U) **Top Languages are English (78%) and Spanish (19%):**
  - (U) Western audiences may be primary target of propaganda; English is also most used language on Twitter (i.e., increased reach).
  - (U) Significant amount of Spanish content corroborates findings on Venezuela / Cuba amplification.









 **Matt Taibbi** ✔ @mtaibbi · 8h    ···

7. In some cases, state reports didn't even assert misinformation. Here, a list of YouTube videos is flagged for "anti-Ukraine narratives":

---

**2 August 2022**

**2022-51095**

USA/Other:Other/Apple; USA/Other:Other/Google/Youtube;
USA/Other:Other/Meta; USA/Other:Other/Twitter;
USA/Other:Other/Reddit; USA/Other:Other/Verizon Media/Yahoo;
USA/Other:Other/LinkedIn; USA/Other:Other/Wikimedia

**(U) Tearline:**

(U) The tearline must be used as-is; no changes to the
text/language are permitted.

------------------------------------------------------------------

(U) Russian mogul Yevgeniy Prigozhin's Internet Research Agency
(IRA) was responsible for the following content, which
highlighted predominantly anti-Ukraine narratives, between April
and May 2022 at the following addresses on the specified
platforms:

YouTube: (U)

https://youtube.com/shorts/erGA8O9Llmk

https://youtube.com/shorts/DVsJSNKCbsQ

---

🗨 77     �17 2,357     ♡ 8,587     ᐧ|ᐧ|ᐧ| 453.2K     ↥

← **Thread**

 **Matt Taibbi** ✔
@mtaibbi

8. But the bulk of censorship requests didn't come from government directly.

9:00 AM · Mar 9, 2023 · **196.1K** Views

**1,035** Retweets   **11** Quote Tweets   **6,143** Likes









**Matt Taibbi** ✔ @mtaibbi · 8h  ···

10. We came to think of this grouping – state agencies like DHS, FBI, or the Global Engagement Center (GEC), along with "NGOs that aren't academic" and an unexpectedly aggressive partner, commercial news media – as the Censorship-Industrial Complex.

💬 24    🔁 1,560    ♡ 7,124    📊 269.9K    ⬆





On Mon, Feb 10, 2020 at 8:48 PM Nick Pickles <​​​​​​​​​> wrote:
Hi all

Further to email convos, wanted to circulate a list of third parties that I am proposing we convene regularly for the remainder of 2020. (This is just my part of the puzzle - not intended to cover all communities, just those specialist researchers/NGOs who work on dis/misinformation and foreign interference.)

My suggestion would be to have the first one in February (later in the month) and to make it a regular monthly call.

Reminder: We're pitching this as office hours - a chance for a few trusted people to come together to talk about what they're seeing, what they're working on and anything they want to flag to us. We're going to ask it remains confidential

We will also use this as a place to brief people on some of the colour from our sunlight releases, similar to how we have a conference call after earnings.

I am also proposing these be the first people we give our "see something, say something" email alias to (TBC on a name/process.)

Grateful for feedback on the proposed names.

Thanks
Nick

| Claire Wardle | First Draft |
| Alina Polyakova | Center for European Policy Analysis |
| Graham Brookie | DFRLab |
| Laura Rosenberger / Bret Schafer | Alliance for Securing Democracy |
| Amy Studdart | International Republican Institute |
| Geysha Gonzalez | Atlantic Council |
| Renee DiResta / Alex Stamos | Stanford Internet Observatory |
| TBC | Brookings |
| William Wright | National Endowment for Democracy |
| Kip Wainscott | NDI |



**Matt Taibbi** ✔ @mtaibbi · 8h

12. Twitter execs weren't sure about Clemson's Media Forensics Lab ("too chummy with HPSCI"), and weren't keen on the Rand Corporation ("too close to USDOD"), but others were deemed just right.



**YR**  **Yoel Roth**  February 12, 2020 at 4:50 AM
Re: Group of experts/NGOs for regular disinfo call
To: Carlos Monje,  Cc: Nick Pickles,  Yoel Roth,  Kevin Kane   Details

I really like the idea of doing this. If nothing else, it streamlines some of the relationships that presently are just managed ad-hoc by different individuals, and creates a single touchpoint between those people/groups and Twitter.

Nick, your list covers a lot of the folks I talk to on a regular basis. Only addition I might suggest would be Data & Society - maybe danah, but possibly others in D&S as appropriate - they're doing lots of work around the Census, in addition to broader 2020 stuff.

I'd recommend *against* including the folks from Clemson. They're too chummy with HPSCI and have thrown us under the bus with overblown conclusions a few too many times. I get the keep your enemies close thing, but they just don't have the chops to back it up.

Yoel



On Tue, Feb 11, 2020 at 3:53 PM Carlos Monje <cmonje@twitter.com> wrote:
Love this.

Is this an alternative to Sudhir's plan?

Orgs to consider adding:  (with no pride if they don't fit for whatever reason)

1. Open Society Foundation https://www.opensocietyfoundations.org/who-we-are/staff/jonathan-e-kaplan; they have an emerging disinfo practice, but also looking for a $

2. R street Institute:  Conservative and serious, industry friendly  think tank in town.  https://www.rstreet.org/team/charles-duan/ is smart and reasonable

3. Charles Koch Institute: Conservative and libertarian think tank.  Very helpful on CDA230 issues.  https://www.libpfoundry.us/team/jesse-blumenthal/ is also brilliant.

4. We should not invite Rand, even though they are serious.  Too close to USDOD

5. Kevin may have additional suggestions from Clemson or USC.

6. New America.  https://www.newamerica.org/our-people/dipayan-ghosh/;  Don't know him personally. seems like a self-promoter.



**Matt Taibbi** @mtaibbi · 8h

13. NGOs ideally serve as a check on corporations and the government. Not long ago, most of these institutions viewed themselves that way. Now, intel officials, "researchers," and executives at firms like Twitter are effectively one team – or Signal group, as it were:

> Nick Pickles npickles@twitter.com
> Setting up a signal group
> October 19, 2020 at 12:34 PM
> Alina Polyakova ▉▉▉▉ cepa.org, Amy Studdart ▉▉▉▉, Ben Nimmo ▉▉▉▉ graphika.com, Bret Schafer ▉▉▉▉ securingdemocracy.org, Claire Wardle ▉▉▉▉ firstdraftnews.com, danah@▉▉▉▉, Graham Broo▉ ▉@atlanticcouncil.org, Geysha Gonzalez ▉▉▉▉ atlanticcouncil.org, Kip Wainscott ▉▉▉▉ ndi.org, Laura Rosenberger ▉▉▉@gmfus.org, Laura Rosenberger ▉▉▉▉ securingdemocracy.org, Moira Whelan ▉▉ndi.org, Renee DiResta ▉▉▉▉ com, Sara Egozi ▉▉▉▉, William Wright ▉▉▉▉ ne▉ Yoel Roth yoel@twitter.com
>
> Hi all
>
> Yoel and I thought it might be useful for us to have a signal group to keep in touch in the coming weeks.
>
> If you'd like to be added, please reply with the number you'd like me to add.
>
> We're also thinking about potentially having a check-in on either the 2nd or afternoon of the 3rd - let me know if you think that wo▉ be helpful.
>
> Thanks
>
> Nick

♡ 24    ⇄ 1,275    ♡ 5,960    �Il 171.3K    ⬆

**From:** Nick Pickles npickles@twitter.com
**Subject:** Setting up a signal group
**Date:** October 19, 2020 at 12:34 PM
**To:** Alina Polyakova ▉▉▉▉ cepa.org, Amy Studdart ▉▉▉▉, Ben Nimmo ▉▉▉▉ graphika.com, Bret Schafer ▉▉▉▉ securingdemocracy.org, Claire Wardle ▉▉▉▉ firstdraftnews.com, danah@▉▉▉▉, Graham Brookie ▉@atlanticcouncil.org, Geysha Gonzalez ▉▉▉▉ atlanticcouncil.org, Kip Wainscott ▉▉▉▉ ndi.org, Laura Rosenberger ▉▉▉@gmfus.org, Laura Rosenberger ▉▉▉▉ securingdemocracy.org, Moira Whelan ▉▉ndi.org, Renee DiResta ▉▉▉▉ com, Sara Egozi ▉▉▉▉, William Wright ▉▉▉▉ ned.org, Yoel Roth yoel@twitter.com

Hi all

Yoel and I thought it might be useful for us to have a signal group to keep in touch in the coming weeks.

If you'd like to be added, please reply with the number you'd like me to add.

We're also thinking about potentially having a check-in on either the 2nd or afternoon of the 3rd - let me know if you think that would be helpful.

Thanks

Nick

**MOOT_SMJN-110**





*Technical Advisors*

Throughout the preparation and planning process, the Commission engaged with a variety of individuals who have technical expertise and experience with the platforms. As Technical Advisors, their primary role was to be on-hand to provide commissioners with enhanced understanding of the issues it considered, and to provide advice as requested on potential solutions it might recommend. Technical Advisors were not compensated.

**danah boyd**
Partner Researcher at Microsoft Research

**Renée DiResta**
Technical Research Manager at Stanford Internet Observatory

**Joan Donovan**
Research Director at Harvard Kennedy School's Shorenstein Center on Media, Politics and Public Policy and Director of the Technology and Social Change Project

**Evelyn Douek**
Lecturer on Law and S.J.D. candidate at Harvard Law School, Associate Research Scholar at the Knight First Amendment Institute at Columbia University, and Affiliate at the Berkman Klein Center for Internet & Society

AD
73

---

## The Commissioners



**Marla Blow**
President & Chief Operating Officer
Skoll Foundation



**Katie Couric**
Journalist & Founder
Katie Couric Media



**Dr. Aaron D. Ford**
Nevada Attorney General



**Yasmin Green**
Director, Research & Development
Jigsaw



**Prince Harry, The Duke of Sussex**
Co-Founder
Archewell



**Will Hurd**
Former Congressman of Texas

### Context and Insights

*This report has been authored by the three co-chairs of the Aspen Institute's Commission on Information Disorder: Katie Couric, Chris Krebs, and Rashad Robinson. The commissioners contributed to the report throughout the process through research, deliberation and discussion, and collaborative working groups, which produced the draft recommendations. While the Commission had broad alignment on the insights and direction of the recommendations, commissioners were not required to fully endorse every recommendation and insight contained in the final report.*

**Emily Frye**
Director of Cyber Integration at MITRE

**Nathaniel Gleicher**
Head of Cybersecurity Policy at Facebook

**Deborah Raji**
Fellow at Mozilla

**Thomas Rid**
Professor of Strategic Studies at Johns Hopkins University

**Yoel Roth**
Head of Site Integrity at Twitter

**Alicia Wanless**
Director of the Partnership for Countering Influence Operations at the Carnegie Endowment for International Peace

**Clement Wolf**
Global Public Policy Lead for Information Integrity at Google



**Key Stakeholders**

- Government: Pass law — or empower independent agencies like the FTC — to mandate disclosure of data and provide legal safeguards that protect user privacy, respect platform integrity, and are in the public interest.

- Holding areas: New posts from influencers with repeat bad behavior should be placed in a holding area that allows for manual moderation and scrutiny, helping limit the potential for additional misinformation to spread quickly.
- Demonetization: Remove access to product features for violative behavior (e.g., posting, monetization or amplification).

accountability where they have fallen short already. Public sentiment underscores the disappointment and frustration with tech companies' failure in this area, with roughly half of U.S. adults indicating that the government should take steps to restrict false information, even if it means losing some freedom to access and publish content.[59]









**Matt Taibbi** @mtaibbi · 8h

19. The same agencies (FBI, DHS/CISA, GEC) invite the same "experts" (Thomas Rid, Alex Stamos), funded by the same foundations (Newmark, Omidyar, Knight) trailed by the same reporters (Margaret Sullivan, Molly McKew, Brandy Zadrozny) seemingly to every conference, every panel.

Following the 2020 elections, the US Cybersecurity Infrastructure Security Agency—then headed by Chris Krebs—released a statement that the 2020 election was "the most secure in American history." While voting machines, ballot counters, and mail-in ballot infrastructure were protected for that election, a war continues to be waged today in the cyber domain relating to elections. Misinformation and disinformation, spread through social media, influence public discourse and mobilize groups to dangerous and violent ends. As we approach the 2022 midterms, what is the best way forward to ensure a secure and fair election?

**Stanford | Cyber Policy Center**
Freeman Spogli Institute and Stanford Law School

The Cyber Policy Center is a joint initiative of the Freeman Spogli Institute for International Studies and Stanford Law School.

**THE TRUST PROBLEM:** What is the role of the U.S. government in facilitating consensus and reducing polarization at home?

- Moderator: Renée DiResta
- Speakers: Ben Ginsberg, Larry Diamond, Nicole Wong, Rashad Robinson

💬 67    🔁 1,734    ♡ 6,616    📊 253.7K    ↑



**Stanford | Cyber Policy Center**
Freeman Spogli Institute and Stanford Law School

The Cyber Policy Center is a joint initiative of the Freeman Spogli Institute for International Studies and Stanford Law School.

**THE TRUST PROBLEM:** What is the role of the U.S. government in facilitating consensus and reducing polarization at home?

- Moderator: Renée DiResta
- Speakers: Ben Ginsberg, Larry Diamond, Nicole Wong, Rashad Robinson



**Matt Taibbi** ✔ @mtaibbi · 8h                          ···

20. The #TwitterFiles show the principals of this incestuous self-appointed truth squad moving from law enforcement/intelligence to the private sector and back, claiming a special right to do what they say is bad practice for everyone else: be fact-checked only by themselves.

💬 54          ⇄ 2,001          ♡ 7,376          📊 255.6K          ⬆



**Matt Taibbi** @mtaibbi · 8h

21.While Twitter sometimes pushed back on technical analyses from NGOs about who is and isn't a "bot," on subject matter questions like vaccines or elections they instantly defer to sites like Politifact, funded by the same names that fund the NGOs: Koch, Newmark, Knight.



**Moe** 07:04:23

<!here> we just got a report from the FBI concerning 2 tweets, 1. 1314479095401521154 related to the "shredding" of mail in ballot's, this is proven to be false via this: {https://www.politifact.com/factchecks/2020/oct/08/blog-posting/social-posters-spread-election-mis information about/} we just got a report from the FBI concerning 2 tweets, 1.

- Stand Together Fellowships, from the Charles Koch Institute
  ◦ Accelerating the careers of emerging journalists through the yearlong Poynter-Koch Media and Journalism Fellowship.
- Craig Newmark Philanthropies
  ◦ Elevating discourse and fact-based expression while battling disinformation and bias at The Craig Newmark Center for Ethics and Leadership
- Gannett Foundation
  ◦ Transforming the careers of hundreds of women in news media and tech through the Poynter Leadership Academy for Women in Media
- Gill Foundation
  ◦ Providing unrestricted support to make good journalism better
- Institute for War and Peace Reporting
  ◦ Expanding fact-checking training worldwide with the International Fact-Checking Network, serving more than 20 countries including Tunisia, Chile, Sri Lanka, North Macedonia, Bulgaria, Fiji, Pakistan and Myanmar.
- John S. and James L. Knight Foundation
  ◦ Providing local newsrooms with transformational change consulting
- Lumina Foundation
  ◦ Helping journalists tell more impactful stories through topical training
- John D. and Catherine T. MacArthur Foundation
  ◦ Teaching journalists how to improve jails and policing coverage
- Newton & Rochelle Becker Charitable Trust
  ◦ Supporting journalistic excellence in a democratic society
- Rays Baseball Foundation
  ◦ Providing sponsorship support at our annual gala for innovative programs that strengthen reporting
- TEGNA Foundation
  ◦ Providing access and resources to our high school journalism programs
- The Washington Post
  ◦ Training journalists of color working in digital media to thrive, professionally and personally, through the Leadership Academy for Diversity in Media

**MOOT_SMJN-118**







**Matt Taibbi** ✓ @mtaibbi · 9h                                    · · ·

23. Well, you say, so what? Why shouldn't civil society organizations and reporters work together to boycott "misinformation"? Isn't that not just an exercise of free speech, but a particularly enlightened form of it?

💬 32          ⇄ 968          ♡ 5,066          �﹒ıl﹒ 125K          ⬆





| | |
|---|---|
| RAND Corporation | $1,209,100,000 |
| Center for a New American Security (CNAS) | $8,946,000 |
| Atlantic Council | $8,697,000 |
| New America Foundation | $7,283,828 |
| German Marshall Fund of the United States | $6,599,999 |
| CSIS | $5,040,000 |
| Council on Foreign Relations | $2,590,000 |
| Brookings Institution | $2,485,000 |
| Heritage Foundation | $1,375,000 |
| Stimson Center | $1,343,753 |

**Table 2:** Top 10 Think Tanks by Amount Received from the U.S. Government and Defense Contractors







**Matt Taibbi** ✔ @mtaibbi · Mar 9
Replying to @mtaibbi

26. Perhaps the ultimate example of the absolute fusion of state, corporate, and civil society organizations is the Stanford Internet Observatory (SIO), whose "Election Integrity Partnership" is among the most voluminous "flaggers" in the #TwitterFiles:

ofile tweets on that narrative flagged by
nnislennox/status/1324032411508842
chlapp/status/1324072437676466176
nieroe23/status/132401134299138048
ranSchuling/status/13240637984252423
obystarbuck/status/1324783531139235
eNewsHQ/status/1324026958242631680
om/coreyfuimaono/status/132410359303
om/mschlapp/status/1324072437676764
om/jamieroe23/status/1324011342991:
om/RyanSchuling/status/132406379842
om/robbystarbuck/status/132478353113
m/LifeNewsHQ/status/1324026958242
om/coreyfuimaono/status/12410359930



**Jake Novak**
@jakejakemy

Some or all of the content shared in this Tweet is disputed and might be misleading about an election or other civic process. Learn more

BREAKING NEWS: Several Queens Village (NY) residents are receiving pre-filled out ballots for Joe Biden and being told to just send them back to the Board of Elections. This is blatantly ILLEGAL.



