# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15961

**Case Name** Trump et al. v. Twitter et al.

Hearing Location (*city*) San Francisco

Your Name Marie Fiala

List the sitting dates for the three sitting months you were asked to review:

August 14-18 and 21-25
September 11-15
October 2-6 and 16-20

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 5-6 and 16-19, prepaid out-of-state travel.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Marie Fiala   **Date** May 8, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*