# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 22-15961

**Case Name** Trump et al. v. Twitter et al.

**Hearing Location (*city*)** San Francisco

**Your Name** Ari Holtzblatt

List the sitting dates for the three sitting months you were asked to review:

> August 14-18 and 21-25
> September 11-15
> October 2-6 and 16-20

Do you have an unresolvable conflict on any of the above dates? ◉ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> August 14-18 and 21-23, proximity to prepaid out-of-country travel
> September 14-15, travel for observance of Rosh Hashanah

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Ari Holtzblatt  **Date** May 8, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*