UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| MAY 09 2023 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

---

DONALD J. TRUMP, the Forty-Fifth
President of the United States; et al.,

              Plaintiffs - Appellants,

  v.

TWITTER, INC.; JACK DORSEY,

              Defendants - Appellees.

  and

UNITED STATES OF AMERICA,

              Intervenor - Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD
U.S. District Court for Northern
California, San Francisco

**ORDER**

The reply brief submitted by Appellant Naomi Wolf is filed. The reply brief

submitted by Appellants Donald J. Trump; et al., is filed.

*Within 7 days of this order, the filer of each brief is ordered to file 6 copies*

*of that brief in paper format, accompanied by certification (attached to the end of*

*each copy of the brief) that the brief is identical to the version submitted*

*electronically. The Form 18 certificate is available on the Court's website at*

*http://www.ca9.uscourts.gov/forms/form18.pdf.*

The covers of the reply brief must be gray.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT