No. 22-15961

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DONALD J. TRUMP, AMERICAN CONSERVATIVE UNION,
RAFAEL BARBOSA, LINDA CUADROS, DOMINICK LATELLA,
WAYNE ALLYN ROOT, AND NAOMI WOLF

*Plaintiffs-Appellants*,

v.

TWITTER, INC., AND JACK DORSEY,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 3-21-cv-08378-JD
Hon. James Donato, United States District Judge

**APPELLANTS' UNOPPOSED MOTION FOR CHANGE OF PLACE OF HEARING**

JOHN P. COALE
2901 Fessenden Street NW
Washington, D.C. 20008
Telephone: (202) 255-2096
Email: johnpcoale@aol.com

ALEX KOZINSKI
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 541-5885
Email: alex@kozinski.com

ANDREI D. POPOVICI
MARIE L. FIALA
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. Suite 290
Walnut Creek, CA 94596
Telephone: (650) 530-9989
Email: andrei@apatent.com
Email: marie@apatent.com

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

On May 4, 2023, the Clerk of this Court served notice on the parties that this case is being considered for an upcoming oral argument calendar in San Francisco. Pursuant to Fed. R. App. P. 27 and Circuit Rules 27-1 and 34-2, Plaintiffs-Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root ("Plaintiffs") respectfully move for a change of the place of hearing to Pasadena. Plaintiff-Appellant Naomi Wolf, who is separately represented, does not oppose this motion. Defendants-Appellees take no position on Plaintiffs' motion.

A change of the place assigned for hearing may be made by order of this Court based on a showing of good cause. Circuit Rule 34-2. In this instance, Pasadena is a more convenient and cost-effective hearing location for Plaintiffs than San Francisco. Oral argument on behalf of Plaintiffs will be presented by Alex Kozinski, who resides in Los Angeles. Counsel for Plaintiff Wolf also resides in Los Angeles. Scheduling the hearing in Pasadena will reduce Plaintiffs' out-of-pocket expenses and significantly reduce their counsel's time in attending the hearing. Lead counsel for Defendants is based in Washington, D.C. and therefore will have to travel to either location.

                                             Respectfully submitted,

Date: May 10, 2023                ALEX KOZINSKI

                                             *s/ Alex Kozinski*

*Attorney for Appellants*
*Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root*

JOHN P. COALE
2901 Fessenden Street NW
Washington, DC 20008
Telephone:  (202) 255-2096
Email:  johnpcoale@aol.com

RICHARD POLK LAWSON
GARDNER BREWER HUDSON
400 North Ashley Drive
Suite 1100
Tampa, FL 33602
Telephone:  (813) 221-9600
Facsimile:  (813) 221-9611
Email:  rlawson@gardnerbrewer.com

MICHAEL J. JONES
RYAN TOUGIAS
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone:  (203) 661-6000
Email:  mjones@ibolaw.com
Email:  rtougias@ibolaw.com

ANDREI D. POPOVICI
MARIE L. FIALA
LAW OFFICE OF ANDREI D. POPOVICI, P.C.
2121 North California Blvd. Suite 290
Walnut Creek, CA 94596
Telephone:  (650) 530-9989
Email:  andrei@apatent.com
Email:  marie@apatent.com

FRANK C. DUDENHEFER , JR.
THE DUDENHEFER LAW FIRM L.L.C.
2721 Saint Charles Avenue, Suite 2A
New Orleans, LA 70130
Telephone:  (504) 616-5226
Email:  fcdlaw@aol.com

JOHN Q. KELLY
FERGUSON COHEN LLP
25 Field Point Road
Greenwich, CT 06830
Telephone:  (203) 896-4504
Email:  jqkelly@fercolaw.com

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

### Certificate of Compliance

**9th Cir. Case Number(s): No. 22-15961**

I am the attorney for Plaintiffs-Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root.

**This brief contains 198 words,** excluding the items exempted by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this brief *(select only one)*:

[**X**] complies with the word limit of Fed. R. App. P. 27(d)(2) and the page limit of Cir. R. 27-1(1).

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
  [ ] it is a joint brief submitted by separately represented parties;
  [ ] a party or parties are filing a single brief in response to multiple briefs; or
  [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature:** *s/ Alex Kozinski*          **Date:** May 10, 2023