No. 22-15961

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DONALD J. TRUMP, et al.,
*Plaintiffs-Appellants*,

v.

TWITTER, INC. AND JACK DORSEY,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California, No. 3:21-cv-08378-JD (Donato, J.)

## APPELLEES X CORP. AND JACK DORSEY'S UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE FOR APPELLANTS' SUPPLEMENTAL MOTION FOR JUDICIAL NOTICE

FELICIA H. ELLSWORTH
ZAKI ANWAR
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02190
(617) 526-6000

RISHITA APSANI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ARI HOLTZBLATT
ALLISON M. SCHULTZ
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue
Washington, DC 20037
(202) 663-6000

THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, California 94306
(650) 858-6000

May 12, 2023

On May 5, 2023, Appellants Donald J. Trump, American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, and Wayne Allyn Root ("Appellants") filed a supplemental motion for judicial notice ("Motion"). Dkt. 89-1. The Motion seeks judicial notice of approximately 250 pages of exhibits (Dkt. 89-2) that Appellants contend are material to their claims in this case. Whether the exhibits are subject to judicial notice depends in part on the particular ways in which Appellants rely on them in their recently filed Reply Brief and Opposition to Appellees' Suggestion of Mootness (Dkts. 88, 90), meaning that those filings, too, are pertinent to resolution of the Motion.

Under Federal Rule of Appellate Procedure 27(a)(e), Appellees X Corp.[1] and Jack Dorsey have ten days to respond to Appellees' motion, up to and including Monday, May 15, 2023. Counsel for Appellees have (or have had) various engagements and deadlines between May 5 and May 15 that will make it challenging to fully respond to Appellants' motion by the current deadline, including:

- An opposition brief to a motion to dismiss filed on May 8, 2023 in *Doe v. JP Morgan Chase & Co.*, No. 1:22-cv-10019 (S.D.N.Y);

---

[1] As indicated in Appellees' Amended Corporate Disclosure Statement (Dkt. 84) Twitter, Inc. has been merged into X Corp.

- A reply brief in support of a motion for jurisdictional discovery filed on May 9, 2023 in *Meta Platforms, Inc. v. Bright Data Ltd.*, No. 3:23-cv-00077-EMC (N.D. Cal.);

- Oral argument regarding a motion to dismiss on May 11, 2023 in *Loomer v. Meta Platforms, Inc.*, No. 3:22-cv-2646-LB (N.D. Cal.);

- A reply brief due on May 11, 2023 in *Yuga Labs Inc. v. Ryder Ripps*, No. 22-56199 (9th Cir.);

- An opposition to summary judgment due on May 12, 2023 in *Bright Data, Inc. v. Meta Platforms, Inc.*, C.A. No. N23C-01-229 (Sup. Ct. Del.); and

- An opposition brief to a motion for class certification due on May 12, 2023 in *Doe v. JP Morgan Chase & Co.*, No. 1:22-cv-10019 (S.D.N.Y).

Given the volume of materials relevant to the motion and counsels' preexisting, intervening obligations, Appellees move for an extension of seven days, up to and including Monday, May 22, 2023, to respond to the Motion. Appellants consent to this request.

Appellants have requested a three-day extension of their deadline to file a reply in support of the Motion, up to and including June 1, 2023. Appellees consent to this request.

Respectfully submitted,

/s/ *Ari Holtzblatt*

| | |
|---|---|
| FELICIA H. ELLSWORTH<br>ZAKI ANWAR<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02190<br>(617) 526-6000<br><br>RISHITA APSANI<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 | ARI HOLTZBLATT<br>ALLISON M. SCHULTZ<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>2100 Pennsylvania Avenue<br>Washington, DC 20037<br>(202) 663-6000<br><br>THOMAS G. SPRANKLING<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>2600 El Camino Real<br>Suite 400<br>Palo Alto, California 94306<br>(650) 858-6000 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Ari Holtzblatt*
Ari Holtzblatt