UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

MAY 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; et al., | No.    22-15961 |
| Plaintiffs-Appellants, | D.C. No. 3:21-cv-08378-JD Northern District of California, San Francisco |
| v. | |
| TWITTER, INC.; JACK DORSEY, | ORDER |
| Defendants-Appellees. | |
| and | |
| UNITED STATES OF AMERICA, | |
| Intervenor-Appellee, | |

The unopposed motions for an extension of time to respond to appellants'

supplemental motion for judicial notice (Docket Entry Nos. 99, 101) are granted.

The response is due May 22, 2023. The optional reply is due June 1, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA113