FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONALD J. TRUMP, the Forty-Fifth President of the United States; et al.,

    Plaintiffs-Appellants,

v.

TWITTER, INC.; JACK DORSEY,

    Defendants-Appellees.

and

UNITED STATES OF AMERICA,

    Intervenor-Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

    Appellants' unopposed motion (Docket Entry No. 97) to change the location of oral argument is granted. This case will be placed on the next available Pasadena calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT