UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15961

**Case Name** Donald Trump et al. v. Twitter, Inc. et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Scott J. Street

List the sitting dates for the three sitting months you were asked to review:

October 2023 (Oct. 2-6, 16-20)
November 2023 (Nov. 6-9, 13-17)
December 2023 (Dec. 4-8, 11-14)

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 16-20 (scheduled for trial in LA Superior Court)
November 6-17 (scheduled for trial in LA Superior Court)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

Health Freedom Defense Fund Inc. et al. v. Alberto Carvahlo et al., 22-55908 (Seattle)

**Signature** s/Scott J. Street      **Date** June 19, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                     New 12/01/2018

## **CERTIFICATE OF SERVICE**

### *Donald Trump, et al. v. Twitter, Inc. and Jack Dorsey*
### U.S. NINTH CIRCUIT, Case No. 22-15961

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On June 19, 2023, I caused the **RESPONSE TO NOTICE OF CASE BEING CONSIDERED FOR ORAL ARGUMENT** to be filed and served via the Court's Electronic Service upon the parties listed on the Court's service list for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 19, 2023 at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com