# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-15961

**Case Name** Trump et al. v. Twitter et al.

**Hearing Location** (*city*) San Francisco

**Your Name** Marie Fiala

List the sitting dates for the three sitting months you were asked to review:

October 2-6 and 16-20
November 6-9 and 13-17
December 4-8 and 11-14

Do you have an unresolvable conflict on any of the above dates?  ◉ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 5-6 and 16-19, pre-paid out-of-state travel

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Marie Fiala    **Date** 6/19/2023

(*use* "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    New 12/01/2018