UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-15961

**Case Name** | Trump et al. v. Twitter et al.

Hearing Location (*city*) | Pasadena

Your Name | Ari Holtzblatt

List the sitting dates for the three sitting months you were asked to review:

October 2-6 and 16-20
November 6-9, 13-17
December 4-8, 11-14

Do you have an unresolvable conflict on any of the above dates?  ○ Yes  ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Ari Holtzblatt        **Date** | Jun 21, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                          *New 12/01/2018*