| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 29 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF,

          Plaintiffs-Appellants,

v.

TWITTER, INC.; JACK DORSEY,

          Defendants-Appellees.

and

UNITED STATES OF AMERICA,

          Intervenor-Appellee,

No. 22-15961

D.C. No. 3:21-cv-08378-JD
Northern District of California,
San Francisco

ORDER

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

    The motion of the Electronic Frontier Foundation to become an amicus curiae (ECF No. 72), filed March 22, 2023, is hereby GRANTED.