UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TWITTER, INC.; JACK DORSEY, <br><br> Defendants - Appellees. <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor - Appellee, | No. 22-15961 <br><br> D.C. No. 3:21-cv-08378-JD <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The amicus brief submitted on March 22, 2023 by Electronic Frontier Foundation is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT