UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF, Plaintiffs-Appellants, v. TWITTER, INC.; JACK DORSEY, Defendants-Appellees. and UNITED STATES OF AMERICA, Intervenor-Appellee, | No. 22-15961 D.C. No. 3:21-cv-08378-JD Northern District of California, San Francisco ORDER |

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

Submission of the above-captioned case is hereby withdrawn, pending disposition of the following cases before the Supreme Court: *Moody v. NetChoice, LLC* (No. 22-277), *NetChoice, LLC v. Paxton* (No. 22-555), and *National Rifle Association of America v. Vullo* (No. 22-842).