**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF, <br><br>  Plaintiffs-Appellants, <br><br> v. <br><br> TWITTER, INC.; JACK DORSEY, <br><br>  Defendants-Appellees. <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br>  Intervenor-Appellee, | No.   22-15961 <br><br> D.C. No. 3:21-cv-08378-JD Northern District of California, San Francisco <br><br> ORDER |

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

The parties are ordered to submit supplemental briefs addressing the Supreme Court's recent decisions in the following cases: *Moody v. NetChoice, LLC*, No. 22-277 (U.S. July 1, 2024); *NetChoice, LLC v. Paxton*, No. 22-555 (U.S. July 1, 2024); *Murthy v. Missouri*, No. 23–411 (U.S. June 26, 2024); and *National*

2

*Rifle Association of America v. Vullo*, No. 22-842 (U.S. May 30, 2024). These supplemental briefs shall be submitted no later than 30 days after entry of this order. Briefing shall be simultaneous.