UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF, Plaintiffs-Appellants, v. TWITTER, INC.; JACK DORSEY, Defendants-Appellees. and UNITED STATES OF AMERICA, Intervenor-Appellee, | No. 22-15961 D.C. No. 3:21-cv-08378-JD Northern District of California, San Francisco ORDER |

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

The supplemental briefs referenced in this Court's order dated July 3, 2024 (Dkt. No. 135), shall be no longer than twenty-five pages or 7,000 words.