WILMERHALE

November 20, 2024

Ari Holtzblatt

+1 202 663 6964 (t)
+1 202 663 6363 (f)
ari.holtzblatt@wilmerhale.com

**Via CM/ECF**

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   *Trump v. Twitter, Inc.*, No. 22-15961
       (oral argument held October 4, 2023)

Dear Ms. Dwyer:

      We represent the appellants and appellees in the above-captioned appeal, in which the Court held argument on October 4, 2023. In accordance with Ninth Circuit rules, we write to advise the Court that the parties are actively discussing a potential settlement. *See* Ninth Cir. R. p. xix. In light of those discussions, we respectfully suggest that the Court withdraw submission and stay this appeal.

Regards

/s/ Ari Holtzblatt

Ari Holtzblatt
*Counsel for Appellees
Twitter Inc. (now X Corp.)
and Jack Dorsey*

Alex Kozinski

Alex Kozinski
*Counsel for Appellants
American Conservative Union,
Rafael Barbosa, Linda Cuadros,
Dominick Latella, Wayne Allyn
Root, and Donald J. Trump*

Scott Street

Scott Street
*Counsel for Appellant
Naomi Wolf*

Wilmer Cutler Pickering Hale and Dorr LLP, 2100 Pennsylvania Avenue NW, Washington DC 20037

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

**SIGNATURE ATTESTATION**

   Pursuant to Circuit Rule 25-5(e), I attest that concurrence in the filing of the document has been obtained from each of the other signatories above.

/s/Ari Holtzblatt
Ari Holtzblatt
