No. 22-15961

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

DONALD J. TRUMP, et al.,
                                             *Plaintiffs-Appellants*,

v.

TWITTER, INC. AND JACK DORSEY,
                                             *Defendants-Appellees.*

———————————

On Appeal from the United States District Court for
the Northern District of California, No. 3:21-cv-08378-JD (Donato, J.)

———————————

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

---

JOHN P. COALE
2901 Fessenden Street NW
Washington, DC 20008
(212) 255-2096
johnpcoale@aol.com

*Counsel for Appellants American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, Wayne Allyn Root, and Donald J. Trump*

February 7, 2025

ARI HOLTZBLATT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
ari.holtzblatt@wilmerhale.com

*Counsel for Appellees Twitter, Inc. (now X Corp.) and Jack Dorsey*

SCOTT STREET
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
(213) 205-2800
sstreet@jwhowardattorneys.com

*Counsel for Appellant Naomi Wolf*

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby move the Court for an order dismissing the above-captioned appeal. The parties have agreed that each side shall bear its own costs and fees on appeal.

| /s/ *Ari Holtzblatt* | /s/ *John P. Coale* | /s/ *Scott Street* |
|---|---|---|
| Ari Holtzblatt | John P. Coale | Scott Street |
| *Counsel for Appellees Twitter, Inc. (now X Corp.) and Jack Dorsey* | *Counsel for Appellants American Conservative Union, Rafael Barbosa, Linda Cuadros, Dominick Latella, Wayne Allyn Root, and Donald J. Trump* | *Counsel for Appellant Naomi Wolf* |

# SIGNATURE ATTESTATION

Pursuant to Circuit Rule 25-5(e), I attest that concurrence in the filing of the document has been obtained from each of the other signatories above.

/s/ *Ari Holtzblatt*
Ari Holtzblatt