UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



# FILED

FEB 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD J. TRUMP, the Forty-Fifth President of the United States; LINDA CUADROS; AMERICAN CONSERVATIVE UNION; RAFAEL BARBOSA; DOMINICK LATELLA; WAYNE ALAN ROOT; NAOMI WOLF, | No.   22-15961 |
| | D.C. No. 3:21-cv-08378-JD |
| Plaintiffs-Appellants, | |
| v. | ORDER |
| TWITTER, INC.; JACK DORSEY, | |
| Defendants-Appellees. | |
| and | |
| UNITED STATES OF AMERICA, | |
| Intervenor-Appellee, | |

Before: BYBEE, BENNETT, and DESAI, Circuit Judges.

The Stipulated Motion to Voluntarily Dismiss Appeal (Dkt. 146) is granted.

Therefore, this appeal is DISMISSED. The parties shall bear their own costs and

fees on appeal.