**James Alexander** 19:51:40

re:Elections: EIP on Queens Villages Ballot Allegations if we decide it's in violation please poke ycetin to take action on the Periscope account (Yalcin feel free to review independently obviously if you have time)

replies to thread:

Thursday, October 29th 2020 19.56.12 by Marcus Lee
I have gone ahead to add a misinfo label to the tweet.
{https://mobile.twitter.com/jakejakemy/status/1321900543451799559}

Some higher-profile tweets on that narrative flagged by EIP:
://twitter.com/dennislennox/status/1324032411508842498>
://twitter.com/mschlapp/status/1324072437676466176>
://twitter.com/jamieroe23/status/1324011342991380481>
://twitter.com/RyanSchuiling/status/1324063798425243649>
://twitter.com/robbystarbuck/status/1324783531139235841>
://twitter.com/LifeNewsHQ/status/1324026958242631680>
{https://twitter.com/coreyfuimaono/status/1324103593071239168} |
<https://twitter.com/mschlapp/status/1324072437676466176>
<https://twitter.com/jamieroe23/status/1324011342991380481>
<https://twitter.com/RyanSchuiling/status/1324063798425243649>
<https://twitter.com/robbystarbuck/status/1324783531139235841>
<https://twitter.com/LifeNewsHQ/status/1324026958242631680>
<https://twitter.com/coreyfuimaono/status/1324103593071239168>



**Matt Taibbi** ✔ @mtaibbi · Mar 9                              •••

27. After public uproar "paused" the Orwellian "Disinformation
Governance Board" of the DHS in early 2020, Stanford created the EIP to
"fill the gaps" legally, as director Alex Stamos explains here (h/t
Foundation for Freedom Online).



youtube.com
StamosEIP

💬 50        ⇄ 1,759        ♡ 7,566        �archart 201.7K        ⬆



**Matt Taibbi** ✔ @mtaibbi · Mar 9 ···

28. EIP research manager Renee DiResta boasted that while filling "gaps," the EIP succeeded in getting "tech partners" Google, TikTok, Facebook and Twitter to take action on "35% of the URLS flagged" under "remove, reduce, or inform" policies.



youtube.com
DiRestaEIP

💬 40    ⟲ 1,683    ♡ 7,196    �ᵢₗᵢ 191.4K    ⬆



**Matt Taibbi** ✓ @mtaibbi · Mar 9

29.  According to the EIP's own data, it succeeded in getting nearly 22 million tweets labeled in the runup to the 2020 vote.

ated tweet data included 5,888
ectly, 1,094,115 tweets and retw
478 from keyword searches,

💬 45    🔁 1,826    ♡ 7,468    📊 193.3K    ⬆

In total, our incident-related tweet data included 5,888,771 tweets and retweets from ticket status IDs directly, 1,094,115 tweets and retweets collected first from ticket URLs, and 14,914,478 from keyword searches, for a total of 21,897,364 tweets.



**Matt Graydon** 16:39:43

This is a very long and legal-heavy video, but essentially it claims that PA election workers opened the inner envelopes on ballots before election day and called people to correct their ballots prior to election day. According to CIS (escalated via EIP), the video misrepresents 1) PA law, 2) the PA Supreme Court decision, and 3) the affidavits shown in the video (details in the thread). Thoughts on how to handle this one?
{https://twitter.com/tracybeanz/status/1326981600689602561?s=19}



**Matt Taibbi** ✓ @mtaibbi · Mar 9

31. After the 2020 election, when EIP was renamed the Virality Project, the Stanford lab was on-boarded to Twitter's JIRA ticketing system, absorbing this government proxy into Twitter infrastructure – with a capability of taking in an incredible 50 million tweets a day.

💬 84      🔁 2,010      ♥ 8,284      📊 274.2K



**From:** Chase Small
**Subject:** Re: Vaccine Project SIO <> Twitter Team
**Date:** February 22, 2021 at 1:48 PM
**To:** Yoel Roth yoel@twitter.com, Brian Clarke
**Cc:** Renee DiResta                    Isabella Garcia-Camargo

Hello Twitter team,

We are excited to have you as an external partner for the Virality Project. The Virality Project's partner onboarding manual can be found here. This document includes all onboarding and usage instructions for our VP Jira surface.

Brian and Joe, please finish signing up for your Jira account using the link in the email you should have received from jira@viralityproject.atlassian.net or by visiting this online portal. Let me know if you have any troubles with this.

Yoel, your Jira credentials are the same as from the EIP. Please be aware of the new VP Online Portal and email tips@viralityproject.atlassian.net for submitting tips.

The onboarding manual is a living document, so please comment directly if you find anything is confusing. We also have this short demo video that covers the same information. Once you are able to log onto our system, feel free to create a couple of test tickets and we will have our analysts respond so you can get a feel for the notification flow here.

Thanks again for all your collaboration thus far, and please let me know if you have any questions here. Excited to get everyone onboard!

Warmly,

Chase Small



**Re: Confidential: Invitation to apply for Twitter's new COVID-19 stream endpoint**

**Date:** Mon, 13 Apr 2020 13:26:53 -0700 (13/04/20 22:26:53)
**From:** Yoel Roth
**To:** Yoel Roth
**Cc:** Alex Stamos                    Renee DiResta

And now a follow-up beyond the boilerplate our comms people asked me to send: We would LOVE to partner closely on anything in the IO universe that you find using this data. That can go through our usual engagement channels. Mostly, the API team just wanted to make clear they can't provide technical support.

On Mon, Apr 13, 2020 at 1:25 PM Yoel Roth                    wrote:
> Hi Alex and Renee,
>
> Twitter will soon be launching a new endpoint to support the study of Coronavirus: a new, full-fidelity stream of Tweets related to COVID-19, delivered in real-time, for free. I'm reaching out because we would like to invite you to apply for access to this endpoint in advance of our public release.
>
> Before getting into more of the details below, I ask that you **please refrain from sharing this email**, and to keep all of this information private until our public announcement (targeted for later this week).
>
> In short, we're releasing a new, free endpoint in *Twitter Developer Labs* that delivers **the full-fidelity, real-time public Tweets about COVID-19.** We know that our standard API has limitations that make it difficult to adequately study this topic due to its volume. This new stream will include all Tweets related to COVID-19 as classified by our *Tweet annotations*. We intend to publish the keywords and hashtags of the Tweet annotation powering the COVID-19 topic, so you have transparency into the contents of the stream and can supplement as needed.
>
> **We're reaching out to select researchers that we believe may be in the best position to effectively use the vast scale of this data.** The public conversation related to COVID-19 has produced upwards of *50 million Tweets per day*. We recognize that only some researchers have the computational resources necessary to work with this volume of data. While we're not currently in a position to partner or closely collaborate with you beyond providing access to this data, once the product is launched and your application is approved you can get started straight away.



- **Standard vaccine misinformation on your platform**
  - The default: posts on your platform spreading clearly false spearing vaccine misinformation that we believe violate your policies
- **Known repeat offenders**
  - False or misleading posts from the accounts of well-known repeat offenders, such as Robert F. Kennedy, Jr or Sherri Tenpenny. This is a large volume of content that is almost always reportable.
  - Ex: RFK posts that 4,000 vaccine adverse reactions were reported to CDC in one week
- **True content which might promote vaccine hesitancy**
  - Viral posts of individuals expressing vaccine hesitancy, or stories of true vaccine side effects. This content is not clearly mis or disinformation, but it may be malinformation (exaggerated or misleading). Also included in this bucket are often true posts which could fuel hesitancy, such as individual countries banning certain vaccines.
  - Ex: News article and posts about a Central NY school district closing after many school staff sick with COVID-19 vaccine side effects
  - Ex: conversation around recent celebrity deaths after vaccine. Often this content is unverifiable (cause of death is unclear), but spreads quickly and drives conversations about hesitancy more than non-



**Matt Taibbi** ✔ @mtaibbi · Mar 9                                        •••

33.  This is the Censorship-Industrial Complex at its essence: a
bureaucracy willing to sacrifice factual truth in service of broader
narrative objectives. It's the opposite of what a free press does.

💬 58          ⇄ 2,348          ♡ 8,100          ፟ 181K          ⬆️



**Matt Taibbi** ✓ @mtaibbi · Mar 9                                   ···

34. Profiles portray DiResta as a warrior against Russian bots and misinformation, but reporters never inquire about work with DARPA, GEC, and other agencies. In the video below from @MikeBenzCyber, Stamos introduces her as having "worked for the CIA":



youtube.com
CIA Renee

💬 40      ↻ 1,083      ♡ 4,835      ⬝ılı 124.8K      ⬆



**Forbes**

Renée DiResta, the technical research manager at Stanford Internet Observatory, summarized what the rest of us were observing on social media on Tuesday:

> Renee DiResta ✔
> @noUpside
>
> Oh, Damar Hamlin is trending. Maybe there's some health update.
>
> Oh…it's paidchecks tweeting ab how he's actually dead, there's a "body double" & his fam is "in on it."
>
> These kinds of rumors can get pretty bad for the targets, but Community Notes will no doubt clarify things.
>
> 9:06 AM · Jan 24, 2023 · 3,018 Views



**'What Will You Sacrifice for the Truth?' Maria Ressa Discusses Disinformation and Social Platforms With Prince Harry and Renée DiResta**



**Entrepreneur**   Sign In   Subscribe   🔍



# Renee DiResta

Co-Founder and Head of Marketing at Haven

Renee DiResta is a co-founder and head of marketing at Haven, a trade technology company that is transforming global commerce by taking logistics beyond human scale. She is an angel investor, adviser and author of *The Hardware Startup: Building Your Product, Business, and Brand.*

**Opinion | Here's how Russia will attack the 2020 election. We're still not ready.**





**Matt Taibbi** ✔ @mtaibbi · Mar 9                                    · · ·

36. This, ultimately, is the most serious problem with the Censorship-Industrial Complex.

Packaged as a bulwark against lies and falsehood, it is itself often a major source of disinformation, with American taxpayers funding their own estrangement from reality.

💬 74          ⇄ 2,027          ♡ 7,007          ᰍ 258.9K          ⬆









**Matt Taibbi** ✔ @mtaibbi · Mar 9   ···

38.  Told he was put on the Hamilton list of suspected "Russian influence" accounts, Bishop was puzzled.

"Nonsense. I'm supporting Ukraine," he said.

💬 13     🔁 811     ♡ 4,298     ᠁ 97.8K     ⬆



















**Matt Taibbi** ✔ @mtaibbi · Mar 9 ···

42. Though at least one reporter for a major American paper was at a meeting in September, 2018 when New Knowledge planned the bizarre bot-and-smear campaign, the story didn't break until December, two days after DiResta gave a report on Russian interference to the Senate.

💬 10          ↻ 971          ♡ 4,526          ⬛ 107.6K          ⬆







**Matt Taibbi** ✔ @mtaibbi · Mar 9

44. Twitter told this to reporters who asked about the story contemporaneously. Moreover, after the story broke, Twitter's Roth wrote:

"There have been other instances in which domestic actors created fake accounts... some are fairly prominent in progressive circles."



**Yoel Roth**    December 21, 2018 at 1:35 PM
Re: Alabama follow up
To: _____    Cc: Yoel Roth,   Nick Pickles,   Carlos Monje   & 3 more    Details

Hey all,

Nothing additional to add on our end. FB shared an account they received from Tony, but it didn't clearly line up with anything we could identify - and on review of MotiveAI and related entities, I'm not finding anything we'd take action on here. I think this is really a FB story.

FWIW, though, there have definitely been other instances in which domestic actors have created fake accounts to spread political information, and we've enforced against those under our policies. We shouldn't comment on specific individuals, I think, but some are fairly prominent figures in progressive circles.

See More from _____



**Matt Taibbi** ✔ @mtaibbi · Mar 9 · · ·

45. Roth added, "We shouldn't comment." Repeatedly in the #TwitterFiles, when Twitter learned the truth about scandals like Project Birmingham, they said nothing, like banks that were silent about mortgage fraud.

Reporters also kept quiet, protecting fellow "stakeholders."

💬 28      🔁 1,184      ♡ 5,099      📊 127.4K      ⬆️



Renée DiResta, who knows some of the people
involved in the project, claims the main intent
was to test tactics. "My understanding was that
they were going to investigate to what extent
they could grow audiences for Facebook pages
using sensational news." she told the *Times*. She



"I know there were people who believed the Democrats needed to fight fire with fire," Ms. DiResta said, adding that she disagreed. "It was absolutely chatter going around the party."



**Matt Taibbi** ✓ **@mtaibbi · Mar 9**

48.  The incident underscored the extreme danger of the Censorship-Industrial Complex. Without real oversight mechanisms, there is nothing to prevent these super-empowered information vanguards from bending the truth for their own ends.

💬 27          ⟲ 1,167          ♡ 5,177          𝖎𝖑𝖎 132.1K          ⬆



**Matt Taibbi** ✔ @mtaibbi · Mar 9 · · ·

49. By way of proof, no major press organization has re-examined the bold claims DiResta/New Knowledge made to the Senate – e.g. that Russian ads "reached 126 million people" in 2016 – while covering up the Hamilton and Alabama frauds. If the CIC deems it, lies stay hidden.

💬 27      🔁 1,088      ♡ 5,083      ili 141.8K      ⬆️

 **Matt Taibbi** ✔ @mtaibbi · Mar 9 · · ·

50. In the digital age, this sprawling new information-control bureaucracy is an eerie sequel to the dangers Dwight Eisenhower warned about in his farewell address, when he said:

"The potential for the disastrous rise of misplaced power exists."


youtube.com
Eisenhower Farewell Address – Military Industrial ...
Eisenhower Farewell Address – Military Industrial Complex

💬 94   🔁 1,744   ♡ 6,962   📊 234.5K   ⬆️

**EXHIBIT - 35**



**Glenn Greenwald** ✓ @ggreenwald · Dec 27, 2022

For the crime of reporting that the US Security State agencies are heavily involved in Big Tech's censorship regime, and for confessing that he found this deeply disturbing, liberals have spent a full week saying that @mtaibbi has mental health problems and needs therapy.

> **Matt Taibbi** ✓
> @mtaibbi                                                      ...
>
> ## 16.The government was in constant contact not just with Twitter but with virtually every major tech firm.
>
> 2:20 PM · Dec 24, 2022
>
> **4.8M** Views    **6,286** Retweets    **370** Quote Tweets    **26.1K** Likes
>
> ○            ⭢            ♡            ⬆
>
> Tweet your reply                                          Reply
>
> **Matt Taibbi** ✓ @mtaibbi · Dec 24                         ...
> Replying to @mtaibbi
> 17.  These included Facebook, Microsoft, Verizon, Reddit, even Pinterest, and many others. Industry players also held regular meetings without government.
>
> ⅲ 1.4M    ○ 271    ⭢ 4,925    ♡ 20.6K    ⬆

○ 1,266    ⭢ 8,128    ♡ 38.7K    ⅲ 8.8M    ⬆

**Elon Musk** ✓                                                ...
@elonmusk

Replying to @ggreenwald and @mtaibbi

Most people don't appreciate the significance of the point Matt was making:

*Every* social media company is engaged in heavy censorship, with significant involvement of and, at times, explicit direction of the government.

Google frequently makes links disappear, for example.

9:19 AM · Dec 27, 2022 · **8.4M** Views

**25.8K** Retweets    **1,434** Quote Tweets    **121.8K** Likes

○            ⭢            ♡            ⬆

**MOOT_SMJN-149**

**EXHIBIT - 36**



**kanekoa.substack.com** ✔ @KanekoaTheGreat · Mar 9                                    •••

Rep. Mike Johnson says the federal government used Twitter to censor American's speech:

"Twitter was basically an FBI subsidiary before @elonmusk took it over... The Twitter files should be a matter of bipartisan concern for every member of Congress and every American citizen... Show more



▶  1.1M views                                              0:00 / 1:36  🔊  ⤢

💬 579          ⟲ 7,253          ♡ 34.4K          📊 3.2M          ⬆️



**Elon Musk** ✔                                                           •••
@elonmusk

Replying to @KanekoaTheGreat

True

12:22 PM · Mar 9, 2023 · **1.8M** Views

**1,969** Retweets    **38** Quote Tweets    **25.8K** Likes

💬              ⟲              ♡              ⬆️

**MOOT_SMJN-151**

**EXHIBIT - 37**

**Michael Shellenberger** ✓ @ShellenbergerMD · Mar 9 · · ·

EXPOSED: America's Secret Censorship-Industrial Complex

U.S. government officials, agencies, and contractors are violating the First
Amendment

My testimony to Congress



public.substack.com
EXPOSED: America's Secret Censorship-Industrial Complex
U.S. government officials, agencies, and contractors are violating the
First Amendment

💬 714      ⟲ 10.2K      ♡ 30.8K      ᴤ 2.2M      ⤒

**Michael Shellenberger** ✓ @ShellenbergerMD · Mar 9 · · ·

Over the last three months, a small group of us have, thanks to the Twitter
Files, exposed the ways in which social media platforms have, under
pressure from U.S. government agencies, censored ordinary Americans
and spread disinformation.

💬 244      ⟲ 2,701      ♡ 18K      ᴤ 339.9K      ⤒

**Elon Musk** ✓                                                         · · ·
@elonmusk

Replying to @ShellenbergerMD

Great work! This is *actually* important for the health of our democracy.

3:37 PM · Mar 9, 2023 · **352.4K** Views

**2,792** Retweets    **62** Quote Tweets    **24.3K** Likes

💬            ⟲            ♡            ⤒

**MOOT_SMJN-153**

**EXHIBIT - 38**



**Mike Solana** ✔ 🐦 @micsolana · Dec 2, 2022

not to be dramatic or anything but holy shit

> 🐦 **Matt Taibbi** ✔ @mtaibbi · Dec 2, 2022
>
> 8. By 2020, requests from connected actors to delete tweets were routine. One executive would write to another: "More to review from the Biden team." The reply would come back: "Handled."
>
> Show this thread
>
> On Sat, Oct 24, 2020 at 5:39 PM          @twitter.com> wrote:
>
> More to review from the Biden team:
>
> https://twitter.com/jared87983561/status/1320159679700373504
> https://twitter.com/let3481/status/1320154175481626624
> https://twitter.com/JSJX_2/status/1320152593742614529
> https://twitter.com/ozwenya/status/1320151083692388352
> https://twitter.com/GuySquiggs/status/1320149308625145856
>
> Thanks all.
>
> On Sat, Oct 24, 2020 at 8:28 PM          twitter.com> wrote:
>
> handled these.

○ 1,496          ↻ 12.2K          ♡ 74.6K          ılıl          ⬆

**Elon Musk** ✔ @elonmusk · Dec 2, 2022

Replying to @micsolana

"Handled" 🔥🔥🔥

○ 12.4K          ↻ 19.4K          ♡ 210.9K          ılıl          ⬆

**Elon Musk** ✔
@elonmusk

Replying to @elonmusk and @micsolana

If this isn't a violation of the Constitution's First Amendment, what is?

8:24 PM · Dec 2, 2022

**19.2K** Retweets          **2,026** Quote Tweets          **114.9K** Likes

○          ↻          ♡          ⬆

**MOOT_SMJN-155**

**EXHIBIT - 39**

Mike Solana @micsolana · Dec 2, 2022

not to be dramatic or anything but holy shit

> Matt Taibbi @mtaibbi · Dec 2, 2022
> 8. By 2020, requests from connected actors to delete tweets were
> routine. One executive would write to another: "More to review from
> the Biden team." The reply would come back: "Handled."
>
> Show this thread
>
> On Sat, Oct 24, 2020 at 5:39 PM          @twitter.com> wrote:
>
> More to review from the Biden team:
>
> https://twitter.com/jared87983561/status/1320159679700373504
> https://twitter.com/let3481/status/1320154175481626624
> https://twitter.com/JSJX_2/status/1320152593742614529
> https://twitter.com/ozwenya/status/1320151083692388352
> https://twitter.com/GuySquiggs/status/1320149308625145856
>
> Thanks all.
>
> On Sat, Oct 24, 2020 at 8:28 PM          )twitter.com> wrote:
>
> handled these.

○ 1,496        �retweet 12.2K        ♡ 74.6K        ılı        ⤴

Elon Musk @elonmusk · Dec 2, 2022        ···
Replying to @micsolana
"Handled" 🔥🔥🔥

○ 12.4K        �recycle 19.4K        ♡ 210.9K        ılı        ⤴

Elon Musk @elonmusk · Dec 2, 2022        ···
Replying to @elonmusk and @micsolana
If this isn't a violation of the Constitution's First Amendment, what is?

○ 9,441        �recycle 21.3K        ♡ 114.9K        ılı        ⤴

Hodgetwins @hodgetwins · Dec 2, 2022        ···
Replying to @elonmusk and @micsolana
It 💯% is, collusion between govt. and big tech to violate the First
Amendment

○ 1,404        �recycle 6,052        ♡ 55.1K        ılı        ⤴

Elon Musk        ···
@elonmusk

Replying to @hodgetwins and @micsolana

Twitter acting by itself to suppress free speech is not a 1st amendment
violation, but acting under orders from the government to suppress free
speech, with no judicial review, is

8:36 PM · Dec 2, 2022

**48.5K** Retweets    **4,538** Quote Tweets    **208.7K** Likes

○        �recycle        ♡        ⤴

**MOOT_SMJN-157**

**EXHIBIT – 40**



**EXHIBIT - 41**



**EXHIBIT – 42**



**EXHIBIT – 43**



**EXHIBIT – 44**



**Tom Fitton** ✔ @TomFitton · Dec 9, 2022 · · ·

Breaking: @ElonMusk @Twitter Files show Twitter activist employees, without basis, suppressed and censored the President of the United States, @realDonaldTrump in the days before the 2020 election. This is damning evidence of election interference.

🗨 4,682          ↺ 28.1K          ♡ 133.4K          �archivii          ⬆

**Elon Musk** ✔          · · ·
@elonmusk

Replying to @TomFitton @Twitter and @realDonaldTrump

Unequivocally true. The evidence is clear and voluminous.

10:00 PM · Dec 9, 2022

**20.4K** Retweets     **753** Quote Tweets     **146.8K** Likes

🗨          ↺          ♡          ⬆

**EXHIBIT – 45**



**Elon Musk** ✔
@elonmusk

···

Twitter is both a social media company and a crime scene

2:56 PM · Dec 10, 2022

**93.2K** Retweets    **8,493** Quote Tweets    **683.4K** Likes

**EXHIBIT – 46**



**EXHIBIT – 47**



**Matt Taibbi** ✔
@mtaibbi

···

25.The Twitter exec writes she explicitly asked if there were "impediments" to the sharing of classified information "with industry." The answer? "FBI was adamant no impediments to sharing exist."

5:00 PM · Dec 16, 2022 · **2M** Views

**5,068** Retweets    **187** Quotes    **27.8K** Likes    **70** Bookmarks

**EXHIBIT – 48**



**Matt Taibbi** ✔
@mtaibbi

···

27."They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days," remarked Cardille.

> **SC**  **Stacia Cardille**          November 3, 2020 at 5:45 PM
> Re: FBI Report on Possible Violative Content
> To:  Jim Baker
>
> ────────────────────────────────
>
> They have some folks in the Baltimore field office and at HQ that are just doing keyword searches for violations. This is probably the 10th request I have dealt with in the last 5 days, but I never typically include a huge distribution on it because there wasn't really a need for this kind of visibility. Let me know if you have any other questions.
>
> Thanks,
> Stacia

1:20 PM · Dec 24, 2022 · **3.7M** Views

**2,728** Retweets    **112** Quotes    **14K** Likes    **53** Bookmarks

**EXHIBIT – 49**



**David Zweig**
@davidzweig

···

8. When the Biden admin took over, one of their first meeting requests with Twitter executives was on Covid. The focus was on "anti-vaxxer accounts." Especially Alex Berenson:

**Biden**
- One of the first meeting requests from the Biden White House was about COVID misinformation. Per regular process, Public Policy took the meeting. Biden's staff focused on vaccines and high-profile anti-vaxxer accounts, including Alex Berenson.

10:26 AM · Dec 26, 2022 · **2M** Views

**7,791** Retweets   **459** Quotes   **35.2K** Likes   **142** Bookmarks

**EXHIBIT - 50**

MOOT_SMJN-178

 **David Zweig**
@davidzweig

···

10. Berenson sued (and then settled with) Twitter. In the legal process Twitter was compelled to release certain internal communications, which showed direct White House pressure on the company to take action on Berenson.

alexberenson.substack.com/p/jesse-jackso...



Channel: dm-▓▓▓▓▓ --▓▓▓▓

Channel Type: Slack Channel Private

Start Date: 2021-04-22 13:14:03 UTC End date: 2021-04-22 13:20:21 UTC

▓▓▓▓▓▓▓▓ at 2021-04-22 13:14:03

How was WH:crossed_fingers::skin-tone-3:!?

▓▓▓▓▓▓ at 2021-04-22 13:15:59

Overall, pretty good! they had one really tough question about why Alex Berenson hasn't been kicked off from the platform; otherwise their questions were pointed but fair - and mercifully we had answers.

▓▓▓▓▓ at 2021-04-22 13:16:28

10:29 AM · Dec 26, 2022 · **2M** Views

**6,445** Retweets     **244** Quotes     **32.1K** Likes     **112** Bookmarks

**EXHIBIT - 51**



**David Zweig**
@davidzweig

•••

11. A December 2022 summary of meetings with the White House by Lauren Culbertson, Twitter's Head of U.S. Public Policy, adds new evidence of the White House's pressure campaign, and cements that it repeatedly attempted to directly influence the platform.

10:31 AM · Dec 26, 2022 · **1.4M** Views

**4,642** Retweets    **107** Quotes    **27.1K** Likes    **44** Bookmarks

**EXHIBIT - 52**



**David Zweig**
@davidzweig

· · ·

12. Culbertson wrote that the Biden team was "very angry" that Twitter had not been more aggressive in deplatforming multiple accounts. They wanted Twitter to do more.

- The Biden team was not satisfied with Twitter's enforcement approach as they wanted Twitter to do more and to de-platform several accounts. Because of this dissatisfaction, we were asked to join several other calls. They were very angry in nature.
- Here's a presentation the Twitter team used.

10:32 AM · Dec 26, 2022 · **3.3M** Views

**6,313** Retweets    **449** Quotes    **29.9K** Likes    **121** Bookmarks

**EXHIBIT - 53**

 **Bari Weiss**
@bariweiss

• • •

16. She does just that: "as an fyi, Safety has assessed the DJT Tweet above and determined that there is no violation of our policies at this time."



2:23 PM · Dec 12, 2022

**4,368** Retweets   **94** Quotes   **24.6K** Likes   **62** Bookmarks

**EXHIBIT - 54**



**Bari Weiss**
@bariweiss

• • •

15. "I also am not seeing clear or coded incitement in the DJT tweet," wrote Anika Navaroli, a Twitter policy official. "I'll respond in the elections channel and say that our team has assessed and found no vios"—or violations—"for the DJT one."



**Anika Navaroli** 07:33:20
I also am not seeing clear or coded incitement in the DJT tweet



**Anika Navaroli** 07:34:08
I'll respond in the elections channel and say that our team has assessed and found no vios for the DJT one

07:40:38
Flagging that Yoel is {https://twitter.slack.com/archives/G01J5F71DV0/p1610120352063000} | looking for an assessment of the DJT Tweet in the HP DC crisis channel.

2:19 PM · Dec 12, 2022

**4,695** Retweets   **179** Quotes   **25.4K** Likes   **71** Bookmarks

**EXHIBIT - 55**

 **Bari Weiss**
@bariweiss

18. Next, Twitter's safety team decides that Trump's 7:44 am ET tweet is also not in violation. They are unequivocal: "it's a clear no vio. It's just to say he's not attending the inauguration"



2:23 PM · Dec 12, 2022

**4,449** Retweets    **136** Quotes    **25K** Likes    **67** Bookmarks

**EXHIBIT - 56**



**Bari Weiss**
@bariweiss

···

12. But the Twitter staff assigned to evaluate tweets quickly concluded that Trump had *not* violated Twitter's policies."I think we'd have a hard time saying this is incitement," wrote one staffer.

2:17 PM · Dec 12, 2022

**5,918** Retweets   **260** Quotes   **30.7K** Likes   **106** Bookmarks

**EXHIBIT - 57**

**Bari Weiss**
@bariweiss

14. Another staffer agreed: "Don't see the incitement angle here."



2:18 PM · Dec 12, 2022

**4,886** Retweets    **147** Quotes    **26.6K** Likes    **74** Bookmarks

**EXHIBIT - 58**



**Bari Weiss**
@bariweiss

13. "It's pretty clear he's saying the 'American Patriots' are the ones who voted for him and not the terrorists (we can call them that, right?) from Wednesday."

2:17 PM · Dec 12, 2022

**3,935** Retweets    **79** Quotes    **24.6K** Likes    **51** Bookmarks

**EXHIBIT - 59**

 **jack's**
@jack

There's a lot of conversation around the #TwitterFiles. Here's my take, and thoughts on how to fix the issues identified.

I'll start with the principles I've come to believe...based on everything I've learned and experienced through my past actions as a Twitter co-founder and lead:

1. Social media must be resilient to corporate and government control.
2. Only the original author may remove content they produce.
3. Moderation is best implemented by algorithmic choice.

The Twitter when I led it and the Twitter of today do not meet any of these principles. This is my fault alone, as I completely gave up pushing for them when an activist entered our stock in 2020. I no longer had hope of achieving any of it as a public company with no defense mechanisms (lack of dual-class shares being a key one). I planned my exit at that moment knowing I was no longer right for the company.

The biggest mistake I made was continuing to invest in building *tools for us to manage* the public conversation, versus building *tools for the people* using Twitter to easily manage it for themselves. This burdened the company with too much power, and opened us to significant outside pressure (such as advertising budgets). I generally think companies have become far too powerful, and that became completely clear to me with our suspension of Trump's account. As I've said before, we did the right thing for the public company business at the time, but the wrong thing for the internet and society. Much more about this here:

**EXHIBIT – 60**

MOOT_SMJN-198

THIS PAGE INTENTIONALLY BLANK

**Excerpts from Michael Shellenberger Prepared Testimony**

**March 9, 2023 Hearing on the Twitter Files**

**Select Subcommittee on the Weaponization of the Federal Government**

https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/shellenberger-testimony.pdf

p. 22: Pressure from the FBI on Twitter had been growing. "We have seen a sustained (If uncoordinated) effort by the IC [intelligence community] to push us to share more information and change our API policies," complained a senior Twitter executive. "They are probing and pushing everywhere they can (including by whispering to congressional staff)."[74]

p. 29-30: What's more, government and nongovernmental censors work together to threaten to revoke the Section 230 protections of social media, on the one hand, and demand censorship on the other. Sometimes they boast that the tech firms only caved thanks to the "huge regulatory stakes" for not censoring.[100]

p. 34: In January 2017, DHS quietly expanded its mission from cybersecurity to cybercensorship by arguing that "misinformation" is a "cyberattack" on US critical infrastructure. On January 6th, 2017, in his final act as Director of DHS, Jeh Johnson declared elections "critical infrastructure." The concept of critical infrastructure went from physical things like satellites and

---

[74] Carlos Monje, Jr., email to Yoel Roth, "OGA Query," Jan 2, 2020, cited by Michael Shellenberger (@ShellenbergerMD), "19. Pressure had been growing," Twitter post, Dec 19, 2022, 11:16 am, https://twitter.com/ShellenbergerMD/status/1604888429816209409

[100] FFOSourceClips, "EIP - Bragging That They Pushed The Envelope On Censorship Policies; Threat Of Regulation," Rumble, Oct 2022, video, 2:18, https://rumble.com/v1lzhvyeip-bragging-that-they-pushed-the-envelope-on-censorship-policies-threat-of.html

**MOOT_SMJN-200**

dams and federal buildings to events like elections or public health campaigns. This allowed DHS to deem tweets about vaccine safety and mail-in ballots that it deemed "misinformation," or simply "misleading," as justification for censorship, specifically asking social media companies to remove users, remove posts, or prevent their spread. DHS defined "misinformation" as an election security risk, a threat to national security, and an attack on democracy.

p. 37:  On June 23, 2020, there was a formal meeting between CISA to formally set up the EIP initiative to stop misinformation for election security. "The legal framework under which DHS – and CISA particularly – drew their jurisdiction was that whenever any US citizen posted what DHS considered 'misinformation' online it was now considered a 'cyber attack' against US critical infrastructure."[117] EIP leader Alex Stamos says EIP's purpose was "to try to fill the gap of the things that the government could not do themselves" because the government "lacked both kinda the funding and the legal authorizations."[118]

p. 38: Social media companies, DHS, and EIP organizations worked on a realtime chat app, Jira Service Desk, to coordinate censorship. The EIP reports that it censored 22 million tweets with "misinformation" labels; collecting 859 million tweets collected in databases for analysis; 120 analysts monitoring social media "misinformation" in up to 20-hour shifts; 15 tech platforms monitored for "misinformation" often in real-time;

---

[117] Mike Benz, "DHS Censorship Agency Had Strange First Mission: Banning Speech That Casts Doubt On 'Red Mirage, Blue Shift' Election Events," Foundation for Freedom Online, Nov 9, 2022, https://report.foundationforfreedomonline.com/11-9-22.html.

[118] FFOSourceClips, "EIP and CISA - Unclear Legal Authorities," Rumble video, accessed Mar. 6, 2023, https://rumble.com/v1kp8r9-eip-and-cisa-unclear-legal-authorities.html.

Excerpts from March 9, 2023 Hearing on the Twitter Files
Select Subcommittee on the Weaponization of the Federal Government
https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-
federal-government-twitter-files                                                    2

**MOOT_SMJN-201**

p. 39: By classifying entire political narratives as misinformation, and automatically flagging individual US citizens' posts supporting a banned post as de facto misinformation, EIP was able to classify hundreds of millions of social media posts (across 15 social media platforms) in a five months span between June and November 2020 (and then again later similarly for COVID) because they had backend access to the Election Integrity and Intelligence Sharing and Analysis Center (EI-ISAC), the domestic disinformation switchboard that was created so that DHS would be able to have instant access to censorship decisionmakers

p. 45: All of these censorship demands were occurring against a backdrop of the White House and Congress regularly threatening to revoke Section 230 of the Communications Decency Act, which indemnifies social media platforms from liability for content posted by users. The social media platforms consider the possible repeal of Section 230 an existential threat. Without the Act, they could not exist in their current form.

p. 50: It has been widely reported that Musk hand-selected me to report on the Twitter Files; that is not true. Bari Weiss invited me to join her team of reporters. When we met for the first time, Musk told me he did not know who I was. We were given broad access to internal emails and direct messages and found no evidence anything was kept from us. As for my journalistic independence, I will simply note that I am one of the few journalists in America to have criticized Musk's statements on energy, both in Mother Jones magazine and in my 2020 book, Apocalypse Never. Whatever else one might think of Musk, his decision to make transparent the inner workings of one of the world's most important social media platforms is unprecedented and allowed the public to understand the operations of the censorship industrial complex.

Excerpts from March 9, 2023 Hearing on the Twitter Files
Select Subcommittee on the Weaponization of the Federal Government
https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-federal-government-twitter-files                    3

**MOOT_SMJN-202**

# EXHIBIT - 61

**Matt Taibi:** https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/taibbi-testimony.pdf

**TAIBBI PREPARED TESTIMONY**

p. 2: The original promise of the Internet was that it might democratize the exchange of information globally. A free internet would overwhelm all attempts to control information flow, its very existence a threat to anti-democratic forms of government everywhere. What we found in the Files was a sweeping effort to reverse that promise and use machine learning and other tools to turn the internet into an instrument of censorship and social control. Unfortunately, our own government appears to be playing a lead role.

p. 2-3: We learned Twitter, Facebook, Google, and other companies developed a formal system for taking in moderation "requests" from every corner of government: the FBI, DHS, HHS, DOD, the Global Engagement Center at State, even the CIA. For every government agency scanning Twitter, there were perhaps 20 quasi-private entities doing the same, including Stanford's Election Integrity Project, Newsguard, the Global Disinformation Index, and others, many taxpayer-funded.  A focus of this growing network is making lists of people whose opinions, beliefs, associations, or sympathies are deemed to be misinformation, disinformation, or malinformation. The latter term is just a euphemism for "true but inconvenient."
Plain and simple, the making of such lists is a form of digital McCarthyism.
Ordinary Americans are not just being reported to Twitter for "deamplification" or de-platforming, but to firms like PayPal, digital advertisers like Xandr, and crowdfunding sites like

Excerpts from March 9, 2023 Hearing on the Twitter Files
Select Subcommittee on the Weaponization of the Federal Government
https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-federal-government-twitter-files                7

**MOOT_SMJN-204**

GoFundMe. These companies can and do refuse service to law-abiding people and businesses whose only crime is falling afoul of a faceless, unaccountable, algorithmic judge.

**MOOT_SMJN-205**

**EXHIBIT – 62**

THIS PAGE INTENTIONALLY BLANK

**Excerpts from Video Record of Hearing Testimony**

**March 9, 2023 Hearing on the Twitter Files**

**Select Subcommittee on the Weaponization of the Federal Government**

https://judiciary.house.gov/committee-activity/hearings/hearing-weaponization-federal-government-twitter-files

(52:10) Michael Shellenberger: Very quickly we discovered that we had FBI agents basically, and other government officials you know demanding that Twitter takes certain actions.

(1:38:00) Congresswoman Hageman: Do you believe it's the FBI's responsibility to police the terms of service for a private company?

(1:38:05) Matt Taibbi: I do not.

(1:39:29) Matt Taibbi: There was a significant quantity of people who had come from the intelligence world, or who had worked at state agencies.  In fact that was a very common method by which members, people who were currently working in government would reach out to Twitter.  For instance we found an email by a current State Department official who reached out to a former State Department official asking that 14 ordinary Americans have their accounts deleted.

**MOOT_SMJN-208**

**EXHIBIT – 63**

**HEARING BEFORE THE UNITED STATES HOUSE OF REPRESENTATIVES**
COMMITTEE ON THE JUDICIARY
Select Subcommittee on the Weaponization of the Federal Government
March 30, 2023

Testimony of D. John Sauer

**SUMMARY STATEMENT**

Mr. Chairman, Members of the Subcommittee:

Imagine a world where White House officials email the New York Times' editorial board when the paper runs a story criticizing the President, abusing them in profane language and demanding that they immediately pull the offending story from their website—while the President and his spokespeople publicly threaten devastating legal consequences if they don't comply.

Imagine a world where the FBI meets regularly with all major booksellers in the United States and sends them, each month, an encrypted list of the books that the FBI wants them to pull from their shelves and burn—and the booksellers comply by burning at least half of those books.

Imagine a world where a federal national-security agency teams up with a major research university to establish a mass-surveillance program of ordinary Americans' political thoughts and opinions, using swarms of analysts and cutting-edge technology to monitor hundreds of millions of domestic communications in real time—and covertly censoring millions of them.

These three scenarios do not come from a hypothetical dystopian future. The first two are very similar to what federal officials are doing with social-media platforms *now*. And the third is *not hypothetical at all*—that mass-surveillance and censorship program started operating in 2020.

Last July, the Plaintiffs in *Louisiana and Missouri v. Biden* received limited discovery of communications about misinformation and censorship between federal officials and social-media platforms. What we obtained was astonishing, staggering—and horrifying.

A veritable army of federal officials pressures, threatens, coerces, colludes with, demands, and deceives social-media platforms to censor online speech. Even worse, federal officials collaborate with private entities and social-media platforms on mass-surveillance and mass-censorship projects targeting the speech of ordinary American citizens.

Our evidence shows White House officials badgering social-media platforms in private to censor speech that contradicts the White House's preferred narratives, while the President publicly accuses them of "killing people" by not censoring ordinary Americans' speech, and the President's spokespeople raise the specter of crippling legal consequences if they don't comply. These demands for censorship come, according to a Deputy Assistant to the President, from "the highest (and I mean highest) levels of the White House." One major platform responds to White House demands by assuring them, "we hear your call to do more," and scrambling to understand and carry out "what the White House expects of us on misinformation going forward."

1

**Exhibit 1**

**MOOT_SMJN-210**

Our evidence shows federal officials routinely "flagging" social-media posts by ordinary Americans for censorship. It shows federal officials orchestrating elaborate plots of deception to dupe platforms into censoring disfavored speech. It shows federal officials engaging in seemingly endless meetings with the content-moderation officials of major platforms to discuss "disinformation" and censorship. It shows federal officials setting up privileged avenues of communication with platforms and serving as privileged "fact-checkers" with effective authority to dictate what Americans can and cannot say on social media. And it shows federal officials relentlessly pressuring social-media platforms by threatening them with ruinous legal consequences if they do not increase censorship of disfavored speakers and viewpoints.

Truth is not the goal of this federal "Censorship Enterprise." The censors have been proven wrong again and again, including on politically seismic issues—such as the origins of COVID-19, the Hunter Biden laptop story, the efficacy of lockdowns, COVID "breakthrough" infections, and natural immunity, among many others. Each time the censors are proven wrong, the censorship continues unabashed—and expands. That is because now, as at every other time in history, the goal of censorship is not promoting truth, but obtaining, preserving, and expanding political power.

Mass censorship is not necessary to protect Americans' lives, security, or democracy. Systematically violating the most basic civil right of millions of Americans—our right to freedom of speech—does not make Americans safer or healthier. Federal censorship stifles the voices of ordinary Americans and places the "modern public square" in elite control. And freedom of speech does not harm people. On the contrary, *censorship* inflicts lasting harm on Americans by distorting and impeding the quest for truth in a free marketplace of ideas.

The Supreme Court has described social media as "the modern public square." *Packingham v. North Carolina*, 137 S. Ct. 1730, 1737 (2017). For years, federal officials have perpetrated a hostile takeover of this "modern public square." This hostile takeover has largely succeeded. Congress should take swift action to restore freedom to the most pivotal sector of political and social expression—social media.

I welcome the Subcommittee's questions.

**Exhibit 1**

**MOOT_SMJN-211**

## BIOGRAPHICAL STATEMENT

D. John Sauer is the Founder and Principal of the James Otis Law Group, LLC. He serves as a Special Assistant Attorney General for the Louisiana Department of Justice under Attorney General Jeff Landry, where he acts as litigation counsel in the case *Louisiana, Missouri, et al. v. Biden et al.*, No. 3:22-cv-01213-TAD (W.D. La.). He served for six years as the Solicitor General of Missouri in the Missouri Attorney General's Office, and for five years as an Assistant U.S. Attorney in the Eastern District of Missouri. Mr. Sauer has argued in the U.S. Supreme Court and handled litigation and appeals in cases across the country. He is a Rhodes Scholar and a *magna cum laude* graduate of Harvard Law School. During October Term 2005, he served as a law clerk to Justice Antonin Scalia of the U.S. Supreme Court.

## WRITTEN TESTIMONY

My name is D. John Sauer. I am a Special Assistant Attorney General for the Louisiana Department of Justice under Attorney General Jeff Landry, and I previously served as the Solicitor General of Missouri under then-Attorney General, now U.S. Senator, Eric S. Schmitt. I am testifying here today in my personal capacity.

Since May 5, 2022, I have served as litigation counsel in *Louisiana, Missouri, et al. v. Biden, at al.*, No. 3:22-cv-01213-TAD-KDM ("*Louisiana v. Biden*"), pending in the U.S. District Court for the Western District of Louisiana. In that case, on July 12, 2022, the Court authorized expedited preliminary-injunction-related discovery, allowing Plaintiffs discovery into the communications between a limited number of federal officials and social-media platforms relating to "disinformation, misinformation, malinformation, or any form of censorship or suppression of online speech." *Id.* Doc. 34, at 10.

What we discovered was astonishing, staggering—and horrifying. A veritable army of federal officials pressures, threatens, coerces, cajoles, colludes, demands, and deceives social-media platforms to induce them to censor online speech that the federal officials disfavor. The speech targeted for censorship focuses heavily on disfavored *viewpoints—i.e.*, thoughts and opinions that contradict federal officials' preferred narratives. Even worse, federal officials collaborate with academics, think tanks, and platforms on mass-surveillance and mass-censorship projects targeting ordinary American citizens. DHS Secretary Mayorkas aptly described federal efforts to combat so-called "misinformation" as occurring "across the federal enterprise." The scope of this federal "Censorship Enterprise" is enormous. Moreover, it combines the three most offensive species of First Amendment violations—prior restraints, suppressing core political speech, and invidious viewpoint discrimination.

Our litigation team recently summarized many key points of the evidence obtained so far in a set of Proposed Findings of Fact that we submitted to the Court in the Western District of Louisiana as Doc. 214-1. These contain 360 pages of proposed factual findings organized into 1,442 numbered paragraphs, supported by citations and quotations of the evidence in the record before the Court—all of which evidence is publicly filed, with limited redactions, in the Court's docket in Case No. 3:22-cv-01213-TAD-KDM (W.D. La.) (attached as Exhibit 1). Anyone who

**Exhibit 1**

wishes can review that evidence and judge for him or herself whether my characterizations or conclusions are accurate.

I divide my written testimony into two sections. First, I summarize key points from the evidence that Plaintiffs have obtained in *Louisiana v. Biden*. Second, I offer my own high-level observations on this evidence. In both sections, I speak only on my own behalf, not on behalf of my clients or co-counsel in the *Louisiana v. Biden* matter.

### I. The *Louisiana v. Biden* Evidence Reveals a Sprawling Federal Censorship Enterprise.

The *Louisiana v. Biden* evidence reveals an enormous, sprawling federal "Censorship Enterprise," which includes dozens of federal officials, numerous federal agencies, and virtually all major social-media platforms. *See* Ex. 1.

### A. Censorship by the Numbers.

The scope of this federal "Censorship Enterprise" is enormous. Some numbers put this in perspective. In response to third-party subpoenas directing them to identify the federal officials who communicate with them about misinformation and censorship, Twitter disclosed *84 officials*, *see* Exhibit 2, and Facebook disclosed *45 officials*—and the latter list is likely underinclusive. When ordered to produce their communications with social-media platforms about misinformation and censorship, a handful of federal agencies handed over *20,500* pages of documents. The evidence indicates that at least *twenty* White House officials are or were involved in such communications—and probably more. FBI Agent Elvis Chan testified that the FBI alone sends encrypted lists of social-media accounts, URLS, etc.—sometimes containing *hundreds* of accounts and URLs in each list—to platforms for censorship "*one to five times per month*." No less than *eight* FBI agents in the San Francisco office alone are involved in federal censorship activities. The "Election Integrity Partnership" (EIP)—a censorship consortium of academics, think thanks, federal and state government officials, and social-media platforms—boasts that it surveilled *859 million* Tweets, and tracked *21,897,364* Tweets on "tickets" as "misinformation," in 2020 alone. Again, that is *one* social-media platform in *one* election cycle—and the EIP deals with many platforms and appears to be active in *every* cycle. When a CISA official reported supposed "misinformation" to platforms near midnight on a Friday night in 2020, the platform responded in *one minute*. The "Virality Project"—a mass-surveillance and censorship operation conducted by the same group as the EIP—boasts that it tracked content with about *6.7 million* engagements on social media per week, or over *200 million* over the Project's seven months.

These numbers are likely just the tip of the iceberg. We have obtained only limited discovery to date. We have received very limited written discovery from the White House, and none yet from some of the worst censorship actors. We have received very limited discovery from social-media platforms, consisting mostly of lists of names of federal officials who communicate with them about misinformation and censorship. We have received no *internal* communications from any federal agencies—only their *external* communications with social-media platforms. And we have received no internal communications from the platforms, other than what is publicly disclosed through other channels. Further, we have received no discovery yet from the non-profits that collaborate with federal officials, state officials, and social-media platforms on censorship—

**Exhibit 1**

**MOOT_SMJN-213**

such as the Stanford Internet Observatory, the University of Washington's Center for an Informed Public, Graphika, the Atlantic Council's DFRLab, and the Center for Internet Security.   If what we have seen so far is any indication, there is much, much more to be uncovered.

### B.      The White House's Pressure Campaign to Censor COVID-Related Speech.

From the very first days of the Biden Administration, the White House ran an aggressive pressure campaign against social-media platforms to control public communications about COVID-19 vaccines.   This pressure campaign had two prongs—*first*, continuous, incessant pressure from senior White House staffers like Andy Slavitt and Rob Flaherty in private communications with platforms; and *second*, coordinated public pressure campaigns conducted by (among others) Jennifer Psaki, Kate Bedingfield, Surgeon General Murthy, and President Biden himself.   *See* Ex. 1, ¶¶ 31-211.   These covert and public pressure campaigns appear coordinated— *i.e.*, when the White House was not getting everything it wanted through private demands, it resorted to public pressure.   The result of this campaign was to overcome the platforms' internal resistance and cow the social-media platforms into subservience to White House demands for censorship of speech on matters of enormous public concern—including speech that does not clearly violate platforms' content-moderation policies.   Within months, the White House had the platforms scrambling for approval and ratcheting up their censorship of Americans' speech to assuage the White House's incessant demands.

Rob Flaherty spearheads this campaign with a relentless chain of emails, meetings, and communications pressuring the platforms to engage in greater censorship of COVID-related speech.   *Id.*   Flaherty continuously badgers platforms for more detailed information about their censorship practices.   *See, e.g., id.* ¶¶ 43-45, 50, 54, 66-68, 74, 84-85, 112-113, 175.   White House officials ask platforms for reports on specific censorship issues.   *See, e.g., id.* ¶¶ 85-86 (asking for and receiving "a 24 hour report-back" on misinformation about the Johnson & Johnson vaccine); 87, 107 (Flaherty to YouTube, "We'll look out for the top trends that you've seen in terms of misinformation around the vaccine.").   White House officials make very specific demands about how to increase censorship of disfavored speech.   *Id.* ¶¶ 118-121 (demanding that Facebook monitor private events and deplatform the "Disinformation Dozen").

The White House pressures the platforms with accusations and belligerent language.   *See id.* ¶ 55 ("You are hiding the ball."); ¶ 58 ("This would all be a lot easier if you would just be straight with us."); ¶¶ 69-70, 77 ("Really couldn't care less about … the product safari"); ¶ 99 (snapping, after not receiving a response on the censorship of Tucker Carlson quickly enough, "These questions weren't rhetorical."); ¶ 126 ("Not to sound like a broken record…."); ¶ 130 ("Hard to take any of this seriously…."); ¶¶ 134-136 ("I don't know why you guys can't figure this out"); ¶ 173 (Flaherty accusing YouTube of providing misleading information); ¶ 178 ("not even sure what to say at this point"); ¶ 186 ("Total Calvinball.").   This includes one particularly profane attack by Rob Flaherty against Facebook: "Are you guys f**king serious? I want an answer on what happened here and I want it today."   *Id.* ¶ 139.   Flaherty accuses Facebook of fomenting the January 6, 2021 riot by not censoring enough speech.   *Id.* ¶ 78 ("an insurrection which was plotted, in large part, on your platform….   I want some assurances, based in data, that you are not doing the same thing again here."); ¶ 97 ("Not for nothing but last time we did this dance, it ended in an insurrection.").

<div align="center">5</div>

<div align="right">**Exhibit 1**</div>

White House officials praise the platforms for censoring content that does not violate their policies. *Id.* ¶ 112 (Flaherty praising YouTube for censoring non-violative content: "I believe you said you reduced watch time by 70% on 'borderline' content, which is impressive."); ¶ 174 (YouTube assuring Flaherty that it censors non-violative content). White House officials demand the removal of specific posts and accounts of individual, disfavored speakers. *Id.* ¶¶ 34-36 (Robert F. Kennedy Jr.); ¶¶ 81-82, 93-94 (Tucker Carlson and Tomi Lahren of Fox News); ¶ 103-104 (demanding and receiving the deplatforming of Alex Berenson); ¶¶ 121, 128 (the "Disinformation Dozen"); ¶ 149 (Psaki calling for the deplatforming of the "Disinformation Dozen"); ¶ 125 (trending posts on Facebook); ¶ 168 (parody or fake account of Dr. Fauci); ¶¶ 180-187 (a comedic video of Jill Biden).

When aggressive demands do not get quick enough results, the White House resorts to overt and implied threats. *See, e.g., id.* ¶ 61 ("Internally we have been considering our options on what to do about it."); ¶ 108 (Flaherty telling YouTube, "This is a concern that is shared at the highest (and I mean highest) levels of the WH"); ¶¶ 114-115 (referring to a list of policy recommendations and stating, "spirit of transparency – this is circulating around the building and informing thinking").

In addition to private demands, public pressure is a key part of this campaign. The White House makes public demands for greater censorship, including at the White House press conferences on May 5, 2021 and July 15, 2021. *Id.* ¶¶ 123-124 (Jennifer Psaki demanding greater censorship and calling for "a robust anti-trust program"); ¶¶ 146-152 (Jennifer Psaki at the July 15, 2021 press conference making four public demands on platforms, including data-sharing, creating "a robust enforcement strategy," to "take faster action against harmful posts," and adjusting their algorithms); ¶¶ 164-165 (White House communications director threatening repeal of Section 230 if platforms do not censor more speech). President Biden publicly accuses the platforms of "killing people" by not censoring enough misinformation. *Id.* ¶ 153.

Social-media platforms respond to this pressure campaign by scrambling to stay in favor, repeatedly reporting to the White House that they will stiffen their policies and/or take enforcement actions against disfavored speech. *Id.* ¶¶ 41-42, 45, 64, 75, 131, 177, 187. And platforms dutifully report to the White House in detail about their censorship practices. *Id.* ¶¶ 86-87, 132-133, 174. *See also* Exhibit 3, attached (Doc. 174-1, a compilation of Rob Flaherty's and White House officials' emails with social-media platforms produced in discovery).

### B.  Federal Officials Make Public Threats That the Platforms Will Suffer Adverse Legal Consequences Unless They Censor More Speech.

Moreover, all these White House communications—and all the other federal-agency communications with platforms discussed below—occur against a steady drumbeat of public threats by senior federal officials against the platforms, demanding greater censorship of disfavored viewpoints. Ex. 1, ¶¶ 1-30. These threats explicitly link the prospect of ruinous consequences to the demands for greater censorship of disfavored speakers and viewpoints. In these threats, senior federal officials repeatedly threaten the platforms with adverse legal consequences, such as repeal of Section 230 immunity and/or antitrust liability or enforcement, if

6

**Exhibit 1**

the platforms do not increase their censorship of viewpoints that these officials disfavor.  *See id.*  Jennifer Psaki, Kate Bedingfield, and President Biden himself, among many others, have all made pointed public statements reinforcing these coercive threats.

The threat of Section 230 repeal or reform is a "fearsome cudgel" to platforms because the liability shield is "a hidden subsidy worth billions of dollars," *id.* ¶ 2; and antitrust enforcement is viewed as "an existential threat" by the companies, *id.* ¶ 3.  These public threats include statements and congressional hearings where social-media CEOs such as Mark Zuckerberg of Facebook, Jack Dorsey of Twitter, and Sundar Pichai of Google are repeatedly raked over the coals, compared to a "slavetocracy," accused of running "hotbeds of misinformation and disinformation," hounded to take "aggressive action … to eliminate misinformation and disinformation," and told that "aggressive and targeted reform" of Section 230 is coming, among other threats.  *Id.* ¶¶ 4-18.

President Biden and his aides lead this charge, making the most vociferous and aggressive threats against platforms to demand greater censorship of disfavored viewpoints.  *Id.* ¶¶ 19-30.  Among other things, Biden has called for Mark Zuckerberg to face civil liability and even potential criminal prosecution for not censoring enough speech on Facebook, *id.* ¶¶ 20-21, and publicly stated that social-media platforms are "killing people" by not censoring enough misinformation, *id.* ¶ 27.  Likewise, White House Press Secretary Jennifer Psaki and White House Communications Director Kate Bedingfield, among others, have repeatedly threatened Section 230 repeal and antitrust scrutiny against the platforms, while demanding more censorship.  *Id.* ¶¶ 123-124, 146-152, 156-162, 164-165, 192-197.

The Government's own witnesses attest to the coercive power of such pressure from federal officials, which was exerted in private meetings as well.  FBI agent Elvis Chan observes that the platforms became far more aggressive in removing misinformation during the 2020 election cycle than in previous election cycles, and they have remained so. *Id.* ¶ 945.  Based on direct observation and experience, Chan attributes this increase in censorship to pressure from federal officials, including Members of Congress and their staffers.  *Id.* ¶¶ 946-961.  He observes that "pressure from Congress, specifically HPSCI and SSCI"—the House Permanent Select Committee on Intelligence, and the Senate Select Committee on Intelligence—pushed the platforms to adopt more aggressive censorship policies and enforcement. *Id.* ¶ 946.

This pressure takes two forms.  First, as Chan recounts, Congressional committees force the CEOs of social-media platforms to appear and testify, including "Mark Zuckerberg and Jack Dorsey and Sundar Pichai," in hearings where Members demand greater censorship.  *Id.* ¶ 947.  Based on discussions with platform employees, Chan concludes that "that kind of scrutiny and public pressure from Congress … motivated them to be more aggressive in the account takedowns."  *Id.* ¶ 947.  Chan identifies specific hearings that placed public pressure on the platforms and pushed them to increase censorship.  *Id.* ¶¶ 948-949.

Second, those Congressional committees sent high-level staffers to Silicon Valley to meet directly in private meetings with senior officials from the platforms, including Facebook, Google, and Twitter.  *Id.* ¶¶ 950, 956-957. In these private meetings, according to Chan, employees of the platforms experience the visits from Congressional staffers as exercising a lot of pressure on them. *Id.* ¶ 951.  The staffers have presented potential legislation to the platforms in these meetings,

**Exhibit 1**

**MOOT_SMJN-216**

effectively threatening them with adverse legal consequences if they do not increase censorship. *Id.* ¶ 952. This pressure from Congress made the platforms more cooperative with the FBI when it seeks account "takedowns." *Id.* ¶ 953. Chan discussed these meetings both with the staffers and the platform employees who attend them. *Id.* ¶¶ 955-956.

As Chan attests, these tactics place "intense pressure from U.S. lawmakers" on the platforms and cause them to change their policies to be more restrictive, and to adopt more aggressive enforcement of their policies. *Id.* ¶¶ 958-959. This Congressional pressure on platforms is ongoing, as Chan acknowledges there were multiple such hearings during the 2022 election cycle to pressure the platforms to increase censorship. *Id.* ¶ 960. Chan attributes the dramatic increases in censorship on social-media platforms in recent years in large part to such Congressional pressure. *Id.* ¶¶ 961.

Likewise, Alex Stamos of the Election Integrity Partnership agrees with Elvis Chan that "pushing the platforms to do stuff" is easier when they face "huge potential regulatory impact," as in the United States. *Id.* ¶ 1234. And the Virality Project report agrees that government pressure pushes social-media platforms to adopt more aggressive censorship policies, and that "government inquiries" resulted in more restrictive vaccine-related policies. *Id.* ¶ 1270, *see also id.* ¶ 1349.

**C.     Surgeon General Murthy Reinforces the White House's Pressure Campaign.**

Throughout 2021 and 2022, Surgeon General Vivek Murthy and his Office engaged in a pressure campaign in parallel with, and often overlapping with, the White House's pressure campaign on social-media platforms. Surgeon General Murthy and his staff are often included in the same meetings and communications with White House officials and social-media platforms, and join White House officials pressuring them to increase censorship in public and in private. *See id.* ¶¶ 212-425.

The Surgeon General uses his "bully pulpit" to pressure social-media platforms to censor disfavored viewpoints. *Id.* ¶¶ 218-222. This pressure occurs in public and in private, *id.* ¶¶ 222, 225, 269, including in "closed-door meetings" with platforms, *id.* ¶ 394. The Surgeon General pressures platforms to share data about misinformation and censorship on their platforms to allow the government to monitor disfavored viewpoints on their platforms. *Id.* ¶¶ 236-240, 353. After intense pressure, Facebook ultimately agreed to additional data-sharing demanded by the Surgeon General. *Id.* ¶¶ 359, 363. In private meetings, Dr. Murthy demands that the platforms perform "defensive work" to remove misinformation. *Id.* ¶ 283. In early 2021, Dr. Murthy had a series of "angry" and "tense" meetings with platforms to demand that they remove misinformation. *Id.* ¶¶ 341-344.

Dr. Murthy places great public pressure on the platforms to censor. At his July 15, 2021 press conference with Jennifer Psaki, Dr. Murthy announced a Health Advisory that explicitly demands greater censorship from social-media platforms. *Id.* ¶¶ 293-309. He demanded that platforms do "much, much more" to "address misinformation." *Id.* ¶ 307. His Health Advisory demands that platforms take specific steps to censor disfavored viewpoints on health and share data with government and its partners so they can monitor the spread of disfavored speech on their platforms. *Id.* ¶¶ 324-329. He explicitly calls for prior restraints, *e.g.*, "prioritize the early

**Exhibit 1**

detection of misinformation 'super-spreaders' and repeat offenders. Impose clear consequences for accounts that repeatedly violate platform policies." *Id.* ¶ 326-329.

This White House-Surgeon General pressure campaign gets results. After the public pressure of July 15 and 16, Facebook provided "a catalog of … both removal of misinformation and other steps to tamp down mis- and disinformation." *Id.* ¶ 262. In fact, the Surgeon General's Office asked all platforms to report back on what additional censorship they were imposing as a result of the Surgeon General's Health Advisory. *Id.* ¶¶ 270, 309, 364, 368. Platforms reported back with new steps taken to increase censorship of disfavored viewpoints. *Id.* ¶¶ 370-377, 395. In response to the Advisory, Facebook reported a series of more aggressive steps against misinformation, including deplatforming the so-called "Disinformation Dozen" and adopting more restrictive policies. *Id.* ¶ 348, 354-358. Facebook told the White House and Surgeon General, "we hear your call to do more." *Id.* ¶ 358. Facebook sought to understand "what the White House expects of us on misinformation going forward." *Id.* ¶ 349. It asked to "find a way to deescalate and work together collaboratively" on censoring misinformation. *Id.* ¶ 351. Facebook assured the White House and Surgeon General that it would censor disfavored speech about vaccines for children ages 5-11. *Id.* ¶ 395. The Surgeon General's pressure campaign places both economic and public pressure on platforms. *Id.* ¶¶ 272-273.

Facebook provides biweekly reports on misinformation on its platforms to the Surgeon General and the White House. *Id.* ¶¶ 279, 284-286, 291. Platforms provide detailed reports on their censorship activities to the Surgeon General and his staff, especially announcing increased censorship policies and enforcement. *See, e.g., id.* ¶¶ 281, 395-398.

In October 2021, the Surgeon General publicly hammered Facebook after a Washington Post report about disinformation on its platforms, pressuring all platforms to increase censorship. *Id.* ¶¶ 386-387. He stated: "We must demand Facebook and the rest of the social media ecosystem take responsibility for stopping health misinformation on their platforms. The time for excuses and half measures is long past. We need transparency and accountability now." *Id.* ¶ 387. The Surgeon General's Office agrees that the Surgeon General was "hitting up Facebook" on the spread of misinformation on its platforms. *Id.* ¶ 392. Dr. Murthy followed up with a series of public statements demanding that the platforms increase censorship of disfavored viewpoints, including "aggressive action" against "superspreaders" and disfavored speakers. *Id.* ¶¶ 400-409.

The Surgeon General threatens regulation of platforms if they do not increase censorship. The Surgeon General's Health Advisory impliedly threatens regulation by calling for "appropriate legal and regulatory measures that address health misinformation." *Id.* ¶ 325. Dr. Murthy threatens adverse consequences on the platforms by threatening to hold them "accountable." *See, e.g.,* ¶¶ 301-303, 329, 387, 403. Shortly before issuing a formal Request for Information (RFI) in the Federal Register, Dr. Murthy called for the government to set "safety standards" for misinformation on platforms. *Id.* ¶ 410. Then, on March 3, 2022, the Surgeon General issued the formal RFI to demand information from platforms about the spread of, and how to track, misinformation on their platforms. *Id.* ¶ 411-416. The RFI requests information about specific disfavored speakers and viewpoints on social media. *Id.* ¶ 416. That RFI carries an implied threat of regulation against social-media platforms if they do not stop the spread of misinformation. *Id.*

9

**Exhibit 1**

¶¶ 410-416.  Shortly after the RFI, Dr. Murthy called for the equivalent of "speed limits"—*i.e.*, government-imposed safety standards—for misinformation on social media.  *Id.* ¶ 423.

> **D.    Dr. Fauci and Dr. Collins Engage in Elaborate Campaigns of Deception to Procure the Censorship of Disfavored Viewpoints.**

Dr. Fauci, collaborating frequently with NIH Director Dr. Francis Collins, orchestrated a series of campaigns of deception to procure the censorship of viewpoints he disfavors on social media, beginning at latest in early 2020.  Once he became Chief Medical Advisor in the Biden Administration in early 2021, his censorship efforts reinforced those of federal officials in the White House, the Office of the Surgeon General, and the CDC.

*Lab-Leak Theory.*  In early months of 2020, Dr. Fauci worked closely with Dr. Collins and Jeremy Farrar of the Wellcome Trust, a predominant British science-funding organization, to orchestrate a deceptive campaign to discredit and suppress the theory that SARS-CoV-2, the virus that causes COVID-19, leaked from a laboratory at the Wuhan Institute of Virology—an opinion that has recently been confirmed as "most likely" true.  *See* Michael R. Gordon, et al., *Lab Leak Most Likely Origin of Covid-19 Pandemic, Energy Department Now Says*, WALL STREET JOURNAL (Feb. 26, 2023), *at* https://www.wsj.com/articles/covid-origin-china-lab-leak-807b7b0a.

Dr. Fauci had powerful motives to suppress the lab-leak theory: He is a longstanding public advocate for gain-of-function research, which makes viruses more virulent and transmissible; and his agency, NIAID, funded gain-of-function experiments on bat coronaviruses at the Wuhan Institute of Virology, the prime suspect for a lab leak.  Ex. 1, ¶¶ 598-630.

In a call in the evening of Friday, January 31, 2020, Dr. Fauci became aware from Jeremy Farrar that Dr. Kristian Andersen of Scripps and other virologists had grave concerns that SARS-CoV-2, the virus that causes COVID-19, "look(s) … engineered."  *Id.* ¶¶ 637, 639.  Shortly before this call, Dr. Fauci had received a briefing from his staff about NIAID's funding of research on bat coronaviruses in Wuhan.  *Id.* ¶ 635.

Shortly after midnight after the call with Farrar and Andersen, Dr. Fauci sent an urgent, cryptic email to his confidential deputy (now Acting NIAID Director), Dr. Hugh Auchincloss, attaching a research paper about the "SARS Gain of Function" research that NIAID had funded in Wuhan, and telling him to "[k]eep your cell phone on … you will have tasks today that must be done."  *Id.* ¶¶ 640; *see also id.* ¶ 640-647, 653-656.  Dr. Fauci later testified eighteen times that he could not remember details about this urgent, cryptic email exchange with his principal deputy. *Id.* ¶ 642.

In fact, Dr. Fauci's testimony on this email on other points contradicts the documentary evidence, including his own contemporaneous emails, on approximately 37 points.  *Id.* ¶¶ 609, 612, 620, 628, 629, 630, 642, 647, 651, 662, 664, 666, 667, 668, 670, 685, 686, 690, 702, 703, 708, 710, 722, 730, 733, 737, 746, 753, 772, 789, 798, 805, 807, 808, 809, 825, 849.  Further, Dr. Fauci testified that "I do not recall" or similar 174 times in his deposition—and including variations on "I don't remember," at least 212 times.  *Id.* ¶ 620.  This contrasts with his public claims, on some of the very same events that he was asked to testify, that "I remember it very

**Exhibit 1**

well." *Id.* (A video compilation of Dr. Fauci testifying "I do not recall" 174 times is submitted with this testimony to be part of the Congressional record. *See* Exhibit 4.)

On February 1, 2020, later the same day as his cryptic exchange with Dr. Auchincloss, Dr. Fauci participated in a clandestine conference call with a group of science funders and influential science-funding authorities to discuss the lab-leak possibility. *Id.* ¶¶ 648, 657-666. Farrar insisted that the call was to be "in total confidence." *Id.* ¶ 657. Influential figures with a strong vested interest in avoiding a major scandal about science-funding practices participated in the call. *Id.* ¶ 659. As science-funding authorities, they likely had powerful influence over the scientists on the call. *Id.* Dr. Fauci testified sixteen times that he could not remember details about the call, *id.* ¶ 661, though to the national media, he has proclaimed of the very same call, "I remember it very well," *id.* ¶ 662.

Contemporaneous emails show that the participants on the call—including Dr. Fauci, Dr. Collins, and Farrar himself—were keenly aware that there were powerful arguments in favor of the lab-leak theory of COVID's origins. *Id.* ¶ 680 ("hard time explaining that as an event outside the lab"); *id.* ("70:30 or 60:40" in favor of laboratory origins); *id.* ¶ 681 ("I really can't think of a plausible natural scenario … I just can't figure out how this gets accomplished in nature…. it's stunning."); *id.* ¶ 682 (Farrar: "On a spectrum if 0 is nature and 100 is release – I am honestly at 50!"); *id.* ¶ 694 ("Eddie [Holmes] would be 60:40 lab side. I remain 50:50"); *id.* ¶ 709 ("we have a nightmare of circumstantial evidence to assess").

Immediately after the call, the participants launched a campaign to manufacture the appearance of scientific consensus against the lab-leak theory. A scientist on the call, Eddie Holmes, began drafting a scientific paper for publication to decisively refute the lab-leak theory, even though their contemporaneous emails indicated that he and other participants inclined to believe the lab-leak theory. *Id.* ¶¶ 691-692.

Following the call, Dr. Fauci, Farrar, and Dr. Collins communicated extensively about the plan to discredit the theory. Among other things, they plotted to prod the WHO to establish a panel on the lab-leak theory that they would stack with a "core group" of their own contacts, then "frame the work of the group" and put "pressure on this group from our and your teams" to push it to their preferred result—discrediting the lab-leak theory. *Id.* ¶¶ 701-702.

There is no doubt about the purpose of this conspiracy. Dr. Fauci's, Farrar's, and Dr. Collins's communications at the time repeatedly express concern about preventing the spread of the lab-leak theory on "main stream and social media." *Id.* ¶¶ 671, 673, 675, 676, 677, 678, 683. Dr. Fauci, in particular, expressed concerns about "the threat of further distortions on social media." *Id.* ¶ 683.

By February 4, 2020—three days after the clandestine conference call—Eddie Holmes sent a draft scientific paper attacking the lab-leak theory to Farrar, who forwarded it to Dr. Fauci. *Id.* ¶ 691. Though the draft purported to refute the lab-leak theory, Holmes noted in the email that he did not "mention" the virus's "other anomalies … as this will make us look like loons." *Id.* ¶ 691. Dr. Fauci's and Dr. Collins's own emails make clear that they were keenly aware that the virus

**Exhibit 1**

may have been created through serial passage of viruses through tissue of humanized mice in the Wuhan laboratory whose work NIAID was funding. *Id.* ¶ 695.

Farrar sent Dr. Fauci four drafts of the scientific paper to review in the week following the conference call. *Id.* ¶¶ 696-699. These drafts claimed that science "clearly demonstrates" a natural origin for SARS-CoV-2. *Id.* ¶ 698. By February 17, 2020, the scientific paper discrediting the lab-leak theory was accepted in a prestigious journal and was in preprint form, which was forwarded to Dr. Fauci for review (the fifth such draft he received). *Id.* ¶ 711, 716. The papers' five listed authors were participants in the clandestine February 1, 2020 conference call, and they privately acknowledged the plausibility of the lab-leak theory in emails that were shared with Dr. Fauci. *Id.* ¶¶ 711-715. Yet the paper claimed that "SARS-CoV-2 is not a laboratory construct nor a purposefully manipulated virus." *Id.* ¶ 715. Dr. Andersen, the lead author, thanked Dr. Fauci for his "advice and leadership" in preparing the paper, and sent him a sixth draft to review, seeking further input from Dr. Fauci. *Id.* ¶ 718. The paper was then published in Nature Medicine on March 17, 2020, as "The Proximal Origin of SARS-CoV-2." *Id.* ¶ 723. The final version attacked the lab-leak theory in unequivocal terms. *Id.* ¶ 724 ("clearly show … irrefutably show … clearly shows … we do not believe that any type of laboratory-based scenario is plausible").

Dr. Fauci and Dr. Collins then collaborated on a deceitful campaign to push the article and portray it as a scientific consensus created through independent scientific inquiry, rather than the product of a secret cabal of science-funders bent on suppressing the lab-leak theory. *Id.* ¶¶ 726-741. Dr. Collins featured it on NIH's official blog, citing "The Proximal Origin of SARS-CoV-2" to describe the lab-leak theory as "outrageous" and "debunk[ed]," leading national media to proclaim, "Sorry, Conspiracy Theorists." *Id.* ¶¶ 727-729. When Fox News host Bret Baier still discussed the lab-leak theory, Dr. Collins emailed Dr. Fauci, noting that he had hoped that "the Nature Medicine article" had "settled" "this very destructive conspiracy," and asking if there was "[a]nything more we can do?" to discredit the theory. *Id.* ¶ 731. Dr. Fauci described the lab-leak theory as a "shiny object that will go away in times," and the same day, during a White House Coronavirus Task Force briefing, deceptively cited this paper to proclaim an independent scientific consensus against the lab-leak theory. *Id.* ¶¶ 732-739. In doing so, he pretended to be unfamiliar with the paper's authors, when in fact he had received six drafts and the final version to review and the authors had thanked him for his "advice and leadership" in preparing the paper. *Id.*

This deceptive campaign succeeded in its object. "The Proximal Origins of SARS-CoV-2" became "one of the best-read papers in the history of science." *Id.* ¶ 741. It was trumpeted in national media as refuting the lab-leak theory as a "conspiracy theory." Social-media platforms followed Dr. Fauci's lead and censored the lab-leak theory well into 2021. *Id.* ¶¶ 743-756.

*Hydroxychloroquine.* Soon thereafter, Dr. Fauci engaged in a well-known public campaign against the drug hydroxychloroquine as an effective early treatment for coronavirus. *Id.* ¶¶ 757-776. He publicly declared that the drug was ineffective based on an observational study in The Lancet, which was swiftly retracted for glaring errors. *Id.* ¶¶ 757-76. He proclaimed, based on that flawed observational study, that the evidence was "unequivocal," "that the data are clear right now," and that "[t]he scientific data is really quite evident now about the lack of efficacy." *Id.* ¶¶ 758, 760. Then, as observational data *supporting* the drug's usage emerged, he dismissed such data because it was not from *randomized* studies (the "gold standard" for scientific evidence) but

**Exhibit 1**

**MOOT_SMJN-221**

merely observational—even though his own proclamation against the drug had itself been based on a (flawed and later retracted) *observational* study. *Id.* ¶¶ 761-766, 770. When dissenting doctors advocated for the drug's usage, he attacked them on national media as "a bunch of people spouting something that isn't true." *Id.* ¶ 769; *see also id.* ¶¶ 768-770.

Social-media platforms, predictably, followed Dr. Fauci's lead and aggressively censored social-media speech advocating for the use of hydroxychloroquine. *Id.* ¶¶ 771-775. In fact, Dr. Fauci's deceptively manufactured scientific consensus did not exist and never existed – hundreds of studies suggest that the drug is effective for early treatment of COVID-19, and the drug is approved for usage to treat COVID-19 in 41 countries. *Id.* ¶ 776.

*The Great Barrington Declaration.* Dr. Fauci and Dr. Collins collaborated to inflict a "quick and devastating … take down" of the Great Barrington Declaration. *Id.* ¶¶ 777-808. Consistent with principles of pandemic response that were widely accepted before the COVID-19 pandemic, the Great Barrington Declaration called for focused protection of high-risk individuals while reopening society for others, and it was sharply critical of prevailing government policies favoring lockdowns, school shutdowns, and similar restrictions. *Id.* ¶¶ 783-786. Among other things, it described "keeping students out of school" as "a grave injustice." *Id.* ¶ 784.

Dr. Fauci and Dr. Collins responded swiftly to the Great Barrington Declaration, following the same tactic of manufacturing the appearance of a false scientific consensus against it to procure its suppression on social media. *Id.* ¶¶ 787-808. Four days after it was published, Dr. Collins emailed Dr. Fauci, asking if a "swift and devastating published take down" of the Declaration was "underway." *Id.* ¶ 787. The two then collaborated in a public campaign to attack the Declaration and proclaim it to be "appall[ing]," "nonsense," "very dangerous," "letting infections rip," "fringe," and "not mainstream science." *Id.* ¶¶ 789-798. The claim that it was "fringe" and "not mainstream science" was deceptive, as focused protection had been scientific orthodoxy for pandemic responses prior to the COVID-19 pandemic. *Id.* ¶ 806. The campaign succeeded once again, as social-media platforms censored the Great Barrington Declaration and its authors, acting in lockstep with Dr. Fauci's proclamations. *Id.* ¶¶ 799-805.

**E.    The Federal Bureau of Investigation: Deception and Collusion.**

*FBI Deception: The Hunter Biden Laptop Story.* Similar to Dr. Fauci's campaign of deception to suppress the lab-leak theory, the FBI engaged in a campaign of deception to induce social-media platforms to censor the Hunter Biden laptop story that the New York Post broke on October 14, 2020. Even though the FBI was in possession of Hunter Biden's laptop and knew it was not hacked, the FBI told platforms to expect a hack-and-leak operation, and the FBI pushed the platforms to adopt policies censoring "hacked materials." This deception induced the platforms wrongfully to censor the story.

In 2020, in its routine bilateral meetings with seven major social-media platforms, the FBI repeatedly raised the concern that a "hack-and-dump" or "hack-and-leak" operation might be forthcoming shortly before the 2020 general election. Ex. 1, ¶¶ 868, 883. Both the FBI and CISA repeatedly raised concerns about such "hack-and-dump" operations during mass "USG-Industry" meetings with platforms during 2020 as well. *Id.* ¶¶ 881-882. In addition to the FBI's Elvis Chan

13

**Exhibit 1**

and Laura Dehmlow, senior CISA officials Matt Masterson and Brian Scully also raised the warning about "hack-and-dump" operations during the 2020 USG-Industry meetings. *Id.* ¶ 894.

In fact, the FBI had no investigative basis to believe that any hack-and-leak operation was underway. *Id.* ¶ 893. Elvis Chan admits that "we did not see any similar competing intrusions to what happened in 2016. …. [F]rom our standpoint we had not seen anything. … [W]e were not aware of any hack-and-leak operations that were forthcoming or impending." *Id.*

Responding to these repeated concerns raised by the FBI and CISA, social-media platforms updated their content-moderation policies in 2020 to provide that they would remove hacked materials from their platforms. *Id.* ¶ 884. The FBI encouraged these changes by repeatedly warning about the expectation of hack-and-leak operations and inquiring of the platforms whether they would censor hacked materials. *Id.* ¶¶ 885-888. Multiple FBI officials raised this same inquiry to the platforms in this time frame. *Id.* ¶ 889.

A formal declaration by Twitter's then-Head of Site Integrity, Yoel Roth—executed in December 2020, close in time to the relevant events—recounts that the FBI and other federal officials repeatedly warned platforms that they "expected" hack-and-leak operations during the 2020 election cycle. *Id.* ¶ 895. Roth stated that he learned in these meetings with federal officials that "there were rumors that a hack-and-leak operation would involve Hunter Biden." *Id.*

Corroborating Roth's account, Mark Zuckerberg testified before Congress in October 2020 that the FBI had warned platforms to be on "high alert and sensitivity" for a hack-and-dump operation shortly before the 2020 election. *Id.* ¶ 902. Likewise, Brian Scully of CISA does not dispute that FBI and CISA raised the concern about hack-and-leak operations to platforms in the USG-Industry meetings during 2020, and he does not dispute Yoel Roth's account of the communications about hack-and-leak operations in his December 2020 declaration. *Id.* ¶¶ 1088-1089. CISA's emails with platforms reflect that the 2020 meetings included discussions of such topics as "preparing for so-called 'hack and leak' operations" and "Deep Dive Topic … Hack/Leak and USG Attribution Speed/Process." *Id.* ¶¶ 1090-1091. Like Chan, Scully was not aware of any pending investigations of hack-and-leak operations at the time. *Id.* ¶ 1092.

After the Hunter Biden laptop story broke on October 14, 2020, platforms privately asked the FBI to confirm whether the story was credible so they could decide whether it should be censored, but the FBI refused to confirm it. *Id.* ¶ 903. Accordingly, platforms were left with the clear impression that the Hunter Biden laptop materials were, in fact, hacked materials. After the Hunter Biden story broke, it was widely censored on social media—Twitter even suspended the New York Post's Twitter account for two weeks—pursuant to the very "hacked materials" policies that the FBI had induced platforms to adopt in the preceding months of 2020. *Id.* ¶ 904.

*FBI Collusion: Hundreds of "Account Takedowns."* FBI agent Elvis Chan and many other FBI agents, especially from the FBI's Foreign Influence Task Force ("FITF"), routinely meet with social media platforms about disinformation, misinformation, and censorship. Ex. 1 ¶¶ 855, 860. These include regular, CISA-organized mass meetings of federal national-security and law-enforcement agencies (CISA, other DHS components, the FBI, the ODNI, and DOJ's national

**Exhibit 1**

security division) with at least eight major social-media platforms ("USG-Industry meetings"), at which misinformation is extensively discussed.  *Id.* ¶¶ 861-866.

The FBI also has regular bilateral meetings with at least seven social-media platforms, plus Apple, to discuss disinformation concerns, and these bilateral meetings continue through the present day.  *Id.* ¶¶ 867-877.  The FBI meets with the platforms' content-moderation officers in particular.  *Id.* ¶¶ 871, 877, 962.  Three to ten agents from FBI's FITF participate in these bilateral meetings, along with Elvis Chan.  *Id.* ¶ 939.

The FBI also communicates with platforms—including flagging content, accounts, and URLs for censorship—through alternative channels, including the self-deleting app Signal and the encrypted Teleporter service.  *Id.* ¶¶ 878.

Elvis Chan confirms that the FBI cooperates with social-media platforms through "information sharing and *account takedowns*."  *Id.* ¶ 905 (emphasis added).  In addition to sharing "strategic information" about themes and tactics of putative disinformation, the FBI flags specific content, posts, accounts, and URLs to the platforms for censorship—*i.e.*, "IP addresses, email accounts, social media accounts, … website domain names, and … file hash values."  *Id.* ¶ 906.

The intended purpose and predictable effect of such flagging is to induce the platforms to censor those speakers, content, and accounts.  *Id.* ¶¶ 908-911.  The purpose of the FBI's "information sharing" with platforms is to "shut down … accounts."  *Id.* ¶ 911.  The FBI also flags specific content, speakers, and accounts to state and local government officials to encourage them to report them to social-media platforms.  *Id.* ¶ 912.

Chan estimates that the FBI sends lists of accounts, content, websites, and URLs to social-media platforms for censorship about "one to five times per month."  *Id.* ¶ 931.  Each time, the FBI sends the platforms an encrypted Teleporter message with a list of "indicators," *i.e.*, specific social-media accounts, web sites, URLs, email accounts, etc., that the FBI wants the platforms to evaluate under their content-moderation policies.  *Id.* ¶ 932.  The size of each list ranges from a single account to "a whole spreadsheet full of them," sometimes including "hundreds" of specific accounts, websites, URLs, etc.  *Id.* ¶ 934.  In one occasion in 2020, the FBI sent "a spreadsheet with hundreds of accounts" via Teleporter to the platforms.  *Id.* ¶ 941.  Such mass-flagging messages were sent during the 2020 and 2022 election cycles with similar frequency.  *Id.* ¶¶ 934-935.  In general, these mass-flagging messages go to all seven major social-media platforms, but sometimes there are platform-specific mass-flagging messages.  *Id.* ¶ 936.  At least eight FBI agents in the San Francisco field office participate in flagging content for censorship to the social-media platforms.  *Id.* ¶ 938.

The FBI's social-media flagging of supposed "foreign influence" accounts sweeps in massive amounts of domestic, First Amendment-protected speech by ordinary Americans.  *Id.* ¶¶ 913-924.  For example, the FBI flags supposedly foreign posts (including core political speech) that hundreds of thousands of American have engaged by liking, commenting on, and reposting—all First Amendment-protected activities.  *Id.* ¶¶ 916-919.  The FBI thus obliterates massive amounts of American speech when it induces platforms to censor such supposedly "foreign"

15

**Exhibit 1**

speech.  The FBI also flags for censorship foreign-hosted websites on which American journalists and American speakers post content.  *Id.* ¶¶ 922-923.

In addition, the FBI runs "command centers" around every election that, among other things, flag reported "misinformation" for censorship to social-media platforms.  *Id.* ¶ 879, 925-927.  In doing such flagging, the FBI does not attempt to distinguish whether the speaker is American or foreign; it flags the disfavored content to the platforms for censorship regardless of whether it is foreign or domestic.  *Id.* ¶ 926.

The FBI also probes platforms for details about how they detect supposedly "inauthentic content" and how they enforce their censorship policies.  ¶¶ 929-930.  And the FBI also asks the platforms to report back to it on whether it censors the content it flags.  *Id.* ¶ 937.

The FBI boasts a "50 percent success rate" in getting platforms to censor content that it flags as misinformation.  *Id.* ¶ 928.  Given the sheer volume of the FBI's reports, this comprises the censorship of massive amounts of disfavored speakers and viewpoints.

### F.    The CDC's Collusion: "BOLO" Meetings and Privileged Fact-Checking.

In addition, the CDC and the Census Bureau have engaged in a long censorship campaign together.  Working closely with Census, the CDC flags supposed "misinformation" for censorship on platforms (often using the acronym "BOLO," *i.e.*, "Be On the Lookout"), and exercises *de facto* authority to dictate what health claims will be censored on social media platforms.

The CDC has regular meetings with social-media platforms about misinformation, including often-weekly meetings.  Ex. 1, ¶¶ 431, 434, 438-439, 453-454, 461, 473, 475, 531, 539-540, 544-545, 563.  These meetings routinely include the platforms' content-moderation officers.  *Id.* ¶¶ 453, 459, 463, 487, 531.

The CDC asks platforms to provide reports about censorship on their platforms.  *Id.* ¶¶ 455-457, 463, 472.  These requests include inquiries about whether specific content flagged by the CDC and the Census Bureau has been removed.  *Id.* ¶¶ 470, 475.  The Census Bureau follows up to monitor whether platforms are removing the content that the CDC and Census flag.  *Id.* ¶ 495.

Facebook provides the CDC with regular biweekly CrowdTangle reports about misinformation on its platforms.  *Id.* ¶¶ 440-442, 450.  The CDC uses CrowdTangle and other "social media listening tools" to monitor disfavored speech on platforms.  *Id.* ¶ 442-447.  These "listening tools" allow the CDC to "flag" misinformation for censorship.  *Id.* ¶ 485.  Facebook also gives the CDC privileged access to CrowdTangle to monitor speech on Facebook's platforms, including in private speech like personal group posts.  *Id.* ¶¶ 443, 451, 471.

The CDC works closely with the Census Bureau on censorship on social media pursuant to an Interagency Agreement (IAA), because the Census Bureau engaged in an earlier social-media censorship campaign with platforms during the 2020 census.  *Id.* ¶¶ 449, 466-467, 532-533.  Census and the CDC, working together, present social-media platforms with series of tables and decks that warn about misinformation themes and provide lists and screenshots of specific posts

16

**Exhibit 1**

that they believe should be censored. *Id.* ¶ 460, 481. These include slide decks, *id.* ¶¶ 460, 536-538; tables of dozens of posts, *id.* ¶¶ 481, 567; spreadsheets of "example areas," *id.* ¶ 565; and "BOLO" slides, *id.* ¶¶ 554-556. They also include "BOLO" flags for supposed "misinformation" about the CDC's own content. *Id.* ¶¶ 515, 586-589. The CDC admits that it flags posts for censorship on the platforms, knowing that the platforms may take action to censor those posts and intending that the censorship occur—censorship is the desired result of the flagging. *Id.* ¶¶ 483-484, 521-523, 575-576. Platforms also offer the CDC privileged channels for federal officials to report misinformation on their platforms. *Id.* ¶¶ 476-479 (Facebook's "misinfo reporting channel"); *id.* ¶¶ 577-584 (Twitter's "Partner Support Portal").

The CDC hosted a series of "BOLO" meetings to flag disfavored speech and viewpoints for censorship, where "BOLO" stands for "Be On the Lookout." *Id.* ¶¶ 486, 549. At the BOLO meetings, the CDC and Census presented the platforms with slide decks identifying specific claims they wished to have censored, along with screenshots of specific posts as examples of the types of content to censor, and the CDC's justification for censoring that content. *Id.* ¶¶ 550-558.

Social-media platforms treat the CDC as a privileged fact-checker with *de facto* authority to dictate what may and may not be posted on their platforms. Facebook does so continuously. *Id.* ¶¶ 488-499 (asking the CDC to "debunk" specific claims); *id.* ¶¶ 500-506 (asking the CDC to debunk additional specific claims); *id.* ¶¶ 511-514 (asking the CDC for guidance on how to censor speech about VAERS); *id.* ¶¶ 518-519 (content on vaccine refusals and childhood vaccines); *id.* ¶¶ 520-525 (asking for the CDC's position on ten specific claims); *id.* ¶¶ 527-530 (asking the CDC to refute a long series of medical claims, including relating to vaccines for children under age 5). The CDC regularly provides its determination on such issues. *See id.* The CDC admits that it "know[s] that they're using our scientific information to determine their policy." *Id.* ¶ 529. YouTube also seeks the CDC's determinative guidance on how to enforce its policies. *Id.* ¶ 541 (requesting input on a "list of common vaccine misinformation claims"); *id.* ¶¶ 547-548 (it "wasn't uncommon" for Google/YouTube to seek input on specific claims); *id.* ¶¶ 559-560 (YouTube seeking the CDC's guidance on claims about childhood vaccines); *id.* ¶¶ 561-562 ("The YouTube Policy team is requesting evidence-based input on the claims below. In the past, the CDC has reviewed COVID information claims and commented TRUE or FALSE + add any additional context needed."). Twitter, too, treats the CDC as an authoritative fact-checker. *Id.* ¶ 563.

Facebook updated its censorship policies to address claims on childhood vaccines as a direct result of the CDC's input. *Id.* ¶ 518. It also updated its policies on other topics to render them more restrictive, based on the CDC's input. *Id.* ¶ 526. Facebook routinely asks the CDC to confirm whether particular claims "are false and can lead to harm"; if the CDC so confirms, Facebook censors those claims. *Id.* ¶¶ 501-502, 520-521.

G.    **The Cybersecurity and Infrastructure Security Agency (CISA).**

CISA, likewise, engages in extensive collusion with platforms on censorship. In fact, we have described CISA as the "nerve center" for federal censorship activities.

*Continuous meetings and coordination.* CISA communicates regularly with social-media platforms about misinformation through multiple series of standing meetings. Ex. 1, ¶¶ 978-990,

**Exhibit 1**

1083-1087. CISA has at least five sets of recurring meetings with social-media platforms about misinformation and disinformation. *Id.* ¶ 1078. CISA also has many bilateral meetings with individual platforms. *Id.* ¶ 1084.

CISA hosts the "USG-Industry" meetings attended by the FBI, CISA, ODNI, DOJ, DHS's I&A, and at least seven or eight major social-media platforms. *Id.* ¶¶ 978, 981, 986, 1086. These "USG-Industry" meetings increase in frequency as each election nears, becoming monthly and then weekly shortly before an election. *Id.* ¶¶ 980, 1087. These meetings have been ongoing for years and are continuing. *Id.* ¶¶ 983, 985. "Concerns about misinformation and disinformation on social media platforms" are discussed at the USG-Industry meetings. *Id.* ¶ 987. Federal officials and platforms report to each other on the trends and topics of misinformation that they perceive on social media. *Id.* ¶¶ 987-988. CISA also has bilateral planning meetings with Facebook before every USG-Industry meeting. *Id.* ¶ 984.

In addition, CISA receives reports from social-media platforms about changes to their content-moderation policies. *Id.* ¶ 979. Platforms report to CISA when they make their policies more restrictive. *Id.* ¶ 1103. CISA also asks platforms to report back on how they acted on reports of misinformation received from CISA, and whether they censored the flagged content. *Id.* ¶ 1061. In the USG-Industry meetings, the platforms report on changes to their content-moderation policies to the federal officials. *Id.* ¶ 1024.

*Flagging content for censorship.* CISA's website long proclaimed that it "serves as a switchboard for routing disinformation concerns to appropriate social media platforms," and that it has "expanded the breadth of reporting" under this program. *Id.* ¶ 976. CISA "switchboards" reports of misinformation to social-media platforms for censorship by receiving the reports from state and local government officials and others, and forwarding them to platforms such as Facebook, Twitter, and YouTube to be evaluated for censorship under their content-moderation policies. *Id.* ¶¶ 972, 977. The "idea" of such "switchboarding" is to get the platforms to apply their content-moderation policies to the disfavored content, *i.e.*, to censor them. *Id.* ¶ 973.

CISA receives reports of misinformation both from the nonprofit organization Center for Internet Security (CIS) and directly from state and local government officials. *Id.* ¶ 1030. CISA also directs election officials to the Center for Internet Security, whose EI-ISAC program CISA funds, as an alternative route for reporting misinformation to platforms. *Id.* ¶ 1002. The CISA-funded EI-ISAC, operated by CIS, is a clearinghouse for state and local government officials to report misinformation for censorship. CISA coordinates with the CIS on reporting misinformation to the platforms. *Id.* ¶ 1031. The Center for Internet Security works closely with CISA in reporting misinformation to social-media platforms, and CISA serves as a pass-through for reports from CIS to the platforms. *Id.* ¶ 1005. CISA reports misinformation to the platforms without making any assessment of whether it involves foreign or domestic speakers. *Id.* ¶ 1033.

During the 2020 election cycle, CISA maintained a "tracking spreadsheet" with 146 entries of its "switchboarding" activities. *Id.* ¶ 1062. At least six members of CISA "took shifts" in "switchboarding" misinformation reports to platforms during 2020 election cycle. *Id.* ¶ 1063. Two of these CISA staffers were interns simultaneously working for Stanford Internet Observatory and flagging misinformation to platforms on behalf of the Election Integrity Partnership. *Id.*

**Exhibit 1**

¶ 1064.  These shifts would last until late in the evening as election day approached.  *Id.* ¶ 1067.  State officials sometimes flagged misinformation for censorship because CISA and the FBI had warned them to be on the lookout for such content.  *Id.* ¶ 1072.  CIS and EIP also flagged social-media content to local officials and invited them to report it as misinformation.  *Id.* ¶ 1082.

In addition to flagging misinformation to platforms, CISA frequently fact-checks such reports for the platforms.  *Id.* ¶¶ 1076-1080.  CISA also publishes debunks of social-media narratives, knowing that the platforms will use this information to censor those narratives.  *Id.* ¶ 1105.  CISA flags even obvious parody accounts for censorship, such as accounts with handles saying "Smoke weed erry day" and "hoes be mad, but this is a parody account."  *Id.* ¶ 1102.

Platforms treat CISA as a privileged reporter of misinformation, often responding with great alacrity to reports, even late in the evening, and reporting back when speech reported by CISA has been censored.  *Id.* ¶ 1081.

Early in the 2022 election cycle, Lauren Protentis of CISA repeatedly urged the platforms to prepare "one pagers" for state and local government officials that would explain to them how to report misinformation directly to the platforms.  *Id.* ¶¶ 1094-1096.  The Center for Internet Security, whose EI-ISAC is funded by CISA, continued to flag misinformation to the platforms during the 2022 election cycle.  *Id.* ¶ 1098.  Like the FBI, CISA runs an "operation center" on election day that engages in reporting misinformation to social-media platforms.  *Id.* ¶ 1097.

### H.    The Federal-Private Censorship Consortiums—the Election Integrity Partnership and the Virality Project.

*The Election Integrity Partnership.*  The Election Integrity Partnership is a collaboration among four anti-disinformation nonprofits—Stanford Internet Observatory, the University of Washington's Center for an Informed Public, Graphika, and the Atlantic Council's Digital Forensic Lab—with both government and social-media platforms.  *Id.* ¶ 1144.

The EIP lists three government agencies—CISA, the CISA-funded EI-ISAC, and the State Department's Global Engagement Center (GEC)—as "major stakeholders." *Id.* ¶¶ 1153, 1180.  The EIP lists them as providing information into the EIP's "Intake Queue," *i.e.*, reporting misinformation for censorship.  *Id.* ¶ 1151.  These government agencies, as "trusted external stakeholders," submit "tickets" to the EIP to flag content and themes on social media for censorship.  *Id.* ¶¶ 1152, 1153, 1175.

The EIP was created "in consultation with" CISA.  *Id.* ¶ 1138.  CISA interns originated the idea of the EIP, *id.* ¶ 1139, and then CISA officials helped create it.  The EIP's "Operational Timeline" includes a July 9, 2020, "Meeting with CISA to present EIP concept." *Id.* ¶ 1169.

The EIP successfully lobbied social-media platforms to adopt more restrictive policies about election-related speech during the late summer and early fall of 2020.  *Id.* ¶¶ 1148-1150, 1149, 1217-1220.  The EIP then aggressively reported misinformation to the platforms to be censored under those new policies that it pushed them to adopt.  *Id.* ¶¶ 1148-1150.

19

**Exhibit 1**

Through its "ticketing" system, the EIP flagged, not just posts, but entire themes and narratives on social media to platforms for censorship, encompassing potentially millions of posts in 2020 alone. *Id.* ¶¶ 1157, 1174-1176. The EIP used teams of researchers working long days to monitor Americans' speech on social-media platforms and report disfavored speech to platforms for censorship. *Id.* ¶ 1178. The EIP created "established relationships with social media platforms to facilitate flagging of incidents for evaluation" under their content-moderation policies. *Id.* ¶ 1182. The EIP coordinated closely with virtually all major platforms, as well as government agencies, in reporting misinformation. *Id.* ¶ 1183-1185.

The EIP boasts that it flagged content for censorship with a high success rate: "35% of the URLs we shared with Facebook, Instagram, Twitter, TikTok, and YouTube were either labeled, removed, or soft blocked. … [T]he four major platforms we worked with all had high response rates to our tickets." *Id.* ¶ 1187.

The CISA-funded Center for Internet Security was a major source for EIP tickets. *Id.* ¶ 1188. The GEC also reported misinformation to the EIP. *Id.* ¶ 1197 ("Groups that reported tickets include the State Department's Global Engagement Center…").

The EIP admits that the speech it targets for censorship is not foreign but domestic speech by American citizens. *Id.* ¶ 1158, 1195, 1199. This includes the speech of highly visible figures with hundreds of thousands of social-media followers. *Id.* ¶ 1159, 1208.

The EIP is partly funded by the federal government, both through a grant from the U.S. National Science Foundation and from federal funding for the Atlantic Council. *Id.* ¶¶ 1164-1165.

Numerous current and former CISA personnel have or had roles in the EIP. *Id.* ¶ 1163. Likewise, key EIP personnel such as Alex Stamos, Renee DiResta, and Kate Starbird also have formal roles in CISA. *See id.* ¶¶ 1179-1171.

The EIP "flag[s] policy violations for platforms." *Id.* ¶ 1172; *see also id.* ¶ 1177. The reach of the EIP's monitoring and reporting is enormous; its "tickets" in 2020 encompassed almost 22 million posts on Twitter alone. *Id.* ¶ 1202; *see also id.* ¶ 1201. These disfavored tweets were identified by mass-surveilling 859 million tweets over three months. *Id.* ¶ 1203. The EIP targets truthful speech and core political speech that expresses viewpoints disfavored by the government and the EIP. *Id.* ¶ 1205-1206.

The EIP indicates that it plans to remain active in the future. *Id.* ¶ 1222-1224. In fact, the EIP reformed itself as the "Virality Project" during 2021. *Id.* ¶ 1223.

*The EIP's Pervasive Entwinement with CISA.* CISA has established relationships with researchers at the Stanford Internet Observatory, the University of Washington, and Graphika—three of the four entities comprising the "Election Integrity Partnership" ("EIP"). *Id.* ¶ 991-992. Brian Scully admits that CISA has an "established relationship" with the EIP and the Stanford Internet Observatory personnel involved. *Id.* ¶ 1000. He also admits that CISA collaborated with the EIP. *Id.* ¶ 1028.

20

**Exhibit 1**

**MOOT_SMJN-229**

As noted, CISA interns originated the idea of the EIP. *Id.* ¶ 993. The EIP is designed to address a CISA-perceived problem of a "gap" that Brian Scully communicated to the CISA interns. *Id.* ¶¶ 995-996. According to Scully, the "gap" is the lack of resources that prevents state and local officials from identifying and flagging social-media misinformation that affects their jurisdictions. *Id.* ¶ 995. The EIP is designed to fill that "gap," *i.e.*, to do the work of monitoring and censoring speech that government lacks the resources to do effectively.

CISA received briefings from the EIP on its work. *Id.* ¶ 993. These "conversations" happened "throughout" the EIP's work during the 2020 election cycle. *Id.* ¶ 997. CISA also reviewed and relied on the EIP's public reports on social-media misinformation. *Id.* ¶ 999.

CISA had communications with the EIP's founders, including Alex Stamos and Renee DiResta of the Stanford Internet Observatory, as the EIP was starting up and they were "trying to figure out what the gap was." *Id.* ¶ 993. CISA briefed the EIP's founders on what the "gap" is that needed to be filled. *Id.* ¶ 997. CISA "had conversations with Stanford about the gap" as the EIP was being launched. *Id.* ¶¶ 1013, 1019. The EIP's leaders, Alex Stamos and Renee DiResta, also briefed CISA on the EIP in spring or summer 2021. *Id.* ¶ 1010.

CISA connected the EIP to the Center for Internet Security (CIS), a nonprofit the runs the CISA-funded "EI-ISAC," a clearinghouse through which state and local government officials report misinformation to CIS and CISA to be flagged to the platforms. *Id.* ¶¶ 993, 997, 1001-1002, 1027. CISA connected the EIP to the CIS so that they could coordinate directly on flagging misinformation. *Id.* ¶ 1024. As a result of CISA's connection, the CIS and the EIP collaborated and shared information. *Id.* ¶ 1032. CISA also connected the EIP to organizations of state and local officials who report misinformation, including the National Association of Secretaries of State (NASS) and the National Association of State Election Directors (NASED). *Id.* ¶¶ 993, 1024-1025.

CISA connected the Center for Internet Security with the EIP because "the EIP was working on the same mission," so "we wanted to make sure that they were all connected." *Id.* ¶ 1004. Thus, CISA originated and set up the collaborations between state government officials and the EIP, and between the EIP and the CIS. *Id.*

Two of the interns who originated the idea of the EIP worked simultaneously for CISA and for Stanford Internet Observatory during the 2020 election cycle, and they flagged misinformation to the platforms on behalf of both CISA and the EIP during the same time. *Id.* ¶¶ 994, 1064-1066.

CISA served a mediating role between the CIS, the EIP, and the platforms, to coordinate their efforts in reporting misinformation to the platforms. *Id.* ¶ 1007, 1073. CISA also had direct email communications with the EIP about misinformation reporting. *Id.* ¶ 1008. CISA coordinated closely with the Center for Internet Security on misinformation reports, and CIS coordinated closely with the EIP, creating a triangle of collaboration. *Id.* ¶ 1006, 1009.

There is substantial overlap of personnel between CISA and the EIP. As noted above, two interns worked simultaneously for CISA and EIP in flagging misinformation to platforms on behalf of both entities. *Id.* ¶¶ 994, 1064-1066. Alex Stamos, Renee DiResta, and Kate Starbird of the

**Exhibit 1**

University of Washington—all key players in the EIP—also have formal roles in CISA. *Id.* ¶¶ 1011-1012. Matt Masterson became a fellow at the Stanford Internet Observatory when he left CISA. *Id.* ¶¶ 1014-1016, 1018, 1021. Masterson spoke to Stanford about "clarifying the gap" when they were originating the EIP. *Id.* ¶ 1018. Masterson was at the meeting with Alex Stamos where the idea of the EIP was first discussed. *Id.* ¶ 1020.

The EIP was formulated as a means to accomplish what the government is forbidden to do under the First Amendment. Alex Stamos has publicly stated that the EIP was formed in part because of the government "lacked … legal authorizations" to engage in the EIP's work. *Id.* ¶ 1048. The EIP tries to "to fill the gap of the things that the government cannot do themselves." *Id.* ¶¶ 1049, 1054. Renee DiResta admits that "very real First Amendment questions" would arise if federal officials did the EIP's surveillance and censorship work directly. *Id.* ¶ 1055.

The EIP and CIS coordinated directly on specific misinformation reports to platforms, including instances where CIS reported misinformation under EIP tracking numbers. *Id.* ¶ 1058. CISA then forwarded EIP-ticketed reports received from CIS to the platforms. *Id.* ¶ 1060. Forwarding misinformation reports received from the EIP to platforms was CISA's "standard practice." *Id.* ¶ 1069. CISA's "tracking spreadsheet" of "switchboarding" communications contains at least 13 entries that originated from the EIP. *Id.* ¶¶ 1069, 1075; *see also* Exhibit 5. CIS simultaneously forwarded reports of misinformation to both CISA and the EIP. Ex. 1, ¶ 1070. State and local officials simultaneously forwarded reports of misinformation to CIS, CISA, and the EIP. *Id.* ¶ 1071.

The GEC, likewise, coordinated directly with the EIP by "engaging with the [Election Integrity] partnership." *Id.* ¶ 1132. As noted above, the GEC reported misinformation to the EIP.

*The Virality Project.* After the 2020 election cycle, the EIP continued and expanded the same work under the new moniker "Virality Project" (VP), continuing to collaborate closely with federal officials and turning its attention to so-called "misinformation" about COVID-19 vaccines. *Id.* ¶¶ 1236, 1257, 1260. The same four entities were involved in the Virality Project, including Stanford Internet Observatory and many former CISA officials; new nonprofits were added as well. *Id.* ¶¶ 1237-1238.

Like the EIP, the VP targets First Amendment-protected domestic speech by American citizens. *Id.* ¶¶ 1241, 1256. Like the EIP, the VP seeks the censorship of speech that is truthful but does not support the government's preferred narratives on COVID vaccines, including religious claims and core political speech like "*Liberty*: … no government or employer should be able to tell people what to put in their bodies." *Id.* ¶¶ 1264-1265, 1268, 1269.

The VP specifically targets speech by "health freedom" groups. *Id.* ¶¶ 1266-1268, 1316-1323, 1331. The VP devotes an entire section of its report to such groups, noting that it targets their speech nationwide. *Id.* ¶ 1317. It discusses such groups almost 100 times. *Id.* ¶ 1331. In targeting such groups, the VP focuses not only on misinformation about vaccines, but political speech and political organizing against vaccine passports and vaccine mandates. *Id.* ¶ 1321. The VP targets such groups "across all 50 states" including "at a messaging and *organizing* level." *Id.* ¶¶ 1343-1345 (emphasis added).

22

**Exhibit 1**

Like the EIP, the VP pushes platforms to adopt more restrictive content-moderation policies and to engage in more aggressive enforcement of such policies. *Id.* ¶¶ 1242, 1248, 1270. Like the EIP, the VP allows "government partners" to share "tips," *i.e.*, to flag so-called "misinformation" for censorship. *Id.* ¶¶ 1244, 1276. The VP's "stakeholders provided tips … and requests to assess specific incidents and narratives." *Id.* ¶ 1276. These "stakeholders" include "federal health agencies" and "state and local public health officials." *Id.* ¶ 1277.

Six major social-media platforms (Facebook/Instagram, Twitter, Google/YouTube, TikTok, Medium, and Pinterest) cooperated in the VP, "acknowledging content flagged for review and *acting on it in accordance with their policies*," and providing feedback on "the reach of narratives previously flagged by VP." *Id.* ¶ 1280 (emphasis added).

Like the EIP, the VP targets speech by influential speakers with large audiences, affecting audiences of millions of people. *Id.* ¶¶ 1255 (video censored after "tens of millions of views"); *id.* ¶ 1297 (targeting "recurring actors" that create "viral" incidents); *id.* ¶¶ 1313-1314, 1334-1348 (Alex Berenson and Tucker Carlson); *id.* ¶ 1325 (Breitbart News and One America News Network); *id.* ¶¶ 1334-1341 (Fox News, The Daily Wire, Candace Owens, Robert F. Kennedy Jr. (considered "especially pernicious" because of his large audience), America's Frontline Doctors, Simone Gold, Dr. Joseph Mercola, and others).

Like the EIP, the VP engages in mass surveillance of Americans' speech on social media. *Id.* ¶¶ 1272-1276. The VP "systematically monitored activity across social media platforms" for seven months. *Id.* ¶ 1288. The VP monitored about 6.7 million social-media "engagements" per week, over 200 million over seven months. *Id.* ¶ 1294. The VP reported 174 "tickets" tracking vaccine-related narratives and themes to platforms for censorship. *Id.* ¶ 1291. This included large proportions of speech that was not false or incorrect. *Id.* ¶¶ 1295, 1303-1313.

Federal officials are pervasively entwined with the Virality Project. The Surgeon General pushes platforms to share information with "researchers," such as the Virality Project. *Id.* ¶¶ 226-227. His Office coordinated with the Virality Project on the Surgeon General's Health Advisory and "brainstorm[ed]" with the Virality Project. *Id.* ¶ 228, 231. The Surgeon General repeatedly echoes the key messaging of the Virality Project. *Id.* ¶ 319**.** The Surgeon General launched his Health Advisory on Misinformation in an event hosted by Stanford Internet Observatory, which co-leads the Virality Project. *Id.* ¶¶ 330-337. Dr. Murthy then admitted that his Office had been "partnered with" SIO for "many months." *Id.* ¶ 337.

The VP notes its coordination with "federal government agencies," touting its "strong ties with several federal government agencies, most notably the Office of the Surgeon General (OSG) and the CDC," which involved "situational awareness around emerging narratives." *Id.* ¶ 1279. The VP and the Surgeon General's office collaborated closely, as the VP boasts that "the Office of the Surgeon General incorporated VP's research and perspectives into its own vaccine misinformation strategy," including its Health Advisory on misinformation. *Id.* ¶ 1249. The VP repeatedly cites the work of Surgeon General Murthy. *Id.* ¶ 1359.

23

**Exhibit 1**

The VP "directly informed counter-messaging efforts by … public health officials," and "provided strategic insights to government entities such as the OSG, CDC, and the Department of Health and Human Services." *Id.* ¶ 1284. As noted, the VP even hosted Surgeon General Murthy for an event announcing his Health Advisory. *Id.* ¶ 1285.

The VP matches the Surgeon General's messaging on social-media misinformation verbatim, calling for "transparency," "accountability" and a "whole-of-society" effort to address misinformation. *Id.* ¶¶ 1247, 1251, 1353-1355. This includes demanding data-sharing from the platforms, a key demand of the White House and Surgeon General echoed by the VP. *Id.* ¶ 1293. It also includes the "recommendations" for platforms to increase censorship in the VP's report and the Surgeon General's Health Advisory, including demands for data-sharing. *Id.* ¶¶ 1363-1364.

## I.    Federal Censorship Violates Three Basic First Amendment Principles.

The activities of the federal "Censorship Enterprise" are particularly offensive because they violate three of the most fundamental principles of the First Amendment.

*First*, First Amendment protection is "at its zenith" when the government attempts to restrict "core political speech." *Buckley v. Am. Const. Law Found., Inc.*, 525 U.S. 182, 186–87 (1999); *see also Citizens United v. F.E.C.*, 558 U.S. 310, 485 (2010) (Thomas, J., concurring in part and dissenting in part) (describing "core political speech" as the "primary object of First Amendment protection"). Although it includes speech about elections, "core political speech need not center on a candidate for office" but encompasses any "advocacy of a politically controversial viewpoint." *McIntyre v. Ohio Elec. Comm'n*, 514 U.S. 334, 347 (1995). "No form of speech is entitled to greater constitutional protection than" core political speech. *Id.*

*Second*, "viewpoint-based" discrimination is especially "obnoxious" to the First Amendment. *Hill v. Colorado*, 530 U.S. 703, 723 (2000). Indeed, the "rationale of the general prohibition" against *content*-based regulation "is that content discrimination raises the specter that the Government may effectively drive certain ideas or *viewpoints* from the marketplace." *R.A.V. v. City of St. Paul*, 505 U.S. 377, 387 (1992) (emphasis added and quotation marks omitted). Accordingly, courts are even more skeptical of viewpoint-based restrictions on speech than they are of content-based restrictions. *See, e.g.*, *Int'l Women's Day March Planning Comm. v. City of San Antonio*, 619 F.3d 346, 359 (5th Cir. 2010) ("[C]ontent-based burdens on speech in a public forum are subject to strict scrutiny, while viewpoint-based burdens are [absolutely] unconstitutional."). Here, federal officials' demands for censorship are viewpoint-based. They have not procured the censorship of *all* speech about elections and COVID-19 vaccines; they have only sought to censor the *views* about such topics that contradict the government's preferred narratives. This is quintessential viewpoint discrimination.

Third, prior restraints are "the most serious and least tolerable infringement on First Amendment rights." *Neb. Press Ass'n v. Stuart*, 427 U.S. 539, 559 (1976). Although the quintessential prior restraint is a law requiring government approval prior to publication, the Supreme Court treats as *de facto* prior restraints government restrictions on speech whose "object . . . is not punishment but suppression." *Near v. Minnesota ex rel. Olson*, 283 U.S. 697, 703, 711–12 (1931) (treating a statute as an unconstitutional prior restraint even though it was enforced

24

**Exhibit 1**

against the defendants only after they had circulated the offending publication); *see also Bantam Books*, 372 U.S. at 60–70 (treating agency pressure to stop the circulation of "books which have for sometime been widely distributed" as a *de facto* regime of prior restraint). Here, federal officials' conduct seeks to suppress the expression of viewpoints on social media to prevent their spread, especially to prevent them from going "viral." This is a massive system of *de facto* prior restraints.

## II.    Federal Social-Media Censorship Poses a Mortal Threat to Liberty.

In 1783, George Washington warned that if "the Freedom of Speech may be taken away," then "dumb and silent we may be led, like sheep, to the Slaughter." George Washington, *Address to the Officers of the Army* (March 15, 1783). In 1860, Frederick Douglass stated: "Liberty is meaningless where the right to utter one's thoughts and opinions has ceased to exist. That, of all rights, is the dread of tyrants. It is the right which they first of all strike down. They know its power. … " Kurt Lash & Frederick Douglass, *Frederick Douglass's 'Plea for Freedom of Speech in Boston'* (Aug. 21, 2019), at https://lawliberty.org/frederick-douglass-plea-for-freedom-of-speech-in-boston/. These most basic principles of liberty are in mortal danger today.

### A.    Federal Censorship Is Continuing and Expanding.

The federal Censorship Enterprise is not in retreat. It continues unabated, constantly seeking to expand its scope and its reach. The evidence surveyed above relates primarily to COVID-related and election-related speech, but federal officials are expanding their efforts to censor speech on other topics, such as abortion, climate-related speech, "gendered disinformation," economic policy, the financial services industry, the U.S. withdrawal from Afghanistan, the war in Ukraine, and others.

The White House, for example, continues to expand the topics of its social-media censorship campaign, to include new topics such as "climate disinformation," abortion-related speech, "gendered disinformation," and economic policy. Ex. 1, ¶¶ 200-211. Likewise, when it comes to misinformation, the CDC's "focus is not solely on COVID. We're focusing on other topics" as well. *Id.* ¶ 562. CISA and its Director Jen Easterly have made a series of public statements indicating that they intend to expand their anti-disinformation efforts in the future. *Id.* ¶¶ 1106, 1112-1114, 1118. A recently leaked DHS document indicates that DHS intends to target misinformation on new topics like "the origins of the COVID-19 pandemic," "the U.S. withdrawal from Afghanistan," "racial justice," and "the nature of U.S. support for Ukraine." *Id.* ¶ 1110. CISA has already been involved in an initiative against so-called "misinformation" about the U.S.'s involvement in Ukraine. *Id.* ¶ 1111. CISA is also working with Treasury on an initiative to address "misinformation" about the financial-services industry. *Id.* ¶¶ 1115-1116.

Many of these topics are confirmed by the sworn testimony of Brian Scully, the head of the so-called "Mis, Dis, and Malinformation Team" at CISA. *See Louisiana v. Biden*, Doc. 209-1 (Transcript of Brian Scully's Deposition) ("Scully Dep."). Scully agrees that DHS has discussions about targeting misinformation regarding the efficacy of COVID-19 vaccines, Scully Dep. 322:9-21 ("our building critical infrastructure help in public health is one of the sectors of critical infrastructure, so we engage with CDC and HHS to help them"); about the origins of the COVID-

25

**Exhibit 1**

19 pandemic, Scully Dep. 323:16-17 ("We did some work on the ... bio-lab narratives"); and regarding Ukraine, Scully Dep. 324:5-10 ("We saw this around Ukraine. And so, again, just helping people understand ... these disinformation narratives...."). In particular, CISA participated in a "Unified Coordination Group" regarding Russia's invasion of Ukraine, which addressed misinformation: "there was a ... Unified Coordination Group, when Russia invaded Ukraine, to coordinate DHS activities related to the crisis. As a part of that there was an MDM component, and a member of the MDM team was detailed to lead the MDM component of the Russian/Ukraine work." Scully Dep. 325:5-12. Scully believes that this group communicated with social-media platforms as well. Scully Dep. 327:1-18.

In short, federal censorship advancing and expanding on multiple fronts. Federal officials are unlikely to relent anytime soon in their quest for authority to dictate what people can and cannot say on social media—especially speech that contradicts their preferred narratives.

**B.    Truth Is Not the Goal of Censorship.**

Truth is not the goal of federal censorship efforts. The censors like to label their opponents' speech as "misinformation," "disinformation," and the Orwellian label "malinformation." Thus, they like to proclaim that they are promoting truth in the marketplace of ideas. But in fact, as before in human history, censorship is not about truth—it is about power. To be sure, many individuals who participate in suppressing others' right to speak may do so from benign motives – such as "promoting truth" or "protecting democracy" – but in fact, the overarching goal of the federal Censorship Enterprise as a whole is not truth. The ultimate goal of federal censorship is to obtain, preserve, and expand political power—at the expense of our civil rights.

The censors' malleable approach to truth confirms this observation. What constitutes acceptable speech and unprintable "misinformation" changes with dazzling speed. Thoughts and opinions that are completely mainstream become unspeakable on social media, sometimes almost overnight. And when it is revealed that the censors are wrong, and what they have censored was evidence-based, plausible, or even unquestionably true, the Censorship Enterprise is unapologetic and unashamed. There is no soul-searching, no course correction, no raft of apologies, no reexamination of censorship practices when it turns out that the censors were egregiously wrong. Instead, the Censorship Enterprise moves on to squelch the next disfavored viewpoint. Several examples provide powerful evidence of this dynamic.

*Security of Voting by Mail.* For many years, questioning or challenging the security of voting by mail was not controversial. In 2005, the bipartisan Carter-Baker Commission—co-chaired by former President Jimmy Carter and former Secretary of State James A. Baker—determined that "[a]bsentee ballots remain the largest source of potential voter fraud," and "[a]bsentee balloting is vulnerable to abuse in several ways." BUILDING CONFIDENCE IN U.S. ELECTIONS: REPORT OF THE COMMISSION ON FEDERAL ELECTION REFORM, at 46 (Sept. 2005). In 2008, in *Crawford v. Marion County Election Board*, the U.S. Supreme Court observed that fraudulent voting "perpetrated using absentee ballots" demonstrates "that not only is the risk of voter fraud real but that it could affect the outcome of a close election." *Crawford v. Marion County Election Bd.*, 553 U.S. 181, 195-96 (2008) (opinion of Stevens, J.). From 2012 to 2016, the New York Times, the Washington Post, MSNBC, and Slate (among others) ran pieces

26

**Exhibit 1**

questioning the security of voting by mail. *Louisiana v. Biden*, Doc. 84, ¶ 162. The 2017 edition of the U.S. Department of Justice's *Manual on the Federal Prosecution of Election Offenses* states that "[a]bsentee ballots are particularly susceptible to fraudulent abuse because, by definition, they are marked and cast outside the presence of election officials and the structured environment of a polling place." U.S. Dep't of Justice, *Federal Prosecution of Election Offenses* (8th ed. Dec. 2017), at 28-29. The Manual reports that "the more common ways" that election-fraud "crimes are committed include … [o]btaining and marking absentee ballots without the active input of the voters involved." *Id.* at 28. Raising such concerns was a mainstream view shared by the Carter-Baker Commission; the U.S. Supreme Court (in an opinion by Justice John Paul Stevens); writers for the New York Times, the Washington Post, MSNBC, and Slate; and the U.S. Department of Justice.

All this changed, with astonishing speed, during the 2020 election cycle, when speech questioning the integrity of voting by mail became aggressively censored on social media. As the Foundation for Freedom Online has documented, this change is likely attributable to the efforts of the Election Integrity Partnership, which worked in conjunction with federal censors as discussed above. None of the underlying facts about the security of voting by mail had changed—on the contrary, what changed was that challenging the security of voting by mail became inconvenient for the preferred narratives of those who operate the levers of censorship.

*Hunter Biden Laptop Story.* As the New York Post's reporting has revealed, the FBI obtained the Hunter Biden laptop from the Delaware repair-shop owner in late 2019. The FBI had the laptop in their possession for months, and the FBI knew that its contents were not hacked. Yet the FBI repeatedly warned social-media platforms in 2020 to expect a "hack-and-leak" operation shortly before the election, even though the FBI admits that it had no investigative basis for these warnings. Moreover, once the story broke, the FBI refused to verify to the platforms whether the laptop's contents were hacked—leaving uncontradicted its months of warnings (made with no investigative basis) about supposedly imminent "hack and leak" operations.

The result of this chicanery was predictable—the sweeping online censorship of thoroughly sourced, accurate reporting by the oldest newspaper in the United States. This censorship had nothing to do with truth. As Glenn Reynolds has aptly summarized, it had to do with political power: "Twitter and other tech giants banned The Post's reporting, since admitted to be accurate, on Hunter Biden's laptop and the damaging information it contained. Many social-media giants banned any links to the story, and Twitter even went so far as to stop its users from sharing the story one-on-one through direct messages…. Their purpose was to affect the election's outcome in favor of the Democrats, and they probably did." Glenn H. Reynolds, *'Censorship is free speech' is the establishment's Orwellian line on Elon Musk's Twitter crusade*, N.Y. Post (Apr. 15, 2022), https://nypost.com/2022/04/14/the-establishments-orwellian-line-on-elon-musks-twitter-crusade/.

*The Origins of COVID-19.* As detailed above, at the very beginning of the COVID-19 pandemic, Dr. Fauci, Dr. Francis Collins, and Jeremy Farrar of the Wellcome Trust led a deceptive effort to discredit and suppress the lab-leak theory of the origins of COVID-19. *See supra*. This plot was effective, as social-media platforms censored the lab-leak theory until well into 2021, when the Biden Administration finally admitted the theory's obvious plausibility. Now, the Biden

<div align="center">27</div>

<div align="right">**Exhibit 1**</div>

Department of Energy confirms that the lab-leak theory is "most likely" true.  Michael R. Gordon, *Lab Leak Most Likely Origin of Covid-19 Pandemic, Energy Department Now Says*, Wall Street Journal (Feb. 26, 2023), *at* https://www.wsj.com/articles/covid-origin-china-lab-leak-807b7b0a. Thus, claims that had obvious initial plausibility, but undermined federal officials' preferred narratives and threatened their power, became unprintable on social media—on a question of overwhelming public importance that could impact the lives and health of millions.

*Great Barrington Declaration and "Focused Protection*."  On October 4, 2020, Dr. Jayanta Bhattacharya, Dr. Martin Kulldorff, and Dr. Sunetra Gupta published the Great Barrington Declaration, which strongly criticized the government's lockdown policies and advocated for "Focused Protection" instead.  As Dr. Bhattacharya and Dr. Kulldorff attest, focused protection reflects principles of pandemic response that were widely accepted before the COVID-19 pandemic.  Far from "fringe" opinions, these were mainstream views before the government got into the lockdown business during the pandemic.  But this changed dramatically during the pandemic.  Four days after the Great Barrington Declaration was published, Dr. Francis Collins emailed Dr. Fauci, demanding a "quick and devastating … take down" of the Declaration.  An aggressive and misleading campaign to attack and discredit the Declaration, and procure its censorship on social media, ensued.  *See* Ex. 1, ¶¶ 777-808.  Though it reflected long-mainstream scientific opinion, the Declaration was attacked as "fringe," "dangerous," and "not mainstream." The Declaration and its underlying principles were promptly censored on social media.  Just as in the case of speech about the security of voting by mail, speech that reflected longstanding, uncontroversial, mainstream opinions became suddenly unprintable on social media—once it contradicted federal officials' preferred policies and threatened their power.

The fiasco of the social-media censorship of the Great Barrington Declaration  also shreds the credibility of the most common defense of federal censorship of so-called COVID-19 "misinformation"—*i.e.*, that censorship was and is necessary to save lives.  As we see from this episode, the censors were deeply questionable in their judgment about what was "misinformation," and were driven to suppress the most powerful criticism of their own policies.  Thus, to those who would claim that "misinformation kills" and thus we must suspend the First Amendment to protect Americans from their forming own thoughts and opinions, I would say: **Freedom does not kill. Censorship kills.**  Systematically violating people's civil rights does not save lives.  Trampling peoples' right to think and speak freely, and arrive at their own opinions, does not save lives.  On the contrary, impairing the free market of ideas distorts and delays its powerful truth-finding function and thus imperils lives.  In the long run, ***censorship*** is what threatens lives and health.

A free market of ideas leads to the truth.  A marketplace of ideas subject to the command and control of federal bureaucrats does not lead to the truth.  Instead, it will support the power of the federal regulators, not the freedom and well-being of Americans.  That is the genius of the First Amendment, one of the greatest innovations in Western political history: "If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word or act their faith therein." *W. Va. State Bd. of Educ. v. Barnette*, 319 U.S. 624, 642 (1943).

**Exhibit 1**

**C.**     **Denying Basic Civil Rights to Millions of Americans Does Not "Protect Democracy" or "Prevent Foreign Influence."**

The advocates for federally-induced social-media censorship also routinely claim that they are "protecting democracy" or "preventing foreign influence."  Both of these claims are insupportable.  The vast apparatus of mass surveillance and federal censorship—both through federal officials directly and through the federal/private consortia—is overwhelmingly directed at ordinary American citizens exercising their First Amendment right to express their thoughts and opinions on social media.  By 2020, the enormous power of the federal Censorship Enterprise had focused its efforts on American citizens and their speech.  For example, the Election Integrity Partnership and its founders openly emphasize that they are targeting domestic speech, and the EIP's public report on the 2020 election states that, of their "tickets" tracking election-related "misinformation" in 2020, "less than 1% related to foreign interference."  Ex. 1, ¶ 1195.  Alex Stamos publicly stated of election-related misinformation that "almost all of this is domestic," and "the vast, vast majority … is domestic." *Id.* ¶¶ 1231, 1233.

As the Supreme Court recognized in *Packingham*, social-media platforms provide "perhaps the most powerful mechanisms available to a private citizen to make his or her voice heard." *Packingham v. North Carolina*, 137 S. Ct. 1730, 1737 (2017).  The elites of the massive federal Censorship Enterprise want to silence those voices.  It is repugnant to them that ordinary American citizens, through social media, can directly influence public discourse, and do so in a way that undermines the government's preferred narratives.  Social media *democratizes* speech by allowing ordinary citizens a real chance to have their voices heard, individually and collectively, in the "modern public square." *Id.*  Federal censorship, by contrast, is virulently *anti-democratic*. It wants to silence the voices of ordinary Americans and hand control over speech in the modern public square to the *elites*—government officials, professors at elite universities, senior Big Tech officials, and the like.

Nowhere is this supposedly benign hostility to the voices and opinions of ordinary Amercians on clearer display than in CISA Director Jen Easterly's public comments.  Charged with protecting our Nation's "infrastructure," Easterly proclaims that "the most critical infrastructure is our *cognitive infrastructure*"—a perilous bit of Newspeak if there ever was one.  She decries a world where American citizens "get to pick your own facts," describing it as "really, really dangerous" and "corrosive" when ordinary citizens get to think for themselves and form their own opinions.  Left unstated is her obvious assumption—reflected in CISA's egregious censorship activities—that the *federal government* should take charge of "pick[ing] … facts" for ordinary Americans.  Given the government's track record so far, it is inevitable that federal officials will "pick facts" that support their own power and silence those who criticize them.

**D.**     **The Censors Are Partisan, but Opposing Censorship Should Be Bipartisan.**

Censorship is not a partisan issue.  People of all parties should join ranks to condemn what federal officials have done, and are still doing, to censor speech and narratives that contradict the federal government.  All Americans should rally to support the principles of freedom of speech and expression enshrined in the First Amendment—including those who passionately disagree with the censored viewpoints.  The sentiment attributed to Voltaire should apply here: "I

29

**Exhibit 1**

disapprove of what you say, but I will defend to the death your right to say it."  Moreover, if federally induced censorship becomes the norm, sooner or later it will be turned against the party currently wielding that unlawful power.  As one astute observer stated last week, "[a] weapon unsheathed by one side today can be turned against it the next."  This paraphrases an even wiser man who said, "all who take the sword will perish by the sword."  Federal officials should immediately cease and desist their attempts to police and control what Americans say on social media.

Dated: March 30, 2023                    Signed: */s/ D. John Sauer*

30

**Exhibit 1**

**MOOT_SMJN-239**

**EXHIBIT – 64**



**EXHIBIT - 65**



**EXHIBIT – 66**

**Tweet**



**Elon Musk** ✔
@elonmusk

Replying to @TimRunsHisMouth

I'm fine with Trump not tweeting. The important thing is that Twitter correct a grave mistake in banning his account, despite no violation of the law or terms of service.

Deplatforming a sitting President undermined public trust in Twitter for half of America.

2:51 PM · 11/25/22 · Twitter for iPhone

**35.1K** Retweets  **2,469** Quote Tweets  **236K** Likes



**Elon Musk** ✔
@elonmusk

Replying to @hodgetwins and @micsolana

Twitter acting by itself to suppress free speech is not a 1st amendment violation, but acting under orders from the government to suppress free speech, with no judicial review, is

5:36 PM · 12/2/22 · Twitter for iPhone

**49.1K** Retweets  **4,452** Quote Tweets  **210K** Likes



**MOOT_SMJN-245**